AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 2:25-cv-02757   DATE FILED: 3/28/2025 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual | FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation; (cont. on Attachment #1) |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | (see Attachment #2) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

| | |
|---|---|
| 1 | DAVID A. SERGENIAN, State Bar No. 230174 |
| 2 | david@sergenianlaw.com<br>SERGENIAN LAW, P.C. |
| 3 | 2355 Westwood Blvd. #529 |
| 4 | Los Angeles, CA  90064<br>Telephone: (213) 435-2035 |
| 5 | SHENGMAO MU, State Bar No. 327076 |
| 6 | smu@whitewoodlaw.com |
| 7 | WHITEWOOD LAW, P.C.<br>99 S. Alameda Blvd., Suite 600 |
| 8 | San Jose, CA  95113<br>Tel.: (917) 858-8018 |
| 9 | Fax: (917) 591-0618 |
| 10 | *Counsel for Plaintiffs* |

**UNITED STATED DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation; GETTY IMAGES (US), INC., a New York corporation; GETTY IMAGES HOLDINGS, INC., a Delaware corporation; and DOES 1–10, inclusive,<br><br>　　　　　　Defendants. | Case No. _____<br><br>**COMPLAINT FOR:**<br><br>1. **DIRECT COPYRIGHT INFRINGEMENT**<br><br>2. **INDUCEMENT OF COPYRIGHT INFRINGEMENT**<br><br>3. **CONTRIBUTORY COPYRIGHT INFRINGEMENT**<br><br>4. **VICARIOUS COPYRIGHT INFRINGEMENT**<br><br>5. **REMOVAL/ALTERATION OF COPYRIGHT MANAGEMENT INFORMATION**<br><br>6. **BREACH OF CONTRACT**<br><br>7. **VIOLATION OF CAL. PENAL CODE § 496**<br><br>**DEMAND FOR JURY TRIAL** |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

THIBAULT MAUVILAIN, et al. v. FLYNET PICTURES, LLC, et al.
2:25-cv-02757

ATTACHMENT #2 TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING COPYRIGHT

| Registration Number | Title of the Copyrighted Work |
|---|---|
| VA 2-434-612 | Celebrity News Photographs by Henri Mazari – Los Angeles - 2004 |
| VA 2-436-112 | Celebrity News Photographs by Henri Mazari – Los Angeles - 2005 |
| VA 2-434-233 | Celebrity News Photographs by Henri Mazari – Los Angeles - 2005 (2) |
| VA 2-434-232 | Celebrity News Photographs by Henri Mazari – Los Angeles - 2006 |
| VA 2-434-230 | Celebrity News Photographs by Henri Mazari – Los Angeles - 2007 |
| VA 2-434-229 | Celebrity News Photographs by Henri Mazari – Los Angeles - 2008 |
| VA 2-434-772 | Celebrity Picture by Jeremy Duplaquet JD 2006 |
| VA 2-436-600 | Celebrity Picture by Jeremy Duplaquet JD 2006_(2) |
| VA 2-436-021 | Celebrity Picture by Jeremy Duplaquet JD 2007 (1) |
| VA 2-436-020 | Celebrity Picture by Jeremy Duplaquet JD 2007 (2) |
| VA 2-436-019 | Celebrity Picture by Jeremy Duplaquet JD 2007 (3) |
| VA 2-434-227 | Celebrity Picture by Jeremy Duplaquet JD 2008 |
| VA 2-434-228 | Celebrity Picture by Jeremy Duplaquet JD 2010 |
| VA 2-434-577 | Celebrity News Photographs by Joseph Mehdi - Los Angeles - 2007 |
| VA 2-434-581 | Celebrity News Photographs by Joseph Mehdi - Los Angeles - 2008 |
| VA 2-434-582 | Celebrity News Photographs by Joseph Mehdi - Los Angeles - 2009 |
| VA 2-434-586 | Photo Stars Los Angeles copyright MichelBoutefeu/BTF 2010 |
| VA 2-434-588 | Celebrity Images by Robert Christian Wolf, Los Angeles, 2006 |
| VA 2-434-596 | Celebrity Images by Robert Christian Wolf, Los Angeles, 2007 |
| VA 2-434-603 | Celebrity News Photographs by Stephane Kyndt - Los Angeles - 2007 |
| VA 2-434-769 | Celebrity Photographs by copyright Thibault Mauvilain/Los Angeles - 2006 |
| VA 2-435-652 | Celebrity Photographs © Thibault Mauvilain - Los Angeles - 2007 (1) |
| VA 2-434-308 | Celebrity Photographs © Thibault Mauvilain - Los Angeles - 2007 (2) |
| VA 2-434-327 | Celebrity Photographs © Thibault Mauvilain - Los Angeles - 2007 (3) |
| VA 2-435-094 | Celebrity Photographs © Thibault Mauvilain - Los Angeles - 2008 |
| VA 2-435-075 | Celebrity Photographs © Thibault Mauvilain - Los Angeles - 2014 |
| VA 2-435-071 | Celebrity Photographs © Thibault Mauvilain - Los Angeles - 2015 (1) |
| VA 2-435-328 | Celebrity Photographs © Thibault Mauvilain - Los Angeles - 2015 (2) |
| VA 2-435-654 | Celebrity Photographs © Thibault Mauvilain - Los Angeles - 2015 (3) |
| VA 2-435-653 | Celebrity Photographs © Thibault Mauvilain - Los Angeles - 2015 (4) |
| VA 2-436-016 | Celebrity Photographs © Thibault Mauvilain - Los Angeles - 2015 (5) |
| VA 2-435-107 | Celebrity Pictures © Thibault Mauvilain / 2016 |