DAVID A. SERGENIAN, State Bar No. 230174
david@sergenianlaw.com
SERGENIAN LAW, P.C.
2355 Westwood Blvd. #529
Los Angeles, CA 90064
Telephone: (213) 435-2035

SHENGMAO MU, State Bar No. 327076
smu@whitewoodlaw.com
WHITEWOOD LAW, P.C.
99 S. Alameda Blvd., Suite 600
San Jose, CA 95113
Tel.: (917) 858-8018
Fax: (917) 591-0618

*Counsel for Plaintiffs*

# UNITED STATED DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual, | Case No. 2:25–cv–2757–FLA–MAA |
| | **FIRST AMENDED COMPLAINT FOR:** |
| **Plaintiffs,** | **1. DIRECT COPYRIGHT INFRINGEMENT** |
| v. | **2. INDUCEMENT OF COPYRIGHT INFRINGEMENT** |
| FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation and DOES 1–10, inclusive, | **3. CONTRIBUTORY COPYRIGHT INFRINGEMENT** |
| | **4. VICARIOUS COPYRIGHT INFRINGEMENT** |
| | **5. REMOVAL/ALTERATION OF COPYRIGHT MANAGEMENT INFORMATION** |
| **Defendants.** | **6. BREACH OF CONTRACT** |
| | **7. VIOLATION OF CAL. PENAL CODE § 496** |
| | **DEMAND FOR JURY TRIAL** |

Plaintiffs Thibault Mauvilain, Henri Mazari, Jeremy Duplaquet, Robert Christian Wolf, Michel Boutefeu, Stephane Kyndt, and Joseph Mehdi, (collectively "**Plaintiffs**" or "**Photographers**"), by and through their attorneys, for their complaint against Defendants Flynet Pictures, LLC ("**Flynet**"), a California limited liability company; FameFlynet Inc. ("**FameFlynet**"), a California corporation; Backgrid Inc. ("**Backgrid**"), a California corporation; Backgrid USA, Inc. ("**Backgrid USA**"), a California corporation; Shutterstock, Inc. ("**Shutterstock**"), a Delaware corporation; and DOES 1 through 10 (collectively, "**Defendants**"), allege as follows:

### INTRODUCTION

1.      Plaintiffs are a group of professional photographers who initially created and owned, and continue to own the copyrights to over 100,000 images, which were entrusted to Defendants under specific terms including: specific licensing rights for images created between 2002 and 2011; a revocable licensing period; and Defendants were required to maintain accurate copyright attribution and provide fair compensation according to industry standards. This case arises from the systematic and willful exploitation of Plaintiffs' intellectual property by Defendants, which include some of the world's most recognized photo agencies and their successors.

2.      The Plaintiffs warrant that the photographic works asserted in this action are original works created solely by the Plaintiffs, free from any encumbrances, and all are eligible for full copyright protection under applicable intellectual property laws.

3.      Defendants' exploitation includes a deliberate scheme to remove and alter Copyright Management Information ("**CMI**") from Plaintiffs' photographs, which were contributed to Flynet Pictures and FameFlynet between 2002 and 2016. These works were falsely attributed to "FameFlynet Pictures Inc." as the creator, with copyrights falsely listed as belonging to Backgrid, depriving Plaintiffs of royalties and recognition for their original works.

4.    On information and belief, Defendants manually prioritized high-value content for selective integration into their media library while neglecting thousands of Plaintiffs' other works. At the same time that they altered select CMI (namely, the attributions to Plaintiffs), Defendants took care to preserve metadata such as captions, locations, and celebrity names. In other words, Defendants deliberately altered and removed only the CMI pertaining to Plaintiffs, demonstrating that Defendants acted intentionally to remove and alter Plaintiffs' CMI.

5.    Defendants further concealed their actions by refusing to fully integrate Plaintiffs' older images into Defendants' client portal and private licensing portals, leaving thousands of images offline and unavailable for licensing. This strategic exclusion not only minimized payouts to Plaintiffs but also ensured that these works could be monetized later as part of bulk sales, including the eventual acquisition of Backgrid by Shutterstock.

6.    In 2024, Plaintiffs, through counsel, contacted Backgrid to report that Backgrid's library was missing images in Backgrid's contributor portals. In addition, Plaintiffs' counsel raised concerns about potential metadata and CMI issues. Backgrid denied these substantiated claims, behaved dismissively and uncooperatively, refused access to Plaintiffs' works, and threatened retaliatory legal action in response, demonstrating bad faith and conscious disregard for Plaintiffs' rights. Plaintiffs have since terminated all licenses to Defendants to use the works at issue.

7.    On information and belief, following Shutterstock's acquisition of Backgrid USA, Inc., and after Plaintiffs notified Shutterstock of these issues, Shutterstock continued the unauthorized use and monetization of Plaintiffs' works, leveraging these stolen assets in its extraction of licensing fees from its clients that rightfully belong to Plaintiffs. Shutterstock's refusal to address these concerns demonstrates its complicity in the ongoing violations.

8.      This lawsuit seeks to hold Defendants accountable for their systematic, willful, and malicious exploitation of Plaintiffs' intellectual property rights through fraudulent, unlawful, and unethical practices which include violations of the Copyright Act, removal and alterations of CMI under the Digital Millennium Copyright Act (DMCA), breach of contract, and violation of California Penal Code § 496. Plaintiffs seek injunctive relief, disgorgement of profits, compensatory, statutory and treble damages, and attorney's fees to compensate Plaintiffs for years of lost royalties, reputational harm, and ongoing exploitation of their works.

## PARTIES

9.      Plaintiffs are a group of freelance photographers who reside in Los Angeles and/or resided in Los Angeles at the time when their photographs were contributed to Flynet, since 2002.

10.     Plaintiff Thibault Mauvilain is a photographer who has contributed photographs to Flynet, FameFlynet, and the Backgrid Agency.

11.     Plaintiff Henri Mazari is a photographer who has contributed photographs to Flynet. He has never contributed to the Backgrid agency, currently does not have a Contributor Portal, and is not listed as Contributor in Backgrid database.

12.     Plaintiff Robert Christian Wolf is a photographer who has contributed photographs to Flynet, FameFlynet, and Backgrid.

13.     Plaintiff Jeremy Duplaquet is a photographer who has contributed photographs to Flynet, FameFlynet, and Backgrid.

14.     Plaintiff Michel Boutefeu is a photographer who has contributed photographs to Flynet, FameFlynet, and Backgrid agency.

15.     Plaintiff Stephane Kyndt is a photographer who has contributed photographs to Flynet. Kyndt is not listed as Contributor in Backgrid database.

16.     Plaintiff Joseph Mehdi is a photographer who has contributed photographs to Flynet.

17.    Defendant Flynet Pictures, LLC ("**Flynet**") is a limited liability company organized under the laws of the State of California, with a principal place of business in Sherman Oaks, California. On information and belief, since 2002, Flynet was in the business of "producing and selling pictures and videos" and "photojournalism." On February 14, 2006, Flynet was registered as a limited liability company in California. On information and belief, due to, among other reasons, non-compliance of corporate formality, as listed on the California Secretary of State website, Flynet was suspended by the California Secretary of State on June 23, 2015, and suspended by the California Franchise Tax Board on November 2, 2015.

18.    Defendant FameFlynet, Inc. ("**FameFlynet**") is a former corporation organized under the laws of the State of California, with a principal place of business in Redondo Beach, California. On January 17, 2024, FameFlynet filed a Certificate of Dissolution with the California Secretary of State.

19.    Defendant Backgrid Inc. ("**Backgrid**") is a former corporation organized under the laws of the State of California, with its principal place of business in Redondo Beach, California. On information and belief, Backgrid was in the business of "syndication of digital photos, videos and stories for news outlets." On October 10, 2023, Backgrid filed a Certificate of Dissolution with the California Secretary of State.

20.    Defendant Backgrid USA, Inc. ("**Backgrid USA**") is a California corporation with its principal place of business in El Segundo, California.

21.    Defendant Shutterstock, Inc. ("**Shutterstock**") is a Delaware corporation, with its principal place of business in New York, New York.

22.    Plaintiffs are presently unaware of the true names and capacities of the Defendants sued herein as DOES 1 to 10, inclusive, and therefore sues each of those Defendants by fictitious name. Plaintiffs will seek to leave to amend this Complaint to allege the true name and capacity of each DOE Defendant when ascertained. For convenience, all references to "Defendants" shall be deemed to include all fictitiously named Defend-

ants, and each of them, unless otherwise specifically alleged. Plaintiffs allege on infor-mation and belief that each DOE Defendant is in some manner legally responsible for the acts alleged in this Complaint and has proximately caused harm and injury to Plaintiffs. Specifically, Plaintiffs allege that each Defendant played a role in the infringement by either directly reproducing, publicly distributing, or displaying Plaintiffs' copyrighted works without authorization, or by facilitating or contributing to such infringing activi-ties.

23.    Upon information and belief, some Defendants may be corporations or other business entities. For any Defendant that is determined to be a corporation, Plaintiffs will amend this Complaint to specify its corporate status and any parent or subsidiary rela-tionships relevant to the alleged infringement. This information will be crucial in deter-mining the full extent of liability and the appropriate remedies in this case.

## JURISDICTION AND VENUE

24.    This is a civil action against Defendants for their acts of copyright infringe-ment, removal and alteration of copyright management information in violation of the United States Copyright Act, 17 U.S.C. §§ 101, *et seq*., breach of contract, and violation of California Penal Code § 496. Subject matter jurisdiction exists under 17 U.S.C. § 501(a), 28 U.S.C. § 1331, 28 U.S.C. § 1338(a), and 28 U.S.C. § 1367. Plaintiffs allege that Defendants are explicitly disqualified from any safe harbor provisions under the Dig-ital Millennium Copyright Act (DMCA), 17 U.S.C. § 512, as they had actual knowledge of the infringement, received a direct financial benefit from the infringing activity, and failed to expeditiously remove or disable access to the infringing material upon obtaining knowledge of the infringement.

