# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual,

Plaintiffs,

v.

FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation and DOES 1–10, inclusive,

Defendants.

Case No.: 2:25-cv-2757-FLA-MAA
Hon. Fernando L. Aenlle-Rocha

**[PROPOSED] ORDER GRANTING DEFENDANTS BACKGRID INC., BACKGRID USA, INC., SHUTTERSTOCK, INC.'S MOTION TO DISMISS PLAINIIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) & (f)**

**Date:      July 11, 2025**
**Time:      1:30 p.m.**
**Crtrm:     6B**

---

**[PROPOSED] ORDER**

On June 9, 2025, Defendants BackGrid Inc., BackGrid USA, Inc., Shutterstock, Inc. ("Defendants") filed their Motion to Dismiss Plaintiffs' First Amended Complaint pursuant to FED. R. CIV. P. 12(b)(6) & (f).

The Court, having considered Defendants' Motion to Dismiss and finding good cause therefor, hereby GRANTS the Motion to Dismiss and ORDERS as follows:

1. Pursuant to Rule 12(b)(6), the First, Second, Third, Fourth, Fifth, and Seventh Causes of Action in Plaintiffs' First Amended Complaint are hereby DISMISSED with prejudice.

2. Pursuant to Rule 12(b)(6), the Sixth Cause of Action (Breach of Contract) in Plaintiffs' First Amended Complaint is hereby DISMISSED without prejudice.

3. Pursuant to Rule 12(b)(6) and 12(f), the statutory damages and attorneys' fees for the First, Second, Third, and Fourth Causes of Action in Plaintiffs' First Amended Complaint are hereby DISMISSED and STRICKEN without leave to amend.

4. Pursuant to Rule 12(b)(6) and 12(f), the request for treble damages under the Seventh Cause of Action in Plaintiffs' First Amended Complaint is hereby DISMISSED AND STRICKEN without leave to amend.

IT IS SO ORDERED.

Dated: _____

                              _____

                              FERNANDO L. AENLLE-ROCHA
                              United States District Judge

1

**[PROPOSED] ORDER**