1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                            CENTRAL DISTRICT OF CALIFORNIA

10

11 | Thibault Mauvilain, *et al.*,                    Case No. 2:25-cv-02757-FLA (MAAx)

12 |                               Plaintiffs,
                                                       **ORDER APPROVING**
13 |              v.                                    **STIPULATION FURTHER**
                                                       **EXTENDING TIME FOR**
14 |                                                    **DEFENDANT FLYNET PICTURES,**
   | Flynet Pictures, LLC, *et al.*,                   **LLC TO RESPOND TO FIRST**
15 |                                                    **AMENDED COMPLAINT [DKT. 51]**
   |                               Defendants.
16

17

18        On August 14, 2025, the parties filed a Second Stipulation ("Stipulation") to

19 Further Extend Time for Defendant Flynet Pictures, LLC ("Flynet") to Respond to the

20 First Amended Complaint ("FAC").  Dkt. 51.  The parties request that Flynet's

21 deadline to respond to the FAC be vacated so that the deadlines created by the court's

22 ruling on Defendants Backgrid Inc.'s, Backgrid USA, Inc.'s, and Shutterstocks, Inc.'s

23 Motion to Dismiss Plaintiffs' First Amended Complaint ("MTD") (Dkt. 35) also apply

24 to Flynet and the response deadline for all defendants in this case becomes the same.

25 Dkt. 51 at 2.

26 / / /

27 / / /

28 / / /

1

The court, having considered the Stipulation and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS as follows:

1.  The August 15, 2025 deadline for Flynet to respond to the FAC is VACATED;

2.  If the Court denies in its entirety the MTD, Flynet shall file an answer to the FAC within the time allowed by the court in its forthcoming order on the MTD;

3.  If the court grants the MTD in whole or in part and a second amended complaint ("SAC") is filed, Flynet may file, within the time allowed by the court in its forthcoming order on the MTD, either: (a) a motion to dismiss or to strike, limited to issues raised by new allegations in the SAC and that could not have been addressed in the MTD; or (b) an answer to the SAC;

4.  If the court grants the MTD in its entirety with prejudice, no response from Flynet to the FAC shall be required; and

5.  Flynet must notify the court and all parties within seven (7) days of its reinstatement as an LLC.

IT IS SO ORDERED.

Dated: September 9, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2