# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Thibault Mauvilain et al<br><br>v.<br><br>Flynet Pictures, LLC et al | Plaintiff(s)<br><br><br>Defendant(s) | CASE NUMBER:<br>2:25-cv-02757-FLA-MAA<br><br>**MOTION RE: INFORMAL DISCOVERY CONFERENCE** |

A discovery conference with Magistrate Judge Maria A. Audero has been requested. Plaintiffs are ordered to submit their completed portion of the Informal Discovery Conference Request form to Magistrate Judge Audero's Chambers (MAA_Chambers@cacd.uscourts.gov) within 24 hours after issuance of this Motion. Defendants are to notify the Court via email which specific document requests are at issue.

The Court hereby sets the Informal Discovery Conference on __11/03/2025__ at __2:00pm__.

The hearing will be held: ☐ in person in Courtroom ____ of the Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Los Angeles, California

☐ via Zoom (a Zoom link will be circulated separately)

☑ telephonically (dial-in information will be circulated separately)

To ensure quality recordings, please adhere to the following:

**Professional Setting:** Join from a professional setting. Avoid vehicles, public spaces, and locations with background noise.

**Equipment:** Avoid speakerphone use during calls, headsets are preferred when possible.

**Noise Reduction:** Minimize environmental noise and background conversations.

**Clear Communication**: Avoid speaking over one another to prevent audio distortion.

Dated: __10/16/2025__       By: __C. DELGADO__
                                Deputy Clerk