**UNITED STATED DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation and DOES 1–10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:25–cv–2757–FLA–MAA<br><br>~~[PROPOSED]~~ **ORDER RE: INFORMAL DISCOVERY CONFERENCE HELD ON DEC. 11, 2025**<br><br>**(ECF No. 60)**<br><br>**AS REVISED BY COURT AT PARAGRAPH 5** |

**[PROPOSED] ORDER**

On December 11, 2025, the Court held an Informal Discovery Conference with counsel for Plaintiffs, counsel for Defendants BackGrid, Inc., BackGrid USA, Inc., and Shutterstock, Inc., and two corporate representatives from BackGrid USA, Inc. Counsel for Defendants Flynet Pictures, LLC and FameFlynet Inc. and their corporate representative were also present.

The Court orders as follows:

1. Plaintiffs' counsel shall provide to BackGrid USA, Inc.'s counsel the photographer codes for each of the Plaintiffs by no later than December 12, 2025;

2. Upon receipt of the photographer codes, Defendant BackGrid USA, Inc. shall perform a search of each of the photographer codes on the FameFlynet website, and shall provide screenshots of the results to Plaintiffs' counsel by no later than December 19, 2025. Plaintiffs are ordered to pay 80% of Alex Kantif's rate of $300 per hour (totaling $240 per hour) for the time he spends performing the searches and for saving screenshots and any other time reasonably related to the same. Backgrid USA, Inc., shall deliver to Plaintiff's counsel an invoice for Mr. Kantif's time that shall be paid by Plaintiffs' counsel within 7 days of receipt of the invoice.

3. Contemporaneously with providing the search results described above, Defendants BackGrid USA, Inc. shall provide Plaintiffs and their counsel with access to the BackGrid client portal until January 9, 2026. Plaintiffs and their counsel shall use the access for the sole purpose of searching for and identifying their works. Plaintiffs and their counsel may create screenshots of the BackGrid client portal solely for the purpose of identifying the works at issue in this litigation. The screenshots shall be treated as "confidential" materials under Stipulated Protective Order previously entered in this case. Plaintiffs are not permitted to download or otherwise save or store materials from the Client portal. All materials created as a result of access to BackGrid's client portal will be produced to Defendants by January 12, 2026.

///

      4.    By January 12, 2026, Plaintiff shall provide information identifying the works that are at issue in this lawsuit.

      5.    This order does not constitute an order to permit or provide discovery such that its violation would be subject to Federal Rule of Civil Procedure ("Rule") 37(b) sanctions. If the parties' agreement is violated, either party may enforce the agreement through a motion to compel under Rule 37(a) and this Order may be used as evidence in support of such motion. For purpose of that motion, the Court finds that the parties have satisfied their pre-motion meet-and-confer obligations under Rule 37, Central District of California Local Civil Rule ("Local Rule") 37, and Judge Audero's requirements (https://www.cacd.uscourts.gov/honorable-maria-audero).

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: December 17, 2025

_____
Maria A. Audero
United States Magistrate Judge