DAVID A. SERGENIAN, State Bar No. 230174
david@sergenianlaw.com
SERGENIAN LAW, P.C.
808 Wilshire Blvd., Suite 200
Santa Monica, CA 90401
Telephone: (213) 435-2035

SHENGMAO MU, State Bar No. 327076
smu@whitewoodlaw.com
WHITEWOOD LAW, P.C.
99 S. Alameda Blvd., Suite 600
San Jose, CA  95113
Tel.: (917) 858-8018
Fax: (917) 591-0618

Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHAN KYNDT, an individual; and JOSEPH MEHDI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation; and DOES 1–10, inclusive,<br><br>Defendants. | Case No. 2:25–cv–2757–FLA–MAA<br><br>**DISCOVERY MATTER**<br><br>**MAGISTRATE JUDGE MARIA A. AUDERO**<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION AND FURTHER RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION FROM DEFENDANTS BACKGRID INC., BACKGRID USA, INC., AND SHUTTERSTOCK, INC. AND SANCTIONS**<br><br>Date:     June 11, 2026<br>Time:     10:00 a.m.<br>Location: Roybal Federal Building and United States Courthouse<br>Crtrm:   880, 8th Floor |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 11, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 880 of the Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California 90012, before the Honorable Maria A. Audero, United States Magistrate Judge, Plaintiffs Thibault Mauvilain, Henri Mazari, Jeremy Duplaquet, Robert Christian Wolf, Michel Boutefeu, Stephane Kyndt, and Joseph Mehdi (collectively, "Plaintiffs") will, and hereby do, move the Court for an order compelling further document production and further responses to Requests for Production from Defendants BackGrid Inc., BackGrid USA, Inc., and Shutterstock, Inc. (collectively, the "BackGrid Defendants") in response to Plaintiffs' First Set of Requests for Production.

This Motion is made on the grounds that the BackGrid Defendants have not produced documents responsive to Requests for Production Nos. 49 (bulk-sales contracts, communications, and asset lists), 67 (prior deposition testimony in copyright lawsuits), and 68 (prior sworn declarations in copyright lawsuits); BackGrid Inc. has not served amended Rule 34 responses identifying, request-by-request, what is being withheld and on what grounds, leaving its August 25, 2025 boilerplate objections operative; the BackGrid Defendants have not produced a privilege log meeting the requirements of Federal Rule of Civil Procedure 26(b)(5); Shutterstock, Inc.'s supplemental responses unilaterally limit its search to documents from January 1, 2024 to present, sweeping virtually the entire relevant period out of its production; and the BackGrid Defendants have refused to disclose the document universe, the custodian count and identities, the hit counts for each search executed, the sampling methodology and any sampling results, and the media and sources from which documents were collected. Good cause exists to compel further production, to compel the disclosures identified above, and to award Plaintiffs their reasonable expenses, including attorney's fees, under Federal Rule of Civil Procedure 37(a)(5).

This Motion is brought pursuant to Federal Rule of Civil Procedure 37(a) and Local Rule 37-2. The parties have complied with the meet-and-confer requirements of Local

- 1 -

PLAINTIFFS' MOTION TO COMPEL RPDS TO BACKGRID DEFENDANTS

Rule 37-1 and the informal-discovery-conference requirement of Magistrate Judge Audero's procedures, having participated in eight informal discovery conferences from November 2025 through May 2026. On March 25, 2026, the Court found that the parties had satisfied their meet-and-confer obligations under Rule 37. (ECF No. 83.) On May 15, 2026, the Court further found that the parties had satisfied their pre-motion meet-and-confer obligations under Rule 37, Local Rule 37, and Judge Audero's discovery dispute resolution process as to the disputes presented in this Motion, and authorized either party to file a discovery motion under Rule 37. (ECF No. 102.)

This Motion is based on this Notice of Motion and Motion; the concurrently filed Joint Stipulation Pursuant to Local Rule 37-2; the concurrently filed Declaration of David A. Sergenian and exhibits thereto; the forthcoming Supplemental Memorandum, if any, filed pursuant to Local Rule 37-2.3; the pleadings and records on file in this action; and any further evidence and argument as may be presented at the hearing.

Dated: May 21, 2026

**SERGENIAN LAW**
a Professional Corporation

By:   /s/David A. Sergenian
      DAVID A. SERGENIAN

Dated: May 21, 2026

WHITEWOOD LAW, P.C.

By:   /s/Shengmao Mu
      SHENGMAO MU
      ABBY M. NEU (*pro hac vice*)
      RYAN E. CARREON (SBN 311668)
      KEATON SMITH (*pro hac vice*)

*Counsel for Plaintiffs*

- 2 -
PLAINTIFFS' MOTION TO COMPEL RPDS TO BACKGRID DEFENDANTS