DAVID A. SERGENIAN, State Bar No. 230174
david@sergenianlaw.com
SERGENIAN LAW, P.C.
808 Wilshire Blvd., Suite 200
Santa Monica, CA 90401
Telephone: (213) 435-2035

SHENGMAO MU, State Bar No. 327076
smu@whitewoodlaw.com
WHITEWOOD LAW, P.C.
99 S. Alameda Blvd., Suite 600
San Jose, CA  95113
Tel.: (917) 858-8018
Fax: (917) 591-0618

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIBAULT MAUVILAIN, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>FLYNET PICTURES, LLC, et al.,<br><br>          Defendants. | Case No. 2:25–cv–2757–FLA–MAA<br><br>**DISCOVERY MATTER**<br><br>**MAGISTRATE JUDGE MARIA A. AUDERO**<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL (DKT. 106)**<br><br>Date:     June 11, 2026<br>Time:    10:00 a.m.<br>Location: Roybal Federal Building and United States Courthouse<br>Crtrm:   880, 8th Floor<br><br>Discovery Cutoff: September 18, 2026<br>Pretrial Conf.:   February 2, 2027<br>Trial Date:     March 1, 2027 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs hereby withdraw, without prejudice, their Motion to Compel, filed May 21, 2026 (Dkt. 106) and set for hearing June 11, 2026, before Magistrate Judge Maria A. Audero.

Plaintiffs withdraw the motion without prejudice in light of the modified case schedule (Dkt. 109) and the Court's May 22, 2026 order authorizing the parties to brief the possession, custody, and control of Boris Nizon's BackGrid documents (Dkt. 108). Plaintiffs intend to serve a revised joint stipulation addressing the foregoing discovery disputes.

The withdrawal of the motion moots the BackGrid Defendants' request to strike (Dkt. 107).

Plaintiffs respectfully request that the Court take the June 11, 2026 hearing off calendar.

Dated: June 1, 2026

**SERGENIAN LAW**
a Professional Corporation

By:  /s/David A. Sergenian
     DAVID A. SERGENIAN

Dated: June 1, 2026

WHITEWOOD LAW, P.C.

By:  /s/Shengmao Mu
     SHENGMAO MU
     ABBY M. NEU (*pro hac vice*)
     RYAN E. CARREON (SBN 311668)
     KEATON SMITH (*pro hac vice*)

*Counsel for Plaintiffs*

- 1 -
PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL (DKT. 106)