# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

THIBAULT MAUVILAIN, et al.

PLAINTIFF(S),

v.

FLYNET PICTURES, LLC, et al.

DEFENDANT(S).

CASE NUMBER:

2:25−cv−02757−FLA−MAAx

**NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER**

To:  All Counsel Appearing of Record

The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for random reassignment.

Accordingly, this case has been reassigned to:

Hon.    Michael B. Kaufman    , Magistrate Judge for:

any discovery and/or post−judgment matters that may be referred

Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read:    2:25−cv−02757−FLA−MBKx    . This is very important because documents are routed by the initials.

Clerk, U.S. District Court

June 10, 2026
Date

By:   /s/ *Rebeca D Olmos*
Deputy Clerk

G−74 (04/14) NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER