# Exhibit 3

Case 2:25-cv-02757-FLA-MBK Document 112-5 Filed 06/12/26 Page 2 of 3 Page ID #:1633

 Gmail

**David Sergenian <david.sergenian@sergenianlaw.com>**

---

## Re: Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2:25-cv-02757-FLA-MAA

---

**David Sergenian** <david@sergenianlaw.com>                                   Fri, Mar 27, 2026 at 8:56 AM
To: Jo Ardalan <jardalan@onellp.com>
Cc: Evan Littman <elittman@onellp.com>, Abby Neu <aneu@whitewoodlaw.com>, David Quinto <dquinto@onellp.com>, Peter Afrasiabi <pafrasiabi@onellp.com>, Shengmao Mu <smu@whitewoodlaw.com>, Sheila Mojtehedi <sheila@mojtehedi.com>, Ryan Baker <rbaker@whitewoodlaw.com>, Keaton Smith <ksmith@whitewoodlaw.com>, Ryan Carreon <rcarreon@whitewoodlaw.com>

Jo: To clarify, we will need, in addition to the document production, amended responses to the document demands that are compliant with Fed. R. Civ. P. 34 and confirm that Defendants will be producing responsive documents.

On Thu, Mar 26, 2026 at 2:19 PM David Sergenian <david@sergenianlaw.com> wrote:

> Jo:
>
> Plaintiffs served their First Set of Requests for Production of Documents on all Defendants in July 2025. Defendants served written responses in August 2025 and have produced some documents, but document production remains incomplete. It has now been eight months since responses were served.
>
> Since serving the Requests for Production, Plaintiffs have made extensive efforts to move this production forward. We sent Local Rule 37-1 meet-and-confer letters regarding BackGrid, BackGrid USA, and Shutterstock's responses in September 2025, and regarding Flynet's and FameFlynet's responses in November 2025. The parties met and conferred on these issues by videoconference numerous times. The parties have also participated in five informal discovery conferences before Magistrate Judge Audero—in October 2025, December 2025, January 13, 2026, March 3, 2026, and March 24, 2026—addressing, among other things, the scope and timing of document production.
>
> Plaintiffs have proposed search terms to assist Defendants in identifying responsive documents. Defendants asked Plaintiffs to map the proposed search terms to specific Requests for Production. We provided that mapping on March 17, 2026. Defendants have not responded in writing.
>
> To date, Defendants have not proposed any alternative search terms, have not disclosed all relevant details regarding the results of any searches run using our proposed terms—including, for each search, the number of documents identified, the total volume of responsive data, or any other information that would allow the parties to evaluate the results of the searches—and have not provided a production timeline.
>
> Plaintiffs request that Defendants substantially complete their document production no later than April 10, 2026.
>
> We remain willing to work with you to negotiate appropriate search terms or other parameters to facilitate an efficient and proportionate production.
>
> If production is not substantially complete by April 10, Plaintiffs will commence the motion to compel process under Local Rule 37.
>
> Thank you,
>
> David A. Sergenian
> **Sergenian Law, a Professional Corporation**
> 808 Wilshire Blvd., Suite 200
> Santa Monica, CA 90401
> Los Angeles, CA 90064
> david@sergenianlaw.com
> (213) 435-2035
> Website
> LinkedIn