# Exhibit 4



**David Sergenian <david.sergenian@sergenianlaw.com>**

---

# Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2:25-cv-02757-FLA-MAA

1 message

---

**David Sergenian** <david@sergenianlaw.com>                    Tue, Mar 17, 2026 at 7:37 PM
To: Jo Ardalan <jardalan@onellp.com>, Evan Littman <elittman@onellp.com>, David Quinto <dquinto@onellp.com>, Peter Afrasiabi <pafrasiabi@onellp.com>, Sheila Mojtehedi <sheila@mojtehedi.com>
Cc: Abby Neu <aneu@whitewoodlaw.com>, Shengmao Mu <smu@whitewoodlaw.com>, Michael Mitchell <mmitchell@whitewoodlaw.com>, Ryan Baker <rbaker@whitewoodlaw.com>, Keaton Smith <ksmith@whitewoodlaw.com>, Ryan Carreon <rcarreon@whitewoodlaw.com>

Counsel:

As we previously discussed, I am attaching a spreadsheet that ties the search terms we previously proposed Defendants use to assist in identifying responsive documents to specific Requests for Production. As the Requests for Production to each of the four Defendants are identical, all four Defendants can use this spreadsheet to conduct searches.

Please let me know if you have any questions.

Thank you,

David A. Sergenian
**Sergenian Law, a Professional Corporation**
808 Wilshire Blvd., Suite 200
Santa Monica, CA 90401
Los Angeles, CA 90064
david@sergenianlaw.com
(213) 435-2035
Website
LinkedIn

---

 **Search Terms Ties to RPDs.xlsx**
17K

| No. | Category | Search Term | Applicable RPD Nos. |
|---|---|---|---|
| 1 | Plaintiff-Specific | (Mauvilain OR "T Mauvilain" OR BAC OR THMA) w/15 (royalt* OR payment* OR attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo* OR contribut* OR IPTC) | 1–3, 5–13, 17–20, 23–24, 33, 37, 65–66 |
| 2 | Plaintiff-Specific | (Mazari OR "H Mazari" OR KO) w/15 (royalt* OR payment* OR attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo* OR contribut* OR IPTC) | 1–4, 5–13, 17–20, 23–24, 33, 37, 65–66 |
| 3 | Plaintiff-Specific | (Duplaquet OR "J Duplaquet" OR JD) w/15 (royalt* OR payment* OR attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo* OR contribut* OR IPTC) | 1–3, 5–13, 17–20, 23–24, 33, 37, 65–66 |
| 4 | Plaintiff-Specific | ("Robert Wolf" OR "Christian Wolf" OR CW OR CCR OR HansCastrop OR RIWE) w/15 (royalt* OR payment* OR attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo* OR contribut* OR IPTC) | 1–3, 5–13, 17–20, 23–24, 33, 37, 65–66 |
| 5 | Plaintiff-Specific | (Boutefeu OR "M Boutefeu" OR "BTF Press" OR MIBO) w/15 (royalt* OR payment* OR attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo* OR contribut* OR IPTC) | 1–3, 5–13, 17–20, 23–24, 33, 37, 65–66 |
| 6 | Plaintiff-Specific | (Kyndt OR "S Kyndt" OR FT) w/15 (royalt* OR payment* OR attribution OR metadata OR CMI OR portal OR photo* OR contribut* OR IPTC) | 1–3, 5–13, 17–20, 23–24, 33, 37, 65–66 |
| 7 | Plaintiff-Specific | (Mehdi OR "J Mehdi" OR "BELLE PICTURES" OR JOME) w/15 (royalt* OR payment* OR attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo* OR contribut* OR IPTC) | 1–4, 5–13, 17–20, 23–24, 33, 37, 65–66 |
| 8 | CMI / Metadata | CMI | 11–12, 22–24, 34, 44–46 |
| 9 | CMI / Metadata | "copyright management information" | 11–12, 22–24, 34, 44–46 |
| 10 | CMI / Metadata | (IPTC OR metadata) w/10 (remov* OR delet* OR strip* OR alter* OR modif* OR chang* OR incorrect OR fals*) | 22–24, 34, 44–46 |
| 11 | CMI / Metadata | (byline* OR "credit line" OR attribution) w/10 (remov* OR delet* OR strip* OR alter* OR modif* OR chang* OR incorrect OR fals* OR missing) | 16, 22–24, 34 |
| 12 | CMI / Metadata | "FameFlynet Pictures Inc" w/10 (creator OR author OR copyright OR owner OR attribution OR byline) | 11–12, 23–24, 34 |
| 13 | CMI / Metadata | Backgrid w/10 copyright w/10 (owner OR holder OR attribution) w/25 (incorrect OR fals* OR improper* OR unauthorized) | 11–12, 23–24, 34, 54 |

