# Exhibit 5



**David Sergenian <david.sergenian@sergenianlaw.com>**

---

## RE: Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2:25-cv-02757-FLA-MAA

---

**Jo Ardalan** <jardalan@onellp.com>                                          Mon, Apr 13, 2026 at 9:48 PM
To: David Sergenian <david@sergenianlaw.com>
Cc: Ryan Carreon <rcarreon@whitewoodlaw.com>, Evan Littman <elittman@onellp.com>, Abby Neu
<aneu@whitewoodlaw.com>, David Quinto <dquinto@onellp.com>, Peter Afrasiabi <pafrasiabi@onellp.com>, Shengmao Mu
<smu@whitewoodlaw.com>, Sheila Mojtehedi <sheila@mojtehedi.com>, Ryan Baker <rbaker@whitewoodlaw.com>, Keaton
Smith <ksmith@whitewoodlaw.com>

All:


We recognized that the search terms you provided were in a syntax that our e-discovery provider
(Logickull) doesn't like. Apparently, it doesn't recognize "w/15". To search for terms within 15 words
of each other they must instead be like this: (term 1 term 2)~15. It seems like when I used your
search terms earlier it was interpreting everything as an "OR" and returned in a substantial number
of nonresponsive documents.


I understand it also can't do group-to-group proximity, so it can't do something like this example
below where it is searching for terms in the alternative within 15 words of other terms in the
alternative. (Mauvilain OR "T Mauvilain" OR BAC OR THMA) w/15 (royalt* OR payment* OR
attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo* OR contribut* OR
IPTC)


I have reworked your search terms as shown in the spreadsheet to address the issues above.


Please look at it and tell me if you have any concerns, so we can go ahead and make our
production. As discussed at the IDC, we understand that these searches will satisfy you with respect
to each of the RFPs.


Regards,

Jo

5/3/26, 3:44 PM · sergenianlaw.com Mail - RE: Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2:25-cv-02757-FLA-MAA

Case 2:25-cv-02757-FLA-MBK · Document 112-7 · Filed 06/12/26 · Page 3 of 18 · Page ID #:1645

**Jo Ardalan**

**Partner**



Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice*:  *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** Jo Ardalan
**Sent:** Friday, April 10, 2026 3:43 PM
**To:** 'David Sergenian' <david@sergenianlaw.com>
**Cc:** 'Ryan Carreon' <rcarreon@whitewoodlaw.com>; Evan Littman <elittman@onellp.com>; 'Abby Neu' <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; 'Shengmao Mu' <smu@whitewoodlaw.com>; 'Sheila Mojtehedi' <sheila@mojtehedi.com>; 'Ryan Baker' <rbaker@whitewoodlaw.com>; 'Keaton Smith' <ksmith@whitewoodlaw.com>
**Subject:** RE: Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2:25-cv-02757-FLA-MAA

I should have an update on search terms and production on Monday.

Regards,

Jo

--

**Jo Ardalan**

**Partner**



Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice*:  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.

---

**From:** Jo Ardalan
**Sent:** Monday, April 6, 2026 5:22 PM
**To:** 'David Sergenian' <david@sergenianlaw.com>
**Cc:** Ryan Carreon <rcarreon@whitewoodlaw.com>; Evan Littman <elittman@onellp.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Sheila Mojtehedi <sheila@mojtehedi.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** RE: Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2:25-cv-02757-FLA-MAA

I am going to be circling back with a list of proposed search terms based off of your terms. It might make sense that you look at those first and if you want to have a call, then we can.

--

**Jo Ardalan**

**Partner**

 **one llp**

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice*:  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.

---

**From:** David Sergenian <david@sergenianlaw.com>
**Sent:** Monday, April 6, 2026 1:38 PM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Ryan Carreon <rcarreon@whitewoodlaw.com>; Evan Littman <elittman@onellp.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Sheila Mojtehedi <sheila@mojtehedi.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2:25-cv-02757-FLA-MAA

Jo:

I am following up on my emails of March 26 and 27, 2026. We have not yet received a response.

As reflected in Magistrate Judge Audero's March 25, 2026 Minute Order, the Court encouraged the Backgrid Defendants to proceed with a document production based on their own search parameters, with any remaining disputes to be addressed afterward. The Court also found that the parties have satisfied their meet-and-confer obligations under Rule 37, the Local Rules, and Judge Audero's IDC requirements.

We would like to understand how the Backgrid Defendants intend to search for and produce responsive documents, including the search parameters they plan to use or have used and the timeline for production. We are available to discuss this by phone at your convenience.

Thank you,

David A. Sergenian

**Sergenian Law, a Professional Corporation**

808 Wilshire Blvd., Suite 200

Santa Monica, CA 90401

Los Angeles, CA 90064

david@sergenianlaw.com

(213) 435-2035

Website

LinkedIn

---

 **Search Terms Ties to RPDs 04-13-26 w Def Searches.xlsx**
26K

| No. | Category | Search Term | Applicable RPD Nos. |
|---|---|---|---|
| 1 | Plaintiff-Specific | (Mauvilain OR "T Mauvilain" OR BAC OR THMA) w/15 (royalt* OR payment* OR attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo* OR contribut* OR IPTC) | 1–3, 5–13, 17–20, 23–24, 33, 37, 65–66 |
| 2 | Plaintiff-Specific | (Mazari OR "H Mazari" OR KO) w/15 (royalt* OR payment* OR attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo* OR contribut* OR IPTC) | 1–4, 5–13, 17–20, 23–24, 33, 37, 65–66 |

