# Exhibit 7



David Sergenian <david.sergenian@sergenianlaw.com>

## Re: Thibault v. Backgrid et al

**David Sergenian** <david@sergenianlaw.com>                                              Mon, Apr 27, 2026 at 6:38 PM
To: Jo Ardalan <jardalan@onellp.com>
Cc: Sheila Mojtehedi <sheila@mojtehedi.com>, Ryan Carreon <rcarreon@whitewoodlaw.com>, Abby Neu
<aneu@whitewoodlaw.com>, David Quinto <dquinto@onellp.com>, Peter Afrasiabi <pafrasiabi@onellp.com>, Shengmao Mu
<smu@whitewoodlaw.com>, Ryan Baker <rbaker@whitewoodlaw.com>, Keaton Smith <ksmith@whitewoodlaw.com>, Megan
Dell <mdell@onellp.com>

I look forward to seeing that spreadsheet, the answers to the questions, below, and you letting us know when we will receive those and the amended responses.

Thank you

On Mon, Apr 27, 2026 at 6:34 PM Jo Ardalan <jardalan@onellp.com> wrote:

> David:
>
> As I told you on the phone, because Logickull could not run your searches, I had to break them down. You'll see in our spreadsheet that we did about 2000 searches to get this going.
>
> We reviewed every document based on those searches.
>
> Regards,
>
> Jo
>
> --
>
> **Jo Ardalan**
>
> **Partner**
>
>
>
> Intellectual Property & Entertainment Law
>
> 310-437-8665 (Direct)
>
> 323-309-9215 (Cell)
>
> jardalan@onellp.com
>
> _Notice:_  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.

**From:** David Sergenian <david@sergenianlaw.com>
**Sent:** Monday, April 27, 2026 6:22 PM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Sheila Mojtehedi <sheila@mojtehedi.com>; Ryan Carreon <rcarreon@whitewoodlaw.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Megan Dell <mdell@onellp.com>
**Subject:** Re: Thibault v. Backgrid et al

When will the amended responses and search terms be provided? Also, will you be providing the other items requested? Specifically, answers to these questions asked on April 14:

(a) What is the total universe of documents loaded into Logikcull, and from how many custodians?

(b) Your email states that the earlier run of our search terms "returned in a substantial number of nonresponsive documents." We need to understand the basis for that characterization. Specifically: How many documents did the searches return? Did you conduct a sampling review, and if so, what was the methodology, what was the sample size, and what were the results? If sampling was conducted, please share the sample set and the responsiveness determinations so that we can evaluate whether the issue is with our search terms or with the conversion. If no sampling was conducted, on what basis are you characterizing the results as nonresponsive?

(c) How many hits do your proposed modified search terms return?

On Mon, Apr 27, 2026 at 6:19 PM Jo Ardalan <jardalan@onellp.com> wrote:

> Yes- we have done that.  Your email didn't say that.
>
>
> --
> **Jo Ardalan**
>
> **Partner**
>
>
>
> Intellectual Property & Entertainment Law
>
> 310-437-8665 (Direct)
>
> 323-309-9215 (Cell)
>
> jardalan@onellp.com
>
>
> *Notice:  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

**From:** David Sergenian <david@sergenianlaw.com>
**Sent:** Monday, April 27, 2026 6:16 PM

**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Sheila Mojtehedi <sheila@mojtehedi.com>; Ryan Carreon <rcarreon@whitewoodlaw.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Megan Dell <mdell@onellp.com>
**Subject:** Re: Thibault v. Backgrid et al

We have discussed and confirmed several times that if your clients are aware of responsive, non-privileged documents that are not responsive to search terms, they have an obligation to produce those documents.

I was able to download the confidential pdf this time.

On Mon, Apr 27, 2026 at 6:15 PM Jo Ardalan <jardalan@onellp.com> wrote:

> Try this new link
>
>  BACKGRID001810-2142_CONFIDENTIAL.pdf
>
> We will serve amended responded to the RFPs and provide our search terms. Not sure what it means to produce "all non-privileged documents responsive to our document demands they are aware of, regardless of whether they are responsive to document demands," but you will have the search terms we used to conduct our searches.
>
> --
>
> **Jo Ardalan**
>
> **Partner**
>
>
>
> Intellectual Property & Entertainment Law
>
> 310-437-8665 (Direct)
>
> 323-309-9215 (Cell)
>
> jardalan@onellp.com
>
> _Notice_:  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.

**From:** David Sergenian <david@sergenianlaw.com>
**Sent:** Monday, April 27, 2026 6:09 PM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Sheila Mojtehedi <sheila@mojtehedi.com>; Ryan Carreon <rcarreon@whitewoodlaw.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi

<pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker
<rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Megan Dell
<mdell@onellp.com>
**Subject:** Re: Thibault v. Backgrid et al


I cannot open the confidential document. Can you please provide alternative access? In addition, are your clients serving amended responses to the document demands? In addition, will you please provide the full set of search terms, used, and other information itemized in my April 14 email as items (a) through (d)? Furthermore, can you verify that your clients have produced all non-privileged documents responsive to our document demands they are aware of, regardless of whether they are responsive to document demands.


Thank you,


David A. Sergenian

**Sergenian Law, a Professional Corporation**

808 Wilshire Blvd., Suite 200

Santa Monica, CA 90401

Los Angeles, CA 90064

david@sergenianlaw.com

(213) 435-2035

Website

LinkedIn



On Mon, Apr 27, 2026 at 6:01 PM Jo Ardalan <jardalan@onellp.com> wrote:

> All,
>
>
> Please see the production below. If you have trouble opening the documents, let me know.
>
>
> 📁 BACKGRID001656-1809
>
> 📄 BACKGRID001810-2142_CONFIDENTIAL.pdf
>
>
> Regards,
>
> Jo
>
> --
> **Jo Ardalan**
>
> **Partner**



## one llp

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice*:  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.