# Exhibit 9

Case 2:25-cv-02757-FLA-MBK   Document 112-11   Filed 06/12/26   Page 2 of 3   Page ID #:1681

 **David Sergenian <david.sergenian@sergenianlaw.com>**

---

## Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2:25-cv-2757-FLA-MAA: IDC Scheduled for May 13, 2026

1 message

---

**David Sergenian** <david@sergenianlaw.com>     Mon, May 11, 2026 at 6:48 PM
To: MAA_Chambers@cacd.uscourts.gov
Cc: Ryan Carreon <rcarreon@whitewoodlaw.com>, Jo Ardalan <jardalan@onellp.com>, Abby Neu <aneu@whitewoodlaw.com>, David Quinto <dquinto@onellp.com>, Peter Afrasiabi <pafrasiabi@onellp.com>, Shengmao Mu <smu@whitewoodlaw.com>, Sheila Mojtehedi <sheila@mojtehedi.com>, Ryan Baker <rbaker@whitewoodlaw.com>, Keaton Smith <ksmith@whitewoodlaw.com>

Dear Judge Audero:

Plaintiffs submit this email in advance of the May 13, 2026 Informal Discovery Conference regarding Defendants BackGrid Inc., BackGrid USA, Inc., and Shutterstock, Inc.'s responses to Plaintiffs' First Set of Requests for Production of Documents. Plaintiffs intend to raise the following issues at the IDC.

**Requests for Production at Issue**

After meeting and conferring by videoconference on May 9, Plaintiffs and Defendants have reached an impasse on the following requests, which seek the following categories of documents:

- **RPDs 14 and 15**: server logs, database records, and analytics showing access to, display of, and downloads of the photographs at issue and any photograph provided to Defendants by Plaintiffs
- **RPDs 17 and 18:** financial records reflecting revenue from licensing the photographs at issue and any photograph provided to Defendants by Plaintiffs
- **RPD 27:** documents concerning Shutterstock, Inc.'s acquisition of BackGrid
- **RPD 49:** documents concerning bulk sales of photographs from Defendants' archive
- **RPD 50:** due diligence reports addressing intellectual property portfolios, copyright liabilities, and contributor agreements during the mergers and acquisitions in Defendants' corporate succession chain
- **RPDs 67 and 68:** Defendants' prior deposition testimony and sworn declarations in copyright lawsuits

Attached please find a copy of Defendant BackGrid USA, Inc.'s May 6, 2026 supplemental responses to Plaintiffs' First Set of Requests for Production. We have removed the requests where BackGrid USA, Inc.'s refusal to produce documents is not at issue. The attached version reflects only the requests listed above.

In addition, we have not yet received supplemental responses from Defendants Backgrid, Inc. or Shutterstock, Inc. Ms. Ardalan informed us that BackGrid, Inc.'s supplemental responses will be the same as BackGrid USA, Inc.'s except where the underlying fact does not exist as to BackGrid, Inc., and that Shutterstock, Inc.'s supplemental responses will be substantively the same as BackGrid USA, Inc.'s. .

**Search Terms and Custodians**

Plaintiffs also intend to raise deficiencies in the search terms and custodian list Defendants have used to identify responsive documents.

The search terms have two problems. First, Defendants narrowed several of Plaintiffs' proposed terms in ways that reduce what the searches will return; for example, by dropping Plaintiff Boutefeu from the searches entirely, by omitting a contributor code from the search, and by adding a requirement that documents mentioning Plaintiffs' counsel also contain "email," "letter," or "correspondence."

Second, several searches contain typographical errors that prevent them from running as written.

As to custodians, Defendants did not search the documents of Boris Nizon, the former president of FameFlynet's American operation, who continued to be an owner of BackGrid after BackGrid acquired FameFlynet. Ms. Ardalan has confirmed that Mr. Nizon had a BackGrid email account.

Defendants have also declined to tell Plaintiffs how many documents each search returned, how many documents in total are in Defendants' review database, or what email accounts, file shares, and other sources were searched.

Case 2:25-cv-02757-FLA-MBK   Document 112-11   Filed 06/12/26   Page 3 of 9   Page ID #:1682

Plaintiffs appreciate the Court's consideration and look forward to addressing these issues at the conference.

Respectfully submitted,

David A. Sergenian
**Sergenian Law, a Professional Corporation**
808 Wilshire Blvd., Suite 200
Santa Monica, CA 90401
Los Angeles, CA 90064
david@sergenianlaw.com
(213) 435-2035
Website
LinkedIn

---

**Mauvilain, et al. v. Flynet Pictures, LLC, et al. - May 13, 2026 IDC - Selected BackGrid USA Responses to Plaintiffs' RPDs.pdf**
243K