# Exhibit 10



## Boris Nizon · 3rd

 BACKGRID USA, INC.

Co-Owner at BACKGRID USA, INC.

Redondo Beach, California, United States

· **Contact info**

28 connections

 Message     Follow

---

## Activity

 + Follow

34 followers

### Boris has no recent posts

Recent posts Boris shares will be displayed here.

Show all →

---

## Experience



**Co-Owner**
BACKGRID USA, INC.
May 2017 - Present · 9 yrs 1 mo
Los Angeles County, California, United States

1983-1988 Press photographer Blick (Switzerland)
1988-1993 Photojournalist Schweizer Illustrierte (Switzerland)
1995-2012 Founder/ Owner FamePictures,Inc. USA
2012-2017 Co-founder/Co-owner FameFlynet,Inc. USA

---

## Interests

 Companies

 BACKGRID USA, INC.
37 followers

 LinkedIn News
19,570,100 followers