# Exhibit B

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   2:25-cv-02757-FLA-MAA                          Date:  May 6, 2026

Title   Thibault Mauvilain et al. v. Flynet Pictures, LLC et al.


Present:   The Honorable Maria A. Audero, United States Magistrate Judge


| Christian Solis | C/S 5/6/2026 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):
David A. Sergenian
Keaton D. Smith
Ryan Carreon

Attorney(s) Present for Defendant(s):
Sheila Mojtehedi
Joanna Ardalan


**Proceedings (via Videoconference): INFORMAL DISCOVERY CONFERENCE (ECF No. 91)**


Case called.  Counsel makes their appearance.[1]

Before the Court on May 6, 2026 is the parties' fifth informal discovery conference, which the Court names "IDC 5."  Through IDC 5, Defendants Flynet Pictures, LLC ("**Flynet**"), a California limited liability company; FameFlynet Inc. ("**FameFlynet**"), a California corporation; Backgrid Inc. ("**Backgrid**"), a California corporation; Backgrid USA, Inc. ("**Backgrid USA**"), a California corporation; Shutterstock, Inc. ("**Shutterstock**") (collectively, "Defendants") seek the Court's intervention in setting a schedule for seventeen (17) depositions before the June 19, 2026 discovery cut-off—seven (7) for Defendants and ten (10) for Plaintiffs Thibault Mauvilain, Henri Mazari, Jeremy Duplaquet, Robert Christian Wolf, Michel Boutefeu, Stephane Kyndt, and Joseph Mehdi (collectively, "Plaintiffs").  Relatedly, Plaintiffs seek the Court's intervention in setting a schedule for Defendants' production of documents before the depositions.  Finally, Defendants seek protection from having to participate in the briefing of Plaintiff's discovery motion related to Defendants' document production, contending that such motion is premature in that Plaintiffs have not complied with their pre-motion meet-and-confer and IDC obligations.

---

[1] The Court notes that David Quintell (the Court is uncertain of the spelling) appeared as counsel for certain defendants and addressed the Court, but has not made an appearance on the Court's docket. Mr. Quintell is ordered to enter his appearance on the record **forthwith**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-02757-FLA-MAA                    Date:  May 6, 2026

Title      Thibault Mauvilain et al. v. Flynet Pictures, LLC et al.

The Court confers with the parties.  The parties reach an agreement regarding the deposition dates and Defendants' document production and no further Court intervention is needed at this time.

With respect to Plaintiff's discovery motion, the Court **FINDS**, based on a review of the record and the parties' arguments, that Plaintiffs have not satisfied their pre-motion meet-and-confer and IDC obligations and, on this basis, declines to authorize the filing of such motion at this time, without prejudice to its later filing should the parties be unable to resolve the dispute.  Accordingly, Defendants are excused from participating in the briefing of the Joint Stipulation required by Central District of California Local Civil Rule 37 for Plaintiff's discovery motion.  *See* C.D. Cal. L.R. 37. Instead, the Court **SETS** an informal discovery conference to address Plaintiffs' concerns regarding alleged deficiencies in Defendants' document production for **May 13, 2026 at 7:00 a.m. via telephone**.  Dial-in information will be provided to the parties separately.  Because this early start time is necessitated by the parties' schedules and conflicts, and because the Court will not have the ability to record the proceeding at that time of day, the parties waive, on the record, their right to have the informal discovery conference be made part of the Court's official record through a recording thereof and understand that no transcript will be available of same.  The Court encourages the parties to continue meeting and conferring to resolve this dispute and **ORDERS** them to notify the Court if a resolution is reached before the May 13, 2026 IDC so that the Court may vacate the conference.  If the parties are unable to resolve the dispute before the May 13, 2026 IDC, they are **ORDERED** to submit to the Court an IDC Request form and related discovery requests and responses **by no later than May 12, 2026 at noon.**

IT IS SO ORDERED.

**Time in Court**: 01:22