# Exhibit J

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

_____

THIBAULT MAUVILAIN, an

Individual; HENRI MAZARI, an

Individual; JEREMY DUPLAQUET, an

Individual; ROBERT CHRISTIAN

WOLF, an Individual; MICHEL

BOUTEFEU, an Individual;

STEPHANE KYNDT, an Individual;

and JOSEPH MEHDI, an Individual,

        Plaintiffs,

    v.                     Case No.

FLYNET PICTURES, LLC, a         2:25-cv-2757-FLA-MAA

California Limited Liability

Company; FAMEFLYNET INC., a

California Corporation; BACKGRID

INC., a California Corporation;

BACKGRID USA, INC., a California

Corporation; SHUTTERSTOCK, INC.,

a Delaware Corporation; and DOES

1-10, Inclusive,

        Defendants.

_____

Page 1

subject.  So I do have interviews parts that have been filmed that I want to use for it.  Yes.

Q    Okay.  Who is Emily Carter?

A    Oh, Emily Carter is a fictional character.

Q    Okay.  Did you email Backgrid asking for access while pretending to be Emily Carter?

A    Yes.

Q    Okay.

A    Yes.

Q    And why did you come up with Emily Carter to reach out to Backgrid?  Why not just --

A    I just thought --

Q    -- use your name?

A    -- it sound good.

Q    Excuse me?

A    I just thought it sounds good, the name.

Q    Okay.  Is there a reason why you didn't give your real identity to Backgrid?

A    But because last time I checked, I did that two weeks prior, and you send us a letter saying we can't get access.  So I was not going to be stupid enough to try again.  You had been very clear that if we attempted to continue to try to get access, continue to claim that these missing picture were an issue, you were going to pursue potentially legal action.  So of course

Page 172

table to investigate missing image.

It's a no access, and your team is going to give access to a complete stranger with a Gmail account without checking background.  No identity check.  No strings attached.  No obligation whatsoever.  Elon Musk could say, let that sink in.

Q    Did you ask for access to the --

A    Yeah.

Q    -- client portal -- hold on.  As Thibault Mauvilain?

A    Yeah, through Virgine Parant.

Q    And so you believe that Ms. Parant requested access to the client portal?

A    I saw the letters, yes.

Q    Okay.

A    And I saw your response.

Q    Okay.  Very good.  Who else accessed during -- let me back up.

How much time did you spend on the client portal as "Emily Carter"?  Using that username and password?

A    Month.

Q    Excuse me?

A    Month.

Q    One month?

Page 175

A    No, nine.

Q    Nine months?

A    Uh-huh.

Q    Nine months?

A    Uh-huh.

Q    Okay.  And how much time do you spend per month, do you think, looking through the portal?

A    Countless hours.

Q    Countless hours?

A    I told you I'm missing 15,000 image.  And that website is not the most responsive website of all.  And when you can't find something, you have to continue to dig.  It took me a long time to actually start to finding out my images.  And when I did, I realized the CMI had been removed, so I was not going to be -- about to be done with it.  I had to go further.

So I had to inspect not only the 15,000 images missing from Flynet, but then I went to track down my 35,000 images from FameFlynet.  Which is just for my own personal archive, 50,000 images I had to locate, find, identify, save -- and then, because I'm a nice guy, I helped also checking the archive of my fellow photographer who had the same issue as mine.  So overall, yeah, I was looking for a hundred thousand pictures in there.

Page 176

CERTIFICATE OF DEPOSITION OFFICER

I, JOHN CANFIELD , the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

Date: June 3, 2026

JOHN CANFIELD

Notary Public in and for the

State of California

[X] Review of the transcript was requested.

Page 364

CERTIFICATE OF TRANSCRIBER

I, LYNDSY JENKINS, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

Date: June 3, 2026

LYNDSY JENKINS

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com