SHEILA MOJTEHEDI (313002)
sheila@mojtehedi.com
806 E. Avenida Pico, Ste. I-291
San Clemente, California 92673
Telephone (323) 412-0472
Facsimile  (323) 403-4170

Attorney for Defendants
FLYNET PICTURES, LLC and FAMEFLYNET INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHAEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-2757-FLA-MAA<br>Hon. Fernando L. Aenlle-Rocha<br><br>**DECLARATION OF SHEILA MOJTEHEDI** |

1

**Declaration of Sheila Mojtehedi**

I, Sheila Mojtehedi, declare:

1. I am counsel of record for defendants Flynet Pictures, LLC and Fameflynet Inc. The facts below are of my own personal knowledge unless otherwise stated. If called as a witness, I could competently testify to them.

2. I assisted Joanna Ardalan, counsel for Backgrid USA, Inc., Backgrid Inc., and Shutterstock, Inc. (collectively, "Backgrid and Shutterstock") in drafting the opposition to Plaintiffs' Second Joint Stipulation Motion to Compel. My fees for assisting Ms. Ardalan will be billed to Backgrid and Shutterstock, and Flynet Pictures LLC and Fameflynet consented to my assisting Ms. Ardalan and billing Backgrid and Shutterstock for the same. I submit this declaration to state why I had to step in to help Ms. Ardalan, provide the time I spent drafting, and my current hourly rate.

3. May 2026 was not only a very busy month for me personally, but also generally a very busy month in this case. I was in a jury trial in the United States District Court for the District of Oregon from June 1, 2026, to June 5, 2026, and traveled to Portland from May 13 to May 15 for witness prep and the pretrial conference. Before then, I was busy preparing trial documents. Defendants have deposed all but one of the seven plaintiffs in this case, and many of the depositions occurred before my trial.

4. On May 14, 2026, Plaintiffs served a Second Joint Stipulation Motion to Compel on Backgrid and Shutterstock. The joint stipulation, even without Backgrid and Shutterstock's portions, was over 60 pages long. May 14 was a Thursday. According to the local rules, Backgrid and Shutterstock's opposition had to be returned to Plaintiffs no later than May 21, 2026.

5. I returned from Portland around 10:30 pm on Friday, May 15, 2026. Ms. Ardalan and I spoke about the issues first thing the morning of Saturday, May 16, 2026, and I drafted the bulk of the first draft on May 16 and May 17.

6.      On Saturday, May 16, 2026, at 11:37 a.m., Mr. Sergenian emailed the parties, indicating that Plaintiffs were withdrawing significant portions of the joint stipulation, given the Court's order on IDC 7.

7.      However, the problem with Mr. Sergenian's email was that he did not provide a new version of the joint stipulation. Certain arguments Plaintiffs made as to the issues they did not withdraw depended on arguments they were withdrawing, so it was confusing as to the basis for the issues that were still in dispute. Further, and perhaps even worse, Plaintiffs' sanctions request was grossly inflated because it was based on drafting a joint stipulation that the Court previously found was unauthorized and/or reflects issues that Plaintiffs withdrew, given the Court's order on IDC 7. Defendants were been left with a mess of a joint stipulation to respond to, which otherwise increased the amount of time necessary to draft an opposition.

8.      The following is the time I spent helping Ms. Ardalan and drafting the opposition:

| Date | Qty |
| --- | --- |
| 05/14/2026 | .3 |
| 05/16/2026 (Saturday) | 5.2 |
| 05/17/2026 (Sunday) | 2.7 |
| 05/19/2026 | .7 |
| 05/20/2026 | .4 |
| **TOTAL** | **9.3** |

9.      I received my undergraduate degree from the University of California, Irvine and Juris Doctorate from the University of California, Irvine School of Law in 2016. From 2016 to 2020, I was an associate at Stradling, Yocca, Carlson & Rauth P.C. in Newport Beach, California where I practiced in the areas of commercial litigation and federal criminal defense. In 2020, I opened my own law office and continue to practice in the areas of commercial litigation and federal criminal defense. I have been a member of the Criminal Justice Act Trial Attorney Panel for the United States District Court for the Central District of California since January 2023, through which I am

appointed by the court to represent individuals who are financially unable to retain counsel in federal criminal proceedings.

10.    My current hourly rate is $450. I understand and believe that this is commensurate (if not less expensive) than reasonable hourly rates of other practitioners with similar credentials and experience.

I declare under penalty of perjury under the laws of the United States of America that the contents of this declaration are true and correct.

Date: June 8. 2026                    /s Sheila Mojtehedi

                                        Sheila Mojtehedi

4