# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHAN KYNDT, an individual; and JOSEPH MEHDI, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation; and DOES 1–10, inclusive,<br><br>    Defendants. | Case No. 2:25–cv–2757–FLA–MBKx<br><br>**DISCOVERY MATTER**<br><br>**MAGISTRATE JUDGE MICHAEL B. KAUFMAN**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL PRODUCTION AND FURTHER RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION FROM DEFENDANTS BACKGRID INC., BACKGRID USA, INC., AND SHUTTERSTOCK, INC. AND SANCTIONS** |

Plaintiffs' Motion to Compel Further Document Production and Further Responses to Requests for Production from Defendants BackGrid Inc., BackGrid USA, Inc., and Shutterstock, Inc. (the "BackGrid Defendants") came on regularly for hearing before this Court on July 8, 2026. The Court, having reviewed the Joint Stipulation Pursuant to Local Rule 37-2, the Declaration of David A. Sergenian and exhibits thereto, any supplemental memoranda, the pleadings and records on file in this action, and the arguments of counsel, and good cause appearing, HEREBY ORDERS:

Plaintiffs' Motion is GRANTED.

Within seven days of the date of this Order, BackGrid Inc. shall serve amended written responses to Plaintiffs' First Set of Requests for Production compliant with Federal Rule of Civil Procedure 34(b)(2). For each Request, the amended response shall (a) state whether responsive documents are being produced, (b) identify by category any documents being withheld on the basis of any objection, and (c) where BackGrid Inc. represents that no further responsive documents exist, support that representation by declaration describing the reasonable inquiry conducted.

Within seven days of the date of this Order, the BackGrid Defendants shall produce all non-privileged documents responsive to Requests for Production Nos. 49, 67, and 68.

Within seven days of the date of this Order, the BackGrid Defendants shall disclose, in writing: (a) for each search executed against the production universe, the search term as run and the total document hit count returned; (b) the total number of documents loaded into Logikcull; (c) the total number and identities of the custodians whose documents were loaded into Logikcull; (d) the sampling methodology and any sampling results, and the methodology by which the BackGrid Defendants assessed responsiveness; and (e) the email accounts, file shares, cloud storage, mobile devices, backup tapes, archived systems, legacy databases, and other media and sources from which documents were collected and loaded into Logikcull.

Within seven days of the date of this Order, the BackGrid Defendants shall produce a privilege log meeting the requirements of Federal Rule of Civil Procedure 26(b)(5) as

to any documents withheld from production in response to Requests for Production Nos. 49, 67, and 68.

Within seven days of the date of this Order, the BackGrid Defendants shall collect, process, and search the documents of Boris Nizon or, in the alternative, serve a declaration from a person with knowledge accounting for the disposition of his pre-acquisition materials and describing the reasonable inquiry conducted.

Shutterstock, Inc.'s unilateral January 1, 2024 temporal limitation, as applied to Requests for Production Nos. 49, 67, and 68, is STRICKEN. Shutterstock, Inc. shall produce all responsive pre-2024 records in the possession, custody, or control of its wholly-owned subsidiaries BackGrid Inc. and BackGrid USA, Inc.

Plaintiffs are awarded their reasonable expenses, including attorney's fees, incurred in bringing this Motion, pursuant to Federal Rule of Civil Procedure 37(a)(5)(A), in the amount of $16,800, to be paid by the BackGrid Defendants and their counsel of record, jointly and severally, within 30 days of the date of this Order.

IT IS SO ORDERED.

Dated:

_____
Hon. Michael B. Kaufman
United States Magistrate Judge

[PROPOSED] ORDER GRANTING MOT. TO COMPEL RPDS TO BACKGRID DEFENDANTS