DAVID A. SERGENIAN, State Bar No. 230174
david@sergenianlaw.com
SERGENIAN LAW, P.C.
808 Wilshire Blvd., Suite 200
Santa Monica, CA 90401
Telephone: (213) 435-2035

SHENGMAO MU, State Bar No. 327076
smu@whitewoodlaw.com
WHITEWOOD LAW, P.C.
99 S. Alameda Blvd., Suite 600
San Jose, CA 95113
Tel.: (917) 858-8018
Fax: (917) 591-0618

Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHAN KYNDT, an individual; and JOSEPH MEHDI, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation; and DOES 1–10, inclusive, <br><br> Defendants. | Case No. 2:25–cv–2757–FLA–RBKx <br><br> Hon. Fernando L. Aenlle-Rocha <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) ON BEHALF OF PLAINTIFFS JEREMY DUPLAQUET, ROBERT CHRISTIAN WOLF, MICHEL BOUTEFEU, STEPHANE KYNDT, AND JOSEPH MEHDI** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Jeremy Duplaquet, Robert Christian Wolf, Michel Boutefeu, Stephane Kyndt, and Joseph Mehdi voluntarily dismiss without prejudice all their claims against all Defendants in the above-captioned action. No Defendant has served an answer or a motion for summary judgment in this action. This dismissal is effective upon filing. It is filed on behalf of Plaintiffs Jeremy Duplaquet, Robert Christian Wolf, Michel Boutefeu, Stephane Kyndt, and Joseph Mehdi; the action remains pending as to the remaining Plaintiffs.

Dated: June 12, 2026

**SERGENIAN LAW**
a Professional Corporation

By:  /s/David A. Sergenian
     DAVID A. SERGENIAN

Dated: June 12, 2026

WHITEWOOD LAW, P.C.

By:  /s/Shengmao Mu
     SHENGMAO MU
     ABBY M. NEU (*pro hac vice*)
     RYAN E. CARREON (SBN 311668)
     KEATON SMITH (*pro hac vice*)

*Counsel for Plaintiffs*

- 1 -
NOTICE OF DISMISSAL WITHOUT PREJUDICE BY DUPLAQUET, WOLF, BOUTEFEU, KYNDT, AND MEHDI