**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mauvilain, et al. | CASE NUMBER |
| Plaintiff(s) | 2:27-cv-02757-FLA |
| v. | |
| Flynet Pictures, LLC, et al. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

☒  The Court hereby orders that the request of:

Thibault Mauvilain
*Name of Party*        ☒ Plaintiff ☐ Defendant ☐Other

☒ to substitute  Thibault Mauvilain                                who is

☐ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☒ Pro Se

4605 Sylmar Avenue, #312

Sherman Oaks, CA 91423          *Street Address*   tm@forceinaction.com
*City, State, Zip*                                  *E-Mail Address*

(310) 770-3612
*Telephone Number*            *Fax Number*            *State Bar Number*

as attorney of record instead of  David A. Sergenian
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED**  ☐ **DENIED**

☐  The Court hereby orders that the request of
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for

**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge