**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mauvilain, et al. | CASE NUMBER |
| Plaintiff(s) | 2:27-cv-02757-FLA |
| v. | |
| Flynet Pictures, LLC, et al. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

Henri Mazari          ☒ Plaintiff ☐ Defendant ☐ Other _____
_Name of Party_

☒ to substitute  Henri Mazari                                      who is

☐ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only) ☒ Pro Se

2100 Marsalfield Lane
_____
                          _Street Address_

Redondo Beach, CA 90278          carboninla@yahoo.com
_____              _____
_City, State, Zip_                              _E-Mail Address_

(310) 947-7000
_____    _____    _____
_Telephone Number_                  _Fax Number_                  _State Bar Number_

as attorney of record instead of  David A. Sergenian
                          _____
                          _List **all** attorneys from same firm or agency who are withdrawing._

_____

_____

**is hereby** ☒ **GRANTED**  ☐ **DENIED**

☐ The Court hereby orders that the request of [_____]
                          _List **all** attorneys from same firm or agency who are withdrawing._

[_____]

to withdraw as attorney of record for [_____]
**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated  _____

                          _____
                          U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)        (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY