**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mauvilain, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>Flynet Pictures, LLC, et al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:27-cv-02757-FLA<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒  The Court hereby orders that the request of:

Thibault Mauvilain          ☒ Plaintiff ☐ Defendant ☐Other _____
*Name of Party*

☒ to substitute  Thibault Mauvilain                                who is

☐ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☒ Pro Se

4605 Sylmar Avenue, #312

Sherman Oaks, CA 91423          *Street Address*     tm@forceinaction.com
*City, State, Zip*                                *E-Mail Address*

(310) 770-3612
*Telephone Number*          *Fax Number*          *State Bar Number*

as attorney of record instead of  Shengmao Mu, Ryan Carreon, Abby M. Neu, and Keaton Smith
                                *List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED**  ☐ **DENIED**

☐  The Court hereby orders that the request of [ _____ ]
                                *List **all** attorneys from same firm or agency who are withdrawing.*

[ _____ ]

to withdraw as attorney of record for [ _____ ]

**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge