## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mauvilain, et al. | CASE NUMBER |
| Plaintiff(s) | 2:27-cv-02757-FLA |
| v. | |
| Flynet Pictures, LLC, et al. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

Henri Mazari   ☒ Plaintiff ☐ Defendant ☐ Other _____
*Name of Party*

☒ to substitute Henri Mazari                                who is

☐ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☒ Pro Se

2100 Marshalfield Lane

Redondo Beach, CA 90278        carboninla@yahoo.com
*City, State, Zip*        *Street Address*        *E-Mail Address*

(310) 947-7000
*Telephone Number*                *Fax Number*                *State Bar Number*

as attorney of record instead of  Shengmao Mu, Ryan Carreon, Abby M. Neu, and Keaton Smith
                                 *List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED**  ☐ **DENIED**

☐ The Court hereby orders that the request of [                    ]
                        *List **all** attorneys from same firm or agency who are withdrawing.*

[                    ]

to withdraw as attorney of record for [                    ]
**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge