# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| THIBAULT MAUVILAIN, et al. | 2:25–cv–02757–FLA–MBK |
| Plaintiff(s), | |
| v. | |
| FLYNET PICTURES, LLC, et al. | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   6/12/2026

Document No.:   113

Title of Document:   NOTICE OF DISMISSAL filed by plaintiffs

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Filing is not dismissing "all defendants" as indicated on docket text, but to DISMISS ONLY AS TO SPECIFIC PLAINTIFFS...as such a proposed order should have been submitted as a separate attachment.

Other:

**Note:**   **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:  June 15, 2026      By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS