UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIBAULT MAUVILAIN, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>FLYNET PICTURES, LLC, *et al.*,<br><br>                    Defendants. | Case No. 2:25-cv-2757-FLA (MBKx)<br><br>**ORDER DISMISSING PLAINTIFFS JEREMY DUPLAQUET, ROBERT CHRISTIAN WOLF, MICHEL BOUTEFEU, STEPHANE KYNDT, AND JOSEPH MEHDI [DKT. 113]** |

1

On June 12, 2026, Plaintiffs Jeremy Duplaquet, Robert Christian Wolf, Michel Boutefeu, Stephane Kyndt, and Joseph Mehdi filed a Notice of Dismissal, voluntarily dismissing "without prejudice all their claims against all Defendants" pursuant to Fed. R. Civ. P. 41(a)(1).  Dkt. 113.  Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS Plaintiffs Jeremy Duplaquet, Robert Christian Wolf, Michel Boutefeu, Stephane Kyndt, and Joseph Mehdi are DISMISSED from this action without prejudice.

IT IS SO ORDERED.

Dated: June 15, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2