**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Thibault Mauvilain et al., | CASE NUMBER: |
| Plaintiff(s) | 2:25-cv-02757-FLA-MBK |
| v. | |
| Flynet Pictures, LLC et al., | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |
| Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge Michael B. Kaufman . Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required     ☒ Hearing Required
☐ In-Person Court Hearing
☒ Video Conference
☐ Telephonic

Magistrate Judge   Michael B. Kaufman

Date/Time   07/09/26 at 2:00 p.m.

Courtroom:   Video/Zoom-Link at Judge Kaufman's Procedures and Schedules page

Dated:   07/07/2026          By:          J. Muñoz
                                        Deputy Clerk