## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-02757-FLA-MBK | | July 9, 2026 |
|---|---|---|---|
| Title | Thibault Mauvilain et al v. Flynet Pictures, LLC et al | | |

Present: The Honorable    Michael B. Kaufman, United States Magistrate Judge

| James Muñoz | CS 07/09/26 |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorney Present for Plaintiff: | Attorney Present for Defendants: |
|---|---|
| Thibault Mauvilain, Pro se <br> Henri Mazari, Pro se | Joanna Ardalan |

**Proceedings:    INFORMAL DISCOVERY CONFERENCE (Video)**

An informal discovery conference was held on July 9, 2026.

Parties are ordered to meet and confer. If the parties are unable to reach agreement, they are ordered to submit a status report with the parties' proposal to resolve their disputes.

|  | : 16 |
|---|---|
| **Initials of Deputy Clerk** | JM |