Joanna Ardalan (SBN 285384)
Email: jardalan@onellp.com
Peter R. Afrasiabi (SBN 193336)
Email: pafrasiabi@onellp.com
David W. Quinto (SBN 106232)
Email: dquinto@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:    (949) 258-5081

Attorneys for Defendants,
BACKGRID INC., BACKGRID USA, INC., and
SHUTTERSTOCK, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FLYNET PICTURES. LLC, a California limited liability company; FAMEFLYNET INC.. a California corporation: BACKGRID INC.. a California corporation: BACKGRID USA. INC.. a California corporation: SHUTTERSTOCK. INC.. a Delaware corporation and DOES 1–10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-2757-FLA-MAA<br>Hon. Fernando L. Aenlle-Rocha<br><br>**DEFENDANTS BACKGRID USA, INC. BACKGRID INC., AND SHUTTERSTOCK INC.'S NOTICE OF MOTION FOR SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL**<br><br>**Date:        August 28, 2026**<br>**Time:        1:30 p.m.**<br>**Crtrm:      6B**<br><br>*[Memorandum of Points and Authorities; Declaration of Joanna Ardalan; Declaration of Alex Kantif; Request for Judicial Notice; and Notice of Lodging filed concurrently herewith]* |

**DEFENDANTS BACKGRID USA, INC. BACKGRID INC., AND SHUTTERSTOCK INC.'S NOTICE OF MOTION FOR SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL**

**TO THE COURT:**

**PLEASE TAKE NOTICE** that on August 28, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Fernando L. Aenlle-Rocha in Courtroom 6B of the above-captioned court located at 350 W 1st Street, Suite 4311 Los Angeles, CA 90012-4565, Defendants BackGrid USA, Inc., Backgrid Inc., and Shutterstock Inc. (collectively, "Defendants") will and hereby do move this Court to award their attorneys' fees and costs against each of the Plaintiffs Thibault Mauvilain, Henri Mazari, Jeremy Duplaquet, Robert Christian Wolf, Michel Boutefeu, Stephane Kyndt, Joseph Mehdi, and counsel, David Sergenian, Shengmao Mu, and Ryan Carreon, and their firms, Sergenian Law PC, and Whitewood Law PLLC.

This Motion is made on the grounds that this lawsuit violates 28 U.S.C. § 1927, and is filed against David Sergenian, Shengmao Mu, and Ryan Carreon.

This Motion is further made on the grounds that sanctions are warranted under the Court's inherent authority, and is filed against Thibault Mauvilain, Henri Mazari, Jeremy Duplaquet, Robert Christian Wolf, Michel Boutefeu, Stephane Kyndt, Joseph Mehdi, and counsel, David Sergenian, Shengmao Mu, and Ryan Carreon, and their firms, Sergenian Law PC, and Whitewood Law PLLC.

Defendants seek attorneys' fees as outlined by Ardalan Decl., ¶¶ 29-31 and dismissal of all claims with prejudice.

This motion is based on the following: 1) every iteration of the complaint always failed as a matter of law, 2) Plaintiffs' key evidence was obtained through fraud, by violating a court order, and is spoliated, 3) Plaintiffs continued this dispute after they were informed that their actual damages were $2,931.16, at best, and they had no theory of infringement supporting statutory damages under 17 U.S.C. § 504, and 4) Plaintiffs made this lawsuit—a case better suited for the LA Superior Court, Small Claims Division, given the amount in controversy—unnecessarily expensive. This Motion is made following the conference of counsel pursuant to Local Rule 7-

1

3, which took place on June 22, 2026. Ardalan Decl. Ex. 30. Although Mr. Sergenian and Mr. Mu were on notice that this motion seeks sanctions against them personally, they did not appear at the conference. *Id.* Mr. Carreon's position was that he had "nothing to say." *Id.* Because counsel withdrew from representing the remaining two Plaintiffs, on or around July 16, 2026, Defendants separately met and conferred with Mr. Mauvilain and Mr. Mazari to explain the substance of the motion. *Id.* Exs. 31, 32. They denied wrongdoing. *Id.*

This Motion is based on this Notice of Motion and Motion and the accompanying Memorandum of Points and Authorities, the Declarations of Joanna Ardalan and Alex Kantif, the Request for Judicial Notice, the Notice of Lodging, the pleadings and papers on file in this action, any arguments of counsel at any hearing scheduled by the Court in connection with this Motion, and any such further evidence and material that the Court may allow.

Dated: July 31, 2026                    **ONE LLP**

                                        By: /s/ Joanna Ardalan
                                            Joanna Ardalan
                                            Peter R. Afrasiabi
                                            David W. Quinto
                                            Attorneys for Defendants BackGrid Inc.,
                                            BackGrid USA, Inc., & Shutterstock, Inc.

**DEFENDANTS BACKGRID USA, INC. BACKGRID INC., AND SHUTTERSTOCK INC.'S
NOTICE OF MOTION FOR SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL**