# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual,

        Plaintiffs,

        v.

FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation and DOES 1–10, inclusive,

        Defendants.

Case No.: 2:25-cv-2757-FLA-MAA
Hon. Fernando L. Aenlle-Rocha

**[PROPOSED] ORDER GRANTING DEFENDANTS BACKGRID USA, INC. BACKGRID INC., AND SHUTTERSTOCK INC.'S MOTION FOR SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL**

**Date:**        **August 28, 2026**
**Time:**       **1:30 p.m.**
**Crtrm:**      **6B**

The Court, having considered Defendants' Motion for Sanctions under 28 U.S.C. § 1927, and under the inherent powers of the Court, as well as Plaintiff's opposition thereto and Defendants' reply, and the arguments of counsel at the hearing, orders as follows:

Defendants' motion is granted in full:

Each claim is dismissed with prejudice with respect to each Plaintiff.

Mr. Sergenian, Mr. Carreon, Mr. Mu, Mr. Mauvilain, Mr. Mazai, Mr. Duplequet, Mr. Wolf, Mr. Boutefeu, Mr. Kyndt, Mr. Mehdi are jointly and severally responsible for Defendants' attorneys' fees and costs, in the amount of _____.

IT IS SO ORDERED.

Dated:_____        _____

Hon. Fernando L. Aenlle-Rocha
United States District Judge

1

**[PROPOSED] ORDER GRANTING DEFENDANTS BACKGRID USA, INC. BACKGRID INC., AND SHUTTERSTOCK INC.'S MOTION FOR SANCTIONS**