Joanna Ardalan (SBN 285384)
Email: jardalan@onellp.com
Peter R. Afrasiabi (SBN 193336)
Email: pafrasiabi@onellp.com
David W. Quinto (SBN 106232)
Email: dquinto@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Defendants,
BACKGRID INC., BACKGRID USA, INC., AND
SHUTTERSTOCK, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation and DOES 1–10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-2757-FLA-MAA<br>Hon. Fernando L. Aenlle-Rocha<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS BACKGRID USA, INC. BACKGRID INC., AND SHUTTERSTOCK INC.'S NOTICE OF MOTION FOR SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL**<br><br>Date:    August 28, 2026<br>Time:    1:30 p.m.<br>Crtrm:   6B |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SANCTIONS**

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants BackGrid, Inc., BackGrid USA, Inc., and Shutterstock, Inc. ("Defendants") hereby request that the Court take judicial notice of the following:

1.    Statement of Information for Flynet Pictures, LLC filed with the California Secretary of State on February 12, 2010, a true and correct copy of which is attached hereto as Exhibit 1;

2.    Copyright Registration Certificate for Registration No. VA 2-434-603, titled "Celebrity News Photographs by Stephane Kyndt - Los Angeles – 2007," with an effective date of registration by the U.S. Copyright Office on February 26, 2025, a true and correct copy of which is attached hereto as Exhibit 2;

3.    Copyright Registration Certificate for Registration No. VA 2-489-697, titled "Photo Stars Los Angeles copyright MichelBoutefeu/BTF 2007," with an effective date of registration by the U.S. Copyright Office on March 13, 2026, a true and correct copy of which is attached hereto as Exhibit 3;

4.    Copyright Registration Certificate for Registration No. VA 2-489-811, titled "Photo Stars Los Angeles copyright MichelBoutefeu/BTF 2010 (2)," with an effective date of registration by the U.S. Copyright Office on March 16, 2026, a true and correct copy of which is attached hereto as Exhibit 4;

5.    Copyright Registration Certificate for Registration No. VA 2-434-586, titled "Photo Stars Los Angeles copyright MichelBoutefeu/BTF 2010," with an effective date of registration by the U.S. Copyright Office on February 27, 2025, a true and correct copy of which is attached hereto as Exhibit 5;

6.    Copyright Registration Certificate for Registration No. VA 2-489-788, titled "Celebrity Picture by Jeremy Duplaquet JD 2006 (2)," with an effective date of registration by the U.S. Copyright Office on March 13, 2026, a true and correct copy of which is attached hereto as Exhibit 6;

7.    Copyright Registration Certificate for Registration No. VA 2-489-868, titled "Celebrity Picture by Jeremy Duplaquet JD 2007 (4)," with an effective date of

1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SANCTIONS

registration by the U.S. Copyright Office on March 17, 2026, a true and correct copy of which is attached hereto as Exhibit 7;

8. Copyright Registration Certificate for Registration No. VA 2-489-791, titled "Celebrity Picture by Jeremy Duplaquet JD 2008 (2)," with an effective date of registration by the U.S. Copyright Office on March 13, 2026, a true and correct copy of which is attached hereto as Exhibit 8;

9. Copyright Registration Certificate for Registration No. VA 2-489-760, titled "Celebrity Picture by Jeremy Duplaquet JD 2010 (2)" with an effective date of registration by the U.S. Copyright Office on March 13, 2026, a true and correct copy of which is attached hereto as Exhibit 9;

10. Copyright Registration Certificate for Registration No. VA 2-434-228, titled "Celebrity Pictures by Jeremy Duplaquet JD 2010" with an effective date of registration by the U.S. Copyright Office on February 24, 2025, a true and correct copy of which is attached hereto as Exhibit 10;

11. Copyright Registration Certificate for Registration No. VA 2-434-227, titled "Celebrity Picture by Jeremy Duplaquet JD 2008" with an effective date of registration by the U.S. Copyright Office on February 24, 2025, a true and correct copy of which is attached hereto as Exhibit 11;

12. Copyright Registration Certificate for Registration No. VA 2-436-019, titled "Celebrity Picture by Jeremy Duplaquet JD 2007 (3)" with an effective date of registration by the U.S. Copyright Office on March 3, 2025, a true and correct copy of which is attached hereto as Exhibit 12;

