# EXHIBIT 1



# State of California
## Secretary of State

41

### STATEMENT OF INFORMATION
(Limited Liability Company)

| Filing Fee $20.00.  If amendment, see instructions. |
|---|

| IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM |
|---|

**FILED**
in the office of the Secretary of State
of the State of California

FEB 1 2 2010

1.  LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

FLYNET PICTURES, LLC
8491 Sunset Blvd., #425
W. Hollywood, CA 90069-1911

This Space For Filing Use Only

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2.  SECRETARY OF STATE FILE NUMBER | 3.  STATE OR PLACE OF ORGANIZATION |
|---|---|
| 200604810130 | California |

**NO CHANGE STATEMENT**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the Secretary of State, check the box and proceed to **Item 13.**

If there have been any changes to the information contained in the last Statement of Information filed, or no Statement of Information has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| 4.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | | ZIP CODE |
|---|---|---|---|
| 13750 Ventura Blvd., #207, | Sherman Oaks, CA | | 91423 |

| 5.  CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 13750 Ventura Blvd., #207, | Sherman Oaks | CA | 91423 |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6.  NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| 7.  NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Nicolas Robiteau | 13750 Ventura Blvd., #207 | Sherman Oaks, CA 91423 | |
| 8.  NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| Jerome Nicod | 13750 Ventura Blvd., #207 | Sherman Oaks, CA 91423 | |
| 9.  NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| Scott Cosman | 13750 Ventura Blvd., #207 | Sherman Oaks, CA 91423 | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address.  If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

| 10.  NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| Nicolas Robiteau |

| 11.  ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 13750 Ventura Blvd., #207 | Sherman Oaks | CA | 91423 |

**TYPE OF BUSINESS**

| 12.  DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY |
|---|
| Photo Jounalism |

13.  THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| Nicolas Robiteau | X | Member | 2-09-10 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |