# EXHIBIT 14

**Registration Number**

# VA 2-436-021

**Effective Date of Registration:**
March 03, 2025
**Registration Decision Date:**
March 06, 2025

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   February 12, 2007 to October 31, 2007

### Title

**Title of Group:**   Celebrity Picture by Jeremy Duplaquet JD 2007 (1)
**Number of Photographs in Group:**   545

### Completion/Publication

**Year of Completion:**   2007
**Earliest Publication Date in Group:**   February 12, 2007
**Latest Publication Date in Group:**   October 31, 2007
**Nation of First Publication:**   United States

### Author

- **Author:**   Jeremy Duplaquet
  **Author Created:**   photographs
  **Work made for hire:**   No
  **Citizen of:**   United States

### Copyright Claimant

**Copyright Claimant:**   Jeremy Duplaquet
11693 San Vicente blvd, #419, Los Angeles, CA, 90049, United States

### Rights and Permissions

**Organization Name:**   Whitewood Law PC
**Name:**   Shengmao Mu
**Email:**   smu@whitewoodlaw.com
**Telephone:**   (917)858-8018

Page 1 of 2

**Address:**  99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification

**Name:**  Shengmao Mu
**Date**:  March 03, 2025

---

**Correspondence:**  Yes
**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.