# EXHIBIT 37

**Registration Number**

# VA 2-434-582

**Effective Date of Registration:**
February 26, 2025
**Registration Decision Date:**
February 27, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**    January 09, 2009 to January 31, 2009

## Title

**Title of Group:**    Celebrity News Pictures by Joseph Mehdi - Los Angeles - 2009
**Number of Photographs in Group:**    83

## Completion/Publication

**Year of Completion:**    2009
**Earliest Publication Date in Group:**    January 09, 2009
**Latest Publication Date in Group:**    January 31, 2009
**Nation of First Publication:**    United States

## Author

- **Author:**    Joseph Mehdi
  **Author Created:**    photographs
  **Work made for hire:**    No
  **Citizen of:**    United States

## Copyright Claimant

**Copyright Claimant:**    Joseph Mehdi
121 S Swall Dr, APT 101, Los Angeles, CA, 90048, United States

## Rights and Permissions

**Organization Name:**    Whitewood Law PC
**Name:**    Shengmao Mu
**Email:**    smu@whitewoodlaw.com
**Telephone:**    (917)858-8018

**Address:**     99 S Almaden Blvd
Suite 600
San Jose, CA 95113 United States

## Certification

**Name:**     Shengmao Mu
**Date**:     February 26, 2025

---

**Correspondence:**     Yes
**Copyright Office notes:**     Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.