# Exhibit 2

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



I