# Exhibit 3



**From:** Maria DiGioia Gumm <mdigioia@backgrid.com>
**Subject: Re: Request for Access to Photo Library for Netflix Documentary**
**Date:** August 23, 2024 at 8:34:36 AM PDT
**To:** Emily Carter <hollywooduncoverednetflix@gmail.com>
**Cc:** "backgrid_usasales@shutterstock.com" <backgrid_usasales@shutterstock.com>

Hello Emily,

How are you doing today ? I am going to set you up with viewing access the the site you can begin your research.
If you need any help just reach out

Best,



**Maria DG**
Sales Associate

+1 (516) 244-4680    www.backgrid.com    New York, NY

**For after hours requests please
cc usasales@backgrid.com and uksales@backgrid.com

On Aug 22, 2024, at 5:27 PM, Emily Carter <hollywooduncoverednetflix@gmail.com> wrote:

BACKGRID002194

Dear Backgrid Team,

I hope this message finds you well.

I am following up on my previous email regarding access to Backgrid's image library for our documentary, *"Hollywood Uncovered,"* being developed for Netflix by SkinFly Entertainment. We are eager to move forward with this project and believe that Backgrid's extensive collection of celebrity photographs will be instrumental in telling the story we are crafting.

Could you please let us know if it's possible to arrange access to your library for research purposes? We are also keen to discuss the process for licensing any images or videos that fit our narrative.

Your timely response would be greatly appreciated as we are working on a tight production schedule.

Thank you once again for considering our request. I look forward to your response.

Best regards,
Emily Carter
Production Assistant, SkinFly Entertainment


On Tuesday, August 20, 2024, Emily Carter <hollywooduncoverednetflix@gmail.com> wrote:

> **Dear Backgrid Team,**
>
> My name is **Emily Carter**, and I am a production assistant currently working on a project titled **"Hollywood Uncovered"**, a 60-minute documentary that is being developed for Netflix by SkinFly Entertainment.
>
> This documentary aims to explore the evolution of pop culture and celebrity influence in Hollywood over the past two decades, with a particular focus on the shocking scandals and behind-the-scenes stories that

BACKGRID002195

have shaped the industry.

We are in the process of gathering visual materials to support the narrative of the documentary, and Backgrid's extensive library of celebrity photographs is an invaluable resource for us. Specifically, we are interested in images that capture key moments, trends, and controversies involving Hollywood's most influential figures.

Would it be possible to grant us access to browse your library for research purposes? We are looking to potentially license several images and videos to illustrate these pivotal moments in Hollywood history.

Please let us know the steps required to obtain access and any additional information you may need from our side.

Thank you in advance for your assistance. We look forward to the possibility of collaborating with Backgrid on this exciting project.

Best regards,
**Emily Carter**
Production Assistant
"Hollywood Uncovered"

BACKGRID002196