# Exhibit 10-1

 Outlook

---

## RE: Mauvilian v. Flynet Pictures, LLC, 2:25-cv-2757-FLA-MAA- Request for IDC

---

**From** Jo Ardalan <jardalan@onellp.com>

**Date** Thu 12/11/2025 10:37 AM

**To** MAAChambers <MAA_Chambers@cacd.uscourts.gov>; Ryan Carreon <rcarreon@whitewoodlaw.com>

**Cc** Shengmao Mu <smu@whitewoodlaw.com>; David Sergenian <david@sergenianlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Evan Littman <elittman@onellp.com>; David Quinto <dquinto@onellp.com>; sheila_mojtehedi.com <sheila@mojtehedi.com>; Elizabeth Guzman <egcrimparalegal@gmail.com>; Abby Neu <aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>

---

📎 3 attachments (1 MB)

Thibault IDC PPTX 12-11-25.pdf; Copy of Contributor_THMA - Activity updated_.xlsx; Thibault.xlsx;

Good morning,

Attached are the slides and the spreadsheets that are referenced therein.

Best regards,
Jo

--
**Jo Ardalan**
**Partner**



Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice:  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** Jo Ardalan
**Sent:** Wednesday, November 5, 2025 1:26 PM
**To:** 'MAAChambers' <MAA_Chambers@cacd.uscourts.gov>; Ryan Carreon <rcarreon@whitewoodlaw.com>
**Cc:** Shengmao Mu <smu@whitewoodlaw.com>; David Sergenian <david@sergenianlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Evan Littman <elittman@onellp.com>; David Quinto <dquinto@onellp.com>; sheila_mojtehedi.com <sheila@mojtehedi.com>; Elizabeth Guzman <egcrimparalegal@gmail.com>; Abby Neu <aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** RE: Mauvilian v. Flynet Pictures, LLC, 2:25-cv-2757-FLA-MAA- Request for IDC

Good afternoon,

Per the Court's November 3, 2025 IDC, the moving parties are to provide the Court with a date their IT person would be available for an in-person conference to discuss BackGrid's system.  Backgrid's IT person is available on December 11, 2025.   If that date is no longer available, please let me know.

Thank you.

Sincerely,
Jo Ardalan

--
**Jo Ardalan**

**Partner**



**one llp**

Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice*:  *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** MAAChambers <MAA_Chambers@cacd.uscourts.gov>
**Sent:** Monday, November 3, 2025 1:39 PM
**To:** Ryan Carreon <rcarreon@whitewoodlaw.com>
**Cc:** Jo Ardalan <jardalan@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; David Sergenian <david@sergenianlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Evan Littman <elittman@onellp.com>; David Quinto <dquinto@onellp.com>; sheila_mojtehedi.com <sheila@mojtehedi.com>; Elizabeth Guzman <egcrimparalegal@gmail.com>; Abby Neu <aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** RE: Mauvilian v. Flynet Pictures, LLC, 2:25-cv-2757-FLA-MAA- Request for IDC

Yes, the dial-in information remains the same.



CINDY L. ORELLANA-DELGADO
COURTROOM DEPUTY TO THE HON.
MARIA A. AUDERO

UNITED STATES DISTRICT COURT
CALIFORNIA CENTRAL DISTRICT COURT
255 East Temple Street
Los Angeles, CA 90012-3332
Office: (213) 894-3062    Fax: (213) 894-6860
Email: cindy_delgado@cacd.uscourts.gov

---

**From:** Ryan Carreon <rcarreon@whitewoodlaw.com>
**Sent:** Monday, November 3, 2025 1:35 PM
**To:** MAAChambers <MAA_Chambers@cacd.uscourts.gov>
**Cc:** jardalan_onellp.com <jardalan@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; David Sergenian <david@sergenianlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Evan Littman <elittman@onellp.com>; David Quinto <dquinto@onellp.com>; sheila_mojtehedi.com <sheila@mojtehedi.com>; Elizabeth Guzman <egcrimparalegal@gmail.com>; Abby Neu <aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** Re: Mauvilian v. Flynet Pictures, LLC, 2:25-cv-2757-FLA-MAA- Request for IDC

 **CAUTION - EXTERNAL:**

Good afternoon,

I wanted to confirm that the number below is the correct number for today's IDC call, as well as the IDC on 11/12. Thank you.

On Fri, Oct 24, 2025 at 5:56 PM MAAChambers <MAA_Chambers@cacd.uscourts.gov> wrote:

> This second IDC has been set for 11/12/2025 at 10:00am.
>
> **Dial-in by phone**
> +1 213-374-0799,,876244428# United States, Los Angeles
> Find a local number
> Phone conference ID: 876 244 428#
>
>
>
> CINDY L. ORELLANA-DELGADO
> COURTROOM DEPUTY TO THE HON.
> MARIA A. AUDERO
>
> UNITED STATES DISTRICT COURT
> CALIFORNIA CENTRAL DISTRICT COURT
> 255 East Temple Street
> Los Angeles, CA 90012-3332
> Office: (213) 894-3062    Fax: (213) 894-6860
> Email: cindy_delgado@cacd.uscourts.gov
>
> **From:** Jo Ardalan <jardalan@onellp.com>
> **Sent:** Friday, October 24, 2025 10:48 AM
> **To:** MAAChambers <MAA_Chambers@cacd.uscourts.gov>; Ryan Carreon <rcarreon@whitewoodlaw.com>
> **Cc:** Shengmao Mu <smu@whitewoodlaw.com>; David Sergenian <david@sergenianlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Evan Littman <elittman@onellp.com>; David Quinto <dquinto@onellp.com>; sheila_mojtehedi.com <sheila@mojtehedi.com>; Elizabeth Guzman <egcrimparalegal@gmail.com>; Abby Neu <aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
> **Subject:** RE: Mauvilian v. Flynet Pictures, LLC, 2:25-cv-2757-FLA-MAA- Request for IDC
>
>  **CAUTION - EXTERNAL:**
>
>
> Good morning,

The parties have conferred about dates. Unfortunately, Plaintiffs are unable to meet on October 29.

