# Exhibit 10-2

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Mauvilain v. Flynet Pictures, LLC

2:25-cv-2757-FLA-MAA

## **Questions Addressed in this Presentation**

Why is it nearly impossible for Defendant Photo Agencies to search for the "Copyrighted Works"?

Why does the Defendant Photo Agencies' Inability to do so does not prejudice Plaintiffs?

## How Those Questions Will Be Answered

- Plaintiffs' Relationship with the Photo Agencies

- What are the "Copyrighted Works"?
    - Per Complaint
    - Per Initial Production

- How do Photographers Get Their Photos to BackGrid USA?

- Plaintiffs Had Access to the Confidential Client Portal for 14 months

- The "Copyrighted Works" After 14 Months of Access to the Confidential Client Portal

- The Licensing History of the "Copyrighted Works"

- Defendants' Relationship with the Licenses

# Plaintiffs' Relationship with the Photo Agencies



Flynet Pictures

FameFlynet

BackGrid USA, Inc.*

2006      2012      2017

*Plaintiffs who submit to Backgrid USA, Inc. include Michel Boutefeu, Chris Wolf, Jeremy Duplaquet, Thibault Mauvilain, Joseph Mendi.

** Plaintiffs submitted as freelance photographers to each, except for Mauvilain who was a sales manager for FameFlyNet.

# What are the "Copyrighted Works"?

- Complaint doesn't identify the works

- Initial Production Thibault 1-12,972
  - PDF, not separated by plaintiff, photos grouped together
  - 12,972 Photos
  - Not searchable
  - No metadata

# What are the "Copyrighted Works"?

Complaint doesn't identify the works.

- Plaintiffs' theory: the photos are infringed because the Photo Agencies fail to include "proper attribution."

- Plaintiffs say the condition precedent was created through "oral" agreement or "industry custom"? Discovery responses are not clear.

# How do Photos End Up with Backgrid and Its Client Portal?

# How do Photos End Up with Backgrid and Its Client Portal?

## BackGrid's Uploader  (One Way)

- Plaintiffs upload photographs to the Backgrid Uploader.

Case 2:25-cv-02757-FLA-MBK   Document 131-17   Filed 07/31/26   Page 10 of 31   Page ID #:3502

# How do Photos End Up on Backgrid and Its Client Portal?
## BackGrid's Uploader  (One Way)



# How do Photos End Up on Backgrid and Its Client Portal?
## BackGrid's Uploader  (One Way)

- We know when the set was uploaded and from what IP address it was uploaded

- Mauvilain Payment and License History

- Mauvilain BackGrid Contributor Activity

# How do Photos End Up on Backgrid and Its Client Portal?

## BackGrid's Uploader  (One Way)

- Plaintiffs upload photographs to the Backgrid Uploader.


- <u>The photos uploaded by plaintiffs through **Backgrid Uploader (contributor.backgrid.com)** are not the Copyrighted Works at issue in this case.</u>

# How Do Photos End Up on Backgrid and Its Client Portal? (Another Way)

BackGrid Licensed the FameFlyNet Library

# How Do Photos End Up on Backgrid?
# BackGrid Licensed the FameFlyNet Library (Another Way)

 Extensive library. 11 years ++ photos

Some (not all) are available for license on the BackGrid USA's Client Portal

 Client Portal is a password protected, highly confidential portal for **clients only.**

Case 2:25-cv-02757-FLA-MBK    Document 131-17    Filed 07/31/26    Page 15 of 31    Page ID #:3507

# The Client Portal Is For Clients

- BackGrid has to approve client access

- **Shows BackGrid's entire library for license, which is confidential and proprietary**

- Client access is password protected and tracked

# Plaintiffs' Access to the Confidential Client Portal

# Plaintiffs' Access to the Confidential Client Portal

On Tuesday, August 20, 2024, Emily Carter <hollywooduncoverednetflix@gmail.com> wrote:

**Dear Backgrid Team,**

My name is **Emily Carter**, and I am a production assistant currently working on a project titled **"Hollywood Uncovered"**, a 60-minute documentary that is being developed for Netflix by SkinFly Entertainment.

This documentary aims to explore the evolution of pop culture and celebrity influence in Hollywood over the past two decades, with a particular focus on the shocking scandals and behind-the-scenes stories that have shaped the industry.

We are in the process of gathering visual materials to support the narrative of the documentary, and Backgrid's extensive library of celebrity photographs is an invaluable resource for us. Specifically, we are interested in images that capture key moments, trends, and controversies involving Hollywood's most influential figures.

Would it be possible to grant us access to browse your library for research purposes? We are looking to potentially license several images and videos to illustrate these pivotal moments in Hollywood history.

Please let us know the steps required to obtain access and any additional information you may need from our side.

