# Exhibit 14



ARTech Law
vp@artechlaw.com
Tel. 818.293.1800

<u>Via email</u>

June 27, 2024

**Re: Backgrid Library/CMI Claims**

Mr. Lapham:

I represent a group of photographers whose works are part of the Backgrid library acquired by Shutterstock. It has come to my clients' attention that copyright management information ("CMI") has been removed (or altered) from tens of thousands of their works in violation of 17 U.S.C. Section 1202.

Section 1202 makes it unlawful to "distribute […] works […] knowing that copyright management information has been removed or altered without authority of the copyright owner or the law, knowing […] that it will induce, enable, facilitate, or conceal an infringement […]." Remedies include statutory damages of up to $25,000 per violation, and attorney's fees.

The purpose of this letter is twofold: (i) to put Shutterstock on notice of CMI removal/alteration in violation of my clients' rights, and (ii) to request an audit of the Backgrid library so the works in question can be identified and reattributed to their rightful owners.

Please note that in naming specific causes of action, we do not intend to list all possible causes of action in this matter. In addition, the demands set forth herein are without prejudice to, and with full reservation of, all other rights or remedies my clients may have with regard to both Shutterstock and any surviving Backgrid entity. All evidence should be preserved until this dispute is resolved, and it is expected you will instruct any Backgrid parties to that effect.

Due to the seriousness of this matter, please provide written assurances, within one week from the date of this letter, that Shutterstock will comply with the requests set forth above. I look forward to your anticipated cooperation in this matter.

Sincerely,

Virginie L. Parant