# Exhibit 16

 Outlook

## Re: Thibault Production 12973-13439 Photographer Info

**From** Ryan Carreon <rcarreon@whitewoodlaw.com>

**Date** Thu 12/4/2025 2:22 PM

**To** Jo Ardalan <jardalan@onellp.com>

**Cc** Shengmao Mu <smu@whitewoodlaw.com>; David Sergenian <david@sergenianlaw.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; David Quinto <dquinto@onellp.com>; Sheila Mojtehedi <sheila@mojtehedi.com>; Elizabeth Guzman <egcrimparalegal@gmail.com>; Abby Neu <aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Vanessa Soriano <vsoriano@onellp.com>

Jo,

Can you clarify whether the sets you have identified are currently being offered for license by your clients? If so, can you clarify what the current credit is for these sets? Thank you.

On Wed, Dec 3, 2025 at 8:36 PM Jo Ardalan <jardalan@onellp.com> wrote:

> All:
>
> We have reviewed the production you served on us, Thibault 12973-13439.  The production includes screenshots of 293 sets of photographs.
>
> To be clear, there was never any agreement that obligates Backgrid or Shutterstock to include credit information of the photographers. Further, it is not industry practice to do so, as your clients well know. Even though your clients have made up this purported term to the license i.e. the purported requirement that they be credited, out of thin air, because it makes no difference to Backgrid whether the credit is included, or not, it is fine updating the credit if your clients wish, for the sets you have identified. For avoidance of doubt, this is not an admission that Backgrid is required to credit your clients.
>
> Can you please let us know what credit information the plaintiffs would like associated with these sets?  I have attached a spreadsheet, which includes the sets identified in the production. If you could simply include the exact credit your clients would like next to each set and the name of the photographer, we have no problem updating it, so long as your clients represent to us that they are indeed the authors/owners to the same.
>
> Jo

--

**Jo Ardalan**

**Partner**



Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice*:  *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*