# Exhibit 17

 Outlook

---

**Mauvilian v. Flynet Pictures, LLC, 2:25-cv-2757-FLA-MAA**

---

**From** Jo Ardalan <jardalan@onellp.com>

**Date** Wed 3/4/2026 12:27 PM

**To**    Ryan Carreon <rcarreon@whitewoodlaw.com>; Sheila Mojtehedi <sheila@mojtehedi.com>; Shengmao Mu <smu@whitewoodlaw.com>; David Sergenian <david@sergenianlaw.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; David Quinto <dquinto@onellp.com>; Abby Neu <aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>

📎 1 attachment (16 KB)

BackGrid Set Numbers.xlsx;

All:

BackGrid USA previously asked you whether your clients would like it to update the credit information on its portal. We asked that your clients send us who should be credited, what credit they would like, and that they represent that they indeed took the photo before we change the credit.

Now that you have identified all of the photos that are at issue in this lawsuit, we will ask you again whether your clients will represent and warrant that they are the photographers of the photos identified in the spreadsheet attached (that you created) and whether you would like us to update the credit information or not. If so, what should the credit be?  Again, BackGrid USA has no obligation to credit your clients, and no contract term or industry practice required it to include credit information on its portal, but it is offering your clients this opportunity because it makes no difference to BackGrid USA one way or the other.  This email message does not create any obligation to you or your clients.

Regards,
Jo


--
**Jo Ardalan**
**Partner**



Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice:  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*