# Exhibit 19

**From:** Jo Ardalan <jardalan@onellp.com>
**Sent:** Monday, August 12, 2024 4:37 PM EDT
**To:** alex@backgrid.com <alex@backgrid.com>; Steve Ginsburg <steve@backgrid.com>
**Subject:** FW: FRE 408- Confidential Settlement Communication - Your June 27, 2024 Correspondence on Behalf of Undisclosed Photographers

**Attorney Client Privilege**

**Jo Ardalan**
**Partner**

# one llp

Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

**From:** vp artechlaw.com <vp@artechlaw.com>
**Sent:** Monday, August 12, 2024 1:28 PM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** dmg@phillaw.com
**Subject:** RE: FRE 408- Confidential Settlement Communication - Your June 27, 2024 Correspondence on Behalf of Undisclosed Photographers

No, Jo, this is not I operate, and I resent the implication. You seem to be missing the point entirely: as discussed at length on our call, this case is about deleted CMI and this was an example of a photograph that used to be properly credited but no longer appears in the photographer's account. You had requested such an example and that is what I provided. As for the data provided, I clearly told you over the phone that we were not able to provide more details, precisely because the photographs in question have vanished from my clients' accounts.

What is disappointing is that it would take you close to a month to respond after I provided what you requested, and then conveniently miss the point. Is that Backgrid's way of being "friendly to photographers"? Thousands of photographs in their/Shutterstock's database are not credited to the proper photographers and these CMI violations will inevitably turn into copyright infringement, if they have not already. How can your client be so cavalier about this?

My clients are losing patience and will be seeking litigation counsel. All rights reserved.

**From:** Jo Ardalan <jardalan@onellp.com>
**Sent:** Monday, August 12, 2024 16:47
**To:** vp artechlaw.com <vp@artechlaw.com>
**Subject:** RE: FRE 408- Confidential Settlement Communication - Your June 27, 2024 Correspondence on Behalf of Undisclosed Photographers

FRE 408- Confidential Settlement Communication

Virginie,

The one photo you sent was from 2008. I suspect you know that because it is apparent from the link and the story.

I am very disappointed that you attempted to conceal the date in which this photo was published. You took a screenshot, you didn't send the link, and you made sure 2008 wasn't viewable from your cropped image. You know, of course, that the statute of limitations expired for any possible civil claim at this point.

While it is none of my (or BackGrid's) business, are you sure Flynet didn't pay the photographer? Backgrid was formed long after the statute of limitations expired here and has nothing to do with this license. Is this really your best example of a missing licensing fee? You are free to send us better examples, if they exist. To be clear, if BackGrid issued a license and the photographer has not been paid on it, it is probably because BackGrid hasn't been paid and if alerted, it will take try to collect the fee. Knowing specific examples of what is missing is helpful. That said, if this were to happen it would be a rare exception, not the norm.

Moreover, your estimate isn't helpful. It provides no specifics that assist BackGrid in investigating.

Should you take any further action, BackGrid will demand its attorneys' fees and costs.

Regards,
Jo
--

**Jo Ardalan**
Partner

## one llp

Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice:* *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

**From:** vp artechlaw.com <vp@artechlaw.com>
**Sent:** Wednesday, July 31, 2024 3:55 PM
**To:** Jo Ardalan <jardalan@onellp.com>
**Subject:** RE: FRE 408- Confidential Settlement Communication - Your June 27, 2024 Correspondence on Behalf of Undisclosed Photographers

Hi Jo,

Any progress on this?

**From:** vp artechlaw.com
**Sent:** Wednesday, July 17, 2024 0:34
**To:** Jo Ardalan <jardalan@onellp.com>
**Subject:** RE: FRE 408- Confidential Settlement Communication - Your June 27, 2024 Correspondence on Behalf of Undisclosed Photographers

Hi Jo,

As a follow up to our phone conversation, below is a breakdown of the number of missing photographs for each claimant (for reasons explained previously, numbers are estimates), and an example of a shot that no longer appears in the photographer's account:
- Jerome: 25,000
- Viktor: 15,000
- Stephane: 8,500
- Jeremy: 20,000
- Thibault: 10,000
- Michel: 1,000

≡ People      SUBSCRIBE

03 **BEACH BABE**
of 17



PHOTO: VO/JN/FLYNET

Ad

Rest assured, she's having a good time! Days after reaching a custody agreement with ex

AA      🔒 people.com      ✕

**From:** Jo Ardalan <jardalan@onellp.com>
**Sent:** Tuesday, July 9, 2024 3:12
**To:** vp artechlaw.com <vp@artechlaw.com>
**Subject:** RE: FRE 408- Confidential Settlement Communication - Your June 27, 2024 Correspondence on Behalf of Undisclosed Photographers

I should be available tomorrow at 4pm, although I am in a deposition. If it goes later than I expect I'll reach out, but otherwise let's plan to discuss at 4 pm.

--
**Jo Ardalan**
**Partner**

## one llp

Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

**From:** vp artechlaw.com <vp@artechlaw.com>
**Sent:** Monday, July 8, 2024 4:43 PM
**To:** Jo Ardalan <jardalan@onellp.com>
**Subject:** RE: FRE 408- Confidential Settlement Communication - Your June 27, 2024 Correspondence on Behalf of Undisclosed Photographers

Hi Jo,

I hope you had a good Fourth. Following up on last week's exchange, claimants are Stéphane Kyndt (Nodinot), Jérome Nicod, Thibault Mauvilain, Michel Boutefeu, Victor Ordonez and Jeremy Duplaquet.

I trust you will advise your client of their obligation to preserve evidence.

I am available for a call tomorrow after 4:00 pm PST or Wednesday between noon and 2:00 pm.

Best,
VP

**From:** Jo Ardalan <jardalan@onellp.com>
**Sent:** Wednesday, July 3, 2024 17:27
**To:** vp artechlaw.com <vp@artechlaw.com>
**Subject:** RE: FRE 408- Confidential Settlement Communication - Your June 27, 2024 Correspondence on Behalf of Undisclosed Photographers

Please respond with the names of the photographers.

--
**Jo Ardalan**
**Partner**

## one llp

Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice:* *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

**From:** vp artechlaw.com <vp@artechlaw.com>
**Sent:** Wednesday, July 3, 2024 10:15 AM
**To:** Jo Ardalan <jardalan@onellp.com>
**Subject:** Re: FRE 408- Confidential Settlement Communication - Your June 27, 2024 Correspondence on Behalf of Undisclosed Photographers

Hi Jo,

Thank you for your reply. Let's set up a call to discuss this further. I have no issue disclosing the names of the photographers; identifying the works however is more problematic, precisely due to the CMI alterations. Our understanding is that the Backgrid library has been incorporated into the Shutterstock library, hence our request to Shutterstock.

All rights reserved.

Regards,
VP

---

**From:** Jo Ardalan <jardalan@onellp.com>
**Sent:** Wednesday, July 3, 2024 4:35:34 PM
**To:** vp artechlaw.com <vp@artechlaw.com>
**Subject:** FRE 408- Confidential Settlement Communication - Your June 27, 2024 Correspondence on Behalf of Undisclosed Photographers

Ms. Parant,

Please see the attached correspondence in response to your June 27, 2024 correspondence.

Regards,
Jo

--
**Jo Ardalan**
**Partner**

## one llp

Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice:* *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*