# Exhibit 20

 Outlook

## Re: Thibault v. Backgrid et al - Amended Deposition Notices

**From** Ryan Carreon <rcarreon@whitewoodlaw.com>

**Date** Fri 5/15/2026 6:24 AM

**To** sheila <sheila@mojtehedi.com>

**Cc** Jo Ardalan <jardalan@onellp.com>; David Sergenian <david@sergenianlaw.com>; Megan Dell <mdell@onellp.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>

All,

I am following up to let you know that Stephane Kyndt was able to get his visa approved. He will be available for deposition Friday, June 12. Please confirm that this is acceptable so he can make travel arrangements. Thank you.

On Thu, May 14, 2026 at 6:14 PM Sheila Mojtehedi <sheila@mojtehedi.com> wrote:
> June 9 may be cutting it close for me. I have my pretrial conference tomorrow. My colleagues are taking a break from a bench trial, and I found out yesterday that I may be on my own to take the verdict if it continues to the week of the 8th.  Please switch me with the Shutterstock 30b6 to be safe if that is okay with Jo.
>
>
> Best regards,
>
> **Sheila Mojtehedi**
> Sheila Mojtehedi PC
> www.mojtehedi.com
> T: 323.412.0472
>
> CONFIDENTIALITY NOTICE
>
> This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately. Thank you.
>
>
> On Thu, May 14, 2026 at 11:29 AM Jo Ardalan <jardalan@onellp.com> wrote:
>
>> I will check and circle back.
>>
>>
>> --
>>
>> **Jo Ardalan**

**Partner**



Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice:  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** David Sergenian <david@sergenianlaw.com>
**Sent:** Thursday, May 14, 2026 10:42 AM
**To:** Ryan Carreon <rcarreon@whitewoodlaw.com>
**Cc:** Jo Ardalan <jardalan@onellp.com>; Megan Dell <mdell@onellp.com>; sheila_mojtehedi.com <sheila@mojtehedi.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** Re: Thibault v. Backgrid et al - Amended Deposition Notices

Here are the dates for the depositions we have noticed or will notice. Please confirm witness availability.

Thu, May 21: Joanna Ardalan
Wed, May 27: Scott Cosman
Fri, May 29: Boris Nizon
Mon, Jun 1: Alex Kantif
Wed, Jun 3: Justin Conway
Fri, Jun 5: BackGrid, Inc. 30b6
Tue, Jun 9: Flynet 30b6
Thu, Jun 11: Shutterstock, Inc. 30b6
Mon, Jun 15: FameFlynet 30b6
Wed, Jun 17: BackGrid USA, Inc. 30b6

On Thu, May 14, 2026 at 10:09 AM Ryan Carreon <rcarreon@whitewoodlaw.com> wrote:

David will follow up shortly with dates for your clients. Can you please confirm that we will move forward with the Plaintiffs' depositions in the order I previously proposed? I have included it below for your reference:

May 18: Thibault Mauvilain

May 20: Henri Mazari

May 22: Chris Wolf

May 26: Michel Boutefeu

May 28: Joseph Medhi

June 2: Jeremy Duplaquet

On Thu, May 14, 2026 at 1:06 PM Jo Ardalan <jardalan@onellp.com> wrote:

Hi Ryan,

Please let us know about the Visa situation tomorrow.

We will be securing a translator for Mehdi.

I haven't heard from you regarding dates for my clients' depositions.  Can you tell us dates so that we can coordinate our preparation, especially with respect to the 30b6 topics.

Regards,

Jo

--

**Jo Ardalan**

Partner



one llp

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice*:  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.

---

**From:** Ryan Carreon <rcarreon@whitewoodlaw.com>
**Sent:** Thursday, May 14, 2026 7:55 AM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Megan Dell <mdell@onellp.com>; David Sergenian <david@sergenianlaw.com>; sheila_mojtehedi.com <sheila@mojtehedi.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** Re: Thibault v. Backgrid et al - Amended Deposition Notices

Jo,

Following up here. Stephane has his visa appointment tomorrow. If he gets his visa, he is available on Friday, June 12, for his deposition. Can you also please confirm whether you will provide a translator for Joseph Mehdi or whether we should be responsible for hiring one? Thank you.

On Wed, May 13, 2026 at 6:49 PM Ryan Carreon <rcarreon@whitewoodlaw.com> wrote:

These are confirmed dates minus Stephane.

On Wed, May 13, 2026 at 6:48 PM Jo Ardalan <jardalan@onellp.com> wrote:

Hi Ryan,

No problem regarding the translator.

I do have an issue with you swamping dates of the deponents as I need to prepare for that particular deponent, especially considering one plaintiff needs a translator. When can you confirm the dates?

Jo

--

**Jo Ardalan**

**Partner**



Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

**From:** Ryan Carreon <rcarreon@whitewoodlaw.com>
**Sent:** Wednesday, May 13, 2026 3:33 PM
**To:** Megan Dell <mdell@onellp.com>
**Cc:** David Sergenian <david@sergenianlaw.com>; Jo Ardalan <jardalan@onellp.com>; sheila_mojtehedi.com <sheila@mojtehedi.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith

<ksmith@whitewoodlaw.com>

**Subject:** Re: Thibault v. Backgrid et al - Amended Deposition Notices

All,

I wanted to follow up here. We have been coordinating with our clients, particularly those located in France. The dates you have noticed are generally agreeable, we just may need to swap out what witnesses will be deposed on those dates. Here is our clients' confirmed availability:

May 18: Thibault Mauvilain

May 20: Henri Mazari

May 22: Chris Wolf

May 26: Michel Boutefeu

May 28: Joseph Medhi

June 2: Jeremy Duplaquet

The only one we cannot yet confirm is Stephane Kyndt given that his visa issue has yet to be resolved. Should his visa be approved, he is available the week of June 8. Finally, Joseph Mehdi has requested a French-to-English translator. Please let us know whether you will arrange one or when you would like us to arrange one.

On Fri, May 8, 2026 at 5:09 PM Megan Dell <mdell@onellp.com> wrote:

> Good Afternoon -
>
> Attached here please find Amended Deposition Notices.
>
> Megan Dell
>
> Litigation Paralegal
>
> 23 Corporate Plaza, Suite 150-105
>
> Newport Beach, CA 92660
>
> T: (949) 549-1940 (Direct)
>
> T: (949) 502-2870 (Main Office Line)
>
> F (949) 258-5081

*"one vision. one focus. one law firm."*

[www.onellp.com](http://www.onellp.com)

mdell@onellp.com

*This message and any attached documents contain information from the law firm of One LLP that may be confidential or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify me immediately by reply e-mail and then delete this message.*