# Exhibit 21

 Outlook

---

**RE: Defendants' Portion of Thibault Joint Stipulation**

---

**From** Jo Ardalan <jardalan@onellp.com>

**Date** Thu 6/11/2026 2:11 PM

**To** David Sergenian <david@sergenianlaw.com>

**Cc** Ryan Carreon <rcarreon@whitewoodlaw.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; sheila <sheila@mojtehedi.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Megan Dell <mdell@onellp.com>

---

🔗 1 attachment (79 KB)

Re: Thibault v. Backgrid et al - Amended Deposition Notices.eml;

David:

We are very disappointed that the deposition is not going forward tomorrow and that we received such late notice.

On May 15, Ryan emailed us to say "I am following up to let you know that Stephane Kyndt was able to get his visa approved. He will be available for deposition Friday, June 12."

How is it that his Visa was approved on May 15, but now it is somehow not approved?  When will he be available for deposition?

Jo

--
**Jo Ardalan**
**Partner**

 **one** llp

Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice:  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** David Sergenian <david@sergenianlaw.com>
**Sent:** Thursday, June 11, 2026 11:13 AM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Ryan Carreon <rcarreon@whitewoodlaw.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Sheila Mojtehedi <sheila@mojtehedi.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Megan Dell <mdell@onellp.com>
**Subject:** Re: Defendants' Portion of Thibault Joint Stipulation

I don't think there is a mechanism to "object" to a hearing date. Hearing dates are chosen by the moving party unilaterally. That said, we can file with a hearing date of July 8 given that Magistrate Judge Kaufman hears discovery motions on Wednesday. Correct: the exhibits to be filed are the ones circulated by the respective parties.

In addition, Stephane Kyndt's visa was not granted. He will not be able to attend his deposition. Apologies for the late notice.

On Wed, Jun 10, 2026 at 12:04 PM Jo Ardalan <jardalan@onellp.com> wrote:

David:

The hearing date information that you have now included in the caption should have been included in the draft you circulated. By failing to include it, you are now depriving us of an opportunity to object to it.

I am out of the country on July 2.   Please push the date to July 9.  If you do that, you may add my signature and file.

You did not circulate the exhibits, but I trust you will file the same exhibits you circulated to us and that we circulated to you.

Regards,
Jo

--
**Jo Ardalan**
**Partner**

**one llp**

Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice:  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

**From:** David Sergenian <david@sergenianlaw.com>
**Sent:** Tuesday, June 9, 2026 2:29 PM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Ryan Carreon <rcarreon@whitewoodlaw.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Sheila Mojtehedi <sheila@mojtehedi.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Megan Dell <mdell@onellp.com>
**Subject:** Re: Defendants' Portion of Thibault Joint Stipulation

Thank you. I have made only one change. I changed the caption page to remove highlighting and selected a date for the hearing. Please either send this back with your signature or let me know we can add your /s/ signature and file on behalf of all parties.

Thank you

On Mon, Jun 8, 2026 at 11:44 PM Jo Ardalan <jardalan@onellp.com> wrote:

> All:
>
> Please see Defendants' portion to the Joint Stip attached. You do not have permission to file until we review it.
>
> Exhibits are here. The link contains Exhibits A-K.  If you have trouble opening the documents you should let me know.
>
> Regards,
> Jo
>
>
> --
> **Jo Ardalan**
> **Partner**
>
> **one llp**
>
> Intellectual Property & Entertainment Law
> 310-437-8665 (Direct)
> 323-309-9215 (Cell)
> jardalan@onellp.com
>
> *Notice:  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*