# Exhibit 24-4

