# Exhibit 24-5

