# Exhibit 27

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OFCALIFORNIA

_____

THIBAULT MAUVILAIN, an Individual; HENRI MAZARI, an Individual; JEREMY DUPLAQUET, an Individual; ROBERT CHRISTIAN WOLF, an Individual; MICHEL BOUTEFEU, an Individual; STEPHANE KYNDT, an Individual; and JOSEPH MEHDI, an Individual,

             Plaintiffs,

      v.                              Case No.

FLYNET PICTURES, LLC, a                2:25-cv-2757-FLA-MAA
California Limited Liability Company; FAMEFLYNET INC., a California Corporation; BACKGRID INC., a California Corporation; BACKGRID USA, INC., a California Corporation; SHUTTERSTOCK, INC., a Delaware Corporation; and DOES 1-10, Inclusive,

             Defendants.

_____

                                      Page 1

VIDEOTAPED DEPOSITION OF JEREMY DUPLAQUET

DATE:            Tuesday, June 2, 2026

TIME:            10:02 a.m.

LOCATION:        Veritext - Los Angeles, CA

                 707 Wilshire Boulevard, Suite 3500

                 Los Angeles, CA 90017

OFFICIATED BY: Denise Vargas

JOB NO.:         8175701


PAGES 13-25, 100-101 ARE CONFIDENTIAL

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

Q    Okay.  And for how long have you managed property?

A    Few years.

Q    Okay.  Can you give me your best estimate as to when you started?

A    I started managing those properties about three years ago when I went back to France.

Q    Okay.  So about 2023?

A    Yeah.

Q    Okay.  And these properties are in France?

A    Yeah.

Q    Okay.  And you currently reside in France?

A    Yeah.

Q    Okay.  Other than managing properties, what other sources of income do you have?

A    My business, my photography and videography business.

Q    Okay.  And what is the name of your photography business?

A    It's called VisuallMedia.

Q    And is that "visual" with two Ls?

A    Yes, that's correct.

Q    Okay.  And when did you start VisuallMedia?

A    When I went back to France in 2020.  But I think it started in 2024.

Page 9

So I don't really know what it's about, you know?  I wouldn't be able to tell you.

BY MS. ARDALAN:

Q    Okay.  Let's look at Metadata Date.  It's about a quarter of the way down.  It says 12/6/24, December 6, 2024.

A    Yeah.

Q    Do you have an understanding of what changed in this file in December -- on December 6, 2024?

MR. SERGENIAN:  Objection.  Lacks foundation.  Calls for speculation.

THE WITNESS:  Mm, I'm not really sure, no.

BY MS. ARDALAN:

Q    Did Mr. Mauvilain instruct you to change the metadata of the files you submitted in this litigation?

A    No.

Q    Did Mr. Mauvilain instruct you to scrub the Metadata Date portion that is populated here?

A    "Scrub," you mean like -- what do you mean by "scrub"?

Q    Takeout.

A    No.

Q    Okay.  Do you have any other explanation you can think of for why the Metadata Date is December 6,

Page 169

Mechanic.  I mean, probably Photoshop.

BY MS. ARDALAN:

Q    Did you run --

A    Or Adobe Bridge.

Q    Did you run your photos through a software program before producing them to us?

A    Well I had to check -- I had to compare them with, you know, some -- some other photos just to make sure that everything was proper.  And so maybe that's what it is, you know?

Q    Did you re-save your files and -- and send us the re-saved files?

A    No, I don't think so.

Q    Okay.  That was Exhibit Number 4.

(Exhibit 4 was marked for identification.)

And I will mark this document as Exhibit Number 5.  It is Screenshot2026-06-01@6.56.13pm.png.

(Exhibit 5 was marked for identification.)

And in the file it shows that the file name is Heather [sic] Mirren_009.jpeg.  Here -- are you able to see it okay?

A    Yeah, I do.  Yeah.

Q    Okay.  Here it says the Metadata Date is

Page 171

the date where I -- I viewed the file and just, you know?  Do you understand?

Q    Did you re-save the file?

A    No, I'm not saying re-save, but just checked, you know?  Just check the file.  So you click again, maybe just the details -- the fact that I checked the file info and -- and close it again.

Q    Okay.  Any other explanation for the Metadata Date being in December 12, 2024?

MR. SERGENIAN:  Objection.

I -- wait, hold on.

Objection.  Asked and answered. Argumentative.  Lacks foundation.  Calls for speculation.

THE WITNESS:  Well, maybe on some on those I -- I added, like, maybe the address.  That's probably what the address -- maybe the address wasn't there, and I added the address just to make sure that you know the address was there.

BY MS. ARDALAN:

Q    And why would you add the address to files you're producing in a litigation?

MR. SERGENIAN:  Objection. Argumentative.

THE WITNESS:  Well, just to have my

Page 173

THE WITNESS:  Can you repeat the question, please?

BY MS. ARDALAN:

Q    Sure.  What percentage of files that have been submitted in this litigation by you have been altered?

MR. SERGENIAN:  Objection.  Misstates testimony.  Lacks foundation.  Calls for speculation.

THE WITNESS:  I have not altered those files.  I might have added something, but I don't really know what the portion of -- of those that I may have added something to.

BY MS. ARDALAN:

Q    Okay.  So I'll be more specific because you don't like the word "altered."  That's okay.  So let's use the word "added."

So what percentage of the files -- of the photo files that you submitted in this litigation have added metadata in them?

MR. SERGENIAN:  Objection.  Argumentative.  Lacks foundation.  Calls for speculation.  Misstates testimony.

THE WITNESS:  I'm not sure.  I don't know.

BY MS. ARDALAN:

Q    Is it 90 percent?

Page 177

MR. SERGENIAN:   Same objections.

THE WITNESS:   I don't recall.

BY MS. ARDALAN:

Q    Is it all of them?

MR. SERGENIAN:   Same objections.

BY MS. ARDALAN:

Q    Have you added metadata for each of the files you've submitted to Defendants in this litigation?

MR. SERGENIAN:   Objection.  Asked and answered.

THE WITNESS:   Well, it's not altered that I may have added the address.  That's it, you know?  So that's not an alteration; that's just addition, you know?

BY MS. ARDALAN:

Q    Okay.  Other than the address, have you added any other metadata information to the files you submitted in this litigation?

A    No.

MR. SERGENIAN:   Objection --

Wait, hold on.

Objection.  Misstates testimony.  Lacks foundation.  Calls for speculation.

BY MS. ARDALAN:

Q    You may respond.

Veritext Legal Solutions
866-299-5127          calendar-ca@veritext.com          www.veritext.com

CERTIFICATE OF DEPOSITION OFFICER

I, DENISE VARGAS, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

DENISE VARGAS

Notary Public in and for the

State of California

[X] Review of the transcript was requested.

Page 277

CERTIFICATE OF TRANSCRIBER

I, RACHEL LUNAN, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

RACHEL LUNAN

Page 278