# Exhibit 29

# One LLP

Accounting Office, 30021 Tomas, Third Floor, Suite 300
Rancho Santa Marg, CA 92688-
Tel: 949-502-2870 Fax: 949-258-5081

Printed on: 7/24/2026
Page 1 of 21

Filters Used:

- Matter ID:                 Thibault Mauvilain:  to  Thibault Mauvilain:

Ordering by **Client ID**, **Timekeeper ID**, **Time\Expense Item ID**

| * | Date | Description | Hrs | B-Hrs/Unit |
|---|------|-------------|-----|------------|
| **Backgrid USA, Inc.** - **Steve Ginsburg - Backgrid USA, Inc.** | | | | |
| **Coalition of Court Reporters (ACH)** - **Coalition Court Reporters** | | | | |
| **Court Reporter:** - **Trial Court Reporter** | | | | |
| ✗ | 6/8/2026 | Trial Court Reporter Invoice 44156 | 0.00 | 1.00 |
| | | **Court Reporter: Totals:** | **0.00** | **1.00** |
| | | **Coalition of Court Reporters (ACH) Totals:** | **0.00** | **1.00** |
| **Dave Quinto** - **Dave Quinto** | | | | |
| **Billable:B** - **Billable** | | | | |
| | 6/9/2025 | Billable | 1.70 | 1.70 |
| | | *Review and revise motion to dismiss.* | | |
| | 7/3/2025 | Billable | 0.50 | 0.50 |
| | | *Participate in early meeting of counsel* | | |
| | 10/8/2025 | Billable | 1.00 | 1.00 |
| | | *Participate in meet-and-confer call with plaintiffs' counsel.* | | |
| | 10/9/2025 | Billable | 1.50 | 1.50 |
| | | *Participate in meet-and-confer call with plaintiffs' counsel.* | | |
| | 12/11/2025 | Billable | 5.00 | 5.00 |
| | | *Participate in IDC.* | | |
| | 5/25/2026 | Billable | 2.00 | 2.00 |
| | | *Defend deposition of Jo Ardalan.* | | |
| | | **Billable:B Totals:** | **11.70** | **11.70** |
| | | **Dave Quinto Totals:** | **11.70** | **11.70** |
| **Evan Littman** - **Evan Littman** | | | | |
| **Billable:B** - **Billable** | | | | |
| | 6/24/2025 | Billable | 4.00 | 4.00 |
| | | *Researching and drafting* ▮▮▮▮ | | |
| | 6/25/2025 | Billable | 5.50 | 5.50 |
| | | *Researching and drafting* ▮▮▮▮ | | |
| | 6/26/2025 | Billable | 2.20 | 2.20 |
| | | *Revising Reply brief and proofing* | | |
| | 7/3/2025 | Billable | 0.50 | 0.50 |
| | | *26f Joint Report conference* | | |
| | 7/9/2025 | Billable | 1.90 | 1.90 |
| | | *Reviewing and redlining 26f draft from OC* | | |
| | 7/11/2025 | Billable | 4.00 | 4.00 |
| | | *Reviewing* ▮▮▮▮ | | |
| | 7/16/2025 | Billable | 3.50 | 3.50 |
| | | *Reviewing* ▮▮▮▮ | | |
| | 7/17/2025 | Billable | 0.40 | 0.40 |
| | | *Reviewing initial disclosures* | | |

*❖ = Non-Billable, ✗ = Xtra*
📄 *= Invoiced (mouse over for #),* ✎ *= Marked as Billed*

# One LLP

Accounting Office, 30021 Tomas, Third Floor, Suite 300
Rancho Santa Marg, CA 92688-
Tel: 949-502-2870 Fax: 949-258-5081

*Time & Expense w/Custom Ordering*

Printed on: 7/24/2026
Page 2 of 21

Filters Used:
- Matter ID:          Thibault Mauvilain:  to  Thibault Mauvilain:

Ordering by **Client ID**, **Timekeeper ID**, **Time\Expense Item ID**

| * | Date | Description | Hrs | B-Hrs/Unit |
|---|------|-------------|-----|------------|
| **Backgrid USA, Inc.** - Steve Ginsburg - Backgrid USA, Inc. | | | | |
| **Evan Littman** - Evan Littman | | | | |
| **Billable:B** - Billable | | | | |
| | 7/24/2025 | Billable | 4.20 | 4.20 |
| | | *Reviewing* ▉▉▉▉▉▉▉▉▉▉▉▉ | | |
| | 7/25/2025 | Billable | 0.20 | 0.20 |
| | | *Finalizing draft of discovery plan* | | |
| | 7/28/2025 | Billable | 2.50 | 2.50 |
| | | *Revising discovery plan and adding specific items and third parties* | | |
| | 8/1/2025 | Billable | 3.10 | 3.10 |
| | | *Revising discovery plan and adding specific items and third parties* | | |
| | 8/26/2025 | Billable | 6.20 | 6.20 |
| | | *Reviewing discovery objections and drafting Meet and Confer letter re discovery response deficiencies* | | |
| | 8/27/2025 | Billable | 5.10 | 5.10 |
| | | *Continue reviewing discovery objections and drafting Meet and Confer letter re discovery response deficiencies* | | |
| | 9/23/2025 | Billable | 1.90 | 1.90 |
| | | *Researching* ▉▉▉▉▉▉▉▉▉▉▉ | | |
| | 9/23/2025 | Billable | 2.40 | 2.40 |
| | | *Researching* ▉▉▉▉▉▉ | | |
| | 9/23/2025 | Billable | 3.20 | 3.20 |
| | | *Researching* ▉▉▉▉▉▉▉ | | |
| | 9/24/2025 | Billable | 3.00 | 3.00 |
| | | *Compiling research findings for* ▉▉▉▉▉▉▉▉▉▉ | | |
| | 10/3/2025 | Billable | 0.10 | 0.10 |
| | | *Correspondence re scheduling follow up meet and confer call* | | |
| | 10/3/2025 | Billable | 0.20 | 0.20 |
| | | *Reviewing* ▉▉▉▉▉▉ *and sending to Jo* | | |
| | 10/3/2025 | Billable | 2.30 | 2.30 |
| | | *Meet & Confer with OC re discovery responses* | | |
| | | **Billable:B** Totals: | **56.40** | **56.40** |
| **Non-Billable:NB** - Non-Billable Time | | | | |

*\* ◈ = Non-Billable, ✘ = Xtra*
*▤ = Invoiced (mouse over for #), ✏ = Marked as Billed*

**One LLP**

Accounting Office, 30021 Tomas, Third Floor, Suite 300
Rancho Santa Marg, CA 92688-
Tel: 949-502-2870 Fax: 949-258-5081

Time & Expense w/Custom Ordering

Printed on: 7/24/2026
Page 3 of 21

Filters Used:

- Matter ID:            Thibault Mauvilain:  to  Thibault Mauvilain:

Ordering by **Client ID**, **Timekeeper ID**, **Time\Expense Item ID**

| * | Date | Description | Hrs | B-Hrs/Unit |
|---|---|---|---|---|
| **Backgrid USA, Inc.** - Steve Ginsburg - Backgrid USA, Inc. | | | | |
| **Evan Littman** - Evan Littman | | | | |
| **Non-Billable:NB** - Non-Billable Time | | | | |
| 📄◇ | 8/28/2025 | Non-Billable Time | 7.00 | 7.00 |
| | | *Reviewing discovery objections and drafting Meet and Confer letter re discovery response deficiencies* | | |
| 📄◇ | 8/29/2025 | Non-Billable Time | 6.50 | 6.50 |
| | | *Reviewing discovery objections and drafting Meet and Confer letter re discovery response deficiencies* | | |
| | | **Non-Billable:NB Totals:** | **13.50** | **13.50** |
| | | **Evan Littman Totals:** | **69.90** | **69.90** |
| **Jennifer Mauri** - Jennifer Mauri | | | | |
| **Billable:B** - Billable | | | | |
| 📄 | 5/26/2026 | Billable | 1.20 | 1.20 |
| | | *Review pleadings and motion to dismiss ▮▮* ▮▮▮▮▮▮▮▮▮▮▮▮▮ | | |
| | | **Billable:B Totals:** | **1.20** | **1.20** |
| | | **Jennifer Mauri Totals:** | **1.20** | **1.20** |
| **Jo Ardalan** - Jo Ardalan | | | | |
| **Billable:B** - Billable | | | | |
| 📄 | 4/2/2025 | Billable | 0.80 | 0.80 |
| | | Review ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and draft email regarding the history of the dispute | | |
| 📄 | 4/21/2025 | Billable | 1.50 | 1.50 |
| | | Review service of FAC in the  Thibault Mauvilain matter; email Raff re ▮▮▮▮▮▮▮▮ review complaint | | |
| 📄 | 5/1/2025 | Billable | 0.20 | 0.20 |
| | | Email correspondence re extension | | |
| 📄 | 5/6/2025 | Billable | 1.50 | 1.50 |
| | | Review and analyize complaint | | |
| 📄 | 5/6/2025 | Billable | 4.20 | 4.20 |
| | | Draft meet and confer correspondence regarding motion to dismis ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ | | |
| 📄 | 5/6/2025 | Billable | 0.20 | 0.20 |
| | | *Review stipulation for extention of time to respond; draft edits to the same* | | |
| 📄 | 5/7/2025 | Billable | 0.20 | 0.20 |
| | | Confer with OC re stipulation and review for filing | | |
| 📄 | 5/7/2025 | Billable | 3.30 | 3.30 |
| | | Continue to draft litigation plan | | |
| 📄 | 5/9/2025 | Billable | 2.30 | 2.30 |
| | | Finalize litigation plan and meet and confer conrrespondene; confer with Peter Afrasiabi/David Quinto re ▮▮▮▮▮▮ | | |

