Joanna Ardalan (SBN 285384)
Email: jardalan@onellp.com
Peter R. Afrasiabi (SBN 193336)
Email: pafrasiabi@onellp.com
David W. Quinto (SBN 106232)
Email: dquinto@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:    (949) 258-5081

Attorneys for Defendants,
BACKGRID INC., BACKGRID USA, INC., AND
SHUTTERSTOCK, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation and DOES 1–10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-2757-FLA-MAA<br>Hon. Fernando L. Aenlle-Rocha<br><br>**APPLICATION FOR LEAVE TO FILE EXHIBITS TO DECLARATION OF JOANNA ARDALAN AND DECLARATION OF ALEX KANTIF IN SUPPORT OF DEFENDANTS BACKGRID USA, INC. BACKGRID INC., AND SHUTTERSTOCK INC.'S MOTION FOR SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL**<br><br>*[DECLARATION OF JOANNA ARDALAN, EXHIBITS, PROPOSED ORDER, AND PROOF OF SERVICE SUBMITTED CONCURRENTLY HEREWITH]* |

**APPLICATION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rules 79-5.1 and 79-5.2.2, Defendants Backgrid, Inc., Backgrid USA, Inc., and Shutterstock, Inc. respectfully request leave to file Exhibits 2, 10-2, 11 and 12 to the Declaration of Joanna Ardalan in support of Defendants' Motion for Sanctions Against Plaintiffs and Their Counsel, as well as Exhibits A and B to the Declaration of Alex Kantif in support of Defendants' Motion for Sanctions Against Plaintiffs and Their Counsel under seal.

The basis for requesting leave to file Exhibits 2, 10-2, 11 and 12 to the Ardalan Declaration and Exhibit A to the Kantif Declaration under seal is that they include confidential license information. This information includes the costs to third parties to license the works. Therefore, the public filing of this information would give competitors commercially valuable pricing information. The exhibits expressly include the name of the licensee and the cost of the license. Defendants will redact only the pricing information when the document is filed through ECF, although Defendants request that Exhibit 2, which is a native file lodged with the Court,  and Exhibit A, which are image files, be placed under seal in their entirety because it is impracticable to redact them.

The basis for requesting leave to file Exhibit B to the Kantif Declaration under seal is that it contains bank records, with plaintiffs' bank account numbers.

The supporting Declaration of Joanna Ardalan, a copy of the Exhibits, and a Proposed Order granting leave to file the unredacted version of the document under seal are submitted concurrently herewith.

/ / /

/ / /

/ / /

1

**APPLICATION FOR LEAVE TO FILE UNDER SEAL**

WHEREFORE, Defendants respectfully request that the Court grant leave to file the aforementioned unredacted version under seal.

Dated: July 31, 2026                    **ONE LLP**

By: /s/ Joanna Ardalan
    Joanna Ardalan
    Peter R. Afrasiabi
    David W. Quinto
    Attorneys for Defendants BackGrid Inc.,
    BackGrid USA, Inc., & Shutterstock, Inc.

**APPLICATION FOR LEAVE TO FILE UNDER SEAL**