25.    The Court has specific and general personal jurisdiction over Defendants due to at least their substantial business in this forum. This business includes: (i) at least a portion of the acts complained; (ii) regularly conducting or soliciting business, and/or deriving substantial revenue from goods and services provided to individuals in Califor-nia and in this Judicial District; and (iii) directly targeting consumers in the United States,

including California, by operating one or more commercial, interactive website through which California residents can purchase products and/or downloaded images using infringing versions of Plaintiffs' copyrighted works. Each of the Defendants is committing tortious acts in California, is engaging in interstate commerce, and has wrongfully caused substantial injury in the State of California. In addition, several Defendants are or were domiciled in this Judicial District; the contracts alleged were to be performed in this Judicial District; Defendants' activities, which give rise to this action, occurred in the State of California; and the injuries complained of in this action were suffered in this Judicial District.

26.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391, as Defendants have committed the acts as described herein within this Judicial District.

<b>FACTUAL BACKGROUND</b>

27.     Plaintiffs are a group of freelance photographers, each with over two decades of experience. Below is one example of the Plaintiffs' representative works:



Figure 1: (Celebrity Photographs © Thibault Mauvilain - Los Angeles - 2007 (1) VA 2-435-652)

28. The copyrighted works at issue in this complaint are registered with the United States Copyright Office under the following registration numbers:

| Title of the Copyrighted Work | Registration Number |
|---|---|
| Celebrity News Photographs by Henri Mazari – Los Angeles - 2004 | VA 2-434-612 |
| Celebrity News Photographs by Henri Mazari – Los Angeles - 2005 | VA 2-436-112 |
| Celebrity News Photographs by Henri Mazari – Los Angeles - 2005 (2) | VA 2-434-233 |
| Celebrity News Photographs by Henri Mazari – Los Angeles - 2006 | VA 2-434-232 |
| Celebrity News Photographs by Henri Mazari – Los Angeles - 2007 | VA 2-434-230 |
| Celebrity News Photographs by Henri Mazari – Los Angeles - 2008 | VA 2-434-229 |
| Celebrity Picture by Jeremy Duplaquet JD 2006 | VA 2-434-772 |
| Celebrity Picture by Jeremy Duplaquet JD 2006_(2) | VA 2-436-600 |
| Celebrity Picture by Jeremy Duplaquet JD 2007 (1) | VA 2-436-021 |
| Celebrity Picture by Jeremy Duplaquet JD 2007 (2) | VA 2-436-020 |
| Celebrity Picture by Jeremy Duplaquet JD 2007 (3) | VA 2-436-019 |
| Celebrity Picture by Jeremy Duplaquet JD 2008 | VA 2-434-227 |
| Celebrity Picture by Jeremy Duplaquet JD 2010 | VA 2-434-228 |
| Celebrity News Photographs by Joseph Mehdi - Los Angeles - 2007 | VA 2-434-577 |
| Celebrity News Photographs by Joseph Mehdi - Los Angeles - 2008 | VA 2-434-581 |
| Celebrity News Photographs by Joseph Mehdi - Los Angeles - 2009 | VA 2-434-582 |
| Photo Stars Los Angeles copyright MichelBoutefeu/BTF 2010 | VA 2-434-586 |
| Celebrity Images by Robert Christian Wolf, Los Angeles, 2006 | VA 2-434-588 |
| Celebrity Images by Robert Christian Wolf, Los Angeles, 2007 | VA 2-434-596 |
| Celebrity News Photographs by Stephane Kyndt - Los Angeles - 2007 | VA 2-434-603 |
| Celebrity Photographs by copyright Thibault Mauvilain/Los Angeles - 2006 | VA 2-434-769 |
| Celebrity Photographs © Thibault Mauvilain - Los Angeles - 2007 (1) | VA 2-435-652 |
| Celebrity Photographs © Thibault Mauvilain - Los Angeles - 2007 (2) | VA 2-434-308 |
| Celebrity Photographs © Thibault Mauvilain - Los Angeles - 2007 (3) | VA 2-434-327 |

| Title of the Copyrighted Work | Registration Number |
|---|---|
| Celebrity Photographs © Thibault Mauvilain - Los Angeles - 2008 | VA 2-435-094 |
| Celebrity Photographs © Thibault Mauvilain - Los Angeles - 2014 | VA 2-435-075 |
| Celebrity Photographs © Thibault Mauvilain - Los Angeles - 2015 (1) | VA 2-435-071 |
| Celebrity Photographs © Thibault Mauvilain - Los Angeles - 2015 (2) | VA 2-435-328 |
| Celebrity Photographs © Thibault Mauvilain - Los Angeles - 2015 (3) | VA 2-435-654 |
| Celebrity Photographs © Thibault Mauvilain - Los Angeles - 2015 (4) | VA 2-435-653 |
| Celebrity Photographs © Thibault Mauvilain - Los Angeles - 2015 (5) | VA 2-436-016 |
| Celebrity Pictures © Thibault Mauvilain / 2016 | VA 2-435-107 |

Plaintiffs confirm that deposit copies of the copyrighted works were submitted to the United States Copyright Office as part of the registration process in accordance with the requirements of 17 U.S.C. § 408. Attached as **Exhibit 1** to this complaint are true and correct copies of the Certificates of Registration issued by the United States Copyright Office, serving as proof of registration for the copyrighted works at issue in this case and the image deposits.

29.     Beginning in the 2000s, Plaintiffs contributed over 100,000 professionally captured photographs to Flynet and FameFlynet, which they, in turn, granted limited rights to license the photographs to publications subject to specific attribution and compensation requirements. These contributions were made pursuant to the terms of agreements between Plaintiffs and Flynet and FameFlynet, which were partially oral, partially in writing, and partially implied by conduct, including standard industry practice.

30.     Pursuant to these agreements, as a condition precedent to Flynet's, FameFlynet's, and their successors' use of Plaintiffs' photographs, Flynet, FameFlynet, and their successors were required to give proper attribution to Plaintiffs and to take steps to ensure that publications properly attributed the photographs to Plaintiffs.

31.     As a further condition precedent, Flynet, FameFlynet, and their successors were obligated to track their adherence to their obligation to properly attribute authorship, source, and copyright ownership information and make this information available to

Plaintiffs. Flynet, FameFlynet, and their successors tracked attribution via use of metadata attached to the copies of Plaintiffs' photographs that Flynet, FameFlynet, and their successors licensed to third party publications. Specifically, Flynet, FameFlynet, and their successors stored and distributed Plaintiffs' photographs using the IPTC[1] format. IPTC stores various metadata, which can include descriptions of the photographs, the source of the photograph, and the copyright holder for each photograph. As is customary in the industry, IPTC information can be used to check copyright information, to sort images, and to provide accurate search results in an image database or search engine. Flynet, FameFlynet, and their successors have received and currently receive a portion of the fees paid by publishers to use Plaintiffs' photographs, and the remainder of the fees were and are paid by Flynet, FameFlynet, and their successors to Plaintiffs.

32.    As part of the agreements between Plaintiffs and Flynet, FameFlynet, and their successors, ownership of the copyrights in the photographs would remain exclusively and perpetually with Plaintiffs. Plaintiffs were independent contractors, were not employees of Flynet, FameFlynet, or their successors, and none of Plaintiffs photographs were works-for-hire.

33.    In 2012, Flynet merged with Fame Pictures to become FameFlynet. In 2017, FameFlynet merged with AKM-GSI to form Backgrid. In 2024, Shutterstock acquired Backgrid. During these time periods, FameFlynet, Backgrid, and Shutterstock purportedly operated pursuant to the terms of the agreements between Plaintiffs and Flynet and FameFlynet. From 2017 through present, Plaintiffs had access to their photographs through a contributor portal. (Clients of Backgrid [e.g., publications] accessed the photographs available for licensing through Backgrid, including CMI and other information, through a separate Client portal on Backgrid's website.). Backgrid's Contributor Portal purports to provide complete information to photographers regarding the use and licensing of their photographs, including the amounts of royalties due to photographers from

---

[1] IPTC is an initialism for "International Press Telecommunications Council."

FIRST AMENDED COMPLAINT

Backgrid, and confirmation that the photographs contributed by photographers have been properly attributed.

34.    In 2024, however, Plaintiffs discovered that a sizable portion of their photographs, contributed between 2002 and 2011, were missing from the Backgrid website library. Despite being assured by Backgrid and its predecessor entities that such images would be included in Backgrid's photo library and made available to Backgrid's clients—with proper attribution to the authors—thousands of works have been excluded from the publicly available archives. This omission has deprived Plaintiffs of revenue opportunities, as these images were effectively withheld from potential media clients, diminishing their licensing potential.

35.    Furthermore, Plaintiffs became aware that, with respect to many of their images that were available in the Backgrid library, the original CMI had been removed and replaced with CMI falsely attributing the authorship and copyright ownership of certain of Plaintiffs' photographs to FameFlynet Pictures, Inc., rather than to the photographers who retained ownership over the photographs and their copyrights. In addition, the copyrights for these works were improperly attributed to Backgrid, falsely representing that Backgrid was the owner of the copyrights to the photographs. This intentional systematic alteration and removal of CMI constitutes willful misconduct and demonstrates a deliberate effort to deprive Plaintiffs of credit, royalties, and their intellectual property rights, and to capture revenue and attribution that belongs to Plaintiffs.

36.    Plaintiffs were denied rightful attributions and the opportunity to license their works, resulting in substantial lost revenue. The unauthorized removal and alteration of CMI, coupled with the improper assignment of copyrights, has effectively stripped Plaintiffs of the ability to control their works and collect royalties, resulting in significant financial and reputational harm to the Plaintiffs.