| # | Category | Search String | Refs |
|---|---|---|---|
| 14 | CMI / Metadata | (metadata OR IPTC OR CMI) w/5 (policy OR procedure OR protocol) w/15 (photographer* OR contributor* OR attribution) | 16, 22, 34, 38 |
| 15 | CMI / Metadata | (preserv* OR maintain*) w/10 (caption* OR location* OR celebrity) w/20 (remov* OR alter*) w/10 (byline OR attribution OR photographer*) | 22–24, 34 |
| 16 | CMI / Metadata | ("contributor portal" OR "photographer portal") w/15 (missing OR incomplete OR unavailable OR access OR denied OR restricted) | 9–10, 33, 41, 63 |
| 17 | CMI / Metadata | (fals* OR incorrect OR improper* OR wrong) w/5 (attribution OR credit* OR byline OR copyright) w/15 (photographer* OR contributor*) | 11–12, 16, 23–24, 34, 54 |
| 18 | CMI / Metadata | (attribution OR byline OR credit*) w/10 (FameFlynet OR Backgrid) w/20 (should be OR actually OR original* OR true OR correct) | 11–12, 23–24, 34 |
| 19 | CMI / Metadata | "copyright owner*" w/15 (incorrect OR fals* OR disputed OR challenged OR unauthorized) | 11–12, 23–24 |
| 20 | CMI / Metadata | (author* OR creator*) w/10 (field OR information OR data) w/15 (incorrect OR fals* OR chang* OR alter* OR substitut*) | 11–12, 23–24, 34, 44–45 |
| 21 | Royalties / Financials | (royalt* OR commission* OR payment* OR payout*) w/15 (Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR photographer* OR contributor*) | 17–20 |
| 22 | Royalties / Financials | (unpaid OR owing OR owed OR "not paid" OR withheld) w/10 (royalt* OR payment* OR commission*) w/15 (Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR photographer* OR contributor*) | 17–20 |
| 23 | Royalties / Financials | (calculat* OR track* OR report*) w/10 (royalt* OR commission* OR payment*) w/15 (Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR photographer* OR contributor* OR attribution) | 17–20 |
| 24 | Royalties / Financials | ("sales report" OR "licensing report" OR "revenue report") w/15 (Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR photographer* OR contributor* OR byline OR attribution) | 13, 17–20 |
| 25 | Counsel / Litigation | (Sergenian OR "Sergenian Law" OR "David Sergenian" OR "Whitewood Law" OR "Shengmao Mu" OR "Virginie Parant" OR Virginie OR Parant) | 30, 35, 51–53 |
| 26 | Counsel / Litigation | (complaint OR allegation OR claim OR demand) w/15 (photographer* OR contributor* OR copyright* OR metadata OR CMI OR "copyright management information" OR attribution) | 30, 35, 51–53, 60–62 |