DEFENDANT SEARCH

(Mauvilain OR "T Mauvilain" OR BAC OR THMA OR royalt* OR payment* OR attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo* OR contribut* OR IPTC)~15

(Mauvilain OR "T Mauvilain" OR BAC OR THMA OR royalty & royalties OR payment or payments OR attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo OR photo OR contributor or contributors OR IPTC)~15
(Mauvilain attribution)~15
(Mauvilain royalty)~15
(Mauvilain metadata)~15
(Mauvilain CMI)~15
(Mauvilain portal)~15
(Mauvilain missing)~15
(Mauvilain copyright)~15
(Mauvilain contributor)~15
(Mauvilain IPTC)~15
(BAC attribution)~15
(BAC royalty)~15
(BAC metadata)~15
(BAC CMI)~15
(BAC portal)~15
(BAC missing)~15
(BAC copyright)~15
(BAC contributor)~15
(BAC IPTC)~15
(THMA attribution)~15
(THMA royalty)~15
(THMA metadata)~15
(THMA CMI)~15
(THMA portal)~15
(THMA missing)~15
(THMA copyright)~15
(THMA photo)~15
(THMA contributor)~15
(THMA IPTC)~15
(THMA attribution)~15

(Mazari OR "H Mazari" OR KO OR royalt* OR payment* OR attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo* OR contribut* OR IPTC)~15
*(Mazari OR "H Mazari" OR KO OR royalty & royalties OR payment or payments OR attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo OR photo OR contributor or contributors OR IPTC)~15*
(Mazari attribution)~15

| # | Category | | | Paragraphs |
|---|---|---|---|---|
| | | (Mazari royalty)~15 | | |
| | | (Mazari metadata)~15 | | |
| | | (Mazari CMI)~15 | | |
| | | (Mazari portal)~15 | | |
| | | (Mazari missing)~15 | | |
| | | (Mazari copyright)~15 | | |
| | | (Mazari contributor)~15 | | |
| | | (Mazari IPTC)~15 | | |
| | | (Mazari attribution)~15 | | |
| | | (KO royalty)~15 | | |
| | | (KO metadata)~15 | | |
| | | (KO CMI)~15 | | |
| | | (KO portal)~15 | | |
| | | (KO missing)~15 | | |
| | | (KO copyright)~15 | | |
| | | (KO contributor)~15 | | |
| | | (KO IPTC)~15 | | |
| | | (KO attribution)~15 | | |
| 3 | Plaintiff-Specific | (Duplaquet OR "J Duplaquet" OR JD) w/15 (royalt* OR payment* OR attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo* OR contribut* OR IPTC) | (Duplaquet OR "J Duplaquet" OR JD OR royalt* OR payment* OR attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo* OR contribut* OR IPTC)~15 | 1–3, 5–13, 17–20, 23–24, 33, 37, 65–66 |
| | | | *(Duplaquet OR "J Duplaquet" OR JD OR royalty & royalties OR payment or payments OR attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo OR photo OR contributor or contributors OR IPTC)~15* | |
| | | | (Duplaquet royalty)~15 | |
| | | | (Duplaquet metadata)~15 | |
| | | | (Duplaquet CMI)~15 | |
| | | | (Duplaquet portal)~15 | |
| | | | (Duplaquet missing)~15 | |
| | | | (Duplaquet copyright)~15 | |
| | | | (Duplaquet contributor)~15 | |
| | | | (Duplaquet IPTC)~15 | |
| | | | (Duplaquet attribution)~15 | |
| | | | (JD royalty)~15 | |
| | | | (JD metadata)~15 | |
| | | | (JD CMI)~15 | |
| | | | (JD portal)~15 | |
| | | | (JD missing)~15 | |
| | | | (JD copyright)~15 | |
| | | | (JD contributor)~15 | |
| | | | (JD IPTC)~15 | |
| | | | (JD attribution)~15 | |

| 4 | Plaintiff-Specific | ("Robert Wolf" OR "Christian Wolf" OR CW OR CCR OR HansCastrop OR RIWE) w/15 (royalt* OR payment* OR attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo* OR contribut* OR IPTC) | 1–3, 5–13, 17–20, 23–24, 33, 37, 65–66 | ("Robert Wolf" OR "Christian Wolf" OR CW OR CCR OR HansCastrop OR RIWE OR royalt* OR payment* OR attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo* OR contribut* OR IPTC)~15 |
|---|---|---|---|---|
|  |  |  |  | (wolf royalty)~15 |
|  |  |  |  | (wolf metadata)~15 |
|  |  |  |  | (wolf CMI)~15 |
|  |  |  |  | (wolf portal)~15 |
|  |  |  |  | (wolf missing)~15 |
|  |  |  |  | (wolf copyright)~15 |
|  |  |  |  | (wolf contributor)~15 |
|  |  |  |  | (wolf  IPTC)~15 |
|  |  |  |  | (wolf attribution)~15 |
|  |  |  |  | (CW royalty)~15 |
|  |  |  |  | (CW metadata)~15 |
|  |  |  |  | (CW CMI)~15 |
|  |  |  |  | (CW portal)~15 |
|  |  |  |  | (CW missing)~15 |
|  |  |  |  | (CW copyright)~15 |
|  |  |  |  | (CW contributor)~15 |
|  |  |  |  | (CW IPTC)~15 |
|  |  |  |  | (CW attribution)~15 |
|  |  |  |  | (CCR royalty)~15 |
|  |  |  |  | (CCR metadata)~15 |
|  |  |  |  | (CCR CMI)~15 |
|  |  |  |  | (CCR portal)~15 |
|  |  |  |  | (CCR missing)~15 |
|  |  |  |  | (CCR copyright)~15 |
|  |  |  |  | (CCR contributor)~15 |
|  |  |  |  | (CCR IPTC)~15 |
|  |  |  |  | (CCR attribution)~15 |
|  |  |  |  | (HansCastrop royalty)~15 |
|  |  |  |  | (HansCastrop metadata)~15 |
|  |  |  |  | (HansCastrop CMI)~15 |
|  |  |  |  | (HansCastrop portal)~15 |
|  |  |  |  | (HansCastrop missing)~15 |
|  |  |  |  | (HansCastrop copyright)~15 |
|  |  |  |  | (HansCastrop contributor)~15 |
|  |  |  |  | (HansCastrop IPTC)~15 |
|  |  |  |  | (HansCastrop attribution)~15 |
|  |  |  |  | (HansCastrop royalty)~15 |
|  |  |  |  | (HansCastrop metadata)~15 |
|  |  |  |  | (HansCastrop CMI)~15 |
|  |  |  |  | (HansCastrop portal)~15 |
|  |  |  |  | (HansCastrop missing)~15 |
|  |  |  |  | (HansCastrop copyright)~15 |