13. Copyright Registration Certificate for Registration No. VA 2-436-020, titled "Celebrity Picture by Jeremy Duplaquet JD 2007 (2)" with an effective date of registration by the U.S. Copyright Office on March 3, 2025, a true and correct copy of which is attached hereto as Exhibit 13;

14. Copyright Registration Certificate for Registration No. VA 2-436-021, titled "Celebrity Picture by Jeremy Duplaquet JD 2007 (1)" with an effective date of

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SANCTIONS**

registration by the U.S. Copyright Office on March 3, 2025, a true and correct copy of which is attached hereto as Exhibit 14;

15. Copyright Registration Certificate for Registration No. VA 2-434-772, titled "Celebrity Picture by Jeremy Duplaquet JD 2006" with an effective date of registration by the U.S. Copyright Office on February 5, 2025, a true and correct copy of which is attached hereto as Exhibit 15;

16. Copyright Registration Certificate for Registration No. VA 2-436-600, titled "Celebrity Picture by Jeremy Duplaquet JD 2006_(2)" with an effective date of registration by the U.S. Copyright Office on March 6, 2025, a true and correct copy of which is attached hereto as Exhibit 16;

17. Copyright Registration Certificate for Registration No. VA 2-489-678, titled "Celebrity News Photographs by Henri Mazari – Los Angeles - 2004 (1)" with an effective date of registration by the U.S. Copyright Office on March 15, 2026, a true and correct copy of which is attached hereto as Exhibit 17;

18. Copyright Registration Certificate for Registration No. VA 2-489-633, titled "Celebrity News Photographs by Henri Mazari – Los Angeles - 2005 (1)" with an effective date of registration by the U.S. Copyright Office on March 15, 2026, a true and correct copy of which is attached hereto as Exhibit 18;

19. Copyright Registration Certificate for Registration No. VA 2-489-807, titled "Celebrity News Photographs by Henri Mazari – Los Angeles - 2006 (1)" with an effective date of registration by the U.S. Copyright Office on March 16, 2026, a true and correct copy of which is attached hereto as Exhibit 19;

20. Copyright Registration Certificate for Registration No. VA 2-489-631, titled "Celebrity News Photographs by Henri Mazari – Los Angeles - 2006 (1)" with an effective date of registration by the U.S. Copyright Office on March 15, 2026, a true and correct copy of which is attached hereto as Exhibit 20;

21. Copyright Registration Certificate for Registration No. VA 2-489-626, titled "Celebrity News Photographs by Henri Mazari – Los Angeles - 2008 (1)" with

3

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SANCTIONS**

an effective date of registration by the U.S. Copyright Office on March 15, 2026, a true and correct copy of which is attached hereto as Exhibit 21;

22. Copyright Registration Certificate for Registration No. VA 2-489-623, titled "Celebrity News Photographs by Henri Mazari – Los Angeles - 2009" with an effective date of registration by the U.S. Copyright Office on March 15, 2026, a true and correct copy of which is attached hereto as Exhibit 22;

23. Copyright Registration Certificate for Registration No. VA 2-434-229, titled "Celebrity News Photographs by Henri Mazari – Los Angeles - 2008" with an effective date of registration by the U.S. Copyright Office on February 24, 2025, a true and correct copy of which is attached hereto as Exhibit 23;

24. Copyright Registration Certificate for Registration No. VA 2-434-232, titled "Celebrity News Photographs by Henri Mazari – Los Angeles - 2006" with an effective date of registration by the U.S. Copyright Office on February 24, 2025, a true and correct copy of which is attached hereto as Exhibit 24;

25. Copyright Registration Certificate for Registration No. VA 2-436-112, titled "Celebrity News Photographs by Henri Mazari – Los Angeles - 2005" with an effective date of registration by the U.S. Copyright Office on February 22, 2025, a true and correct copy of which is attached hereto as Exhibit 25;

26. Copyright Registration Certificate for Registration No. VA 2-434-230, titled "Celebrity News Photographs by Henri Mazari – Los Angeles - 2007" with an effective date of registration by the U.S. Copyright Office on February 24, 2025, a true and correct copy of which is attached hereto as Exhibit 26;

27. Copyright Registration Certificate for Registration No. VA 2-434-233, titled "Celebrity News Photographs by Henri Mazari – Los Angeles - 2005 - (2)" with an effective date of registration by the U.S. Copyright Office on February 24, 2025, a true and correct copy of which is attached hereto as Exhibit 27;