Therefore, the parties' respective positions are as follows:

Defendants: Defendants would prefer to proceed with Defendants' IDC on its narrow issue of identification of the copyrighted works on November 3rd as scheduled and proceed with Plaintiffs' IDC on the dates they proposed, November 6, 12, and 13.

Plaintiffs: Plaintiffs proposed that both IDCs proceed jointly because the issues are interrelated and have proposed November 6, 12, or 13 as potential dates.

This is a joint email approved by Plaintiffs.

Sincerely,

Jo Ardalan

--

**Jo Ardalan**
**Partner**

**one llp**

Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice:  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

**From:** MAAChambers <MAA_Chambers@cacd.uscourts.gov>
**Sent:** Thursday, October 23, 2025 10:01 AM
**To:** Ryan Carreon <rcarreon@whitewoodlaw.com>
**Cc:** Jo Ardalan <jardalan@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; David Sergenian <david@sergenianlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Evan Littman <elittman@onellp.com>; David Quinto <dquinto@onellp.com>; sheila_mojtehedi.com <sheila@mojtehedi.com>; Elizabeth Guzman <egcrimparalegal@gmail.com>; Abby Neu <aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** RE: Mauvilian v. Flynet Pictures, LLC, 2:25-cv-2757-FLA-MAA- Request for IDC

Counsel,

We acknowledge receipt of Plaintiffs' request for an informal discovery conference (IDC) regarding Defendants' discovery responses and their suggested date of November 3, 2025 for same.  In this regard, please note:

1. While Judge Audero appreciates Plaintiffs' attachment of the parties' September 23, 2025 meet-and-confer letter, it does not identify which

of the many (almost all) discovery requests remain at issue at this time, one month later.  Please send an email identifying the specific discovery requests at issue for this IDC so that Judge Audero may properly prepare.  Also, to the extent possible, it would be helpful to Judge Audero for Plaintiffs to group the disputed requests into categories (i.e., promised but not produced, no response besides objections, etc.).

2. Since the parties' two IDCs are inter-related, Judge Audero would prefer to hold the two IDCs together.  That said, it may be impossible to do so if Plaintiffs' response to (1) is that all requests identified in the meet-and-confer letter remain at issue, as this will require more time to address than Judge Audero has on November 3, 2025.  In that case, Judge Audero does not have sufficient time to address both IDCs on November 3, 2025, and requests that the parties submit three stipulated dates/times for same.

3. Judge Audero would like the parties to know that Defendants' IDC was set for November 3, 2025 because there existed a possibility (albeit remote) that Judge Audero would be put on a jury for the week of October 27th.  She was not, so that week has freed up and Judge Audero could accommodate a 2-3 hour slot (handling both IDCs together) on October 29th at any time, if that works for the parties.

Please meet and confer regarding the above and advise via a JOINT email how the parties would like to proceed.

Many thanks,



CINDY L. ORELLANA-DELGADO
COURTROOM DEPUTY TO THE HON.
MARIA A. AUDERO
UNITED STATES DISTRICT COURT
CALIFORNIA CENTRAL DISTRICT COURT
255 East Temple Street
Los Angeles, CA 90012-3332
Office: (213) 894-3062    Fax: (213) 894-6860
Email: cindy_delgado@cacd.uscourts.gov

**From:** Ryan Carreon <rcarreon@whitewoodlaw.com>
**Sent:** Wednesday, October 22, 2025 1:43 PM
**To:** MAAChambers <MAA_Chambers@cacd.uscourts.gov>
**Cc:** jardalan_onellp.com <jardalan@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; David Sergenian <david@sergenianlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Evan Littman <elittman@onellp.com>; David Quinto <dquinto@onellp.com>; sheila_mojtehedi.com <sheila@mojtehedi.com>; Elizabeth Guzman <egcrimparalegal@gmail.com>; Abby Neu <aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** Mauvilian v. Flynet Pictures, LLC, 2:25-cv-2757-FLA-MAA- Request for IDC

 **CAUTION - EXTERNAL:**


Good afternoon,

I serve as counsel for the Plaintiffs in Mauvilian v. Flynet Pictures, LLC, 2:25-cv-2757-FLA-MAA.

I am contacting the Court to schedule an informal discovery conference.  The parties already have an IDC scheduled for November 3. Accordingly, we have selected that date to address the issues Plaintiffs are raising

I have attached:

    - Defendant BackGrid USA, Inc's RFP responses, which are identical to Defendant BackGrid, Inc's responses.
    - Defendant Shutterstock Inc.'s RFP responses.

    - Plaintiffs' meet and confer letter to Defendants

Thank you.

--
Ryan E. Carreon  | Associate Attorney

Whitewood Law PLLC

57 West 57th Street
3rd and 4th Floors
Manhattan, NY, 10019

Tel: (302) 420-2467
Fax: (917) 591-0618
Email: rcarreon@whitewoodlaw.com

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.