Thank you in advance for your assistance. We look forward to the possibility of collaborating with Backgrid on this exciting project.

Best regards,
**Emily Carter**
Production Assistant
"Hollywood Uncovered"

# "Emily Carter" from "SkinFly Entertainment" Receives Access on August 23, 2024

Begin forwarded message:

**From:** Maria DiGioia Gumm <mdigioia@backgrid.com>
**Subject: Re: Request for Access to Photo Library for Netflix Documentary**
**Date:** August 23, 2024 at 8:34:36 AM PDT
**To:** Emily Carter <hollywooduncoverednetflix@gmail.com>
**Cc:** "backgrid_usasales@shutterstock.com" <backgrid_usasales@shutterstock.com>

Hello Emily,

How are you doing today ? I am going to set you up with viewing access the the site you can begin your research.
If you need any help just reach out

Best,



**Maria DG**
Sales Associate

☎ +1 (516) 244-4680    🌐 www.backgrid.com    📍 New York, NY

▶ 📷

Case 2:25-cv-02757-FLA-MBK    Document 131-17    Filed 07/31/26    Page 19 of 31    Page ID #:3511

# "Emily Carter" is Thibault Mauvilain

## How do we know "Emily Carter" is Thibault Mauvilain?

# "Emily Carter" is Thibault Mauvilain

## How do we know "Emily Carter" is Thibault Mauvilain?

An **Internet Protocol (IP) address** is the unique identifying number assigned to every device connected to the internet. An IP address definition is a numeric label assigned to devices that use the internet to communicate.

**13 Overlapping IP addresses**:

172.56.112.49

172.56.120.205

172.56.120.230

172.56.121.124

172.56.121.28

172.56.122.147

172.56.122.160

172.56.122.90

172.56.123.45

172.56.123.65

172.56.123.71

172.56.186.149

72.56.187.131

# "Emily Carter's" Search Traffic on Client Portal

- Through fraud, Plaintiffs had access between August 23, 2024, to October 25, 2025.

- The results of their search:

- Results File 1
- Results File 2

# "Emily Carter's" Search Traffic on Client Portal

- Through fraud, Plaintiffs had access between August 23, 2024, to October 25, 2025.

- Plaintiffs took screenshots of Photographs available for licensing on the Client Portal.

- Plaintiffs illegally downloaded the Photographs available for licensing.
  - Even the fraudulent access did not provide "Emily Carter" download rights.

# "Emily Carter's" Search Traffic on Client Portal

- Through fraud, Plaintiffs had access between August 23, 2024, to October 25, 2025.

- Plaintiffs took screenshots of Photographs available for licensing on the Client Portal.

- We know they took screenshots of BackGrid's Client Portal because they produced them in October 2025:

Results File 1

Results File 2

- **These files, obtained by fraud, are the "Copyrighted Works" produced in October 2025.**

# What Did BackGrid Do After Receiving the Client Portal Screenshots in October 2025?

Filed 07/31/26

Document 131-17    Page ID #:3517

Case 2:25-cv-02757-FLA-MBK

# What Did BackGrid Do After Receiving the Client Portal Screenshots?

- OCRed the results

- Pulled Backgrid Set Numbers e.g. BGUS_999656

- Checked to Find Out If There Were Licenses

# What did Backgrid Learn?

- From the 293 Sets, there are a total of **6 licenses each of which were before copyright registration.***

- **Each of these sets did not have photographer information associated with it.**



**Total**: $1,910

**Total Commission Due to Photographer (70% of Revenue Collected (at best))**: $1,337

*This is not a copyright infringement lawsuit at all.

# Plaintiff's Other October Production

- In October 2025, Plaintiffs produced .jpg files of the photos they allegedly submitted with the Copyright Registrations.

- Those files names are not searchable on Backgrid's system.

# BackGrid Asks Plaintiffs to Identify Third Party Licenses for the "Copyrighted Works"

- Plaintiffs have only identified the following:

Plaintiffs' Identified "Licenses"

- BackGrid USA Inc's Did Not Issue these Licenses.

- Nor did Shutterstock, Inc. BackGrid Inc., Flynet, or FameFlynet.

# Relationship between the other Defendants and the 6 Licenses

- **Shutterstock** acquired Backgrid USA, Inc. February 1, 2024.
  - It has no involvement with anything we have been talking about today.
  - It did not issue any of the licenses.



# Relationship between the Defendants and the 6 Licenses

- **Backgrid Inc.** is a foreign sales agent and it was terminated in 2016.

- It was not acquired by Shutterstock, Inc.

# Relationship between the Defendants and the 6 Licenses

- Flynet Pictures stopped licensing in 2012.

- FameFlyNet stopped licensing in 2017 before the licenses issued (but paid contributors for a short time after licenses issued).