*❖ = Non-Billable, ✗ = Xtra*

📄 = *Invoiced (mouse over for #),* ✎ = *Marked as Billed*

BillQuick Standard Report Copyright © BQE Software, Inc.

**One LLP**

Accounting Office, 30021 Tomas, Third Floor, Suite 300
Rancho Santa Marg, CA 92688-
Tel: 949-502-2870 Fax: 949-258-5081

Printed on: 7/24/2026
Page 4 of 21

Filters Used:

- Matter ID:          Thibault Mauvilain:  to  Thibault Mauvilain:

Ordering by **Client ID**, **Timekeeper ID**, **Time\Expense Item ID**

| * | Date | Description | Hrs | B-Hrs/Unit |
|---|------|-------------|-----|------------|
| **Backgrid USA, Inc.** - **Steve Ginsburg - Backgrid USA, Inc.** | | | | |
| **Jo Ardalan** - **Jo Ardalan** | | | | |
| **Billable:B** - **Billable** | | | | |
| 📄 | 5/13/2025 | Billable | 0.50 | 0.50 |
| | | Confer with Alex Kantif re ███████ ████ | | |
| 📄 | 5/16/2025 | Billable | 0.30 | 0.30 |
| | | Final review of meet and confer correspondence re motion to dismiss | | |
| 📄 | 5/19/2025 | Billable | 0.50 | 0.50 |
| | | Conference with Flynet's counsel re ███████ ████ | | |
| 📄 | 5/20/2025 | Billable | 0.40 | 0.40 |
| | | Prepare for meet and confer re motion to dismiss and review ████ ███████ | | |
| 📄 | 5/21/2025 | Billable | 0.90 | 0.90 |
| | | Prepare for and attend meet and confer | | |
| 📄 | 6/3/2025 | Billable | 5.90 | 5.90 |
| | | Review FAC and begin drafting motion to dismiss; outline legal arguments | | |
| 📄 | 6/4/2025 | Billable | 0.30 | 0.30 |
| | | Call with Fly Net's counsel re ███████ | | |
| 📄 | 6/4/2025 | Billable | 4.80 | 4.80 |
| | | Continue to draft motion to dismiss ██ ███████ | | |
| 📄 | 6/6/2025 | Billable | 4.30 | 4.30 |
| | | Continue drafting motion to dismiss ████ ███████ ███████ | | |
| 📄 | 6/8/2025 | Billable | 4.20 | 4.20 |
| | | Continue to draft motion to dismiss ████ ███████ | | |
| 📄 | 6/9/2025 | Billable | 7.20 | 7.20 |
| | | Revise and draft edits to memo ISO motion to dismiss; draft ███████ ███████ draft ████ ███ revise ███████ draft ████ oversee filing of motion to dismiss | | |
| 📄 | 6/11/2025 | Billable | 0.20 | 0.20 |
| | | Draft certification of interested parties and oversee filing | | |
| 📄 | 6/20/2025 | Billable | 1.20 | 1.20 |
| | | Review opposition filed by Plaintiffs to motiont to dismiss | | |
| 📄 | 6/23/2025 | Billable | 4.60 | 4.60 |
| | | Review opposition brief; begin drafting reply brief brief ███████ ████ | | |

* ◆ = *Non-Billable*, ✖ = *Xtra*
📄 = *Invoiced (mouse over for #)*, ✎ = *Marked as Billed*

# One LLP

Accounting Office, 30021 Tomas, Third Floor, Suite 300
Rancho Santa Marg, CA 92688-
Tel: 949-502-2870 Fax: 949-258-5081

Printed on: 7/24/2026
Page 5 of 21

Filters Used:

- Matter ID:          Thibault Mauvilain:  to  Thibault Mauvilain:

Ordering by **Client ID**, **Timekeeper ID**, **Time\Expense Item ID**

| * | Date | Description | Hrs | B-Hrs/Unit |
|---|------|-------------|-----|------------|
| **Backgrid USA, Inc.** - **Steve Ginsburg - Backgrid USA, Inc.** | | | | |
| **Jo Ardalan** - **Jo Ardalan** | | | | |
| **Billable:B** - **Billable** | | | | |
| | 6/25/2025 | Billable<br><br>Draft reply brief ████████████ ████████████ review ████████ ██████ and edit | 3.70 | 3.70 |
| | 6/26/2025 | Billable<br><br>Contiue drafting reply ███████████ ████████████ | 4.20 | 4.20 |
| | 6/27/2025 | Billable<br><br>Continue drafting and finalize reply brief | 5.60 | 5.60 |
| | 7/2/2025 | Billable<br><br>*Begin drafting Rogs and review pleadings re the same* | 1.90 | 1.90 |
| | 7/3/2025 | Billable<br><br>Prepare for and attend r 26 conference; continue drafting rogs requests | 1.70 | 1.70 |
| | 7/4/2025 | Billable<br><br>Begin drafting requests for admission and requests for production | 2.50 | 2.50 |
| | 7/7/2025 | Billable<br><br>Continue drafting discovery requests | 1.90 | 1.90 |
| | 7/8/2025 | Billable<br><br>F/u re joint report to opposing counsel | 0.20 | 0.20 |
| | 7/9/2025 | Billable<br><br>Draft Rog requests and add additional RFAs and RFPs | 4.20 | 4.20 |
| | 7/10/2025 | Billable<br><br>Continue to draft discovery requests for each plaintiff (RFAs, RFPs, Rogs); review photo disclosure from plaintiffs and confer with Alex re ██████ | 4.80 | 4.80 |
| | 7/11/2025 | Billable<br><br>Review joint report and propose file edits; confer with co-counsel re ███████ | 0.70 | 0.70 |
| | 7/14/2025 | Billable<br><br>*Call with co-counsel regarding* ████████ ██████████████ *call with Alex re* ████████ | 1.10 | 1.10 |
| | 7/17/2025 | Billable<br><br>Draft initial disclosures | 1.20 | 1.20 |
| | 7/17/2025 | Billable<br><br>Email BG custodians re ████████ review ████████████ confer with co-counsel re ██████ | 1.50 | 1.50 |
| | 7/18/2025 | Billable<br><br>Email ████████████ re ██████ ██████ confer with Alex re ████████ reviewing document requests fo ██████ ████████ | 1.20 | 1.20 |

*❖ = Non-Billable, ✖ = Xtra*
🗎 = Invoiced (mouse over for #), 🖉 = Marked as Billed

# One LLP

Accounting Office, 30021 Tomas, Third Floor, Suite 300
Rancho Santa Marg, CA 92688-
Tel: 949-502-2870 Fax: 949-258-5081

Time & Expense w/Custom Ordering

Printed on: 7/24/2026

Page 6 of 21

Filters Used:
-  Matter ID:                    Thibault Mauvilain:  to  Thibault Mauvilain:

Ordering by **Client ID**, **Timekeeper ID**, **Time\Expense Item ID**

| * | Date | Description | Hrs | B-Hrs/Unit |
|---|---|---|---|---|
| **Backgrid USA, Inc.** - **Steve Ginsburg - Backgrid USA, Inc.** | | | | |
| **Jo Ardalan** - Jo Ardalan | | | | |
| **Billable:B - Billable** | | | | |
| 🗐 | 7/28/2025 | Billable | 0.50 | 0.50 |
| | | Review discovery plan and confer with Evan ███████████ email OC re court ordered mediation and review scheduling order | | |
| 🗐 | 7/30/2025 | Billable | 3.00 | 3.00 |
| | | Draft  Shutterstock's responses to Plaintiffs rogs | | |
| 🗐 | 7/31/2025 | Billable | 4.80 | 4.80 |
| | | Draft memo to Andrew and Alex re ████████████████continue drafting rog responses | | |
| 🗐 | 8/1/2025 | Billable | 2.50 | 2.50 |
| | | Multiple emails to Backgrid custodians re ██████████; draft memo to alex and steve re ██████████ continue drafting responses | | |
| 🗐 | 8/4/2025 | Billable | 4.60 | 4.60 |
| | | Confer with Alex re ████████████ confer with Louis re █████████████ confer ██████████; draft RFA responses for Backgrid USA; confer with OC re dismissal of Backgrid Inc | | |
| 🗐 | 8/5/2025 | Billable | 0.80 | 0.80 |
| | | Email correspondence re dismissal of Backgrid Inc., confer with Alex and Andrew Raff about ██████████████████ ████ | | |
| 🗐 | 8/5/2025 | Billable | 4.20 | 4.20 |
| | | *Continue to draft RFAs; confer with co-counsel for Fame re █████ confer with Alex re ████ ████ review ███████████ from Alex; ██████████████; confer with Louis re ██████████* | | |
| 🗐 | 8/6/2025 | Billable | 4.60 | 4.60 |
| | | Finalize SSTK and BG Rogs and RFAs and send message to Alex and Andrew re ████████ continue working on RFP responses | | |
| 🗐 | 8/7/2025 | Billable | 0.30 | 0.30 |
| | | Multiple emails with Louis re ████████ ████████ | | |
| 🗐 | 8/7/2025 | Billable | 3.50 | 3.50 |
| | | Continue drafting discovery responses for Shutterstock | | |
| 🗐 | 8/7/2025 | Billable | 0.70 | 0.70 |
| | | Draft email to OC re Backgrid Inc, and R 11 fatual basis for being in suit | | |
| 🗐 | 8/11/2025 | Billable | 0.20 | 0.20 |
| | | Call with Sheila re ████████████ ████████ | | |

# One LLP

Accounting Office, 30021 Tomas, Third Floor, Suite 300
Rancho Santa Marg, CA 92688-
Tel: 949-502-2870 Fax: 949-258-5081

Printed on: 7/24/2026
Page 7 of 21

**Filters Used:**

- Matter ID:  Thibault Mauvilain:  to  Thibault Mauvilain:

Ordering by **Client ID**, **Timekeeper ID**, **Time\Expense Item ID**

| * | Date | Description | Hrs | B-Hrs/Unit |
|---|------|-------------|-----|------------|
| **Backgrid USA, Inc.** - **Steve Ginsburg - Backgrid USA, Inc.** | | | | |
| **Jo Ardalan** - Jo Ardalan | | | | |
| **Billable:B** - Billable | | | | |
| | 8/11/2025 | Billable | 0.40 | 0.40 |
| | | Draft email message to OC re dismissal of BackGrid Inc. | | |
| | 8/11/2025 | Billable | 0.20 | 0.20 |
| | | Review documents ████ for production | | |
| | 8/12/2025 | Billable | 0.20 | 0.20 |
| | | Review documents ████ and confer about ████████ | | |
| | 8/12/2025 | Billable | 0.30 | 0.30 |
| | | Review new documents and draft email to Louis re ████ | | |
| | 8/13/2025 | Billable | 0.20 | 0.20 |
| | | Email to Louis re ████████ | | |
| | 8/14/2025 | Billable | 2.20 | 2.20 |
| | | Prepare for and attend call with OC re Rule 11 motion meet and confer; draft confirming email re the same; confer with Alex an co-counsel re ████ | | |
| | 8/21/2025 | Billable | 0.30 | 0.30 |
| | | Draft email to OC re amendment to complaint | | |
| | 8/22/2025 | Billable | 0.40 | 0.40 |
| | | Email OC re discovery deadline and his request for an early meet and confer call; email team re ████ | | |
| | 8/24/2025 | Billable | 4.00 | 4.00 |
| | | Continue drafting discovery resposnes and review ████ from Andrew | | |
| | 8/25/2025 | Billable | 0.40 | 0.40 |
| | | Confer with Alex re ████████████ ████████ | | |
| | 8/25/2025 | Billable | 3.80 | 3.80 |
| | | Prepare BackGrid Inc responses; review Shutterstock and BackGrid USA responses; confer with Alex re ████ and draft emails re ████ | | |
| | 8/26/2025 | Billable | 0.50 | 0.50 |
| | | Confer with Evan re ████████████ ████████ and review responses | | |
| | 9/3/2025 | Billable | 3.00 | 3.00 |
| | | Draft changes to meet and confer letter re discovery; review plaintiffs' discovery response and draft ████ | | |
| | 9/5/2025 | Billable | 2.50 | 2.50 |
| | | Cofner with OC re mediation; draft further changes to meet and confer letter; email Louis re ████████ review new documents ████ | | |

*  ⬦ = Non-Billable, ✘ = Xtra
🖹 = Invoiced (mouse over for #), 🖉 = Marked as Billed

**One LLP**

Accounting Office, 30021 Tomas, Third Floor, Suite 300
Rancho Santa Marg, CA 92688-
Tel: 949-502-2870 Fax: 949-258-5081

Time & Expense w/Custom Ordering

Printed on: 7/24/2026
Page 8 of 21

Filters Used:

- Matter ID:           Thibault Mauvilain:  to  Thibault Mauvilain:

Ordering by **Client ID**, **Timekeeper ID**, **Time\Expense Item ID**

| * | Date | Description | Hrs | B-Hrs/Unit |
|---|------|-------------|-----|------------|
| **Backgrid USA, Inc.** - **Steve Ginsburg - Backgrid USA, Inc.** | | | | |
| **Jo Ardalan** - Jo Ardalan | | | | |
| **Billable:B** - Billable | | | | |
| | 9/10/2025 | Billable | 0.30 | 0.30 |
| | | Email correspondence re meet and confer for discovery dispute | | |
| | 9/16/2025 | Billable | 1.80 | 1.80 |
| | | Draft memo on ▮▮▮▮ call with Alex re ▮▮▮▮ confer with Evan re ▮▮▮▮ | | |
| | 9/16/2025 | Billable | 2.60 | 2.60 |
| | | Prepare for and attend meet and confer call regarding plaintiffs' discovery responses; draft confirming email message re the same | | |
| | 9/26/2025 | Billable | 0.20 | 0.20 |
| | | Calculate deadline to file submission to court to notifiy them deadline has passed to issue order on motion to dismiss | | |
| | 10/1/2025 | Billable | 0.30 | 0.30 |
| | | F/u re amended discovery responses with OC; ▮▮▮▮ | | |
| | 10/3/2025 | Billable | 1.80 | 1.80 |
| | | Meet and confer call re discovery with OC; draft notes re ▮▮▮▮ | | |
| | 10/6/2025 | Billable | 0.80 | 0.80 |
| | | Multiple emails with OC re copyright registrations and bate ranges; review ▮▮▮▮ | | |
| | 10/7/2025 | Billable | 2.00 | 2.00 |
| | | Continue meet and confer re BackGrid/Shutterstock's resposnes and prepare for the same | | |
| | 10/8/2025 | Billable | 2.80 | 2.80 |
| | | Prepare for and attend meet and confer call re BackGrid/Shutterstocks discovery responses (call is continued from yesterday); draft ▮▮▮▮ and confer with Alex re ▮▮▮▮ | | |
| | 10/9/2025 | Billable | 4.70 | 4.70 |
| | | Followup emails re ▮▮▮▮ attend followup meet and confer call re discovery; prepare ▮▮▮▮ email to Alex re ▮▮▮▮ draft email re ▮▮▮▮ | | |
| | 10/10/2025 | Billable | 0.90 | 0.90 |
| | | Confer with Scott re ▮▮▮▮ confer with Vanessa and Alex re ▮▮▮▮ | | |
| | 10/10/2025 | Billable | 0.70 | 0.70 |
| | | Confer with expert witness for ▮▮▮▮ | | |
| | 10/14/2025 | Billable | 0.50 | 0.50 |
| | | Draft request for informal discovery conference re infringement | | |