37.    Plaintiff Thibault Mauvilain contributed an estimated 15,000 images to Flynet Pictures between 2006 and 2008 and over 25,000 images between 2014 and 2016.

During his collaboration with Flynet, CMI consisted of the byline: BAC/FLYNET PIC-
TURES. This byline serves to identify both the source of the photograph (BAC, which
indicates Mauvilain), as well as the photograph agency (FLYNET PICTURES, which
indicates Flynet). Mauvilain continued contributing to FameFlynet and later Backgrid
where he remains an active contributor under the author/copyright owner code ("**contrib-
utor code**") "THMA." However, his Flynet-era photographs are not displayed in his
Backgrid contributor portal, which only displays his FameFlynet contributions from 2012
onwards.

38.    Plaintiff Henri Mazari contributed an estimated 25,000 images to Flynet Pic-
tures between 2003 and 2009, using the byline: KO/FLYNET PICTURES. He did not
contribute to FameFlynet or Backgrid and is not listed in the Backgrid database. Despite
formally requesting in 2011 that Flynet remove his photographs from their database and
cease representing his work, his images remain in the Backgrid library.

39.    Plaintiff Jeremy Duplaquet contributed an estimated 20,000 images to
Flynet, FameFlynet, and Backgrid beginning in 2006. Mr. Duplaquet's Flynet CMI con-
sisted of the byline: JD/FLYNET PICTURES. As an active Backgrid contributor with the
contributor code FREE, his Flynet-era photographs are not displayed in his Backgrid con-
tributor portal.

40.    Plaintiff Robert Christian Wolf has contributed more than approximately
10,000 images to Flynet, FameFlynet, and Backgrid beginning in 2004 under the bylines:
CW, CCR, and HansCastrop. He subsequently contributed to FameFlynet and Backgrid
and is listed in the Backgrid database under the contributor code RIWE. However, his
Flynet-era photographs are absent from his Backgrid contributor portal.

41.    Plaintiff Michel Boutefeu has contributed an estimated 1,000 images to
Flynet, FameFlynet, and Backgrid beginning in 2009 under the byline: BTF
Press/FLYNET PICTURES. He subsequently contributed to FameFlynet and Backgrid
and is listed in the Backgrid database under the contributor code MIBO. However, his
Flynet-era photographs are absent from his Backgrid contributor portal.

42.     Plaintiff Stephane Kyndt contributed approximately 8,500 images to Flynet Pictures between 2006 and 2008, with the byline: FT/FLYNET PICTURES. He did not contribute to FameFlynet or Backgrid and is not listed in the Backgrid contributor database, despite his significant Flynet contributions.

43.     Plaintiff Joseph Mehdi contributed approximately 2,500 images to Flynet Pictures between 2005 and 2009, using the byline: BELLE PICTURES/FLYNET PICTURES. He contributed once to FameFlynet and is listed in the Backgrid database under the code JOME. In 2011, he formally requested that Flynet remove his images from their database and cease representing or distributing his work. Despite this request his images remain in the Backgrid library, and his Flynet-era photographs are not displayed in his Backgrid contributor portal.

44.     On February 1, 2024, Shutterstock announced its acquisition of Backgrid. This announcement prompted a review by Plaintiffs of the Backgrid library, to ensure that no images would be lost in transition to the new ownership. Subsequently, it was discovered that contributors' photographs were missing from the Backgrid archive. In June 2024, several Plaintiffs, through counsel, contacted Backgrid and brought to their attention the fact that CMI had been removed or altered from numerous photographs, in violation of 17 U.S.C. § 1202. Despite clear evidence of copyright infringement and CMI violations, Backgrid willfully refused to take any remedial measures or acknowledge Plaintiffs' rights. During discussions between counsel, which ultimately proved to be unfruitful, Plaintiffs' counsel terminated all licenses that had been granted to Shutterstock, Backgrid, and its predecessors.

## FIRST CAUSE OF ACTION
## DIRECT COPYRIGHT INFRINGEMENT

45.     Plaintiffs incorporate by reference the allegations of the foregoing paragraphs as if set forth fully here.

46.     Plaintiffs are the authors and owners of the copyrights in and to the works identified in Paragraph 30 above and Exhibit 1 (collectively, the "**Works**"), which constitute original material of copyrightable subject matter under the laws of the United States. Plaintiffs affirm that the Works are original creations and are not derived from any other copyrighted work without permission.

47.     Plaintiffs have complied in all respects with the Copyright Act and all the laws of the United States governing copyrights. The Works have been timely registered with the United States Copyright Office.

48.     Defendants have directly infringed, and, unless enjoined, will continue to infringe Plaintiffs' copyrights by reproducing, preparing derivative works, displaying, and publicly distributing for profit the Works for purposes of trade in violation of 17 U.S.C. § 501, *et seq.*

49.     Defendants have received substantial and quantifiable financial benefits through their willful and systematic unauthorized reproduction, preparation of derivative works, display, distribution/sale, and commercial exploitation of the Works. On information and belief, Defendants have reproduced and displayed the Works on their websites, where they have offered Plaintiffs' Works to be licensed, and licensed Plaintiffs' Works, thereby receiving revenue and profits that rightfully belong to Plaintiffs. Defendants' reproduction and display of the Works was made through private platforms (e.g., a client portal and agency photo library), making the detection of their wrongful conduct difficult to discover, and concealing Defendants' wrongful conduct. The actual revenues received, and the full extent of distribution will be determined during discovery for trial.

50.     Plaintiffs were denied the opportunity to attribute the Works to themselves, and to approve or refuse the modifications to their original designs. The actions of Defendants were and are continuing to be performed without permission, license, or consent of Plaintiffs in violation of 17 U.S.C. § 106A (Visual Artists Rights Act of 1990).

51.     The deliberate and ongoing wrongful acts of Defendants have caused, and continue to cause, severe and irreparable injury to Plaintiffs' business, reputation, and

market position, resulting in damages that, while substantial, cannot be fully quantified, and unless this Court restrains Defendants from further commission of said acts, Plaintiffs will suffer irreparable injury, for all of which it is without an adequate remedy at law.

52.    Plaintiffs allege on information and belief that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional, and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to $150,000 per infringement, and/or preclusion from asserting certain equitable and other defenses.

## SECOND CAUSE OF ACTION
### INDUCEMENT OF COPYRIGHT INFRINGEMENT

53.    Plaintiffs incorporate by reference the allegations of the foregoing paragraphs as if set forth fully here.

54.    Defendants' clients that have purported to license the Works from Defendants without the consent of Plaintiffs have infringed and are infringing Plaintiffs' rights in their registered copyrighted Works by reproducing, preparing derivative works, displaying, and publicly distributing for profit the Works for purposes of trade, without authorization, in violation of 17 U.S.C. § 501, *et seq.* Defendants' clients are and have therefore directly infringed Plaintiffs' exclusive rights to reproduce, prepare derivative works, display, and publicly distribute for profit their Works.

55.    Defendants are liable under the Copyright Act for inducing the infringing acts of Defendants' client and other infringers. Defendants exercise control of and/or influence which images their clients and other third parties use and purport to function as a non-exclusive licensee of Plaintiffs for the purpose of licensing Plaintiffs' Works to others. Defendants conduct their operations with the objective of promoting the use of Plaintiffs' Works to infringe Plaintiffs' copyrights and are unlawfully fostering copyright infringement by third parties.

56.     Defendants are fully aware, and have been repeatedly notified in writing, and in any event should have been aware, that Plaintiffs' Works were only authorized for licensing through Defendants' platforms if Defendants adhere to the conditions precedent of the parties' licenses, including that Defendants were required to properly attribute the source, authorship, and copyright ownership of Plaintiffs' Works and to ensure that Plaintiffs' Works were properly attributed to Plaintiffs. Defendants are equally aware, or at least should be aware, that Defendants' clients and others have been using Defendants' operations to unlawfully reproduce, prepare derivative works, display, and publicly distribute for profit and otherwise exploit Plaintiffs' and copyrighted Works.

57.     Defendants have intended for, encouraged, and induced their clients and other third parties to employ their licensing operations in this regard.

58.     As a direct and proximate result of Defendants' infringement of Plaintiffs' exclusive copyrights, Plaintiffs are entitled to Defendants' profits from the acts of infringement, to be proven at trial, and Plaintiffs' actual damages caused by Defendants' conduct.

59.     Defendants' conduct is causing and, unless enjoined by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated. Pursuant to 17 U.S.C. § 502, Plaintiffs are entitled to a permanent injunction requiring Defendants to employ reasonable methodologies to prevent or limit infringement of Plaintiffs' copyrights.

60.     Plaintiffs allege on information and belief that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional, and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to $150,000 per infringement, and/or preclusion from asserting certain equitable and other defenses.

**THIRD CAUSE OF ACTION**
**CONTRIBUTORY COPYRIGHT INFRINGEMENT**

61.     Plaintiffs incorporate by reference the allegations of the foregoing paragraphs as if set forth fully here.

62.     Defendants' clients and other third parties that have purported to license the Works from Defendants without the consent of Plaintiffs have infringed and are infringing Plaintiffs' rights in their registered copyrighted Works by reproducing, preparing derivative works, displaying, and publicly distributing for profit the Works for purposes of trade, without authorization, in violation of 17 U.S.C. § 501, *et seq.* Defendants' clients and third parties are and have therefore directly infringed Plaintiffs' exclusive rights to reproduce, prepare derivative works, display, and publicly distribute for profit their Works.

63.     Defendants are liable as contributory copyright infringers for the infringing acts of their clients and other third parties. Defendants enable, induce, facilitate, and materially contribute to each act of infringement by its clients and other third parties.