| No. | Category | Search Query | Documents |
|---|---|---|---|
| 27 | Counsel / Litigation | (terminat* OR revok* OR cancel*) w/10 (license* OR agreement* OR right*) w/15 (Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR Virginie OR Parant OR photographer* OR contributor*) | 1–4, 30, 62 |
| 28 | Counsel / Litigation | (dispute* OR disagree* OR conflict*) w/15 (Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR Virginie OR Parant OR photographer* OR contributor* OR attribution OR royalt* OR copyright*) | 1–4, 30, 33, 53, 62 |
| 29 | Contract Terms | (agreement* OR contract* OR term*) w/15 (attribution OR credit* OR byline) w/15 (requir* OR obligat* OR condition OR precedent OR must OR shall) | 1, 29, 33, 63 |
| 30 | Contract Terms | ("condition precedent" OR "conditions precedent") w/20 (attribution OR byline OR credit* OR photographer*) | 1, 33, 62 |
| 31 | Contract Terms | (breach* OR violat* OR fail*) w/10 (attribution OR byline OR credit*) w/10 (obligat* OR requir* OR agreement*) | 1, 31, 33, 62 |
| 32 | Contract Terms | (track* OR monitor* OR record*) w/10 (attribution OR byline) w/15 (obligat* OR requir* OR compliance) | 16, 22, 33, 34 |
| 33 | Contract Terms | (contributor* OR photographer*) w/5 (agreement* OR contract*) w/15 (attribution OR perpetual OR ownership OR copyright* OR independent) | 1, 11–12, 33, 38, 63 |
| 34 | IPTC / Technical | IPTC w/5 (field* OR map* OR transfer*) w/15 (Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR photographer* OR contributor* OR attribution OR byline OR copyright*) | 22–24, 34, 44–46 |
| 35 | IPTC / Technical | ("client portal" OR "customer portal") w/20 (Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR photographer* OR contributor* OR attribution OR byline OR copyright) w/15 (access OR different OR separate OR excluded OR "not included") | 9–10, 14–15, 33, 41, 63 |
| 36 | IPTC / Technical | (automat* OR script* OR "batch process*") w/15 (metadata OR CMI OR attribution) w/15 (remov* OR alter* OR chang* OR strip*) | 22–24, 34, 46 |
| 37 | Contributor Codes | (BAC OR KO OR JD OR CW OR CCR OR "BTF Press" OR FT OR "BELLE PICTURES" OR THMA OR FREE OR RIWE OR MIBO OR JOME) w/10 ("FLYNET PICTURES" OR Flynet OR attribution OR byline OR metadata) | 5–12, 33, 37 |
| 38 | Contributor Codes | (BAC OR KO OR JD OR CW OR CCR OR "BTF Press" OR FT OR "BELLE PICTURES" OR THMA OR FREE OR RIWE OR MIBO OR JOME) w/10 ("FLYNET PICTURES" OR FameFlynet OR attribution OR byline OR metadata) | 5–12, 33, 37 |
| 39 | Contributor Codes | (BAC OR KO OR JD OR CW OR CCR OR "BTF Press" OR FT OR "BELLE PICTURES" OR THMA OR FREE OR RIWE OR MIBO OR JOME) w/10 (Backgrid OR attribution OR byline OR metadata) | 5–12, 33, 37 |

| # | | Search String | Citations |
|---|---|---|---|
| 40 | Contributor Codes | (BAC OR KO OR JD OR CW OR CCR OR "BTF Press" OR FT OR "BELLE PICTURES" OR THMA OR FREE OR RIWE OR MIBO OR JOME) w/10 (Shutterstock OR attribution OR byline OR metadata) | 5–12, 33, 37 |
| 41 | Systems / Infra. | (DAM OR "digital asset management" OR database OR CMS OR "technical specification"" OR "data schema" OR "system architecture") w/15 (metadata OR IPTC OR attribution OR photograph* OR contributor*) | 39–43 |
| 42 | Systems / Infra. | (audit log* OR "change histor*" OR "modification log*") w/15 (metadata OR IPTC OR author OR copyright OR byline) | 44–45 |
| 43 | Systems / Infra. | (automat* OR script* OR "batch process*" OR ETL OR "data migration") w/15 (ingest* OR import* OR upload* OR metadata OR IPTC OR strip* OR alter*) | 42–43, 46 |
| 44 | Systems / Infra. | (server OR database OR storage OR cloud) w/10 (photograph* OR image* OR archive*) w/15 (Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi) | 39–40 |
| 45 | Corporate / Governance | ("board meeting" OR "board minutes") w/15 (copyright OR metadata OR royalt* OR contributor* OR infringement OR liabilit*) | 36 |
| 46 | Corporate / Governance | ("document retention" OR "retention policy" OR "destruction policy") w/10 (photograph* OR contributor* OR metadata) | 57 |
| 47 | Corporate / Governance | (policy OR procedure OR protocol OR practice OR "style guide" OR "editorial guide" OR manual* OR "contributor handbook" OR "contributor guide") w/15 (byline OR attribution OR "credit line" OR metadata OR upload* OR submission) w/15 (photographer* OR contributor*) | 16, 22, 34, 38 |
| 48 | Internal Investigation | (internal w/5 (investigation OR review)) w/15 (Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR Sergenian OR "Whitewood Law") | 35, 51–52 |
| 49 | Internal Investigation | (complaint OR "demand letter" OR cease) w/10 (Sergenian OR "Whitewood Law" OR "David Sergenian") w/15 (respond* OR investigat* OR review*) | 30, 35, 51–52 |
| 50 | Financial / Business | ("gross revenue" OR "net profit" OR "financial statement*" OR "tax return*") w/15 (photograph* OR licensing OR contributor*) | 17–18, 21, 47 |
| 51 | Financial / Business | ("bulk sale*" OR "portfolio sale*" OR "archive sale*") w/15 (photograph* OR copyright* OR contributor*) | 13, 49 |
| 52 | Financial / Business | ("business plan" OR "financial projection*" OR "marketing strateg*" OR "press release" OR "public statement" OR "marketing material" OR "website archive" OR brochure* OR "sales presentation*") w/15 (archiv* OR "back catalog" OR legacy OR portfolio OR photograph* OR copyright OR licensing) | 48, 54–55 |