| | | | 1–3, 5–13, 17–20, 23–24, 33, 37, 65–66 | (HansCastrop contributor)~15 |
| --- | --- | --- | --- | --- |
| | | | | (HansCastrop IPTC)~15 |
| | | | | (HansCastrop attribution)~15 |
| 6 | Plaintiff-Specific | (Kyndt OR "S Kyndt" OR FT) w/15 (royalt* OR payment* OR attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo* OR contribut* OR IPTC) | | (Kyndt OR "S Kyndt" OR FT OR royalt* OR payment* OR attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo* OR contribut* OR IPTC)~15 |
| | | | | (Kyndt OR "S Kyndt" OR FT OR "BTF Press" OR MIBO OR royalty & royalties OR payment or payments OR attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo OR photo OR contributor or contributors OR IPTC)~15 |
| | | | | (Kyndt attribution)~15 |
| | | | | (Kyndt royalty)~15 |
| | | | | (Kyndt metadata)~15 |
| | | | | (Kyndt CMI)~15 |
| | | | | (Kyndt portal)~15 |
| | | | | (Kyndt missing)~15 |
| | | | | (Kyndt copyright)~15 |
| | | | | (Kyndt contributor)~15 |
| | | | | (Kyndt IPTC)~15 |
| 7 | Plaintiff-Specific | (Mehdi OR "J Mehdi" OR "BELLE PICTURES" OR JOME) w/15 (royalt* OR payment* OR attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo* OR contribut* OR IPTC) | 1–4, 5–13, 17–20, 23–24, 33, 37, 65–66 | (Mehdi OR "J Mehdi" OR "BELLE PICTURES" OR JOME OR royalt* OR payment* OR attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo* OR contribut* OR IPTC)~15 |
| | | | | (Mehdi OR "J Mehdi" OR "BELLE PICTURES" OR JOME OR royalty & royalties OR payment or payments OR attribution OR metadata OR CMI OR portal OR missing OR copyright OR photo OR photo OR contributor or contributors OR IPTC)~15 |
| | | | | (Mehdi attribution)~15 |
| | | | | (Mehdi royalty)~15 |
| | | | | (Mehdi metadata)~15 |
| | | | | (Mehdi CMI)~15 |
| | | | | (Mehdi portal)~15 |
| | | | | (Mehdi missing)~15 |
| | | | | (Mehdi copyright)~15 |
| | | | | (Mehdi contributor)~15 |
| | | | | (Mehdi IPTC)~15 |
| | | | | ("Belle pictures" attribution)~15 |
| | | | | ("Belle pictures" royalty)~15 |
| | | | | ("Belle pictures" metadata)~15 |
| | | | | ("Belle pictures" CMI)~15 |
| | | | | ("Belle pictures" portal)~15 |
| | | | | ("Belle pictures" missing)~15 |
| | | | | ("Belle pictures" copyright)~15 |
| | | | | ("Belle pictures" contributor)~15 |
| | | | | ("Belle pictures" IPTC)~15 |