28. Copyright Registration Certificate for Registration No. VA 2-435-612, titled "Celebrity News Photographs by Henri Mazari – Los Angeles - 2004" with an

4

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SANCTIONS**

effective date of registration by the U.S. Copyright Office on February 21, 2025, a true and correct copy of which is attached hereto as Exhibit 28;

29.    Copyright Registration Certificate for Registration No. VA 2-489-659, titled "Celebrity Images by Robert Christian Wolf, Los Angeles, 2006 (1)" with an effective date of registration by the U.S. Copyright Office on March 13, 2026, a true and correct copy of which is attached hereto as Exhibit 29;

30.    Copyright Registration Certificate for Registration No. VA 2-434-588, titled "Celebrity Images by Robert Christian Wolf, Los Angeles, 2006" with an effective date of registration by the U.S. Copyright Office on February 26, 2025, a true and correct copy of which is attached hereto as Exhibit 30;

31.    Copyright Registration Certificate for Registration No. VA 2-434-596, titled "Celebrity Images by Robert Christian Wolf, Los Angeles, 2007" with an effective date of registration by the U.S. Copyright Office on February 26, 205, a true and correct copy of which is attached hereto as Exhibit 31;

32.    Copyright Registration Certificate for Registration No. VA 2-489-708, titled "Celebrity News Photographs by Joseph Mehdi - Los Angeles - 2006" with an effective date of registration by the U.S. Copyright Office on March 13, 2026, a true and correct copy of which is attached hereto as Exhibit 32;

33.    Copyright Registration Certificate for Registration No. VA 2-489-756, titled "Celebrity News Photographs by Joseph Mehdi - Los Angeles - 2007 (2)" with an effective date of registration by the U.S. Copyright Office on March 13, 2026, a true and correct copy of which is attached hereto as Exhibit 33;

34.    Copyright Registration Certificate for Registration No. VA 2-489-701, titled "Celebrity News Photographs by Joseph Mehdi - Los Angeles - 2008 (2)" with an effective date of registration by the U.S. Copyright Office on March 13, 2026, a true and correct copy of which is attached hereto as Exhibit 34;

35.    Copyright Registration Certificate for Registration No. VA 2-434-577, titled "Celebrity News Photographs by Joseph Mehdi - Los Angeles - 2007" with an

5

effective date of registration by the U.S. Copyright Office on February 26, 2025, a true and correct copy of which is attached hereto as Exhibit 35;

36. Copyright Registration Certificate for Registration No. VA 2-434-581, titled "Celebrity News Photographs by Joseph Mehdi - Los Angeles - 2008" with an effective date of registration by the U.S. Copyright Office on February 26, 2025, a true and correct copy of which is attached hereto as Exhibit 36;

37. Copyright Registration Certificate for Registration No. VA 2-434-582, titled "Celebrity News Pictures by Joseph Mehdi - Los Angeles - 2009" with an effective date of registration by the U.S. Copyright Office on February 26, 2025, a true and correct copy of which is attached hereto as Exhibit 37;

38. Copyright Registration Certificate for Registration No. VA 2-489-682, titled "Celebrity Photographs Thibault Mauvilain - Los Angeles - 2016" with an effective date of registration by the U.S. Copyright Office on March 13, 2026, a true and correct copy of which is attached hereto as Exhibit 38;

39. Copyright Registration Certificate for Registration No. VA 2-435-652, titled "Celebrity Photographs by © Thibault Mauvilain/Los Angeles - 2007 (1)" with an effective date of registration by the U.S. Copyright Office on February 28, 2025, a true and correct copy of which is attached hereto as Exhibit 39;

40. Copyright Registration Certificate for Registration No. VA 2-435-111, titled "Celebrity Pictures Thibault Mauvilain / 2014 (2)" with an effective date of registration by the U.S. Copyright Office on February 28, 2025, a true and correct copy of which is attached hereto as Exhibit 40;

41. Copyright Registration Certificate for Registration No. VA 2-435-094, titled "Celebrity Photographs by Thibault Mauvilain/Los Angeles - 2008" with an effective date of registration by the U.S. Copyright Office on February 28, 2025, a true and correct copy of which is attached hereto as Exhibit 41;