*  ◈ *= Non-Billable,* ✖ *= Xtra*
▤ *= Invoiced (mouse over for #),* ✎ *= Marked as Billed*

# One LLP

Accounting Office, 30021 Tomas, Third Floor, Suite 300
Rancho Santa Marg, CA 92688-
Tel: 949-502-2870 Fax: 949-258-5081

Time & Expense w/Custom Ordering

Printed on: 7/24/2026
Page 9 of 21

Filters Used:

- Matter ID:        Thibault Mauvilain:  to  Thibault Mauvilain:

Ordering by **Client ID**, **Timekeeper ID**, **Time\Expense Item ID**

| * | Date | Description | Hrs | B-Hrs/Unit |
|---|---|---|---|---|
| **Backgrid USA, Inc.** - Steve Ginsburg - Backgrid USA, Inc. | | | | |
| **Jo Ardalan** - Jo Ardalan | | | | |
| **Billable:B** - Billable | | | | |
| | 10/15/2025 | Billable | 3.00 | 3.00 |
| | | Multiple emails to plaintiffs re IDC; Draft declaration re plaintiff's non-compliance with IDC; review search terms proposed by plaintiffs; email to plaintiffs re search terms | | |
| | 10/17/2025 | Billable | 0.80 | 0.80 |
| | | Confer with Peter re ▮▮▮ and draft email to court re discovery | | |
| | 10/20/2025 | Billable | 2.00 | 2.00 |
| | | Confer with Alex re ▮▮▮▮▮ and review files | | |
| | 10/21/2025 | Billable | 1.80 | 1.80 |
| | | Draft IDC response; confer with Alex re ▮▮ ▮▮▮▮▮▮▮, confer with Alex re ▮▮▮▮▮ | | |
| | 10/22/2025 | Billable | 1.20 | 1.20 |
| | | Draft additional edits to discovery IDC response; confer with Peter re ▮▮▮▮ confer with Alex re ▮▮▮▮ | | |
| | 10/23/2025 | Billable | 0.30 | 0.30 |
| | | Multiple emails to OC re IDC | | |
| | 10/24/2025 | Billable | 0.40 | 0.40 |
| | | Draft email to magistrate judge re IDC | | |
| | 10/27/2025 | Billable | 3.60 | 3.60 |
| | | Draft ▮▮▮▮▮ email to Backgrid and confer with Louis re ▮▮▮▮ confer with Alex re ▮▮▮▮▮ | | |
| | 10/28/2025 | Billable | 1.70 | 1.70 |
| | | Continue to review deposit files for ▮▮▮▮ draft email re ▮▮▮ confer with Louis re ▮▮▮ | | |
| | 10/29/2025 | Billable | 2.10 | 2.10 |
| | | Begin review of infringement documents; confer with Alex re ▮▮▮▮ call with ▮▮▮▮ ediscovery contact re platform | | |
| | 10/29/2025 | Billable | 0.20 | 0.20 |
| | | Review LR request for ruling on motion to dismiss and confer with OC re the same | | |
| | 10/30/2025 | Billable | 4.80 | 4.80 |
| | | Factual research on ▮▮▮▮ review new discovery; confer with Alex re ▮▮▮ confer with Andrew re ▮▮▮ research ▮▮▮▮ | | |

*◇ = Non-Billable, ✕ = Xtra
▤ = Invoiced (mouse over for #), ✐ = Marked as Billed

**One LLP**

Accounting Office, 30021 Tomas, Third Floor, Suite 300
Rancho Santa Marg, CA 92688-
Tel: 949-502-2870 Fax: 949-258-5081

*Time & Expense w/Custom Ordering*

Printed on: 7/24/2026

Page 10 of 21

Filters Used:

- Matter ID:          Thibault Mauvilain:  to  Thibault Mauvilain:

Ordering by **Client ID**, **Timekeeper ID**, **Time\Expense Item ID**

| * | Date | Description | Hrs | B-Hrs/Unit |
|---|------|-------------|-----|------------|
| **Backgrid USA, Inc.** - **Steve Ginsburg - Backgrid USA, Inc.** | | | | |
| **Jo Ardalan** - **Jo Ardalan** | | | | |
| **Billable:B** - **Billable** | | | | |
| 📄 | 10/31/2025 | Billable | 5.10 | 5.10 |
| | | Review alleged infringement ▮▮▮▮▮ ▮▮▮▮▮ continue to collect publiclly available impeachment evidence ▮▮▮▮▮ ▮▮▮▮ ; review ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ review ▮▮▮▮▮▮▮▮ | | |
| 📄 | 11/3/2025 | Billable | 4.00 | 4.00 |
| | | Prepare for and attend IDC; Review ▮▮▮▮ ▮▮▮▮▮▮ and confer with Alex re ▮▮▮▮ | | |
| 📄 | 11/4/2025 | Billable | 1.60 | 1.60 |
| | | Draft email to Roberto re ▮▮ draft email to Sheila and Fame re ▮▮▮▮ further review of ▮▮▮▮ | | |
| 📄 | 11/5/2025 | Billable | 0.20 | 0.20 |
| | | Confer with BG re ▮▮▮▮ and draft email to court re the same | | |
| 📄 | 11/12/2025 | Billable | 3.30 | 3.30 |
| | | Attend meeting with Alex and Roberto re ▮▮▮ ▮▮▮▮ | | |
| 📄 | 11/13/2025 | Billable | 1.00 | 1.00 |
| | | Confer with Alex and Peter about ▮▮▮▮ ▮▮▮▮▮▮ review ▮▮▮▮▮ prepare for IDC | | |
| 📄 | 11/14/2025 | Billable | 0.40 | 0.40 |
| | | Multipe emails re ▮▮▮▮▮ ▮▮▮▮ | | |
| 📄 | 11/17/2025 | Billable | 0.30 | 0.30 |
| | | Draft email to Alex/Andrew re ▮▮▮▮ ▮▮▮▮ | | |
| 📄 | 11/18/2025 | Billable | 1.00 | 1.00 |
| | | Call with Peter to discuss ▮▮▮▮ ▮▮▮▮▮▮ draft changes to email message re ▮▮▮▮ confer with Alex and Keith re ▮▮▮▮ | | |
| 📄 | 11/18/2025 | Billable | 0.50 | 0.50 |
| | | *Call with Sheila  re ▮▮▮▮▮* | | |
| 📄 | 11/19/2025 | Billable | 1.10 | 1.10 |
| | | Attend discovery call with Sheila and plaintiffs counsel; conferwith Sheila re ▮▮▮▮▮ and confer with Peter re ▮▮▮▮ | | |
| 📄 | 12/3/2025 | Billable | 2.50 | 2.50 |
| | | *Call with Sheila re ▮▮▮▮ followup call with Sheila re ▮▮▮▮▮▮ send out IDC request to plaintiffs; send and edit email re ▮▮▮▮▮* | | |
| 📄 | 12/4/2025 | Billable | 0.80 | 0.80 |
| | | Multiple emails to OC re IDC; emails re ▮▮▮▮ ▮▮▮ | | |

*❖ = Non-Billable, ✖ = Xtra*

📄 = Invoiced (mouse over for #), 🖊 = Marked as Billed

**One LLP**

Accounting Office, 30021 Tomas, Third Floor, Suite 300
Rancho Santa Marg, CA 92688-
Tel: 949-502-2870 Fax: 949-258-5081

*Time & Expense w/Custom Ordering*

Printed on: 7/24/2026

Page 11 of 21

Filters Used:

- Matter ID:                    Thibault Mauvilain:  to  Thibault Mauvilain:

Ordering by **Client ID**, **Timekeeper ID**, **Time\Expense Item ID**

| * | Date | Description | Hrs | B-Hrs/Unit |
|---|---|---|---|---|
| **Backgrid USA, Inc.** - **Steve Ginsburg - Backgrid USA, Inc.** | | | | |
| **Jo Ardalan** - Jo Ardalan | | | | |
| **Billable:B** - Billable | | | | |
| | 12/6/2025 | Billable | 2.30 | 2.30 |
| | | Review responses produced by plaintiffs and followup on meet and confer efforts with respect to missing documents; confer with Alex re ██████ | | |
| | 12/8/2025 | Billable | 4.70 | 4.70 |
| | | Calls with Sheila re ████████████ amend RFPs and ███████████████ ██████████s; amend Rogs; call with Alex re ███████ | | |
| | 12/9/2025 | Billable | 4.50 | 4.50 |
| | | Email Alex and Roberto re ██████prepare for hearing, including prep powerpoint; prepare production | | |
| | 12/10/2025 | Billable | 6.20 | 6.20 |
| | | continue drafting powerpoint, Prep for IDC with Alex, Sheila, and Scott; review and produce files to the other side | | |
| | 12/11/2025 | Billable | 8.00 | 8.00 |
| | | Travel to and attend all day IDC | | |
| | 12/12/2025 | Billable | 0.70 | 0.70 |
| | | Confer with Alex re ███████████████ ███████████████ follow up with additional production to plaintiffs | | |
| | 12/16/2025 | Billable | 2.10 | 2.10 |
| | | Draft edits to proposed order; confer with Alex and Sheila re ████████ confer with Sheila re ███████████████ emails with Ryan re ███████████████ draft email message to the Court re the proposed order | | |
| | 12/29/2025 | Billable | 0.30 | 0.30 |
| | | Confer with Alex re ███████████████ ███████████████ and response to opposing counsel re the same | | |
| | 1/6/2026 | Billable | 0.30 | 0.30 |
| | | Draft email to court re IDC | | |
| | 1/12/2026 | Billable | 0.20 | 0.20 |
| | | Prepare for IDC | | |
| | 1/13/2026 | Billable | 5.80 | 5.80 |
| | | Prepare for IDC; confer with Alex re ████████ travel to and attend IDC; confer with Alex re ████████ confer with Peter and Dave re █████ draft report ███████████ | | |
| | 1/14/2026 | Billable | 1.00 | 1.00 |
| | | Draft settlement email and confer with BG re █████ | | |

*\* ◇ = Non-Billable, ✗ = Xtra*

📄 *= Invoiced (mouse over for #),* ✎ *= Marked as Billed*

# One LLP

Accounting Office, 30021 Tomas, Third Floor, Suite 300
Rancho Santa Marg, CA 92688-
Tel: 949-502-2870 Fax: 949-258-5081

Time & Expense w/Custom Ordering

Printed on: 7/24/2026

Page 12 of 21

**Filters Used:**

- Matter ID:          Thibault Mauvilain:  to  Thibault Mauvilain:

Ordering by **Client ID**, **Timekeeper ID**, **Time\Expense Item ID**

| * | Date | Description | Hrs | B-Hrs/Unit |
|---|---|---|---|---|
| **Backgrid USA, Inc.** | - **Steve Ginsburg - Backgrid USA, Inc.** | | | |
| **Jo Ardalan** - Jo Ardalan | | | | |
| **Billable:B** - Billable | | | | |
| | 1/15/2026 | Billable | 1.70 | 1.70 |
| | | Continue to edit settlement email to OC; review ██████ and confer with Alex re ██████ review ██████ and compare with  IDC info | | |
| | 1/16/2026 | Billable | 0.50 | 0.50 |
| | | Review draft email message to OC and confer with BG and co counsel | | |
| | 1/23/2026 | Billable | 1.00 | 1.00 |
| | | Draft edits to stip; Confer with co counsel re stip; draft email to OC re the same; confer with clients re ██████ | | |
| | 1/26/2026 | Billable | 0.90 | 0.90 |
| | | Multiple emails with opposing counsel re stipulation and proposed changes; discuss ██████ with co-counsel and Peter/Dave | | |
| | 1/27/2026 | Billable | 2.20 | 2.20 |
| | | Draft ex parte; confer with Alex re ██████ ██████ review license info | | |
| | 1/28/2026 | Billable | 4.60 | 4.60 |
| | | Confer with keith re ██████ draft ex parte application; confer with Alex and Sheila re ██████ review judge's standing order re the same; review discovery responses | | |
| | 1/29/2026 | Billable | 6.50 | 6.50 |
| | | Finalize ex parte application; draft ██████ ██████ draft under seal documents; review license info; meet and confer with opposing counsel; confer with Sheila re ██████ | | |
| | 2/9/2026 | Billable | 0.50 | 0.50 |
| | | *Confer with Peter re ██████; confer with Alex re ██████* | | |
| | 2/17/2026 | Billable | 1.20 | 1.20 |
| | | Draft email to OC re credit update; draft memo to general counsel re ██████ ██████ confer with OC re IDC dates | | |
| | 2/25/2026 | Billable | 4.30 | 4.30 |
| | | Review document production; take notes for depo prep and document issues | | |
| | 2/26/2026 | Billable | 1.80 | 1.80 |
| | | Further review of production; Draft email message re ██████ and review Scott's email re ██████ | | |
| | 3/2/2026 | Billable | 3.30 | 3.30 |
| | | Review order on motion to dismiss; confer with Peter and Alex re ██████ confer with Sheila re ██████ prepare for IDC and inventory discovery | | |

*\* ◇ = Non-Billable, ✖ = Xtra*
*▤ = Invoiced (mouse over for #), ✎ = Marked as Billed*

**One LLP**

Accounting Office, 30021 Tomas, Third Floor, Suite 300
Rancho Santa Marg, CA 92688-
Tel: 949-502-2870 Fax: 949-258-5081

Time & Expense w/Custom Ordering

Printed on: 7/24/2026

Page 13 of 21

Filters Used:

- Matter ID:          Thibault Mauvilain:  to  Thibault Mauvilain:

Ordering by **Client ID**, **Timekeeper ID**, **Time\Expense Item ID**

| * | Date | Description | Hrs | B-Hrs/Unit |
|---|------|-------------|-----|------------|
| **Backgrid USA, Inc.** - **Steve Ginsburg - Backgrid USA, Inc.** | | | | |
| **Jo Ardalan** - **Jo Ardalan** | | | | |
| **Billable:B** - **Billable** | | | | |
| | 3/3/2026 | Billable | 5.80 | 5.80 |
| | | Prepare for and attend IDC | | |
| | 3/4/2026 | Billable | 0.70 | 0.70 |
| | | Call with Alex re █████████████; review draft of credit email and send to OC | | |
| | 3/17/2026 | Billable | 0.20 | 0.20 |
| | | Review email from Mediator and calendar; confer with Alex re ██████████ | | |
| | 3/19/2026 | Billable | 1.50 | 1.50 |
| | | Review amended complaint; legal research on ████████████ confer with Sheila and Alex re ████████ | | |
| | 3/24/2026 | Billable | 5.60 | 5.60 |
| | | Draft request for meet and confer re motion to dismiss; Prepare for IDC; travel to and attend IDC | | |
| | 3/30/2026 | Billable | 5.20 | 5.20 |
| | | Begin drafting motion to dismiss; █████████████████████████████████ confer with Logickull re document searches and test the same | | |
| | 3/31/2026 | Billable | 9.10 | 9.10 |
| | | Draft motion to dismiss second amended complaint | | |
| | 4/1/2026 | Billable | 2.40 | 2.40 |
| | | Review draft and edit motion to dismiss | | |
| | 4/2/2026 | Billable | 2.60 | 2.60 |
| | | Draft PO, notice, and supporting declaration for motion to dismiss; final review and confer with Sheila re ███████████ | | |
| | 4/13/2026 | Billable | 7.50 | 7.50 |
| | | Review documents; review searches and reformat for Logikcull | | |
| | 4/14/2026 | Billable | 7.80 | 7.80 |
| | | Draft depo notices for each plaintiff; review depo topics; review documents and reformat searches | | |
| | 4/15/2026 | Billable | 4.80 | 4.80 |
| | | Review depo notices and confer with Alex re topics; review documents for production and determine ████████████████ █████████ confer with Alex; review documents; confer with Keith re █████████ | | |
| | 4/16/2026 | Billable | 6.70 | 6.70 |
| | | Call with ████████████████ confer with Roberto re █████████ create more searches in Logickull and review documents; attend and prepare for meet and confer call re depo topics; multiple emails ████████ | | |

*❖ = Non-Billable, ✖ = Xtra*

*📄 = Invoiced (mouse over for #), 🖉 = Marked as Billed*

# One LLP

Accounting Office, 30021 Tomas, Third Floor, Suite 300
Rancho Santa Marg, CA 92688-
Tel: 949-502-2870 Fax: 949-258-5081

Filters Used:

- Matter ID:                    Thibault Mauvilain:  to  Thibault Mauvilain:

Ordering by **Client ID**, **Timekeeper ID**, **Time\Expense Item ID**

| * | Date | Description | Hrs | B-Hrs/Unit |
|---|------|-------------|-----|------------|
| **Backgrid USA, Inc.** - **Steve Ginsburg - Backgrid USA, Inc.** | | | | |
| **Jo Ardalan** - **Jo Ardalan** | | | | |
| **Billable:B** - **Billable** | | | | |
| | 4/20/2026 | Billable | 0.30 | 0.30 |
| | | Draft confirming email re call re depositions | | |
| | 4/21/2026 | Billable | 0.60 | 0.60 |
| | | Review spreadsheets ▮▮▮▮ and files and confer with Roberto and Alex re ▮▮▮▮ | | |
| | 4/21/2026 | Billable | 3.20 | 3.20 |
| | | Review opposition and draft reply brief; compare FAC to SAC | | |
| | 4/21/2026 | Billable | 0.20 | 0.20 |
| | | Email to OC re merging depositions | | |
| | 4/22/2026 | Billable | 1.10 | 1.10 |
| | | review documents prepared by Roberto; confer with Alex and Roberto re ▮▮▮▮ review documents and prepare searches; | | |
| | 4/22/2026 | Billable | 3.50 | 3.50 |
| | | Continue to draft reply brief | | |
| | 4/23/2026 | Billable | 0.80 | 0.80 |
| | | confer with David and sheila re ▮▮▮▮ draft email re ▮▮▮▮ | | |
| | 4/23/2026 | Billable | 4.70 | 4.70 |
| | | Continue draft of reply brief | | |
| | 4/24/2026 | Billable | 2.20 | 2.20 |
| | | review ▮▮▮▮ os; draft memo to alex re ▮▮▮▮ email with Roberto re ▮▮▮▮ | | |
| | 4/24/2026 | Billable | 4.50 | 4.50 |
| | | Finalize reply brief; | | |
| | 4/26/2026 | Billable | 8.20 | 8.20 |
| | | Review documents and searches for producion; confer with Sheila and Alex re ▮▮▮▮ | | |
| | 4/27/2026 | Billable | 6.50 | 6.50 |
| | | Prepare documents for service; review produced documents; continue searches; draft emails to OC re documents and depositions; confer with Peter re ▮▮▮▮ | | |
| | 4/28/2026 | Billable | 1.30 | 1.30 |
| | | Multiple emails to PI re ▮▮▮▮ draft IDC statement | | |
| | 4/29/2026 | Billable | 1.50 | 1.50 |
| | | Multiple emails regarding scheduling depositions and IDC statement; confer with megan re ▮▮▮▮ | | |
| | 5/1/2026 | Billable | 0.40 | 0.40 |
| | | Confer with Alex and Steve re ▮▮▮▮ review depo schedule | | |

*◈ = Non-Billable, ✗ = Xtra*

📄 *= Invoiced (mouse over for #),* 🖉 *= Marked as Billed*

**One LLP**

Accounting Office, 30021 Tomas, Third Floor, Suite 300
Rancho Santa Marg, CA 92688-
Tel: 949-502-2870 Fax: 949-258-5081

Time & Expense w/Custom Ordering

Printed on: 7/24/2026

Page 15 of 21

Filters Used:
- Matter ID:          Thibault Mauvilain:  to  Thibault Mauvilain:

Ordering by Client ID, Timekeeper ID, Time\Expense Item ID

| * | Date | Description | Hrs | B-Hrs/Unit |
|---|------|-------------|-----|------------|

**Backgrid USA, Inc. - Steve Ginsburg - Backgrid USA, Inc.**

**Jo Ardalan - Jo Ardalan**

**Billable:B - Billable**

| * | Date | Description | Hrs | B-Hrs/Unit |
|---|------|-------------|-----|------------|
| 🖹 | 5/4/2026 | Billable | 1.00 | 1.00 |
| | | Confer re ███████████ with Sheila; review calendar and draft email to OC and internally re the same; confer with Steve and Roberto re ███ ███ | | |
| 🖹 | 5/5/2026 | Billable | 4.70 | 4.70 |
| | | Confer with Sheila re ██████ draft amended responses to RFPs; review joint stip; finish searches | | |
| 🖹 | 5/6/2026 | Billable | 2.20 | 2.20 |
| | | Attend IDC and confer with Sheila re ██████ confer with Peter re ██████████ | | |
| 🖹 | 5/6/2026 | Billable | 3.30 | 3.30 |
| | | Review discovery requests and send followup emails to BG re █████████████ review discovery and production | | |
| 🖹 | 5/7/2026 | Billable | 1.30 | 1.30 |
| | | M&C call re continuance FFN discovery and joint stip; confer with Sheila re ██████ | | |
| 🖹 | 5/8/2026 | Billable | 0.90 | 0.90 |
| | | Draft amended depo notices; review calendar; search for location in SD for Parant depo | | |
| 🖹 | 5/8/2026 | Billable | 2.00 | 2.00 |
| | | Compile documents for production and complete redactions | | |
| 🖹 | 5/8/2026 | Billable | 1.00 | 1.00 |
| | | Attend IDC ██████████████ confer with Sheila | | |
| 🖹 | 5/9/2026 | Billable | 1.50 | 1.50 |
| | | Attend meet and confer call with OC re discovery; draft notes ████████ | | |
| 🖹 | 5/10/2026 | billable | 4.50 | 4.50 |
| | | Prepare for depositions | | |
| 🖹 | 5/11/2026 | Billable | 0.40 | 0.40 |
| | | Draft email to Judge Audero re IDC | | |
| 🖹 | 5/11/2026 | billable | 1.00 | 1.00 |
| | | Begin amend supplemental responses | | |
| 🖹 | 5/11/2026 | Billable | 0.50 | 0.50 |
| | | Draft multiple emails to BG re ██████████ | | |
| 🖹 | 5/11/2026 | Billable | 0.80 | 0.80 |
| | | Draft response to M&C email from Sergenian; review notes | | |
| 🖹 | 5/12/2026 | Billable | 0.70 | 0.70 |
| | | Prepare for IDC and confer with Sheila re ██████ ████ | | |
| 🖹 | 5/12/2026 | billable | 2.60 | 2.60 |
| | | Prepare shutterstock supplemental responses | | |

BillQuick Standard Report Copyright © BQE Software, Inc.

**One LLP**

Accounting Office, 30021 Tomas, Third Floor, Suite 300
Rancho Santa Marg, CA 92688-
Tel: 949-502-2870 Fax: 949-258-5081

Printed on: 7/24/2026

Filters Used:

- Matter ID:                Thibault Mauvilain:  to  Thibault Mauvilain:

Ordering by **Client ID**, **Timekeeper ID**, **Time\Expense Item ID**

| * | Date | Description | Hrs | B-Hrs/Unit |
|---|------|-------------|-----|------------|
| **Backgrid USA, Inc.** - **Steve Ginsburg - Backgrid USA, Inc.** | | | | |
| **Jo Ardalan** - Jo Ardalan | | | | |
| **Billable:B** - Billable | | | | |
| 📄 | 5/13/2026 | Billable | 0.30 | 0.30 |
| | | Multiple emails re depos with OC and Megan/Vertitext | | |
| 📄 | 5/13/2026 | billable | 3.30 | 3.30 |
| | | Attend IDC; draft email the Alex re ▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉ | | |
| 📄 | 5/14/2026 | Billable | 3.70 | 3.70 |
| | | Draft email to followup on IDC and review ▉▉▉; draft email re ▉▉▉▉▉▉▉▉▉▉ multiple calls with Alex; review joint statement and review deadlines; multiple emails re depo dates; call with Sheile re ▉▉▉ | | |
| 📄 | 5/14/2026 | billable | 0.50 | 0.50 |
| | | Review witness list and call Justin re ▉▉▉ ▉▉▉▉ | | |
| 📄 | 5/15/2026 | Billable | 0.40 | 0.40 |
| | | Review email from David and draft response | | |
| 📄 | 5/15/2026 | billable | 8.00 | 8.00 |
| | | *Meet with Alex to prepare for depositions* | | |
| 📄 | 5/16/2026 | billable | 1.50 | 1.50 |
| | | Draft joint stip | | |
| 📄 | 5/16/2026 | Billable | 6.80 | 6.80 |
| | | Prepare for deposititions | | |
| 📄 | 5/16/2026 | Billable | 1.20 | 1.20 |
| | | Review joint stip re search terms and draft section re search terms | | |
| 📄 | 5/17/2026 | Billable | 6.70 | 6.70 |
| | | Prepare for THibault depo | | |
| 📄 | 5/18/2026 | Billable | 12.40 | 12.40 |
| | | Prepare for and attent Thibault depo; confer with Alex, Sheila, Steve and Peter re ▉▉▉▉ | | |
| 📄 | 5/19/2026 | Billable | 4.70 | 4.70 |
| | | Draft opposition to ex parte request | | |
| 📄 | 5/19/2026 | Billable | 0.30 | 0.30 |
| | | Draft email re depositions to David S | | |
| 📄 | 5/19/2026 | Billable | 5.20 | 5.20 |
| | | Prepare for Mazari depo | | |
| 📄 | 5/20/2026 | Billable | 11.20 | 11.20 |
| | | Prepare for and attend depo of Mazari; confer with Alex re ▉▉▉ | | |
| 📄 | 5/21/2026 | Billable | 5.30 | 5.30 |
| | | Prepare for Wolf depo; confer with Alex re ▉▉ ▉▉▉ | | |
| 📄 | 5/21/2026 | Billable | 6.40 | 6.40 |
| | | Draft joint stipulation; draft multiple emails re joint stipulation filing; draft request to strike joint stip | | |