64.     Defendants have had actual and constructive knowledge that their clients and other third parties have used and are using Defendants' systems to reproduce, prepare derivative works, display, and publicly distribute for profit Plaintiffs' copyrighted Works. Acting with actual and constructive knowledge, Defendants enable, facilitate, and materially contribute to their clients' and other third parties' copyright infringement, which could not occur without Defendants' enablement.

65.     As a direct and proximate result of Defendants' infringement of Plaintiffs' exclusive copyrights, Plaintiffs are entitled to Defendants' profits from the acts of infringement, to be proven at trial, and Plaintiffs' actual damages caused by Defendants' conduct.

66.     Defendants' conduct is causing and, unless enjoined by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated. Pursuant to 17 U.S.C. § 502, Plaintiffs are entitled to a permanent injunction requiring

Defendants to employ reasonable methodologies to prevent or limit infringement of Plaintiffs' copyrights.

67.     Plaintiffs allege on information and belief that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional, and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to $150,000 per infringement, and/or preclusion from asserting certain equitable and other defenses.

## FOURTH CAUSE OF ACTION
## VICARIOUS COPYRIGHT INFRINGEMENT

68.     Plaintiffs incorporate by reference the allegations of the foregoing paragraphs as if set forth fully here.

69.     Defendants' clients that have purported to license the Works from Defendants without the consent of Plaintiffs and other third parties have infringed and are infringing Plaintiffs' rights in their registered copyrighted Works by reproducing, preparing derivative works, displaying, and publicly distributing for profit the Works for purposes of trade, without authorization, in violation of 17 U.S.C. § 501, *et seq.* Defendants' clients and other third parties are and have therefore directly infringed Plaintiffs' exclusive rights to reproduce, prepare derivative works, display, and publicly distribute for profit their Works.

70.     Defendants are vicariously liable for the infringing acts of their clients and other third parties. Defendants have both the right and the ability to supervise their clients' and other third parties' infringing conduct and to prevent their clients and other third parties from infringing Plaintiffs' copyrighted Works.

71.     Defendants have significantly and directly benefited from widespread infringement by their clients. Defendants have derived and continue to derive substantial revenue based on their unauthorized licensing of Plaintiffs' copyrighted Works.

72.     As a direct and proximate result of Defendants' infringement of Plaintiffs' exclusive copyrights, Plaintiffs are entitled to Defendants' profits from the acts of infringement, to be proven at trial, and Plaintiffs' actual damages caused by Defendants' conduct.

73.     Defendants' conduct is causing and, unless enjoined by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated. Pursuant to 17 U.S.C. § 502, Plaintiffs are entitled to a permanent injunction requiring Defendants to employ reasonable methodologies to prevent or limit infringement of Plaintiffs' copyrights.

74.     Plaintiffs allege on information and belief that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional, and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to $150,000 per infringement, and/or preclusion from asserting certain equitable and other defenses.

## FIFTH CAUSE OF ACTION
## REMOVAL/ALTERATION OF COPYRIGHT MANAGEMENT INFORMATION

75.     Plaintiffs incorporate by reference the allegations of the foregoing paragraphs as if set forth fully here.

76.     Each copy of Plaintiffs' Works that has been lawfully distributed contains CMI on the work, included in the metadata of the digital file of the work (i.e., IPTC files). This copyright management information includes, among other things, the identification of Plaintiffs as the creators of the Works and as the copyright owners of the Works. This copyright management information is conveyed in connection with each Work and is protected under 17 U.S.C. § 1202(b).

77.     On information and belief, Defendants intentionally and knowingly altered, caused to be altered, removed, and/or caused to be removed, Plaintiffs' copyright management information from the digital files of Plaintiffs' Works.

78.     Defendants thereafter copied, displayed, distributed, offered to license, and licensed unauthorized and infringing copies of Plaintiffs' Works with the intent and knowledge that copyright management information had been intentionally removed therefrom.

79.     Defendants systematically and deliberately removed and/or altered Plaintiffs' copyright management information as part of their standard business practice, added additional, false and inaccurate metadata, and copied, displayed, distributed, offered to license, and licensed, without authorization, Plaintiffs' Works knowing, or having reasonable grounds to know, that doing so would induce, enable, facilitate, or conceal the ongoing and additional infringement of Plaintiffs' rights under the Copyright Act.

80.     Plaintiffs provided Defendants with notice that Defendants had disseminated false and inaccurate copyright management information, providing Defendants with knowledge that the copyright management information associated with Plaintiffs' Works failed to properly attribute to Plaintiffs authorship and ownership of the copyrights in Plaintiffs' Works.

81.     Defendants subsequently copied, displayed, distributed, offered to license, and licensed unauthorized and infringing copies of Plaintiffs' Works with the intent and knowledge that copyright management information had been altered and/or removed from the IPTC files associated with each Work without the permission of Plaintiffs, the copyright owners.

82.     Defendants intentionally copied, displayed, distributed, offered to license, and licensed unauthorized and infringing copies of Plaintiffs' Works that were missing copyright management information, to which they added additional false and inaccurate metadata, knowing, or having reasonable grounds to know, that doing so would induce,

enable, facilitate, or conceal the ongoing and additional infringement of Plaintiffs' rights under the Copyright Act.

83.    Defendants engaged in these activities without the consent or authorization of Plaintiffs.

84.    Plaintiffs have suffered substantial and ongoing financial losses and market harm as a direct result of these willful violations of 17 U.S.C. § 1202(b) and are entitled to immediate injunctive relief, mandatory removal and takedown of all infringing works, maximum statutory damages, actual damages, costs, and attorneys' fees. Pursuant to 17 U.S.C. § 1203(c)(3), Plaintiffs are entitled to the maximum statutory damages for each violation of 17 U.S.C. § 1202(b).

### SIXTH CAUSE OF ACTION
### BREACH OF CONTRACT

85.    Plaintiffs incorporate by reference the allegations of the foregoing para-graphs as if set forth fully here.

86.    The agreements alleged herein between Plaintiffs and Defendants regarding use of Plaintiffs' copyrighted Works constitute valid and enforceable agreements between Plaintiffs and Defendants.

87.    Pursuant to these agreements, as a condition precedent to Flynet's, FameFlynet's, and their successors' use of Plaintiffs' photographs, Flynet, FameFlynet, and their successors were required to give proper attribution to Plaintiffs and to take steps to ensure that publications properly attributed the photographs to Plaintiffs.

88.    As a further condition precedent, Flynet, FameFlynet, and their successors were obligated to track their adherence to their obligation to properly attribute authorship, source, and copyright ownership information and make this information available to Plaintiffs. Flynet, FameFlynet, and their successors tracked attribution via use of metadata attached to the copies of Plaintiffs' photographs that Flynet, FameFlynet, and their successors licensed to third party publications. Specifically, Flynet, FameFlynet, and their successors stored and distributed Plaintiffs' photographs using the IPTC format.

IPTC stores various metadata, which can include descriptions of the photographs, the source of the photograph, and the copyright holder for each photograph. As is customary in the industry, IPTC information can be used to check copyright information, to sort images, and to provide accurate search results in an image database or search engine. As alleged above, Flynet, FameFlynet, and their successors have received and currently receive a portion of the fees paid by publishers to use Plaintiffs' photographs, and the remainder of the fees were and are paid by Flynet, FameFlynet, and their successors to Plaintiffs.

89.    Plaintiffs have performed all obligations in connection with their agreements with Defendants, except for such obligations that Plaintiffs have been excused or prevented from performing by virtue of Defendants' conduct.

90.    As a direct and proximate result of Defendants' breaches of the parties' agreement, Plaintiffs have suffered damages in an amount to be proven at trial, but in any event in excess of $75,000.

### SEVENTH CAUSE OF ACTION
### VIOLATION OF CAL. PENAL CODE § 496

91.    Plaintiffs incorporate by reference the allegations of the foregoing paragraphs as if set forth fully here.

92.    California Penal Code § 484(a) defines theft, *inter alia*, to include: (a) fraudulently appropriating property which has been entrusted to a defendant; and (b) knowingly and designedly, by any false or fraudulent representation or pretense, defrauding any other person of money or personal property. California Penal Code § 532 also defines criminal fraud "'in terms nearly identical [section] 484[, subdivision] (a)' and 'provides that these acts are punishable "in the same manner and to the same extent" as larceny.'" *Bell v. Feibush*, 212 Cal. App. 4th 1041, 1048 (2013) (quoting 2 Witkin & Epstein, Cal. Criminal Law (4th ed. 2012) Crimes Against Property, § 48, p. 76).

93.    The Supreme Court of California has held that California Penal Code § 496(c) applies when property has been obtained in any manner constituting theft. *Siry*

*Inv. v. Farkhondehpour*, 13 Cal.5th 333, 361 (2022). Accordingly, obtaining property by breach of contract or fraud may constitute theft for a Penal Code § 496(c) claim when a defendant acts with requisite intent, as opposed to conduct that was undertaken innocently or inadvertently. *Siry*, 13 Cal.5th at 361–362.

94.    Here, Defendants' wrongful conduct was neither innocent nor inadvertent, but instead Defendants acted willfully with the intent of depriving Plaintiffs of their property; specifically, the revenue that Defendants received from clients for the unauthorized use of Plaintiffs' copyrighted Works, without proper attribution, using altered and/or removed CMI, and deriving revenue from Defendants' clients that should have been paid to Plaintiffs.