| | | | |
|---|---|---|---|
| 53 | Financial / Business | ("server log*" OR analytics OR "access log*") w/15 (download* OR view* OR display*) w/10 (photograph* OR image*) | 14–15 |
| 54 | Financial / Business | ("portal integration" OR "portal migration") w/15 ("Flynet-era" OR legacy OR archive*) w/10 (photograph* OR contributor*) | 41 |
| 55 | Plaintiff Comms. | (email OR letter OR message OR correspondence OR communicat*) w/10 (Mauvilain OR "T Mauvilain" OR BAC OR THMA) | 2–3, 33, 65–66 |
| 56 | Plaintiff Comms. | (email OR letter OR message OR correspondence OR communicat*) w/10 (Mazari OR "H Mazari" OR KO) | 2–4, 33, 65–66 |
| 57 | Plaintiff Comms. | (email OR letter OR message OR correspondence OR communicat*) w/10 (Duplaquet OR "J Duplaquet" OR JD) | 2–3, 33, 65–66 |
| 58 | Plaintiff Comms. | (email OR letter OR message OR correspondence OR communicat*) w/10 ("Robert Wolf" OR "Christian Wolf" OR CW OR CCR OR HansCastrop OR RIWE) | 2–3, 33, 65–66 |
| 59 | Plaintiff Comms. | (email OR letter OR message OR correspondence OR communicat*) w/10 (Boutefeu OR "M Boutefeu" OR "BTF Press" OR MBO) | 2–3, 33, 65–66 |
| 60 | Plaintiff Comms. | (email OR letter OR message OR correspondence OR communicat*) w/10 (Kyndt OR "S Kyndt" OR FT) | 2–3, 33, 65–66 |
| 61 | Plaintiff Comms. | (email OR letter OR message OR correspondence OR communicat*) w/10 (Mehdi OR "J Mehdi" OR "BELLE PICTURES" OR JOME) | 2–4, 33, 65–66 |
| 62 | Plaintiff Comms. | (email OR letter OR correspondence) w/5 (to OR from) w/5 (Sergenian OR "Sergenian Law" OR "David Sergenian" OR "Whitewood Law" OR "Shengmao Mu" OR Parant OR Virginie) | 30, 51–53 |