| | | | | ("JOME" attribution)~15 |
|---|---|---|---|---|
| | | | | ("JOME" royalty)~15 |
| | | | | ("JOME" metadata)~15 |
| | | | | ("JOME" CMI)~15 |
| | | | | ("JOME" portal)~15 |
| | | | | ("JOME" missing)~15 |
| | | | | ("JOME" copyright)~15 |
| | | | | ("JOME" contributor)~15 |
| | | | | ("JOME" IPTC)~15 |
| 8 | CMI / Metadata | CMI | 11–12, 22–24, 34, 44–46 | CMI |
| 9 | CMI / Metadata | "copyright management information" | 11–12, 22–24, 34, 44–46 | "copyright management information" |
| 10 | CMI / Metadata | (IPTC OR metadata) w/10 (remov* OR delet* OR strip* OR alter* OR modif* OR chang* OR incorrect OR fals*) | 22–24, 34, 44–46 | (IPTC OR metadata OR remov* OR delet* OR strip* OR alter* OR modif* OR chang* OR incorrect OR fals*)~10 |
| | | | | *(IPTC OR metadata OR remove OR removed OR removing OR removes OR delete OR deletes OR deleting & deleted OR strip OR stripped OR strips OR alter OR altered OR alters OR altering OR modify OR modifies OR modifying OR modified OR change OR changing OR changed OR changesincorrect OR false)~15* |
| 11 | CMI / Metadata | (byline* OR "credit line" OR attribution) w/10 (remov* OR delet* OR strip* OR alter* OR modif* OR chang* OR incorrect OR fals* OR missing) | 16, 22–24, 34 | (byline* OR "credit line" OR attribution OR remov* OR delete OR strip* OR alter* OR modif* OR chang* OR incorrect OR fals* OR missing)~10 |
| | | | | *(byline OR bylines OR "credit line" OR attribution OR remove OR removing OR removed OR removes OR delete OR strip OR stripping OR stripped OR strips OR alter OR altering OR alters OR altered OR modify OR modifying OR modified OR modifies OR change OR changing OR changed OR changes OR incorrect OR false OR missing)~10* |
| 12 | CMI / Metadata | "FameFlynet Pictures Inc" w/10 (creator OR author OR copyright OR owner OR attribution OR byline) | 11–12, 23–24, 34 | (FameFlynet OR creator OR author OR copyright OR owner OR attribution OR byline)~10 |
| 13 | CMI / Metadata | Backgrid w/10 copyright w/10 (owner OR holder OR attribution) w/25 (incorrect OR fals* OR improper* OR unauthorized | 11–12, 23–24, 34, 54 | (Backgrid OR copyright OR owner OR holder OR attribution OR incorrect OR false OR improper OR unauthorized)~10 *backgrid* |
| 14 | CMI / Metadata | (metadata OR IPTC OR CMI) w/5 (policy OR procedure OR protocol) w/15 (photographer* OR contributor* OR attribution) | 16, 22, 34, 38 | (metadata OR IPTC OR CMI OR policy OR procedure OR protocol OR photographer* OR contributor* OR attribution)~15 |
| 15 | CMI / Metadata | (preserv* OR maintain*) w/10 (caption* OR location* OR celebrity) w/20 (remov* OR alter*) w/10 (byline OR attribution OR photographer*) | 22–24, 34 | (preserv* OR maintain* OR caption* OR location* OR celebrity OR remov* OR alter* OR byline OR attribution OR photographer*)~15 |
| 16 | CMI / Metadata | ("contributor portal" OR "photographer portal") w/15 (missing OR incomplete OR unavailable OR access OR denied OR restricted) | 9–10, 33, 41, 63 | ("contributor portal" OR "photographer portal" OR missing OR incomplete OR unavailable OR access OR denied OR restricted)~15 |
| 17 | CMI / Metadata | (fals* OR incorrect OR improper* OR wrong) w/5 (attribution OR credit* OR byline OR copyright) w/15 (photographer* OR contributor*) | 11–12, 16, 23–24, 34, 54 | (fals* OR incorrect OR improper* OR wrong OR attribution OR credit* OR byline OR copyright OR photographer* OR contributor*)~15 |

| | | | | |
|---|---|---|---|---|
| 18 | CMI / Metadata | (attribution OR byline OR credit*) w/10 (FameFlynet OR Backgrid) w/20 (should be OR actually OR original* OR true OR correct) | 11–12, 23–24, 34 | (attribution OR byline OR credit* OR FameFlynet OR Backgrid OR should be OR actually OR original* OR true OR correct)~15 |
| 19 | CMI / Metadata | "copyright owner*" w/15 (incorrect OR fals* OR disputed OR challenged OR unauthorized) | 11–12, 23–24 | ("copyright owner*" OR incorrect OR fals* OR disputed OR challenged OR unauthorized)~15 |
| 20 | CMI / Metadata | (author* OR creator*) w/10 (field OR information OR data) w/15 (incorrect OR fals* OR chang* OR alter* OR substitut* | 11–12, 23–24, 34, 44–45 | (author* OR creator* OR field OR information OR data OR incorrect OR fals* OR chang* OR alter* OR substitut*)~15 |
| 21 | Royalties / Financials | (royalt* OR commission* OR payment* OR payout*) w/15 (Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR photographer* OR contributor*) | 17–20 | (royalt* OR commission* OR payment* OR payout* OR Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR photographer* OR contributor*)~15 |
| 22 | Royalties / Financials | (unpaid OR owing OR owed OR "not paid" OR withheld) w/10 (royalt* OR payment* OR commission*) w/15 (Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR photographer* OR contributor*) | 17–20 | (unpaid OR owing OR owed OR "not paid" OR withheld OR royalt* OR payment* OR commission* OR Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR photographer* OR contributor*)~15 |
| 23 | Royalties / Financials | (calculat* OR track* OR report*) w/10 (royalt* OR commission* OR payment*) w/15 (Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR photographer* OR contributor* OR attribution) | 17–20 | (calculat* OR track* OR report* OR royalt* OR commission* OR payment* OR Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR photographer* OR contributor* OR attribution)~15 |
| 24 | Royalties / Financials | ("sales report" OR "licensing report" OR "revenue report") w/15 (Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR photographer* OR contributor* OR byline OR attribution) | 13, 17–20 | ("sales report" OR "licensing report" OR "revenue report" OR Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR photographer* OR contributor* OR byline OR attribution)~15 |
| 25 | Counsel / Litigation | (Sergenian OR "Sergenian Law" OR "David Sergenian" OR "Whitewood Law" OR "Shengmao Mu" OR "Virginie Parant" OR Virginie OR Parant) | 30, 35, 51–53 | (email OR letter OR correspondence OR Sergenian OR "Sergenian Law" OR "David Sergenian" OR "Whitewood Law" OR "Shengmao Mu" OR Parant OR Virginie)~5 Virginie AND parant (parant email)~5 (parant letter)~5 (parant correspondence)~5 (sergenian email)~5 (sergenian letter)~5 (sergenian correspondence)~5 (mu email)~5 (mu letter)~5 (mu correspondence)~5 |
| 26 | Counsel / Litigation | (complaint OR allegation OR claim OR demand) w/15 (photographer* OR contributor* OR copyright* OR metadata OR CMI OR "copyright management information" OR attribution) | 30, 35, 51–53, 60–62 | (complaint OR allegation OR claim OR demand OR photographer* OR contributor* OR copyright* OR metadata OR CMI OR "copyright management information" OR attribution)~15 |