42. Copyright Registration Certificate for Registration No. VA 2-435-308 (incorrectly listed in Exhibit A to the Complaint as "VA 2-434-308"), titled

6

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SANCTIONS**

"Celebrity Photographs by © Thibault Mauvilain/Los Angeles - 2007 (2)" with an effective date of registration by the U.S. Copyright Office on February 28, 2025, a true and correct copy of which is attached hereto as Exhibit 42;

43. Copyright Registration Certificate for Registration No. VA 2-434-769, titled "Celebrity Photographs by copyright Thibault Mauvilain/Los Angeles - 2006" with an effective date of registration by the U.S. Copyright Office on February 27, 2025, a true and correct copy of which is attached hereto as Exhibit 43;

44. Copyright Registration Certificate for Registration No. VA 2-435-071, titled "Celebrity Photographs Thibault Mauvilain - Los Angeles - 2015 (1)" with an effective date of registration by the U.S. Copyright Office on February 28, 2025, a true and correct copy of which is attached hereto as Exhibit 44;

45. Copyright Registration Certificate for Registration No. VA 2-435-075, titled "Celebrity Photographs Thibault Mauvilain - Los Angeles - 2014" with an effective date of registration by the U.S. Copyright Office on February 28, 2025, a true and correct copy of which is attached hereto as Exhibit 45;

46. Copyright Registration Certificate for Registration No. VA 2-435-328, titled "Celebrity Images © Thibault Mauvilain / 2015 (2)" with an effective date of registration by the U.S. Copyright Office on February 28, 2025, a true and correct copy of which is attached hereto as Exhibit 46;

47. Copyright Registration Certificate for Registration No. VA 2-435-653, titled "Celebrity Pictures © Thibault Mauvilain / 2015 (4)" with an effective date of registration by the U.S. Copyright Office on February 28, 2025, a true and correct copy of which is attached hereto as Exhibit 47;

48. Copyright Registration Certificate for Registration No. VA 2-435-654, titled "Celebrity Pictures © Thibault Mauvilain / 2015 (3)" with an effective date of registration by the U.S. Copyright Office on February 28, 2025, a true and correct copy of which is attached hereto as Exhibit 48; and

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SANCTIONS**

49.    Copyright Registration Certificate for Registration No. VA 2-435-107, titled "Celebrity Pictures Thibault Mauvilain / 2016" with an effective date of registration by the U.S. Copyright Office on February 28, 2025, a true and correct copy of which is attached hereto as Exhibit 49;

A court may take judicial notice of facts or documents if they are "'capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned' under Rule 201(b)(2)." *United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003) (citation omitted); *see also Carlson Produce, LLC v. Clapper*, No. 18-cv-07195-VKD, 2022 U.S. Dist. LEXIS 130523, at *5-6 (N.D. Cal. July 22, 2022) (taking judicial notice of corporate records filed publicly with the California Secretary of State); *Paralyzed Veterans of Am. v. McPherson*, No. C 06-4670 SBA, 2008 U.S. Dist. LEXIS 69542, at *17-18 (N.D. Cal. Sep. 8, 2008) ("'Public records and government documents are generally considered not to be subject to reasonable dispute . . . . This includes public records and government documents available from reliable sources on the Internet.'") (citing *United States ex rel. Dingle v. BioPort Corp.*, 270 F. Supp. 2d 968, 972 (W.D. Mich. 2003)).

Exhibit 1 is a Statement of Information filed with the California Secretary of State, and which is publicly available by searching its online database. Exhibits 2-49 are copyright registration certificates and as such are official records of the United States Copyright Office, and can be downloaded from the Copyright Office's online record search database. Thus, the accuracy of these documents "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned" (Fed R. Evid. 201(b)), and therefore they may be judicially noticed by this Court.

/ / /

/ / /

/ / /

/ / /

8

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SANCTIONS**

WHEREFORE, Defendants respectfully request that the Court take judicial notice of the above documents.

Dated: July 31, 2026                          **ONE LLP**

                                              By: /s/ Joanna Ardalan
                                                  Joanna Ardalan
                                                  Peter R. Afrasiabi
                                                  David W. Quinto
                                                  Attorneys for Defendants BackGrid Inc.,
                                                  BackGrid USA, Inc., & Shutterstock, Inc.

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SANCTIONS**