*  ◆ = *Non-Billable*, ✘ = *Xtra*
📄 = *Invoiced (mouse over for #)*, 🖉 = *Marked as Billed*

# One LLP

Accounting Office, 30021 Tomas, Third Floor, Suite 300
Rancho Santa Marg, CA 92688-
Tel: 949-502-2870 Fax: 949-258-5081

Time & Expense w/Custom Ordering

Printed on: 7/24/2026

Page 17 of 21

Filters Used:

- Matter ID:                     Thibault Mauvilain:  to  Thibault Mauvilain:

Ordering by **Client ID**, **Timekeeper ID**, **Time\Expense Item ID**

| * | Date | Description | Hrs | B-Hrs/Unit |
|---|------|-------------|-----|-----------|
| **Backgrid USA, Inc.** - **Steve Ginsburg - Backgrid USA, Inc.** | | | | |
| **Jo Ardalan** - **Jo Ardalan** | | | | |
| **Billable:B - Billable** | | | | |
| 📄 | 5/22/2026 | Billable | 9.30 | 9.30 |
| | | Prepare for and take depo of Chris Wolf; confer with Peter re ████████ confer ████████ ████████ | | |
| 📄 | 5/22/2026 | Billable | 0.40 | 0.40 |
| | | Draft changes to request to strike | | |
| 📄 | 5/24/2026 | Billable | 0.50 | 0.50 |
| | | *Review production re demand letter; draft email* ████████████████ *produce additional documents* | | |
| 📄 | 5/25/2026 | Billable | 6.70 | 6.70 |
| | | Prepare for Boutefeu depo; followup with court reporter re exhibits | | |
| 📄 | 5/26/2026 | Billable | 9.90 | 9.90 |
| | | Prepare for and attend deposition for Boutefeu | | |
| 📄 | 5/27/2026 | Billable | 5.70 | 5.70 |
| | | Prepare for Medhi depo; confer with Alex, Roberto, Scott, and Sheile re ██████ | | |
| 📄 | 5/28/2026 | Billable | 10.30 | 10.30 |
| | | Prepare for and attend depo of Mehdi | | |
| 📄 | 6/1/2026 | Billable | 7.20 | 7.20 |
| | | Prepare for Jeremy Duplaquet depo, including review produced documents, and confer with Alex re ████████████████ | | |
| 📄 | 6/2/2026 | Billable | 9.10 | 9.10 |
| | | Prepare for and take deposition of Jeremy Duplequet | | |
| 📄 | 6/3/2026 | Billable | 1.80 | 1.80 |
| | | Draft email to OC re discovery/spoliation/ review reccord re requests; confer with Peter re ██████ | | |
| 📄 | 6/3/2026 | Billable | 1.20 | 1.20 |
| | | Followup with court reporters re exhibits | | |
| 📄 | 6/4/2026 | Billable | 0.80 | 0.80 |
| | | Review draft of email message to OC re native files and missing production | | |
| 📄 | 6/4/2026 | Billable | 0.40 | 0.40 |
| | | *confer with* ████████████ | | |
| 📄 | 6/4/2026 | Billable | 1.50 | 1.50 |
| | | Review joint stip and begin prepare response | | |
| 📄 | 6/5/2026 | Billable | 0.40 | 0.40 |
| | | Additional emails with court reporters re exhibits and transcript | | |
| 📄 | 6/8/2026 | Billable | 6.30 | 6.30 |
| | | Continue drafting joint stipulation, supporting declaration, and compile exhibits | | |

*◇ = Non-Billable, ✗ = Xtra*
📄 = Invoiced (mouse over for #), ✎ = Marked as Billed

# One LLP

Accounting Office, 30021 Tomas, Third Floor, Suite 300
Rancho Santa Marg, CA 92688-
Tel: 949-502-2870 Fax: 949-258-5081

Time & Expense w/Custom Ordering

Printed on: 7/24/2026

Page 18 of 21

**Filters Used:**

- Matter ID:                    Thibault Mauvilain:  to  Thibault Mauvilain:

Ordering by **Client ID**, **Timekeeper ID**, **Time\Expense Item ID**

| * | Date | Description | Hrs | B-Hrs/Unit |
|---|------|-------------|-----|------------|
| | | **Backgrid USA, Inc.** - Steve Ginsburg - Backgrid USA, Inc. | | |
| | | **Jo Ardalan** - Jo Ardalan | | |
| | | **Billable:B** - Billable | | |
| 📄 | 6/8/2026 | Billable | 0.70 | 0.70 |
| | | Draft email to Ryan re native files; confer to team re ████ and update joint stip with the same | | |
| 📄 | 6/10/2026 | Billable | 4.50 | 4.50 |
| | | Draft email to OC re native files; research newly assigned magistrate judge and discovery rules in preperation for motion to compel; review new draft of joint stip and confer with OC re the same; prepare for Kyndt depo | | |
| 📄 | 6/11/2026 | Billable | 0.30 | 0.30 |
| | | *Draft multiple emails re* ████ *and re Kyndt deposition and review past email messages re the same* | | |
| 📄 | 6/12/2026 | Billable | 3.50 | 3.50 |
| | | *Draft status email to BG; draft IDC request to OC; review stipulations and request to sub out; confer with Alex, Peter, and Flynet counsel re* ████ | | |
| 📄 | 6/15/2026 | Billable | 8.80 | 8.80 |
| | | Legal research on ████ and confer with Alex and Peter re ████ draft meet and confer letter re sanctions motion; begin motion | | |
| 📄 | 6/17/2026 | Billable | 2.90 | 2.90 |
| | | Continue to draft sanctions motion and pull depo transcripts | | |
| 📄 | 6/17/2026 | Billable | 0.20 | 0.20 |
| | | F/u email re meet and confer and confer with client re ████ | | |
| 📄 | 6/18/2026 | Billable | 1.50 | 1.50 |
| | | Continue to pull depo transcripts for motion | | |
| 📄 | 6/18/2026 | Billable | 0.20 | 0.20 |
| | | *F/u email re meet and confer and confer with client re* ████ | | |
| 📄 | 6/19/2026 | Billable | 4.20 | 4.20 |
| | | Continue to draft sanctions motion | | |
| 📄 | 6/22/2026 | Billable | 0.60 | 0.60 |
| | | Meet and confer with Ryan re sanctions motion and draft confirming email message | | |
| 📄 | 6/26/2026 | Billable | 3.70 | 3.70 |
| | | Continue to draft sanctions motion | | |
| | 7/10/2026 | Billable | 5.60 | 5.60 |
| | | Continue drafting sanctions motion; draft decl and compile exhibits | | |
| | 7/10/2026 | Billable | 0.80 | 0.80 |
| | | Prepare response to Thibault re joint stipulation/motion to compel | | |
| | 7/13/2026 | Billable | 3.70 | 3.70 |
| | | continue drafting sanctions motion | | |

* ◈ = Non-Billable, ✗ = Xtra
📄 = Invoiced (mouse over for #), 🖊 = Marked as Billed

# One LLP

Accounting Office, 30021 Tomas, Third Floor, Suite 300
Rancho Santa Marg, CA 92688-
Tel: 949-502-2870 Fax: 949-258-5081