95.    Defendants engaged in theft within the meaning of Penal Code § 496(a) by defrauding Plaintiffs by false pretense and fraudulent representations. Defendants breached and/or conspired to breach the clear contractual duties owed to Plaintiffs under the parties' agreements regarding use of Plaintiffs' copyrighted Works; by concealing Defendants' alteration and/or removal of CMI that properly attributed authorship and copyright ownership to Plaintiffs; by failing to disclose unauthorized licensing of Plaintiffs' copyrighted Works to Defendants' clients; by providing Plaintiffs with access to Defendants' website, which provided false, incomplete, and misleading information regarding Defendants' licensing of Plaintiffs' copyrighted Works; and by intentionally failing to disclose to Plaintiffs the full extent of Defendants' unauthorized licensing scheme and the receipt of revenue from Defendants' clients for unauthorized exploitation of Plaintiffs' Works.

96.    As a direct and proximate result of Defendants' conduct, Plaintiffs have been injured in an amount to be determined at trial, but in any event in excess of $75,000. In addition, pursuant to California Penal Code § 496(c), Plaintiffs are entitled to three times the amount of actual damages sustained by Plaintiffs, costs of suit, and reasonable attorney's fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment as follows:

A.      Judgment for Plaintiffs and against Defendants on all causes of action alleged herein;

B.      For an order permanently enjoining Defendants, their officers, agents, servants, employees, representatives, and attorneys, and all persons in active concert or participation with them, from designing, copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all advertising and promotional materials, print media, signs, internet websites, or any other media, either now known or hereafter devised, bearing any design or mark which infringe, contributorily infringe, or vicariously infringe upon Plaintiffs' rights in the Works at issue;

C.      For an order for the destruction and/or impound of all unsold and distributed products and materials that infringe Plaintiffs' copyrights in the Works, pursuant to 17 U.S.C. §503(b);

D.      For maximum available compensatory damages, including treble damages where permitted by law, in an amount to be proven at trial, but in no event less than $150,000 per work infringed, including actual damages and future damages and disgorgement of all profits derived by Defendants from their acts of copyright infringement and falsification and removal of copyright management information, and to reimburse Plaintiffs for all damages suffered by Plaintiffs by reasons of Defendants' acts, pursuant to 17 U.S.C. §§ 504 (a)(1), 504(b), and 1203(c)(2);

E.      For statutory damages pursuant to 17 U.S.C. §§ 504(c) and 1203(c)(3);

F.      For treble damages pursuant to California Penal Code § 496(c);

G.      For Plaintiffs' costs of suit, including reasonable attorney's fees pursuant to 17 U.S.C. §§ 505 and 1203(b)(5), and California Penal Code § 496(c);

FIRST AMENDED COMPLAINT

1     H.     For pre-judgment interest and all other interest to which Plaintiffs are enti-

2  tled, including costs and interest (pre and post judgment) pursuant to 17 U.S.C. §§ 504

3  (a)(1), 504(b), 505, § 1203(b)(4) and California Penal Code § 496(c);

4     I.     For such other and further relief as the Court may deem just and proper.

5

6  Dated: April 10, 2025                              **SERGENIAN LAW**
                                                      a Professional Corporation
7

8                                          By:   */s/David A. Sergenian*
                                                 DAVID A. SERGENIAN
9

10 Dated: April 10, 2025                     WHITEWOOD LAW, P.C.

11

12                                         By:   */s/Shengmao Mu*
13                                               SHENGMAO MU
14                                               ABBY M. NEU
                                                 (*pro hac vice* application forthcoming)
15                                               KEATON SMITH
                                                 (*pro hac vice* application forthcoming)
16                                               MICHAEL L. MITCHELL
17                                               (*pro hac vice* application forthcoming)

18                                               *Counsel for Plaintiffs*
19

20

21

22

23

24

25

26

27

28

**DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand trial by jury on all issues so triable as a matter of right.

Dated: April 10, 2025

**SERGENIAN LAW**

a Professional Corporation

By:   */s/David A. Sergenian*
          DAVID A. SERGENIAN

Dated: April 10, 2025

WHITEWOOD LAW, P.C.

By:   */s/Shengmao Mu*
          SHENGMAO MU
          ABBY NEU
          (*pro hac vice* application forthcoming)
          KEATON SMITH
          (*pro hac vice* application forthcoming)
          MICHAEL L. MITCHELL
          (*pro hac vice* application forthcoming)

*Counsel for Plaintiffs*

- 25 -
FIRST AMENDED COMPLAINT

# Exhibit 1

**Registration Number**

# VA 2-434-227

**Effective Date of Registration:**
February 24, 2025
**Registration Decision Date:**
February 26, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 20, 2008 to December 06, 2008

### Title _____

**Title of Group:** Celebrity Picture by Jeremy Duplaquet JD 2008
**Number of Photographs in Group:** 304

### Completion/Publication _____

**Year of Completion:** 2008
**Earliest Publication Date in Group:** January 20, 2008
**Latest Publication Date in Group:** December 06, 2008
**Nation of First Publication:** United States

### Author _____

- **Author:** Jeremy Duplaquet
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States

### Copyright Claimant _____

**Copyright Claimant:** Jeremy Duplaquet
11693 San Vicente blvd, #419, Los Angeles, CA, 90049, United States

### Rights and Permissions _____

**Organization Name:** Whitewood Law PC
**Name:** Shengmao Mu
**Email:** smu@whitewoodlaw.com
**Telephone:** (917)858-8018

**Address:** 99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification

**Name:** Shengmao Mu
**Date:** February 24, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-434-228

**Effective Date of Registration:**
February 24, 2025
**Registration Decision Date:**
February 26, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**  October 13, 2010 to October 23, 2010

## Title

**Title of Group:**  Celebrity Pictures by Jeremy Duplaquet JD 2010
**Number of Photographs in Group:**  127

## Completion/Publication

**Year of Completion:**  2010
**Earliest Publication Date in Group:**  October 13, 2010
**Latest Publication Date in Group:**  October 23, 2010
**Nation of First Publication:**  United States

## Author

- **Author:**  Jeremy Duplaquet
**Author Created:**  photographs
**Work made for hire:**  No
**Citizen of:**  United States

## Copyright Claimant

**Copyright Claimant:**  Jeremy Duplaquet
11693 San Vicente blvd,  #419, Los Angeles, CA, 90049, United States

## Rights and Permissions

**Organization Name:**  Whitewood Law PC
**Name:**  Shengmao Mu
**Email:**  smu@whitewoodlaw.com
**Telephone:**  (917)858-8018

**Address:** 99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification

**Name:** Shengmao Mu
**Date:** February 24, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-434-229

**Effective Date of Registration:**
February 24, 2025
**Registration Decision Date:**
February 26, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**    January 16, 2008 to September 23, 2008

## Title _____

**Title of Group:**    Celebrity News Photographs by Henri Mazari – Los Angeles - 2008
**Number of Photographs in Group:**    456

## Completion/Publication _____

**Year of Completion:**    2008
**Earliest Publication Date in Group:**    January 16, 2008
**Latest Publication Date in Group:**    September 23, 2008
**Nation of First Publication:**    United States

## Author _____

- **Author:**    Henri Mazari
  **Author Created:**    photographs
  **Work made for hire:**    No
  **Citizen of:**    United States

## Copyright Claimant _____

**Copyright Claimant:**    Henri Mazari
2100 Marshallfield Lane, Redondo Beach, California, 90278, United States

## Rights and Permissions _____

**Organization Name:**    Whitewood Law PC
**Name:**    Shengmao Mu
**Email:**    smu@whitewoodlaw.com
**Telephone:**    (917)858-8018

**Address:** 99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification

**Name:** Shengmao Mu
**Date:** February 24, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-434-230

**Effective Date of Registration:**
February 24, 2025
**Registration Decision Date:**
February 26, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**    January 06, 2007 to December 06, 2007

## Title _____

**Title of Group:** Celebrity News Photographs by Henri Mazari − Los Angeles - 2007
**Number of Photographs in Group:** 483

## Completion/Publication _____

**Year of Completion:** 2007
**Earliest Publication Date in Group:** January 06, 2007
**Latest Publication Date in Group:** December 06, 2007
**Nation of First Publication:** United States

## Author _____

- **Author:** Henri Mazari
**Author Created:** photographs
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Henri Mazari
2100 Marshallfield Lane, Redondo Beach, California, 90278, United States

## Rights and Permissions _____

**Organization Name:** Whitewood Law PC
**Name:** Shengmao Mu
**Email:** smu@whitewoodlaw.com
**Telephone:** (917)858-8018

**Address:** 99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification

**Name:** Shengmao Mu
**Date:** February 24, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that
correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be
registered on one application with one filing fee only under limited
circumstances. ALL of the following are required: 1. All photographs (a) were
created by the same author AND (b) are owned by the same copyright claimant
AND (c) were published in the same calendar year AND 2. The group contains
750 photographs or less AND 3. A sequentially numbered list of photographs
containing the title, file name and month of publication for each photograph
included in the group must be uploaded along with other required application
materials. The list must be submitted in an approved document format such as .
XLS or .PDF. The file name for the numbered list must contain the title of the
group and the Case Number assigned to the application.