| RPD No. | RPD Description (Summary) | Applicable Search Term Nos. |
|---|---|---|
| 1 | Agreements with Plaintiffs | 1–7, 27–29, 31, 33 |
| 2 | Communications re COPYRIGHTED WORKS | 1–7, 55–62 |
| 3 | Communications re any photograph by Plaintiffs | 1–7, 55–62 |
| 4 | Mazari/Mehdi removal requests | 2, 7, 27–28, 56, 61 |
| 5 | Copies of COPYRIGHTED WORKS | 1–7, 37–40 |
| 6 | Copies of any photograph by Plaintiffs | 1–7, 37–40 |
| 7 | Original digital files of COPYRIGHTED WORKS | 1–7, 37–40 |
| 8 | Original digital files of any photograph by Plaintiffs | 1–7, 37–40 |
| 9 | Every version made available for license (COPYRIGHTED WORKS) | 1–7, 16, 35, 37–40 |
| 10 | Every version made available for license (any photograph) | 1–7, 16, 35, 37–40 |
| 11 | Copyright ownership/authorship docs (COPYRIGHTED WORKS) | 1–7, 8–9, 12–13, 17–20, 33, 37–40 |
| 12 | Copyright ownership/authorship docs (any photograph) | 1–7, 8–9, 12–13, 17–20, 33, 37–40 |
| 13 | Licenses/sales/distribution of COPYRIGHTED WORKS | 21, 24, 51 |
| 14 | Server logs—COPYRIGHTED WORKS access | 53 |
| 15 | Server logs—any photograph access | 53 |
| 16 | Style guides for bylines/attribution | 11, 14, 32, 47 |
| 17 | Financial records—COPYRIGHTED WORKS revenue | 21–24, 50 |
| 18 | Financial records—any photograph revenue | 21–24, 50 |
| 19 | Royalty calculation/tracking (COPYRIGHTED WORKS) | 21–24 |
| 20 | Royalty calculation/tracking (any photograph) | 21–24 |
| 21 | Total gross revenue and net profit | 50 |
| 22 | Metadata/CMI handling policies | 8–11, 14–15, 32, 34, 36, 47 |
| 23 | Decision to alter/remove CMI (COPYRIGHTED WORKS) | 8–13, 15, 17–20, 34, 36 |
| 24 | Decision to alter/remove CMI (any photograph) | 8–13, 15, 17–20, 34, 36 |
| 25 | Flynet/Fame Pictures merger docs | N/A (category-based collection) |
| 26 | FameFlynet/AKM-GSI merger docs | N/A (category-based collection) |
| 27 | Backgrid/Shutterstock acquisition docs | N/A (category-based collection) |
| 28 | Corporate formation docs | N/A (category-based collection) |
| 29 | Certificates of Dissolution | N/A (category-based collection) |
| 30 | Communications with Plaintiffs' counsel in 2024 | 25–26, 28, 49, 62 |
| 31 | Affirmative defenses support docs | 26, 28, 31 |
| 32 | Trial exhibits | All (as identified) |
| 33 | Internal docs re Plaintiffs/contributor accounts | 1–7, 17–20, 28–32, 35, 37–40, 55–61 |
| 34 | Internal docs re IPTC/metadata policies generally | 8–11, 14–15, 20, 32, 36, 47 |
| 35 | Internal docs post-filing re FAC allegations | 25–26, 48–49 |
| 36 | Board minutes re copyright/metadata/royalties | 45 |
| 37 | Contributor code documentation | 1–7, 37–40 |
| 38 | Contributor handbooks/guides | 14, 33, 47 |
| 39 | Database/server identification (COPYRIGHTED WORKS) | 41, 44 |
| 40 | Database/server identification (any photograph) | 41, 44 |
| 41 | Flynet-era photo integration decisions | 16, 35, 54 |
| 42 | DAM system technical specs (COPYRIGHTED WORKS) | 41, 43 |
| 43 | DAM system technical specs (any photograph) | 41, 43 |
| 44 | Audit logs—metadata changes (COPYRIGHTED WORKS) | 8–10, 20, 34, 42 |
| 45 | Audit logs—metadata changes (any photograph) | 8–10, 20, 34, 42 |
| 46 | Photo processing scripts/automation | 10, 36, 43 |
| 47 | Tax returns | 50 |
| 48 | Business plans for archival content | 52 |
| 49 | Bulk sales docs | 51 |
| 50 | Due diligence re IP/copyright liabilities | 52 |
| 51 | Internal investigation re June 2024 communications | 25, 48–49 |
| 52 | Internal comms re 2024 complaints | 25–26, 48–49 |

| 53 | Third-party communications re allegations | 25–26, 28, 62 |
|----|------|------|
| 54 | Marketing/promotional materials re licensing rights | 13, 17, 52 |
| 55 | Press releases re photographic archives | 52 |
| 56 | Organizational charts | N/A (category-based collection) |
| 57 | Document retention/destruction policies | 46 |
| 58 | Personnel files for PMKs | N/A (category-based collection) |
| 59 | Insurance policies | N/A (category-based collection) |
| 60 | Court/agency filings re COPYRIGHTED WORKS | 26 |
| 61 | Court/agency filings re any photograph | 26 |
| 62 | Defenses/affirmative defenses docs | 26–28, 30–31 |
| 63 | Terms of Service/Use for portals | 16, 29, 33, 35 |
| 64 | Expert reports | N/A (not yet prepared) |
| 65 | All communications with Plaintiffs | 1–7, 55–62 |
| 66 | Non-privileged communications re Plaintiffs | 1–7, 55–62 |
| 67 | Deposition testimony re copyright infringement | N/A (category-based collection) |
| 68 | Sworn declarations re copyright infringement | N/A (category-based collection) |