| # | Category | Search String | Docs | Simplified |
|---|---|---|---|---|
| 27 | Counsel / Litigation | (terminat* OR revok* OR cancel*) w/10 (license* OR agreement* OR right*) w/15 (Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR Virginie OR Parant OR photographer* OR contributor*) | 1–4, 30, 62 | (terminat* OR revok* OR cancel* OR license* OR agreement* OR right* OR Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR Virginie OR Parant OR photographer* OR contributor*)~15 |
| 28 | Counsel / Litigation | (dispute* OR disagree* OR conflict*) w/15 (Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR Virginie OR Parant OR photographer* OR contributor* OR attribution OR royalt* OR copyright*) | 1–4, 30, 33, 53, 62 | (dispute* OR disagree* OR conflict* OR Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR Virginie OR Parant OR photographer* OR contributor* OR attribution OR royalt* OR copyright*)~15 |
| 29 | Contract Terms | (agreement* OR contract* OR term*) w/15 (attribution OR credit* OR byline) w/15 (requir* OR obligat* OR condition OR precedent OR must OR shall) | 1, 29, 33, 63 | (agreement* OR contract* OR term* OR attribution OR credit* OR byline OR requir* OR obligat* OR condition OR precedent OR must OR shall)~15 |
| 30 | Contract Terms | ("condition precedent" OR "conditions precedent") w/20 (attribution OR byline OR credit* OR photographer*) | 1, 33, 62 | ("condition precedent" OR "conditions precedent" OR attribution OR byline OR credit* OR photographer*)~20 |
| 31 | Contract Terms | (breach* OR violat* OR fail*) w/10 (attribution OR byline OR credit*) w/10 (obligat* OR requir* OR agreement*) | 1, 31, 33, 62 | (breach* OR violat* OR fail* OR attribution OR byline OR credit* OR obligat* OR requir* OR agreement*)~10 |
| 32 | Contract Terms | (track* OR monitor* OR record*) w/10 (attribution OR byline) w/15 (obligat* OR requir* OR compliance) | 16, 22, 33, 34 | (track* OR monitor* OR record* OR attribution OR byline OR obligat* OR requir* OR compliance)~15 |
| 33 | Contract Terms | (contributor* OR photographer*) w/5 (agreement* OR contract*) w/15 (attribution OR perpetual OR ownership OR copyright* OR independent) | 1, 11–12, 33, 38, 63 | (contributor* OR photographer OR agreement* OR contract* OR attribution OR perpetual OR ownership OR copyright* OR independent)~15 |
| 34 | IPTC / Technical | IPTC w/5 (field* OR map* OR transfer*) w/15 (Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR photographer* OR contributor* OR attribution OR byline OR copyright*) | 22–24, 34, 44–46 | (IPTC OR field* OR map* OR transfer* OR Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR photographer* OR contributor* OR attribution OR byline OR copyright*)~15 |
| 35 | IPTC / Technical | ("client portal" OR "customer portal") w/20 (Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR photographer* OR contributor* OR attribution OR byline OR copyright) w/15 (access OR different OR separate OR excluded OR "not included") | 9–10, 14–15, 33, 41, 63 | ("client portal" OR "customer portal" OR Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR photographer* OR contributor* OR attribution OR byline OR copyright OR access OR different OR separate OR excluded OR "not included")~15 |
| 36 | IPTC / Technical | (automat* OR script* OR "batch process*") w/15 (metadata OR CMI OR attribution) w/15 (remov* OR alter* OR chang* OR strip*) | 22–24, 34, 46 | (automat* OR script* OR "batch process*" OR metadata OR CMI OR attribution OR remov* OR alter* OR chang* OR strip*)~15 |
| 37 | Contributor Codes | (BAC OR KO OR JD OR CW OR CCR OR "BTF Press" OR FT OR "BELLE PICTURES" OR THMA OR FREE OR RIWE OR MIBO OR JOME) w/10 ("FLYNET PICTURES" OR Flynet OR attribution OR byline OR metadata) | 5–12, 33, 37 | (BAC OR KO OR JD OR CW OR CCR OR "BTF Press" OR FT OR "BELLE PICTURES" OR THMA OR FREE OR RIWE OR MIBO OR JOME OR "FLYNET PICTURES" OR Flynet OR attribution OR byline OR metadata)~10 |
| 38 | Contributor Codes | (BAC OR KO OR JD OR CW OR CCR OR "BTF Press" OR FT OR "BELLE PICTURES" OR THMA OR FREE OR RIWE OR MIBO OR JOME) w/10 ("FLYNET PICTURES" OR FameFlynet OR attribution OR byline OR metadata) | 5–12, 33, 37 | (BAC OR KO OR JD OR CW OR CCR OR "BTF Press" OR FT OR "BELLE PICTURES" OR THMA OR FREE OR RIWE OR MIBO OR JOME OR "FLYNET PICTURES" OR FameFlynet OR attribution OR byline OR metadata)~10 |