**Time & Expense w/Custom Ordering**

Printed on: 7/24/2026

Page 19 of 21

**Filters Used:**

- Matter ID:          Thibault Mauvilain:  to  Thibault Mauvilain:

Ordering by **Client ID**, **Timekeeper ID**, **Time\Expense Item ID**

| * | Date | Description | Hrs | B-Hrs/Unit |
|---|------|-------------|-----|------------|
| **Backgrid USA, Inc.** - **Steve Ginsburg - Backgrid USA, Inc.** | | | | |
| **Jo Ardalan** - Jo Ardalan | | | | |
| **Billable:B - Billable** | | | | |
| | 7/14/2026 | Billable | 6.80 | 6.80 |
| | | Finalize first draft of brief; begin prep of exhibits; confer with Alex and Andrew re ▮▮▮▮▮ | | |
| | 7/16/2026 | Billable | 0.40 | 0.40 |
| | | Prepare for and attend call with Thibault and Henri re sanctions motion and discovery motion | | |
| | 7/17/2026 | Billable | 3.80 | 3.80 |
| | | review and revise Ardalan decl, request for judicial notice, review and compile exhibits, confer with lauren re ▮▮▮▮▮ | | |
| | 7/23/2026 | Billable | 4.70 | 4.70 |
| | | Finalize motion and exhibits | | |
| | | **Billable:B Totals:** | **595.30** | **595.30** |
| | **No Charge:N/C - No Charge** | | | |
| 📄 | 5/25/2026 | No Charge | 3.00 | 3.00 |
| | | Attend and prepare for deposition | | |
| | | **No Charge:N/C Totals:** | **3.00** | **3.00** |
| | | **Jo Ardalan Totals:** | **598.30** | **598.30** |
| **Peter R. Afrasiabi** - Peter Afrasiabi | | | | |
| **Billable:B - Billable** | | | | |
| 📄 | 6/9/2025 | Billable | 1.00 | 1.00 |
| | | *Review and edits to MTD* | | |
| 📄 | 6/24/2025 | Billable | 0.50 | 0.50 |
| | | *review and analyze opp brief* | | |
| 📄 | 6/27/2025 | Billable | 1.00 | 1.00 |
| | | *edit and revise opposition to motion* | | |
| 📄 | 10/17/2025 | Billable | 0.30 | 0.30 |
| | | *Conf call w JA re* ▮▮▮▮▮ | | |
| 📄 | 10/21/2025 | Billable | 0.40 | 0.40 |
| | | *Review disco docs and corr on* ▮▮▮▮▮ *review IDC claim and response* | | |
| 📄 | 10/27/2025 | Billable | 0.30 | 0.30 |
| | | *Confer JA re* ▮▮▮▮▮ | | |
| 📄 | 10/30/2025 | Billable | 0.80 | 0.80 |
| | | *Confer JA re* ▮▮▮▮▮ | | |
| 📄 | 11/4/2025 | Billable | 0.30 | 0.30 |
| | | *conf w JA re* ▮▮▮▮▮ | | |
| 📄 | 11/17/2025 | Billable | 0.50 | 0.50 |
| | | *review and analyze conference management information, issue and conference with JA regarding* ▮▮▮▮ | | |
| 📄 | 12/16/2025 | Billable | 0.50 | 0.50 |
| | | *review hearing Ppt and cons w JA re* ▮▮▮▮ | | |

BillQuick Standard Report Copyright © BQE Software, Inc.

* ◈ = *Non-Billable*, ✗ = *Xtra*

📄 = *Invoiced (mouse over for #),* 🖊 = *Marked as Billed*

**One LLP**

Accounting Office, 30021 Tomas, Third Floor, Suite 300
Rancho Santa Marg, CA 92688-
Tel: 949-502-2870 Fax: 949-258-5081

Printed on: 7/24/2026

Page 20 of 21

Filters Used:

- Matter ID:            Thibault Mauvilain:  to  Thibault Mauvilain:

Ordering by **Client ID**, **Timekeeper ID**, **Time\Expense Item ID**

| * | Date | Description | Hrs | B-Hrs/Unit |
|---|------|-------------|-----|------------|
| **Backgrid USA, Inc.** - Steve Ginsburg - Backgrid USA, Inc. | | | | |
| **Peter R. Afrasiabi** - Peter Afrasiabi | | | | |
| **Billable:B** - Billable | | | | |
| 📄 | 1/12/2026 | Billable | 0.30 | 0.30 |
| | | *Review corr from JA on ▮▮▮▮▮▮▮* | | |
| 📄 | 1/13/2026 | Billable | 0.50 | 0.50 |
| | | *Conf w JA on ▮▮▮▮* | | |
| 📄 | 1/23/2026 | Billable | 0.20 | 0.20 |
| | | *review and edits to report* | | |
| 📄 | 1/29/2026 | Billable | 0.50 | 0.50 |
| | | *Review ex parte and conference with JA regarding ▮▮▮* | | |
| 📄 | 2/28/2026 | Billable | 1.00 | 1.00 |
| | | *Review MTD briefing and IDC docs, calls with JA regarding ▮▮▮* | | |
| 📄 | 3/11/2026 | Billable | 1.00 | 1.00 |
| | | *preview complaint and order and discovery IDC emails on case issues, cons w JA ▮▮▮* | | |
| 📄 | 3/31/2026 | Billable | 1.00 | 1.00 |
| | | *review and edit motion to dismiss* | | |
| 📄 | 4/22/2026 | Billable | 0.50 | 0.50 |
| | | *review corr on discovery issues and conf w JA (4-14) re ▮▮▮* | | |
| 📄 | 4/28/2026 | Billable | 1.00 | 1.00 |
| | | *confs w JA re ▮▮▮ and review meet and confer corr on depos, review internal findings* | | |
| 📄 | 5/6/2026 | Billable | 0.50 | 0.50 |
| | | *conf w JA re ▮▮▮* | | |
| 📄 | 5/11/2026 | Billable | 0.20 | 0.20 |
| | | *corr analysis on discovery and IDC issues* | | |
| 📄 | 5/19/2026 | Billable | 1.60 | 1.60 |
| | | *conf w JA re ▮▮▮* | | |
| 📄 | 5/21/2026 | Billable | 0.80 | 0.80 |
| | | *conf w JA re ▮▮▮* | | |
| 📄 | 5/26/2026 | Billable | 0.50 | 0.50 |
| | | *conf w JA re ▮▮▮* | | |
| 📄 | 6/12/2026 | Billable | 0.40 | 0.40 |
| | | *conf w JA re ▮▮▮ review dismissal issues* | | |
| | | **Billable:B Totals:** | **15.60** | **15.60** |
| | | **Peter R. Afrasiabi Totals:** | **15.60** | **15.60** |
| **TPIA** - The Preferred Interpreting Agency, Inc. | | | | |
| **Other expenses:E124** - E124 Other expenses | | | | |
| 📄 ✕ | 6/11/2026 | E124 Other expenses Invoice 26-2401 | 0.00 | 1.00 |

BillQuick Standard Report Copyright © BQE Software, Inc.

**One LLP**

Accounting Office, 30021 Tomas, Third Floor, Suite 300
Rancho Santa Marg, CA 92688-
Tel: 949-502-2870 Fax: 949-258-5081

Printed on: 7/24/2026

Page 21 of 21

Filters Used:

- Matter ID:          Thibault Mauvilain:  to  Thibault Mauvilain:

Ordering by **Client ID**, **Timekeeper ID**, **Time\Expense Item ID**

| * | Date | Description | Hrs | B-Hrs/Unit |
|---|------|-------------|-----|------------|
| **Backgrid USA, Inc.** - **Steve Ginsburg - Backgrid USA, Inc.** | | | | |
| **TPIA** - **The Preferred Interpreting Agency, Inc.** | | | | |
| | | Other expenses:E124 Totals: | 0.00 | 1.00 |
| | | **TPIA** Totals: | 0.00 | 1.00 |
| | | **Backgrid USA, Inc.** Totals: | 696.70 | 698.70 |
| | | **Grand Services** Totals: | 696.70 | 696.70 |
| | | **Grand Expense** Totals: | | 2.00 |
| | | **Grand Totals:** | 696.70 | 698.70 |

*One LLP*

*⬦ = Non-Billable,  ✖ = Xtra*

BillQuick Standard Report Copyright © BQE Software, Inc.

▤ = Invoiced (mouse over for #), ✎ = Marked as Billed