**Registration Number**

# VA 2-434-232

**Effective Date of Registration:**
February 24, 2025
**Registration Decision Date:**
February 26, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**    February 15, 2006 to December 07, 2006

## Title

**Title of Group:**    Celebrity News Photographs by Henri Mazari − Los Angeles - 2006
**Number of Photographs in Group:**    718

## Completion/Publication

**Year of Completion:**    2006
**Earliest Publication Date in Group:**    February 15, 2006
**Latest Publication Date in Group:**    December 07, 2006
**Nation of First Publication:**    United States

## Author

- **Author:**    Henri Mazari
  **Author Created:**    photographs
  **Work made for hire:**    No
  **Citizen of:**    United States

## Copyright Claimant

**Copyright Claimant:**    Henri Mazari
2100 Marshallfield Lane, Redondo Beach, California, 90278, United States

## Rights and Permissions

**Organization Name:**    Whitewood Law PC
**Name:**    Shengmao Mu
**Email:**    smu@whitewoodlaw.com
**Telephone:**    (917)858-8018

|  |  |
|---|---|
| **Address:** | 99 S Almaden Blvd<br>Suite 600<br>San Jose, CA 95113 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Shengmao Mu |
| **Date**: | February 24, 2025 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-434-233

**Effective Date of Registration:**
February 24, 2025
**Registration Decision Date:**
February 26, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   April 28, 2005 to December 03, 2005

## Title _____

**Title of Group:** Celebrity News Photographs by Henri Mazari – Los Angeles - 2005 - (2)
**Number of Photographs in Group:** 486

## Completion/Publication _____

**Year of Completion:** 2005
**Earliest Publication Date in Group:** April 28, 2005
**Latest Publication Date in Group:** December 03, 2005
**Nation of First Publication:** United States

## Author _____

- **Author:** Henri Mazari
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** Henri Mazari
2100 Marshallfield Lane, Redondo Beach, California, 90278, United States

## Rights and Permissions _____

**Organization Name:** Whitewood Law PC
**Name:** Shengmao Mu
**Email:** smu@whitewoodlaw.com

Page 1 of 2

|  |  |
|---|---|
| **Telephone:** | (917)858-8018 |
| **Address:** | 99 S Almaden Blvd |
|  | Suite 600 |
|  | San Jose, CA 95113 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Shengmao Mu |
| **Date:** | February 24, 2025 |

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |

**Registration Number**

# VA 2-434-577

**Effective Date of Registration:**
February 26, 2025
**Registration Decision Date:**
February 27, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** August 12, 2007 to December 30, 2007

### Title

|  |  |
|---|---|
| **Title of Group:** | Celebrity News Photographs by Joseph Mehdi - Los Angeles - 2007 |
| **Number of Photographs in Group:** | 69 |

### Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2007 |
| **Earliest Publication Date in Group:** | August 12, 2007 |
| **Latest Publication Date in Group:** | December 30, 2007 |
| **Nation of First Publication:** | United States |

### Author

|  |  |
|---|---|
| • **Author:** | Joseph Mehdi |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

### Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Joseph Mehdi |
|  | 121 S Swall Dr, APT 101, Los Angeles, CA, 90048, United States |

### Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Whitewood Law PC |
| **Name:** | Shengmao Mu |
| **Email:** | smu@whitewoodlaw.com |
| **Telephone:** | (917)858-8018 |

**Address:** 99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification

**Name:** Shengmao Mu
**Date:** February 26, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-434-581

**Effective Date of Registration:**
February 26, 2025
**Registration Decision Date:**
February 27, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 19, 2008 to August 20, 2008

## Title _____

| | |
|---|---|
| **Title of Group:** | Celebrity News Photographs by Joseph Mehdi - Los Angeles - 2008 |
| **Number of Photographs in Group:** | 215 |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Earliest Publication Date in Group:** | January 19, 2008 |
| **Latest Publication Date in Group:** | August 20, 2008 |
| **Nation of First Publication:** | United States |

## Author _____

| | |
|---|---|
| • **Author:** | Joseph Mehdi |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Joseph Mehdi |
| | 121 S Swall Dr, APT 101, Los Angeles, CA, 90048, United States |

## Rights and Permissions _____

| | |
|---|---|
| **Organization Name:** | Whitewood Law PC |
| **Name:** | Shengmao Mu |
| **Email:** | smu@whitewoodlaw.com |
| **Telephone:** | (917)858-8018 |

|  | |
|---|---|
| **Address:** | 99 S Almaden Blvd |
| | Suite 600 |
| | San Jose, CA 95113 United States |

## Certification

|  | |
|---|---|
| **Name:** | Shengmao Mu |
| **Date**: | February 26, 2025 |

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-434-582

**Effective Date of Registration:**
February 26, 2025
**Registration Decision Date:**
February 27, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 09, 2009 to January 31, 2009

### Title _____

**Title of Group:**  Celebrity News Pictures by Joseph Mehdi - Los Angeles - 2009
**Number of Photographs in Group:**  83

### Completion/Publication _____

**Year of Completion:**  2009
**Earliest Publication Date in Group:**  January 09, 2009
**Latest Publication Date in Group:**  January 31, 2009
**Nation of First Publication:**  United States

### Author _____

- **Author:**  Joseph Mehdi
  **Author Created:**  photographs
  **Work made for hire:**  No
  **Citizen of:**  United States

### Copyright Claimant _____

**Copyright Claimant:**  Joseph Mehdi
121 S Swall Dr, APT 101, Los Angeles, CA, 90048, United States

### Rights and Permissions _____

**Organization Name:**  Whitewood Law PC
**Name:**  Shengmao Mu
**Email:**  smu@whitewoodlaw.com
**Telephone:**  (917)858-8018

|            |                           |
|-----------:|:--------------------------|
| **Address:** | 99 S Almaden Blvd       |
|            | Suite 600                 |
|            | San Jose, CA 95113 United States |

## Certification  _____

|          |                   |
|---------:|:------------------|
| **Name:** | Shengmao Mu       |
| **Date**: | February 26, 2025 |

_____

**Copyright Office notes:**     Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-434-586

**Effective Date of Registration:**
February 27, 2025
**Registration Decision Date:**
February 27, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**    February 03, 2010 to September 30, 2010

## Title _____

**Title of Group:**   Photo Stars Los Angeles copyright MichelBoutefeu/BTF 2010
**Number of Photographs in Group:**   224

## Completion/Publication _____

**Year of Completion:**   2010
**Earliest Publication Date in Group:**   February 03, 2010
**Latest Publication Date in Group:**   September 30, 2010
**Nation of First Publication:**   United States

## Author _____

- **Author:**   Michel Boutefeu
  **Author Created:**   photographs
  **Work made for hire:**   No
  **Citizen of:**   United States

## Copyright Claimant _____

**Copyright Claimant:**   Michel Boutefeu
11693 San Vicente blvd, #419, Los Angeles, CA, 90049, United States

## Rights and Permissions _____

**Organization Name:**   Whitewood Law PC
**Name:**   Shengmao Mu
**Email:**   smu@whitewoodlaw.com
**Telephone:**   (917)858-8018

**Address:**   99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification _____

**Name:**   Shengmao Mu
**Date**:   February 26, 2025

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-434-588

**Effective Date of Registration:**
February 26, 2025
**Registration Decision Date:**
February 27, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** October 16, 2006 to December 20, 2006

### Title _____

**Title of Group:** Celebrity Images by Robert Christian Wolf, Los Angeles, 2006
**Number of Photographs in Group:** 86

### Completion/Publication _____

**Year of Completion:** 2006
**Earliest Publication Date in Group:** October 16, 2006
**Latest Publication Date in Group:** December 20, 2006
**Nation of First Publication:** United States

### Author _____

- **Author:** Robert Christian Wolf
**Author Created:** photographs
**Work made for hire:** No
**Citizen of:** United States

### Copyright Claimant _____

**Copyright Claimant:** Robert Christian Wolf
5424 Corteen Place, APT 15, Valley Village, CA, 91607, United States

### Rights and Permissions _____

**Organization Name:** Whitewood Law PC
**Name:** Shengmao Mu
**Email:** smu@whitewoodlaw.com
**Telephone:** (917)858-8018

Page 1 of 2

**Address:**  99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification

**Name:**  Shengmao Mu
**Date**:  February 26, 2025

**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-434-596

**Effective Date of Registration:**
February 26, 2025
**Registration Decision Date:**
February 27, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**    July 03, 2007 to December 21, 2007

## Title

| | |
|---|---|
| **Title of Group:** | Celebrity Images by Robert Christian Wolf, Los Angeles, 2007 |
| **Number of Photographs in Group:** | 31 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2007 |
| **Earliest Publication Date in Group:** | July 03, 2007 |
| **Latest Publication Date in Group:** | December 21, 2007 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Robert Christian Wolf |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Robert Christian Wolf |
| | 5424 Corteen Place, APT 15, Valley Village, CA, 91607, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Whitewood Law PC |
| **Name:** | Shengmao Mu |
| **Email:** | smu@whitewoodlaw.com |
| **Telephone:** | (917)858-8018 |

Page 1 of 2

**Address:**  99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification _____

**Name:**  Shengmao Mu
**Date**:  February 26, 2025

---

**Copyright Office notes:**    Regarding title information: Deposit contains complete list of titles that
correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be
registered on one application with one filing fee only under limited
circumstances. ALL of the following are required: 1. All photographs (a) were
created by the same author AND (b) are owned by the same copyright claimant
AND (c) were published in the same calendar year AND 2. The group contains
750 photographs or less AND 3. A sequentially numbered list of photographs
containing the title, file name and month of publication for each photograph
included in the group must be uploaded along with other required application
materials. The list must be submitted in an approved document format such as .
XLS or .PDF. The file name for the numbered list must contain the title of the
group and the Case Number assigned to the application.