| # | Category | Query | Nums | Revised Query |
|---|----------|-------|------|---------------|
| 39 | Contributor Codes | (BAC OR KO OR JD OR CW OR CCR OR "BTF Press" OR FT OR "BELLE PICTURES" OR THMA OR FREE OR RIWE OR MIBO OR JOME) w/10 (Backgrid OR attribution OR byline OR metadata) | 5–12, 33, 37 | (BAC OR KO OR JD OR CW OR CCR OR "BTF Press" OR FT OR "BELLE PICTURES" OR THMA OR FREE OR RIWE OR MIBO OR JOME OR Backgrid OR attribution OR byline OR metadata)~10 |
| 40 | Contributor Codes | (BAC OR KO OR JD OR CW OR CCR OR "BTF Press" OR FT OR "BELLE PICTURES" OR THMA OR FREE OR RIWE OR MIBO OR JOME) w/10 (Shutterstock OR attribution OR byline OR metadata) | 5–12, 33, 37 | (BAC OR KO OR JD OR CW OR CCR OR "BTF Press" OR FT OR "BELLE PICTURES" OR THMA OR FREE OR RIWE OR MIBO OR JOME or Shutterstock OR attribution OR byline OR metadata)~10 |
| 41 | Systems / Infra. | (DAM OR "digital asset management" OR database OR CMS OR "technical specification*" OR "data schema" OR "system architecture") w/15 (metadata OR IPTC OR attribution OR photograph* OR contributor*) | 39–43 | (DAM OR "digital asset management" OR database OR CMS OR "technical specification*" OR "data schema" OR "system architecture" OR metadata OR IPTC OR attribution OR photograph* OR contributor*)~15 |
| 42 | Systems / Infra. | (audit log* OR "change histor*" OR "modification log*") w/15 (metadata OR IPTC OR author OR copyright OR byline | 44–45 | (audit log* OR "change histor*" OR "modification log*" OR metadata OR IPTC OR author OR copyright OR byline)~15 |
| 43 | Systems / Infra. | (automat* OR script* OR "batch process*" OR ETL OR "data migration") w/15 (ingest* OR import* OR upload* OR metadata OR IPTC OR strip* OR alter*) | 42–43, 46 | (automat* OR script* OR "batch process*" OR ETL OR "data migration" OR ingest* OR import* OR upload* OR metadata OR IPTC OR strip* OR alter*)~15 |
| 44 | Systems / Infra. | (server OR database OR storage OR cloud) w/10 (photograph* OR image* OR archive*) w/15 (Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi) | 39–40 | (server OR database OR storage OR cloud OR photograph* OR image* OR archive* OR Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi)~15 |
| 45 | Corporate / Governance | ("board meeting" OR "board minutes") w/15 (copyright OR metadata OR royalt* OR contributor* OR infringement OR liabilit*) | 36 | ("board meeting" OR "board minutes" copyright OR metadata OR royalt* OR contributor* OR infringement OR liabilit*)~15 |
| 46 | Corporate / Governance | ("document retention" OR "retention policy" OR "destruction policy") w/10 (photograph* OR contributor* OR metadata) | 57 | ("document retention" OR "retention policy" OR "destruction policy" (photograph* OR contributor* OR metadata)~10 |
| 47 | Corporate / Governance | (policy OR procedure OR protocol OR practice OR "style guide" OR "editorial guide" OR manual* OR "contributor handbook" OR "contributor guide") w/15 (byline OR attribution OR "credit line" OR metadata OR upload* OR submission) w/15 (photographer* OR contributor*) | 16, 22, 34, 38 | (policy OR procedure OR protocol OR practice OR "style guide" OR "editorial guide" OR manual* OR "contributor handbook" OR "contributor guide" OR byline OR attribution OR "credit line" OR metadata OR upload* OR submission OR photographer* OR contributor*)~15 |
| 48 | Internal Investigation | (internal w/5 (investigation OR review)) w/15 (Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR Sergenian OR "Whitewood Law") | 35, 51–52 | ("internal investigation" OR "internal review" OR Mauvilain OR Mazari OR Duplaquet OR Wolf OR Boutefeu OR Kyndt OR Mehdi OR Sergenian OR "Whitewood Law")~15 |
| 49 | Internal Investigation | (complaint OR "demand letter" OR cease) w/10 (Sergenian OR "Whitewood Law" OR "David Sergenian") w/15 (respond* OR investigat* OR review*) | 30, 35, 51–52 | (complaint OR "demand letter" OR cease OR Sergenian OR "Whitewood Law" OR "David Sergenian" OR respond* OR investigat* OR review*)~15 |
| 50 | Financial / Business | ("gross revenue" OR "net profit" OR "financial statement*" OR "tax return*") w/15 (photograph* OR licensing OR contributor*) | 17–18, 21, 47 | ("gross revenue" OR "net profit" OR "financial statement*" OR "tax return*" OR photograph* OR licensing OR contributor*)~15 |