**Registration Number**

# VA 2-434-603

**Effective Date of Registration:**
February 26, 2025
**Registration Decision Date:**
February 27, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** July 20, 2007 to December 20, 2007

## Title

| | |
|---|---|
| **Title of Group:** | Celebrity News Photographs by Stephane Kyndt - Los Angeles - 2007 |
| **Number of Photographs in Group:** | 25 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2007 |
| **Earliest Publication Date in Group:** | July 20, 2007 |
| **Latest Publication Date in Group:** | December 20, 2007 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Stephane Kyndt |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Domiciled in:** | France |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Stephane Kyndt |
| | 6, Allée du coq chantant, Chantilly, 60500, France |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Whitewood Law PC |
| **Name:** | Shengmao Mu |
| **Email:** | smu@whitewoodlaw.com |
| **Telephone:** | (917)858-8018 |

**Address:** 99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification

**Name:** Shengmao Mu
**Date**: February 26, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-434-772

**Effective Date of Registration:**
February 25, 2025
**Registration Decision Date:**
February 28, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** May 14, 2006 to November 26, 2006

### Title _____

**Title of Group:** Celebrity Picture by Jeremy Duplaquet JD 2006
**Number of Photographs in Group:** 725

### Completion/Publication _____

**Year of Completion:** 2006
**Earliest Publication Date in Group:** May 14, 2006
**Latest Publication Date in Group:** November 26, 2006
**Nation of First Publication:** United States

### Author _____

- **Author:** Jeremy Duplaquet
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States

### Copyright Claimant _____

**Copyright Claimant:** Jeremy Duplaquet
11693 San Vicente Blvd, #419, Los Angeles, CA, 90049, United States

### Rights and Permissions _____

**Organization Name:** Whitewood Law PC
**Name:** Shengmao Mu
**Email:** smu@whitewoodlaw.com
**Telephone:** (917)858-8018

**Address:** 99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification

**Name:** Shengmao Mu
**Date**: February 25, 2025

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-435-071

**Effective Date of Registration:**
February 28, 2025
**Registration Decision Date:**
March 03, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**  January 05, 2015 to June 05, 2015

## Title _____

**Title of Group:** Celebrity Photographs Thibault Mauvilain - Los Angeles - 2015 (1)
**Number of Photographs in Group:** 738

## Completion/Publication _____

**Year of Completion:** 2015
**Earliest Publication Date in Group:** January 05, 2015
**Latest Publication Date in Group:** June 05, 2015
**Nation of First Publication:** United States

## Author _____

- **Author:** Thibault Mauvilain
**Author Created:** photographs
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Thibault Mauvilain
4605 Sylmar Avenue #312, Sherman soaks, CA, 91423, United States

## Rights and Permissions _____

**Organization Name:** Whitewood Law PC
**Name:** Shengmao Mu
**Email:** smu@whitewoodlaw.com
**Telephone:** (917)858-8018

**Address:** 99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification

**Name:** Shengmao Mu
**Date:** February 28, 2025

**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-435-075

**Effective Date of Registration:**
February 28, 2025
**Registration Decision Date:**
March 03, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**  November 07, 2014 to December 31, 2014

### Title _____

**Title of Group:**  Celebrity Photographs Thibault Mauvilain - Los Angeles - 2014
**Number of Photographs in Group:**  748

### Completion/Publication _____

**Year of Completion:**  2014
**Earliest Publication Date in Group:**  November 07, 2014
**Latest Publication Date in Group:**  December 31, 2014
**Nation of First Publication:**  United States

### Author _____

- **Author:**  Thibault Mauvilain
  **Author Created:**  photographs
  **Work made for hire:**  No
  **Citizen of:**  United States

### Copyright Claimant _____

**Copyright Claimant:**  Thibault Mauvilain
4605 Sylmar Avenue #312, Sherman soaks, CA, 91423, United States

### Rights and Permissions _____

**Organization Name:**  Whitewood Law PC
**Name:**  Shengmao Mu
**Email:**  smu@whitewoodlaw.com
**Telephone:**  (917)858-8018

**Address:** 99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification

**Name:** Shengmao Mu
**Date**: February 28, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-435-094

**Effective Date of Registration:**
February 28, 2025
**Registration Decision Date:**
March 03, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 22, 2008 to April 04, 2008

## Title _____

**Title of Group:** Celebrity Photographs by Thibault Mauvilain/Los Angeles - 2008
**Number of Photographs in Group:** 159

## Completion/Publication _____

**Year of Completion:** 2008
**Earliest Publication Date in Group:** January 22, 2008
**Latest Publication Date in Group:** April 04, 2008
**Nation of First Publication:** United States

## Author _____

- **Author:** Thibault Mauvilain
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Thibault Mauvilain
4605 Sylmar Avenue #312, Sherman soaks, CA, 91423, United States

## Rights and Permissions _____

**Organization Name:** Whitewood Law PC
**Name:** Shengmao Mu
**Email:** smu@whitewoodlaw.com
**Telephone:** (917)858-8018

**Address:** 99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification _____

**Name:** Shengmao Mu
**Date**: February 28, 2025

**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-435-107

**Effective Date of Registration:**
February 28, 2025
**Registration Decision Date:**
March 03, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**    December 18, 2016 to December 18, 2016

### Title

| | |
|---|---|
| **Title of Group:** | Celebrity Pictures Thibault Mauvilain / 2016 |
| **Number of Photographs in Group:** | 36 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Earliest Publication Date in Group:** | December 18, 2016 |
| **Latest Publication Date in Group:** | December 18, 2016 |
| **Nation of First Publication:** | United States |

### Author

| | |
|---|---|
| •    **Author:** | Thibault Mauvilain |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Thibault Mauvilain |
| | 4605 Sylmar Avenue #312, Sherman soaks, CA, 91423, United States |

### Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Whitewood Law PC |
| **Name:** | Shengmao Mu |
| **Email:** | smu@whitewoodlaw.com |
| **Telephone:** | (917)858-8018 |

**Address:** 99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification

**Name:** Shengmao Mu
**Date:** February 28, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-435-308

**Effective Date of Registration:**
February 28, 2025
**Registration Decision Date:**
March 03, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**    January 10, 2007 to October 26, 2007

## Title

|  |  |
|---|---|
| **Title of Group:** | Celebrity Photographs by © Thibault Mauvilain/Los Angeles - 2007 (2) |
| **Number of Photographs in Group:** | 750 |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2007 |
| **Earliest Publication Date in Group:** | January 10, 2007 |
| **Latest Publication Date in Group:** | October 26, 2007 |
| **Nation of First Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Thibault Mauvilain |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Thibault Mauvilain |
|  | 4605 Sylmar Avenue #312, Sherman soaks, CA, 91423, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Whitewood Law PC |
| **Name:** | Shengmao Mu |
| **Email:** | smu@whitewoodlaw.com |
| **Telephone:** | (917)858-8018 |

**Address:** 99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification

**Name:** Shengmao Mu
**Date**: February 28, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that
correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be
registered on one application with one filing fee only under limited
circumstances. ALL of the following are required: 1. All photographs (a) were
created by the same author AND (b) are owned by the same copyright claimant
AND (c) were published in the same calendar year AND 2. The group contains
750 photographs or less AND 3. A sequentially numbered list of photographs
containing the title, file name and month of publication for each photograph
included in the group must be uploaded along with other required application
materials. The list must be submitted in an approved document format such as .
XLS or .PDF. The file name for the numbered list must contain the title of the
group and the Case Number assigned to the application.

**Registration Number**

# VA 2-435-327

**Effective Date of Registration:**
February 28, 2025
**Registration Decision Date:**
March 03, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:    April 11, 2007 to November 09, 2007

### Title

| | |
|---|---|
| Title of Group: | Celebrity Photographs by © Thibault Mauvilain/Los Angeles - 2007 (3) |
| Number of Photographs in Group: | 106 |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2007 |
| Earliest Publication Date in Group: | April 11, 2007 |
| Latest Publication Date in Group: | November 09, 2007 |
| Nation of First Publication: | United States |

### Author

| | |
|---|---|
| • Author: | Thibault Mauvilain |
| Author Created: | photographs |
| Work made for hire: | No |
| Citizen of: | United States |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Thibault Mauvilain |
| | 4605 Sylmar Avenue #312, Sherman soaks, CA, 91423, United States |

### Rights and Permissions

| | |
|---|---|
| Organization Name: | Whitewood Law PC |
| Name: | Shengmao Mu |
| Email: | smu@whitewoodlaw.com |
| Telephone: | (917)858-8018 |

**Address:**  99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification

**Name:**  Shengmao Mu
**Date**:  February 28, 2025

---

**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-435-328

**Effective Date of Registration:**
February 28, 2025
**Registration Decision Date:**
March 03, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**    January 19, 2015 to October 18, 2015

### Title _____

**Title of Group:**    Celebrity Images © Thibault Mauvilain / 2015 (2)
**Number of Photographs in Group:**    721

### Completion/Publication _____

**Year of Completion:**    2015
**Earliest Publication Date in Group:**    January 19, 2015
**Latest Publication Date in Group:**    October 18, 2015
**Nation of First Publication:**    United States

### Author _____

- **Author:**    Thibault Mauvilain
  **Author Created:**    photographs
  **Work made for hire:**    No
  **Citizen of:**    United States

### Copyright Claimant _____

**Copyright Claimant:**    Thibault Mauvilain
4605 Sylmar Avenue #312, Sherman soaks, CA, 91423, United States

### Rights and Permissions _____

**Organization Name:**    Whitewood Law PC
**Name:**    Shengmao Mu
**Email:**    smu@whitewoodlaw.com
**Telephone:**    (917)858-8018

**Address:**   99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification

**Name:**   Shengmao Mu
**Date**:   February 28, 2025

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that
correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be
registered on one application with one filing fee only under limited
circumstances. ALL of the following are required: 1. All photographs (a) were
created by the same author AND (b) are owned by the same copyright claimant
AND (c) were published in the same calendar year AND 2. The group contains
750 photographs or less AND 3. A sequentially numbered list of photographs
containing the title, file name and month of publication for each photograph
included in the group must be uploaded along with other required application
materials. The list must be submitted in an approved document format such as .
XLS or .PDF. The file name for the numbered list must contain the title of the
group and the Case Number assigned to the application.