| # | Category | Query | Page | Full Query |
|---|---|---|---|---|
| 51 | Financial / Business | ("bulk sale*" OR "portfolio sale*" OR "archive sale*" OR photograph* OR copyright* OR contributor*) | 13, 49 | ("bulk sale*" OR "portfolio sale*" OR "archive sale*" OR photograph* OR copyright* OR contributor*)~15 |
| 52 | Financial / Business | ("business plan" OR "financial projection*" OR "marketing strateg*" OR "press release" OR "public statement" OR "marketing material*" OR "website archive" OR "brochure* OR "sales presentation*") w/15 (archiv* OR "back catalog" OR legacy OR portfolio OR photograph* OR copyright OR licensing) | 48, 54-55 | ("business plan" OR "financial projection*" OR "marketing strateg*" OR "press release" OR "public statement" OR "marketing material*" OR "website archive" OR "brochure* OR "sales presentation*" OR archiv* OR "back catalog" OR legacy OR portfolio OR photograph* OR copyright OR licensing)~15 |
| 53 | Financial / Business | ("server log*" OR analytics OR "access log*") w/15 (download* OR view* OR display*) w/10 (photograph* OR image*) | 14-15 | ("server log*" OR analytics OR "access log* OR download* OR view* OR display* OR photograph* OR image*)~15 |
| 54 | Financial / Business | ("portal integration" OR "portal migration") w/15 ("Flynet-era" OR legacy OR archive*) w/10 (photograph* OR contributor*) | 41 | ("portal integration" OR "portal migration" "Flynet-era" OR legacy OR archive* OR photograph* OR contributor*)~15 |
| 55 | Plaintiff Comms. | (email OR letter OR message OR correspondence OR communicat*) w/10 (Mauvilain OR "T Mauvilain" OR BAC OR THMA) | 2-3, 33, 65-66 | (email OR letter OR message OR correspondence OR communicat* OR Mauvilain OR "T Mauvilain" OR BAC OR THMA)~10<br>(communication Mauvilain)~10<br>(message Mauvilain)~10<br>(letter Mauvilain)~10<br>(email Mauvilain)~10 |
| 56 | Plaintiff Comms. | (email OR letter OR message OR correspondence OR communicat*) w/10 (Mazari OR "H Mazari" OR KO) | 2-4, 33, 65-66 | (email OR letter OR message OR correspondence OR communicat* OR Mazari OR "H Mazari" OR KO)~10<br>(communication Mazari)~10<br>(message Mazari)~10<br>(letter Mazari)~10<br>(email Mazari)~10 |
| 57 | Plaintiff Comms. | (email OR letter OR message OR correspondence OR communicat*) w/10 (Duplaquet OR "J Duplaquet" OR JD) | 2-3, 33, 65-66 | (email OR letter OR message OR correspondence OR communicat* OR Duplaquet OR "J Duplaquet" OR JD)~10<br>(communication "Duplaquet")~10<br>(message "Duplaquet")~10<br>(letter "Duplaquet")~10<br>(email "Duplaquet")~10 |
| 58 | Plaintiff Comms. | (email OR letter OR message OR correspondence OR communicat*) w/10 ("Robert Wolf" OR "Christian Wolf" OR CW OR CCR OR HansCastrop OR RIWE) | 2-3, 33, 65-66 | (email OR letter OR message OR correspondence OR communicat* OR "Robert Wolf" OR "Christian Wolf" OR CW OR CCR OR HansCastrop OR RIWE)~10<br>(communication "christian Wolf")~10<br>(message "christian Wolf")~10<br>(letter "christian Wolf")~10<br>(email "christian Wolf")~10<br>(communication "robert Wolf")~10<br>(message "robert Wolf")~10<br>(letter "robert Wolf")~10<br>(email "robert Wolf")~10 |

| 59 | Plaintiff Comms. | (email OR letter OR message OR correspondence OR communicat*) w/10 (Boutefeu OR "M Boutefeu" OR "BTF Press" OR MIBO) | 2–3, 33, 65–66 | (email OR letter OR message OR correspondence OR communicat* OR Boutefeu OR "M Boutefeu" OR "BTF Press" OR MIBO)~10 |
| | | | | (email  Boutefeu)~10 |
| | | | | (letter  Boutefeu)~10 |
| | | | | (message  Boutefeu)~10 |
| | | | | (communication  Boutefeu)~10 |
| 60 | Plaintiff Comms. | (email OR letter OR message OR correspondence OR communicat*) w/10 (Kyndt OR "S Kyndt" OR FT) | 2–3, 33, 65–66 | (email OR letter OR message OR correspondence OR communicat* Kyndt OR "S Kyndt" OR FT)~10 |
| | | | | (email Kyndt)~10 |
| | | | | (letter Kyndt)~10 |
| | | | | (message Kyndt)~10 |
| | | | | (communication Kyndt)~10 |
| 61 | Plaintiff Comms. | (email OR letter OR message OR correspondence OR communicat*) w/10 (Mehdi OR "J Mehdi" OR "BELLE PICTURES" OR JOME) | 2–4, 33, 65–66 | (email OR letter OR message OR correspondence OR communicat* OR Mehdi OR "J Mehdi" OR "BELLE PICTURES" OR JOME)~10 |
| | | | | (email Mehdi)~10 |
| | | | | (letter Mehdi)~10 |
| | | | | (message Mehdi)~10 |
| | | | | (communication Mehdi)~10 |
| 62 | Plaintiff Comms. | (email OR letter OR correspondence) w/5 (to OR from) w/5 (Sergenian OR "Sergenian Law" OR "David Sergenian" OR "Whitewood Law" OR "Shengmao Mu" OR Parant OR Virginie) | 30, 51–53 | (email OR letter OR correspondence OR Sergenian OR "Sergenian Law" OR "David Sergenian" OR "Whitewood Law" OR "Shengmao Mu" OR Parant OR Virginie)~5 |
| | | | | Virginie AND parant |
| | | | | (parant email)~5 |
| | | | | (parant letter)~5 |
| | | | | (parant correspondence)~5 |
| | | | | (sergenian email)~5 |
| | | | | (sergenian letter)~5 |
| | | | | (sergenian correspondence)~5 |
| | | | | (mu email)~5 |
| | | | | (mu letter)~5 |
| | | | | (mu correspondence)~5 |