**Registration Number**

# VA 2-435-612

**Effective Date of Registration:**
February 21, 2025
**Registration Decision Date:**
March 04, 2025

## Title _____

Title of Work: Celebrity News Photographs by Henri Mazari – Los Angeles - 2004

## Completion/Publication _____

Year of Completion: 2004
Nation of 1st Publication: United States

## Author _____

- Author: Henri Mazari
Author Created: photographs
Work made for hire: No
Citizen of: United States

## Copyright Claimant _____

Copyright Claimant: Henri Mazari
2100 Marshallfield Lane, Redondo Beach, California, 90278, United States

## Rights and Permissions _____

Organization Name: Whitewood Law PC
Address: 99 SOUTH ALMADEN BLVD
SUITE 600
San Jose, CA 95113 United States

## Certification _____

Name: Shengmao Mu
Date: February 21, 2025

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-435-652

**Effective Date of Registration:**
February 28, 2025
**Registration Decision Date:**
March 04, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**    January 08, 2007 to December 20, 2007

## Title

**Title of Group:**    Celebrity Photographs by © Thibault Mauvilain/Los Angeles - 2007 (1)
**Number of Photographs in Group:**    750

## Completion/Publication

**Year of Completion:**    2007
**Earliest Publication Date in Group:**    January 08, 2007
**Latest Publication Date in Group:**    December 20, 2007
**Nation of First Publication:**    United States

## Author

- **Author:**    Thibault Mauvilain
  **Author Created:**    photographs
  **Work made for hire:**    No
  **Citizen of:**    United States

## Copyright Claimant

**Copyright Claimant:**    Thibault Mauvilain
4605 Sylmar Avenue #312, Sherman soaks, CA, 91423, United States

## Rights and Permissions

**Organization Name:**    Whitewood Law PC
**Name:**    Shengmao Mu
**Email:**    smu@whitewoodlaw.com
**Telephone:**    (917)858-8018

**Address:**  99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification _____

**Name:**  Shengmao Mu
**Date**:  February 28, 2025

---

**Correspondence:**  Yes
**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-435-653

**Effective Date of Registration:**
February 28, 2025
**Registration Decision Date:**
March 04, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**    January 26, 2015 to November 08, 2015

### Title _____

**Title of Group:**    Celebrity Pictures © Thibault Mauvilain / 2015 (4)
**Number of Photographs in Group:**    721

### Completion/Publication _____

**Year of Completion:**    2015
**Earliest Publication Date in Group:**    January 26, 2015
**Latest Publication Date in Group:**    November 08, 2015
**Nation of First Publication:**    United States

### Author _____

- **Author:**    Thibault Mauvilain
  **Author Created:**    photographs
  **Work made for hire:**    No
  **Citizen of:**    United States

### Copyright Claimant _____

**Copyright Claimant:**    Thibault Mauvilain
4605 Sylmar Avenue #312, Sherman soaks, CA, 91423, United States

### Rights and Permissions _____

**Organization Name:**    Whitewood Law PC
**Name:**    Shengmao Mu
**Email:**    smu@whitewoodlaw.com
**Telephone:**    (917)858-8018

**Address:** 99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification _____

**Name:** Shengmao Mu
**Date**: February 28, 2025

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-435-654

**Effective Date of Registration:**
February 28, 2025
**Registration Decision Date:**
March 04, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 04, 2015 to September 27, 2015

### Title _____

**Title of Group:** Celebrity Pictures © Thibault Mauvilain / 2015 (3)
**Number of Photographs in Group:** 740

### Completion/Publication _____

**Year of Completion:** 2015
**Earliest Publication Date in Group:** January 04, 2015
**Latest Publication Date in Group:** September 27, 2015
**Nation of First Publication:** United States

### Author _____

- **Author:** Thibault Mauvilain
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States

### Copyright Claimant _____

**Copyright Claimant:** Thibault Mauvilain
4605 Sylmar Avenue #312, Sherman soaks, CA, 91423, United States

### Rights and Permissions _____

**Organization Name:** Whitewood Law PC
**Name:** Shengmao Mu
**Email:** smu@whitewoodlaw.com
**Telephone:** (917)858-8018

**Address:** 99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification

**Name:** Shengmao Mu
**Date:** February 28, 2025

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Registration Number

# VA 2-436-016

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
March 06, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**    January 22, 2015 to June 15, 2015

## Title _____

**Title of Group:**    Celebrity Photographs  Thibault Mauvilain - Los Angeles - 2015 (5)
**Number of Photographs in Group:**    44

## Completion/Publication _____

**Year of Completion:**    2015
**Earliest Publication Date in Group:**    January 22, 2015
**Latest Publication Date in Group:**    June 15, 2015
**Nation of First Publication:**    United States

## Author _____

- **Author:**    Thibault Mauvilain
   **Author Created:**    photographs
   **Work made for hire:**    No
   **Citizen of:**    United States

## Copyright Claimant _____

**Copyright Claimant:**    Thibault Mauvilain
4605 Sylmar Avenue #312, Sherman soaks, CA, 91423, United States

## Rights and Permissions _____

**Organization Name:**    Whitewood Law PC
**Name:**    Shengmao Mu
**Email:**    smu@whitewoodlaw.com
**Telephone:**    (917)858-8018

**Address:**  99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification _____

**Name:**  Shengmao Mu
**Date**:  March 03, 2025

_____

**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-436-019

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
March 06, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**    June 20, 2007 to September 19, 2007

### Title _____

|  |  |
|---|---|
| **Title of Group:** | Celebrity Picture by Jeremy Duplaquet JD 2007 (3) |
| **Number of Photographs in Group:** | 417 |

### Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2007 |
| **Earliest Publication Date in Group:** | June 20, 2007 |
| **Latest Publication Date in Group:** | September 19, 2007 |
| **Nation of First Publication:** | United States |

### Author _____

|  |  |
|---|---|
| • **Author:** | Jeremy Duplaquet |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

### Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | Jeremy Duplaquet |
|  | 11693 San Vicente blvd, #419, Los Angeles, CA, 90049, United States |

### Rights and Permissions _____

|  |  |
|---|---|
| **Organization Name:** | Whitewood Law PC |
| **Name:** | Shengmao Mu |
| **Email:** | smu@whitewoodlaw.com |
| **Telephone:** | (917)858-8018 |

**Address:** 99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification

**Name:** Shengmao Mu
**Date:** March 03, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-436-020

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
March 06, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 26, 2007 to October 16, 2007

## Title

**Title of Group:** Celebrity Picture by Jeremy Duplaquet JD 2007 (2)
**Number of Photographs in Group:** 724

## Completion/Publication

**Year of Completion:** 2007
**Earliest Publication Date in Group:** January 26, 2007
**Latest Publication Date in Group:** October 16, 2007
**Nation of First Publication:** United States

## Author

- **Author:** Jeremy Duplaquet
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jeremy Duplaquet
11693 San Vicente blvd, #419, Los Angeles, CA, 90049, United States

## Rights and Permissions

**Organization Name:** Whitewood Law PC
**Name:** Shengmao Mu
**Email:** smu@whitewoodlaw.com
**Telephone:** (917)858-8018

**Address:** 99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification

**Name:** Shengmao Mu
**Date**: March 03, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-436-021

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
March 06, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**    February 12, 2007 to October 31, 2007

## Title

**Title of Group:**  Celebrity Picture by Jeremy Duplaquet JD 2007 (1)
**Number of Photographs in Group:**  545

## Completion/Publication

**Year of Completion:**  2007
**Earliest Publication Date in Group:**  February 12, 2007
**Latest Publication Date in Group:**  October 31, 2007
**Nation of First Publication:**  United States

## Author

- **Author:**  Jeremy Duplaquet
  **Author Created:**  photographs
  **Work made for hire:**  No
  **Citizen of:**  United States

## Copyright Claimant

**Copyright Claimant:**  Jeremy Duplaquet
11693 San Vicente blvd, #419, Los Angeles, CA, 90049, United States

## Rights and Permissions

**Organization Name:**  Whitewood Law PC
**Name:**  Shengmao Mu
**Email:**  smu@whitewoodlaw.com
**Telephone:**  (917)858-8018

**Address:** 99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification

**Name:** Shengmao Mu
**Date**: March 03, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-436-112

**Effective Date of Registration:**
February 22, 2025
**Registration Decision Date:**
March 06, 2025

## Title _____

**Title of Work:**  Celebrity News Photographs by Henri Mazari – Los Angeles - 2005

## Completion/Publication _____

**Year of Completion:**  2005
**Nation of 1ˢᵗ Publication:**  United States

## Author _____

- **Author:**  Henri Mazari
  **Author Created:**  photographs
  **Work made for hire:**  No
  **Citizen of:**  United States

## Copyright Claimant _____

**Copyright Claimant:**  Henri Mazari
2100 Marshallfield Lane, Redondo Beach, California, 90278, United States

## Rights and Permissions _____

**Organization Name:**  Whitewood Law PC
**Name:**  Shengmao Mu
**Email:**  smu@whitewoodlaw.com
**Telephone:**  (917)858-8018
**Address:**  99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification _____

**Name:** Shengmao Mu
**Date**: February 21, 2025

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-436-600

**Effective Date of Registration:**
March 06, 2025
**Registration Decision Date:**
March 10, 2025

## Title _____

**Title of Work:**     Celebrity Picture by Jeremy Duplaquet JD 2006_(2)

## Completion/Publication _____

**Year of Completion:**     2006
**Nation of 1ˢᵗ Publication:**     United States

## Author _____

- **Author:**     Jeremy Duplaquet
  **Author Created:**     photographs
  **Work made for hire:**     Yes
  **Citizen of:**     United States
  **Domiciled in:**     United States

## Copyright Claimant _____

**Copyright Claimant:**     Jeremy Duplaquet
11693 San Vicente Blvd, #419, Los Angeles, CA, 90049, United States

## Rights and Permissions _____

**Organization Name:**     Whitewood Law PC
**Name:**     Shengmao Mu
**Email:**     smu@whitewoodlaw.com
**Telephone:**     (917)858-8018
**Address:**     99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification _____

Page 1 of 2

**Name:** Shengmao Mu
**Date**: February 25, 2025

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.