Scott Cosman
Alex Kantif
Steve Ginsburg
Maria Buda
Andrea Collins
Christian Barrrett
Greg Watts
Chris Barwick

| RPD No. | RPD Description (Summary) | Applicable Search Term Nos. |
| --- | --- | --- |
| 1 | Agreements with Plaintiffs | 1–7, 27–29, 31, 33 |
| 2 | Communications re COPYRIGHTED WORKS | 1–7, 55–62 |
| 3 | Communications re any photograph by Plaintiffs | 1–7, 55–62 |
| 4 | Mazari/Mehdi removal requests | 2, 7, 27–28, 56, 61 |
| 5 | Copies of COPYRIGHTED WORKS | 1–7, 37–40 |
| 6 | Copies of any photograph by Plaintiffs | 1–7, 37–40 |
| 7 | Original digital files of COPYRIGHTED WORKS | 1–7, 37–40 |
| 8 | Original digital files of any photograph by Plaintiffs | 1–7, 37–40 |
| 9 | Every version made available for license (COPYRIGHTED WORKS) | 1–7, 16, 35, 37–40 |
| 10 | Every version made available for license (any photograph) | 1–7, 16, 35, 37–40 |
| 11 | Copyright ownership/authorship docs (COPYRIGHTED WORKS) | 1–7, 8–9, 12–13, 17–20, 33, 37–40 |
| 12 | Copyright ownership/authorship docs (any photograph) | 1–7, 8–9, 12–13, 17–20, 33, 37–40 |
| 13 | Licenses/sales/distribution of COPYRIGHTED WORKS | 21, 24, 51 |
| 14 | Server logs—COPYRIGHTED WORKS access | 53 |
| 15 | Server logs—any photograph access | 53 |
| 16 | Style guides for bylines/attribution | 11, 14, 32, 47 |
| 17 | Financial records—COPYRIGHTED WORKS revenue | 21–24, 50 |
| 18 | Financial records—any photograph revenue | 21–24, 50 |
| 19 | Royalty calculation/tracking (COPYRIGHTED WORKS) | 21–24 |
| 20 | Royalty calculation/tracking (any photograph) | 21–24 |
| 21 | Total gross revenue and net profit | 50 |
| 22 | Metadata/CMI handling policies | 8–11, 14–15, 32, 34, 36, 47 |
| 23 | Decision to alter/remove CMI (COPYRIGHTED WORKS) | 8–13, 15, 17–20, 34, 36 |
| 24 | Decision to alter/remove CMI (any photograph) | 8–13, 15, 17–20, 34, 36 |
| 25 | Flynet/Fame Pictures merger docs | N/A (category-based collection) |
| 26 | FameFlynet/AKM-GSI merger docs | N/A (category-based collection) |
| 27 | Backgrid/Shutterstock acquisition docs | N/A (category-based collection) |
| 28 | Corporate formation docs | N/A (category-based collection) |
| 29 | Certificates of Dissolution | N/A (category-based collection) |
| 30 | Communications with Plaintiffs' counsel in 2024 | 25–26, 28, 49, 62 |
| 31 | Affirmative defenses support docs | 26, 28, 31 |
| 32 | Trial exhibits | All (as identified) |
| 33 | Internal docs re Plaintiffs/contributor accounts | 1–7, 17–20, 28–32, 35, 37–40, 55–61 |
| 34 | Internal docs re IPTC/metadata policies generally | 8–11, 14–15, 20, 32, 36, 47 |
| 35 | Internal docs post-filing re FAC allegations | 25–26, 48–49 |
| 36 | Board minutes re copyright/metadata/royalties | 45 |
| 37 | Contributor code documentation | 1–7, 37–40 |
| 38 | Contributor handbooks/guides | 14, 33, 47 |
| 39 | Database/server identification (COPYRIGHTED WORKS) | 41, 44 |
| 40 | Database/server identification (any photograph) | 41, 44 |
| 41 | Flynet-era photo integration decisions | 16, 35, 54 |
| 42 | DAM system technical specs (COPYRIGHTED WORKS) | 41, 43 |
| 43 | DAM system technical specs (any photograph) | 41, 43 |
| 44 | Audit logs—metadata changes (COPYRIGHTED WORKS) | 8–10, 20, 34, 42 |
| 45 | Audit logs—metadata changes (any photograph) | 8–10, 20, 34, 42 |
| 46 | Photo processing scripts/automation | 10, 36, 43 |
| 47 | Tax returns | 50 |
| 48 | Business plans for archival content | 52 |
| 49 | Bulk sales docs | 51 |
| 50 | Due diligence re IP/copyright liabilities | 52 |
| 51 | Internal investigation re June 2024 communications | 25, 48–49 |
| 52 | Internal comms re 2024 complaints | 25–26, 48–49 |

| | | |
|---|---|---|
| 53 | Third-party communications re allegations | 25–26, 28, 62 |
| 54 | Marketing/promotional materials re licensing rights | 13, 17, 52 |
| 55 | Press releases re photographic archives | 52 |
| 56 | Organizational charts | N/A (category-based collection) |
| 57 | Document retention/destruction policies | 46 |
| 58 | Personnel files for PMKs | N/A (category-based collection) |
| 59 | Insurance policies | N/A (category-based collection) |
| 60 | Court/agency filings re COPYRIGHTED WORKS | 26 |
| 61 | Court/agency filings re any photograph | 26 |
| 62 | Defenses/affirmative defenses docs | 26–28, 30–31 |
| 63 | Terms of Service/Use for portals | 16, 29, 33, 35 |
| 64 | Expert reports | N/A (not yet prepared) |
| 65 | All communications with Plaintiffs | 1–7, 55–62 |
| 66 | Non-privileged communications re Plaintiffs | 1–7, 55–62 |
| 67 | Deposition testimony re copyright infringement | N/A (category-based collection) |
| 68 | Sworn declarations re copyright infringement | N/A (category-based collection) |