# Exhibit 11

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

 Outlook

---

## RE: 37-1 Meet and Confer Request re Plaintiffs' Discovery Responses

---

**From** Jo Ardalan <jardalan@onellp.com>

**Date** Wed 12/10/2025 6:30 PM

**To** Ryan Carreon <rcarreon@whitewoodlaw.com>

**Cc** Sheila Mojtehedi <sheila@mojtehedi.com>; Shengmao Mu <smu@whitewoodlaw.com>; David Sergenian <david@sergenianlaw.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Evan Littman <elittman@onellp.com>; David Quinto <dquinto@onellp.com>; Elizabeth Guzman <egcrimparalegal@gmail.com>; Abby Neu <aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>

---

📎 1 attachment (4 MB)

BACKGRID 12-10-25 CONFIDENTIAL.pdf;

Super. Also see the files.

--
**Jo Ardalan**
**Partner**



**one llp**

Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice:  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

**From:** Ryan Carreon <rcarreon@whitewoodlaw.com>
**Sent:** Wednesday, December 10, 2025 5:28 PM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Sheila Mojtehedi <sheila@mojtehedi.com>; Shengmao Mu <smu@whitewoodlaw.com>; David Sergenian <david@sergenianlaw.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Evan Littman <elittman@onellp.com>; David Quinto <dquinto@onellp.com>; Elizabeth Guzman <egcrimparalegal@gmail.com>; Abby Neu <aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>
**Subject:** Re: 37-1 Meet and Confer Request re Plaintiffs' Discovery Responses

That seems to have worked. Thank you.

On Wed, Dec 10, 2025 at 5:21 PM Jo Ardalan <jardalan@onellp.com> wrote:

This might be too big to attach. Can you open this?

--
**Jo Ardalan**
**Partner**



**one llp**

Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice:  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

**From:** Ryan Carreon <rcarreon@whitewoodlaw.com>
**Sent:** Wednesday, December 10, 2025 5:15 PM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Sheila Mojtehedi <sheila@mojtehedi.com>; Shengmao Mu <smu@whitewoodlaw.com>; David Sergenian <david@sergenianlaw.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Evan Littman <elittman@onellp.com>; David Quinto <dquinto@onellp.com>; Elizabeth Guzman <egcrimparalegal@gmail.com>; Abby Neu <aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>
**Subject:** Re: 37-1 Meet and Confer Request re Plaintiffs' Discovery Responses

Jo,

I am not sure if it's just me, but when I go to open the downloaded file, I am getting an error message, and the file appears to be zero bytes.

On Tue, Dec 9, 2025 at 9:42 PM Jo Ardalan <jardalan@onellp.com> wrote:

> You should have received a link to the production in a separate email.
>
> It is also available  here.
>
>
> --
> **Jo Ardalan**
> **Partner**
>
> **one llp**
>
> Intellectual Property & Entertainment Law
> 310-437-8665 (Direct)
> 323-309-9215 (Cell)
> jardalan@onellp.com
>
> *Notice*:  *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

**From:** Ryan Carreon <rcarreon@whitewoodlaw.com>
**Sent:** Tuesday, December 9, 2025 5:00 PM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Sheila Mojtehedi <sheila@mojtehedi.com>; Shengmao Mu <smu@whitewoodlaw.com>; David Sergenian <david@sergenianlaw.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Evan Littman <elittman@onellp.com>; David Quinto <dquinto@onellp.com>; Elizabeth Guzman <egcrimparalegal@gmail.com>; Abby Neu <aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>;

Keaton Smith <ksmith@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>
**Subject:** Re: 37-1 Meet and Confer Request re Plaintiffs' Discovery Responses

Jo,

We will agree to treat any documents designated as "Confidential" as such under the protective order. I will go ahead and get the protective order filed this evening.

On Mon, Dec 8, 2025 at 7:37 PM Jo Ardalan <jardalan@onellp.com> wrote:

> It may take the Court a couple of days to approve the PO.
>
> If everyone can confirm that they will treat documents designated as "Confidential" as such under the PO, we will go ahead and make a production.
>
> --
> **Jo Ardalan**
> **Partner**
>
> **one llp**
>
> Intellectual Property & Entertainment Law
> 310-437-8665 (Direct)
> 323-309-9215 (Cell)
> jardalan@onellp.com
>
> *Notice*: *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*
>
> ---
>
> **From:** Sheila Mojtehedi <sheila@mojtehedi.com>
> **Sent:** Monday, December 8, 2025 3:43 PM
> **To:** Jo Ardalan <jardalan@onellp.com>
> **Cc:** Ryan Carreon <rcarreon@whitewoodlaw.com>; Shengmao Mu <smu@whitewoodlaw.com>; David Sergenian <david@sergenianlaw.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Evan Littman <elittman@onellp.com>; David Quinto <dquinto@onellp.com>; Elizabeth Guzman <egcrimparalegal@gmail.com>; Abby Neu <aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>
> **Subject:** Re: 37-1 Meet and Confer Request re Plaintiffs' Discovery Responses
>
> If it's the standard order, I'm okay with this, too, and you can include my signature as well. Thank you.

Best regards,

Sheila Mojtehedi
P: 323.412.0472

CONFIDENTIALITY NOTICE

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately. Thank you.

On Mon, Dec 8, 2025 at 3:32 PM Jo Ardalan <jardalan@onellp.com> wrote:

> We are fine with this. You can add our signature.
>
> --
> **Jo Ardalan**
> **Partner**
>
>
>
> Intellectual Property & Entertainment Law
> 310-437-8665 (Direct)
> 323-309-9215 (Cell)
> jardalan@onellp.com
>
> *Notice*:  *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*
>
> ---
>
> **From:** Ryan Carreon <rcarreon@whitewoodlaw.com>
> **Sent:** Friday, October 31, 2025 1:45 PM
> **To:** Shengmao Mu <smu@whitewoodlaw.com>
> **Cc:** Jo Ardalan <jardalan@onellp.com>; David Sergenian <david@sergenianlaw.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Evan Littman <elittman@onellp.com>; David Quinto <dquinto@onellp.com>; Sheila Mojtehedi <sheila@mojtehedi.com>; Elizabeth Guzman <egcrimparalegal@gmail.com>; Abby Neu <aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>
> **Subject:** Re: 37-1 Meet and Confer Request re Plaintiffs' Discovery Responses
>
> Hi Jo,

Attached is a draft stipulated protective order for your review and comment. I have also attached Magistrate Judge Audero's draft order for your reference.

On Fri, Oct 31, 2025 at 4:19 PM Shengmao Mu <smu@whitewoodlaw.com> wrote:

Hello Jo,

Please find Plaintiffs' production related to metadata contained within Plaintiffs' copyrighted photographs. The native photos, which contained the metadata, were provided to you long time ago. We will be supplementing production as soon as available.

Best,

Sam (Shengmao) Mu  | Principal Attorney

Whitewood Law PLLC

57 West 57th Street
3rd and 4th Floors
Manhattan, NY, 10019

Tel: (917)858-8018
Fax: (917)591-0618
Email: smu@whitewoodlaw.com

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

On Wed, Oct 29, 2025 at 4:12 PM Shengmao Mu <smu@whitewoodlaw.com> wrote:

Hello Jo,

Please find examples of the infringing evidence bate stamped Thibault012973 - Thibault013715.

https://we.tl/t-vMMUSi2uPF

We will be producing more screenshots of the IPTC metadata and infringing evidence on a rolling basis. All the native photographs we disclosed previously contain the original IPTC metadata. So you can use photo mechanic to view the IPTC.

Best.


Sam (Shengmao) Mu  | Principal Attorney

Whitewood Law PLLC

57 West 57th Street
3rd and 4th Floors
Manhattan, NY, 10019

Tel: (917)858-8018
Fax: (917)591-0618
Email: smu@whitewoodlaw.com

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.


On Tue, Oct 14, 2025 at 2:31 PM Shengmao Mu <smu@whitewoodlaw.com> wrote:

Hi Jo,

Please find the bate range associated with each copyright registration. Also, please find our proposed search terms and let us know if you have any questions. In terms of the native files, my understanding after my communication with Plaintiffs is that they are the photos that were submitted to the agencies, there should be no name change from Plaintiffs but I will get back to you with responses from each one of them.

Best,

Sam (Shengmao) Mu  | Principal Attorney

Whitewood Law PLLC

57 West 57th Street

3rd and 4th Floors

Manhattan, NY, 10019

Tel: (917)858-8018

Fax: (917)591-0618

Email: smu@whitewoodlaw.com

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

On Thu, Oct 9, 2025 at 2:54 PM Jo Ardalan <jardalan@onellp.com> wrote:

> Per our call just now, you reminded me that Monday is a holiday. Please get back to us by no later than 10 am Tuesday.
>
> --
> **Jo Ardalan**
> **Partner**
>
> **one llp**
>
> Intellectual Property & Entertainment Law
> 310-437-8665 (Direct)
> 323-309-9215 (Cell)
> jardalan@onellp.com
>
> *Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*
>
> **From:** Jo Ardalan
> **Sent:** Thursday, October 9, 2025 11:52 AM
> **To:** 'Shengmao Mu' <smu@whitewoodlaw.com>
> **Cc:** David Sergenian <david@sergenianlaw.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Evan Littman <elittman@onellp.com>; David Quinto <dquinto@onellp.com>; Sheila Mojtehedi <sheila@mojtehedi.com>; Elizabeth Guzman <egcrimparalegal@gmail.com>; Ryan Carreon <rcarreon@whitewoodlaw.com>; Abby Neu

<aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>
**Subject:** RE: 37-1 Meet and Confer Request re Plaintiffs' Discovery Responses

Shengmao,

It doesn't do any party much good to say that you need to finish your meet and confer when:

1. You are long overdue on getting us what you promised us in terms of discovery;
2. Our discovery responses you are seeking to confer about involve requests that seek information relating to the COPYRIGHTED WORKS, which you defined by reference to a 12970++ page pdf filled with photos that may… or may not… be at issue in this case;
3. We have been asking for this information since the first day we spoke about this case.

It makes a lot more sense to see what the alleged infringement is and then find out the scope of searches we need to conduct on our end.

The deadline it isn't arbitrary. It is, unfortunately, necessary at this point.  We needed this information long ago and cannot wait any longer.

We look forward to receiving it by Monday.  I can't imagine how this is burdensome to you—you brought this case over 6 months ago. You should have evidence of the alleged infringement that is central to this case and it should be produced.

Vanessa will send you screenshots of examples of the issues.

We need depo dates.

Regards,
Jo

--
**Jo Ardalan**
**Partner**


**one llp**

Intellectual Property & Entertainment Law

310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

**From:** Shengmao Mu <smu@whitewoodlaw.com>
**Sent:** Thursday, October 9, 2025 11:36 AM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** David Sergenian <david@sergenianlaw.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Evan Littman <elittman@onellp.com>; David Quinto <dquinto@onellp.com>; Sheila Mojtehedi <sheila@mojtehedi.com>; Elizabeth Guzman <egcrimparalegal@gmail.com>; Ryan Carreon <rcarreon@whitewoodlaw.com>; Abby Neu <aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>
**Subject:** Re: 37-1 Meet and Confer Request re Plaintiffs' Discovery Responses

Hello Jo,

As you are aware, we are only half way through with your clients' discovery deficiencies. We need to finish what we started and focus on the agenda on our letter.

We will review your questions and get back to you. Setting an arbitrary deadline for us and threatening to bring this to the magistrate is not helpful as we are trying our best to get back to you on a rolling basis without delay.

For the technical issues you encountered, please provide screenshots and identify which folder is blank. It looks fine on our end.

**Thibault 2015-2016** 🔒
Sent 3 October 2025 · 1.7 GB (3160 files) · ⊕ Downloaded

**Thibault 2014-2015** 🔒
Sent 3 October 2025 · 3.3 GB (2261 files) · ⊕ Downloaded

**Thibault 2006 - 2008** 🔒
Sent 3 October 2025 · 7.7 GB (3968 files) · ⊕ Downloaded

**joseph michel robert stephane** 🔒
Sent 3 October 2025 · 2.9 GB (751 files) · ⊕ Downloaded

**Jeremy 2008 -2010** 🔒
Sent 3 October 2025 · 1.3 GB (433 files) · ⊕ Downloaded

**Jeremy 2007**
Sent 3 October 2025 · 15.4 GB (1692 files) · ⊕ Downloaded

**Jeremy 2006** 🔒
Sent 3 October 2025 · 11.8 GB (1410 files) · ⊕ Downloaded

**Henri** 🔒
Sent 3 October 2025 · 10.6 GB (3109 files) · ⊕ Downloaded

Best,


Sam (Shengmao) Mu  | Principal Attorney

Whitewood Law PLLC

57 West 57th Street
3rd and 4th Floors
Manhattan, NY, 10019

Tel: (917)858-8018
Fax: (917)591-0618

Email: smu@whitewoodlaw.com

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

On Thu, Oct 9, 2025 at 11:05 AM Jo Ardalan <jardalan@onellp.com> wrote:

All:

There are outstanding items that need to be addressed today on our call:

1. We still have not received amended responses to RFPs and Rogs from you even though you agreed to provide them on 9/30.
2. Significantly, we still do not know what alleged infringement is at issue in this case. On every call we have, I raise this issue with you and ask you why you have not produced the purported infringement (that should have been attached or identified in the complaint), but you do not provide a substantive response to me. Your response is that my clients "know." That isn't helpful and that does not satisfy your obligation in discovery or as plaintiffs who are bringing a very expensive lawsuit without identifying any alleged infringement.  It would assist our meet and confer discussions about searches if we knew what infringement is at issue.  Produce the screenshots or other location information you have about the infringement so we can examine what you claim is at issue in this case.  **I need screenshots/location information by Monday, October 13.** This should not be an issue for you because you previously agreed to produce this information on 9/30. **I will be going to the magistrate judge next week if we do not receive the full universe of alleged infringement by then.**
3. There is a problem with the copyright deposits you sent us. Many of the files do not open and many of the folders are blank. Can you confirm that this is what was sent to the Copyright Office or was there an issue with the files in production?  We do not have the correspondence with the Copyright Office, including the correspondence that indicates the application and deposit was submitted, and we don't have the excel sheet for every copyright

registration.  Of course, there are a number of other documents that have not been produced but we discussed on our call over 3 weeks ago. We need those as well.

4. We asked you to get back to us on depo dates. Do you have an update?

Regards,
Jo


--
**Jo Ardalan**
**Partner**

**one llp**

Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice*:  *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

**From:** Jo Ardalan
**Sent:** Wednesday, October 1, 2025 3:37 PM
**To:** David Sergenian <david@sergenianlaw.com>
**Cc:** Shengmao Mu <smu@whitewoodlaw.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Evan Littman <elittman@onellp.com>; David Quinto <dquinto@onellp.com>; Sheila Mojtehedi <sheila@mojtehedi.com>; Elizabeth Guzman <egcrimparalegal@gmail.com>; Ryan Carreon <rcarreon@whitewoodlaw.com>; Abby Neu <aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>
**Subject:** RE: 37-1 Meet and Confer Request re Plaintiffs' Discovery Responses
**Importance:** High

All:

I didn't see amended responses come in yesterday as we discussed.

What is the status?

Regards,
Jo

--
**Jo Ardalan**
**Partner**

**one llp**

Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice*:  *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

**From:** Jo Ardalan
**Sent:** Tuesday, September 16, 2025 12:25 PM
**To:** 'David Sergenian' <david@sergenianlaw.com>
**Cc:** Shengmao Mu <smu@whitewoodlaw.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Evan Littman <elittman@onellp.com>; David Quinto <dquinto@onellp.com>; Sheila Mojtehedi <sheila@mojtehedi.com>; Elizabeth Guzman <egcrimparalegal@gmail.com>; Ryan Carreon <rcarreon@whitewoodlaw.com>; Abby Neu <aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>
**Subject:** RE: 37-1 Meet and Confer Request re Plaintiffs' Discovery Responses

All:

To follow-up on our meet and confer call, please see the agreements we made concerning Plaintiffs' discovery responses.

Note that we discussed the responses across all plaintiffs, unless otherwise stated.

We agreed to give you two weeks to update your responses and provide documents.  If you need more time, you may let us know and we can confer further, but as discussed, defendants are eager to know what is at issue in this case.

Rogs:

- Rog 1. (i) You will update the response with a bates range. (iii) You will talk to the client and get back to us regarding whether you will amend.

- Rog 2, 3, You will stand by your response. As discussed, we need to know to which entity your client submitted the CMI, so we will have no choice but to compel.

- Rog 4, You will update.

- Rog 5, I clarified to you that location can refer to online location (e.g. url) but it can also apply to the location of a non-online alleged infringement, such as a July 2020 US Weekly Magazine, for example.  You will update.

- Rog 6. You will update

- Rog 7-11 (i) You will stand on your response. I explained that this request asks for a specific party and the response does not provide responsive information; (iii) You will amend.

RFPs:

- You will produce a privilege log, subject to the agreements below.

- 6-15, You will update the response and produce to the extent you find written agreements. We discussed that if they never

existed it should be updated and you will decide whether your discovery obligations require you to update the same and will get back to us on whether you will update.

- Mauvilain, Duplaquet, Kyndt, Mehdi, Wolf RFP 16-35; Mazari 16, 21, 26, 27; You were concerned about having to log emails for each as part of a privilege log. We agreed to the extent there are emails between litigation counsel (Ryan, Sam, David) and the plaintiffs, and the communication occurred *after* the filing of this lawsuit, that you will not need to log it. However, if the email is between plaintiffs and other counsel, it will need to be logged. This is the "Privilege Log Limitation" that we agreed to with respect to other request as stated below.

- Mauvilain, Boutefeu, Duplaquet, Mehdi, RFP 51-52, Kyndt, Mazari 51, Wolf 51-54- Privilege Log Limitation

- Mauvilain, Boutefeu, Duplaquet, Mehdi, RFP 53-58, Mazari, Kyndt 52-58, Wolf 55-61 – Will update subject to Privilege Log Limitation.

   o 55: I explained we needed to see all uses of the works.  We discussed how these documents are relevant to waiver and standard industry practice. You will discuss internally and get back to us.

   o 53, 54, 56-58, Will update subject to Privilege Log Limitation

- 65-69, Will update and produce subject to Privilege Log Limitation

- 72-76, Will update and produce subject to Privilege Log Limitation

- Mauvilain, Boutefeu, Duplaquet, Mehdi, RFP 90-96, Mazari, Kyndt 89-95, Wolf 92-98. Plaintiffs' issue is client to client communications. They are going to assess whether they exist.  JA suggested they find a case that supports the notion that these communications can be privileged. Ryan will look at our authority and he will circle back. *See Callwave Commc'ns, LLC v. Wavemarket, Inc.*, No. C 14-80112 JSW (LB), 2015 U.S. Dist. LEXIS 22374, 2015 WL 831539, at *4 (N.D. Cal. Feb. 23, 2015), which was circulated to you during the call.

- Mauvilain, Boutefeu, Duplaquet, Mehdi RFP 98-102, Mazari, Kyndt 97-101, Wolf 100-104. Plaintiffs' position is that these documents are for an expert. JA explained that if they want the expert to rely on documents, they need to produce them.  The documents do not ask for a damages opinion, but documents that reflect their damages.

RFAs:

- Mauvilain, Boutefeu, Duplaquet, Kyndt, Mehdi, Wolf RFA 23-27, Mazari 23 – Will update this response explaining they do not have a written agreement showing the same so they have to deny it.
- Mauvilain, Boutefeu, Duplaquet, Kyndt, Mehdi, Wolf RFA 28-32 – Will drop the objection to the "requirement in any oral agreement" language.

We also discussed the objections and asked that you drop them.

Regards,
Jo

--

**Jo Ardalan**
**Partner**

**one llp**

Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice*:  *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

**From:** David Sergenian <david@sergenianlaw.com>
**Sent:** Wednesday, September 10, 2025 12:40 PM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Shengmao Mu <smu@whitewoodlaw.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Evan Littman <elittman@onellp.com>; David Quinto <dquinto@onellp.com>; Sheila Mojtehedi <sheila@mojtehedi.com>; Elizabeth Guzman <egcrimparalegal@gmail.com>; Ryan Carreon <rcarreon@whitewoodlaw.com>; Abby Neu <aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>
**Subject:** Re: 37-1 Meet and Confer Request re Plaintiffs' Discovery Responses

Wow. An entire day. When the meet and confer letter was sent at 4:31 p.m. on a Friday night. You're too good to us, Jo.

On Wed, Sep 10, 2025 at 12:34 PM Jo Ardalan <jardalan@onellp.com> wrote:

> Shengmao,
>
> Local Rule 37-1 provides that the parties must meet and confer within 10 days of sending the letter.  The letter was sent to you on September 5.
>
> We will go ahead and schedule the call for Tuesday at 10 a.m. as a courtesy to you, but we expect plaintiffs make efforts to avoid delaying our attempts to confer in future.

Jo

--
**Jo Ardalan**
**Partner**

# one llp

Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice*:  *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** Shengmao Mu <smu@whitewoodlaw.com>
**Sent:** Wednesday, September 10, 2025 12:20 PM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** David Sergenian <david@sergenianlaw.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Evan Littman <elittman@onellp.com>; David Quinto <dquinto@onellp.com>; Sheila Mojtehedi <sheila@mojtehedi.com>; Elizabeth Guzman <egcrimparalegal@gmail.com>; Ryan Carreon <rcarreon@whitewoodlaw.com>; Abby Neu <aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>
**Subject:** Re: 37-1 Meet and Confer Request re Plaintiffs' Discovery Responses

Hey Jo,

Let's meet and confer next Tuesday morning 10:00 to 11:00 AM PST?

Thanks

Sam (Shengmao) Mu  | Principal Attorney

Whitewood Law PLLC

57 West 57th Street

3rd and 4th Floors

Manhattan, NY, 10019

Tel: (917)858-8018

Fax: (917)591-0618

Email: smu@whitewoodlaw.com

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

On Tue, Sep 9, 2025 at 1:36 PM Jo Ardalan <jardalan@onellp.com> wrote:

> Thanks for the response. Any update on times that work for you?
>
> --
> **Jo Ardalan**
> **Partner**
>
> **one llp**
>
> Intellectual Property & Entertainment Law
> 310-437-8665 (Direct)
> 323-309-9215 (Cell)
> jardalan@onellp.com
>
> *Notice:  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*
>
> **From:** Shengmao Mu <smu@whitewoodlaw.com>
> **Sent:** Monday, September 8, 2025 4:35 PM
> **To:** Jo Ardalan <jardalan@onellp.com>
> **Cc:** David Sergenian <david@sergenianlaw.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Evan Littman <elittman@onellp.com>;

David Quinto <dquinto@onellp.com>; Sheila Mojtehedi <sheila@mojtehedi.com>; Elizabeth Guzman <egcrimparalegal@gmail.com>; Ryan Carreon <rcarreon@whitewoodlaw.com>; Abby Neu <aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>
**Subject:** Re: 37-1 Meet and Confer Request re Plaintiffs' Discovery Responses

Hi Jo,

I confirm receipt of your email. We will get back to you with some time slots.

Thanks!

Sam (Shengmao) Mu  | Principal Attorney

Whitewood Law PLLC

57 West 57th Street
3rd and 4th Floors
Manhattan, NY, 10019

Tel: (917)858-8018
Fax: (917)591-0618
Email: smu@whitewoodlaw.com

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

On Mon, Sep 8, 2025 at 3:25 PM Jo Ardalan <jardalan@onellp.com> wrote:

> Following up on a time. Thank you.
>
> --
> **Jo Ardalan**
> **Partner**
>
>
> **one llp**
>
> Intellectual Property & Entertainment Law

310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice*:  *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

**From:** Jo Ardalan
**Sent:** Friday, September 5, 2025 4:31 PM
**To:** Shengmao Mu <smu@whitewoodlaw.com>; David Sergenian <david@sergenianlaw.com>
**Cc:** Peter Afrasiabi <pafrasiabi@onellp.com>; Evan Littman <elittman@onellp.com>; David Quinto <dquinto@onellp.com>; Sheila Mojtehedi <sheila@mojtehedi.com>; Elizabeth Guzman <egcrimparalegal@gmail.com>; Ryan Carreon <rcarreon@whitewoodlaw.com>; Abby Neu <aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>
**Subject:** 37-1 Meet and Confer Request re Plaintiffs' Discovery Responses

All:

Please see the correspondence attached and let me know when you are available to discuss.

Regards,
Jo

--
**Jo Ardalan**
**Partner**

**one** **llp**

Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice*:  *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client*



*and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

Image removed by sender.

Case 2:25-cv-02757-FLA-MBK   Document 132-3   Filed 07/31/26   Page 25 of 29   Page ID #:4150



my.backgrid

# Set # 999656 - *EXCLUSIVE* Teri Hatcher and Ryan Seacrest Hot Romance

2006-03-25 - Malibu, CA    ()    (FFN_20060325_Flynet_TeriRyan_032506_28491_50066246.jpg)

*EXCLUSIVE* Malibu, CA - Desperate Housewives star Teri Hatcher and American Idol host Ryan Seacrest enjoy a romantic date in Malibu, Ca. Hatcher, 41, is 10 years older than the 31 year-old Seacrest but that didn't seem to matter as the loved-up pair had a late lunch and then took a romantic beach stroll, stopping to sit on some rocks and enjoy a passionate kiss. Pictured: Teri Hatcher, Ryan Seacrest BACKGRID USA 25 MARCH 2006 BYLINE MUST READ: FameFlynet / BACKGRID USA: +1 310 798 9111 / usasales@backgrid.com UK: +44 208 344 2007 / uksales@backgrid.com *UK Clients - Pictures Containing Children Please Pixelate Face Prior To Publication*



| Contributors | | Example Breakdown of a 1,000.00 Sale | | FAFL - FameFlynet Pictures Inc. | |
|---|---|---|---|---|---|
| FAFL - FameFlynet Pictures Inc. ✕ | | FAFL - FameFlynet Pictures Inc. | 700.00 | Type | Photographer |
| Teams | | | Total  700.00 | Commission % | 70 |
| Add... | | | | Gross before cost | |
| Pool | | | | Gross after cost | |
| Add... | | | | Cost deduction | |
| Sub Agency | | | | Tipster | |
| | | | | Name/Commission hidden | |
| | | | | Fully hidden | |

## All Sales

Register / Collect

Show 10 entries

Search:  Copy  CSV  Excel  PDF  Print

Showing 1 to 2 of 2 entries

| Sale ID | Set # | Headline | Country | Client | Sale Amount | Invoice | Sale Date | Collect Date |
|---|---|---|---|---|---|---|---|---|
| 57752 | 999656 | *EXCLUSIVE* Teri Hatcher and Ryan Seacrest Hot Romance | USA 🇺🇸 | Star Magazine | ████ | BGI10308 | 2017-09-22 | 2017-10-26 |
| 57751 | 999656 | *EXCLUSIVE* Teri Hatcher and Ryan Seacrest Hot Romance | USA 🇺🇸 | Star Magazine | ████ | BGI10308 | 2017-09-22 | 2017-10-26 |
| Sale ID | Set # | Headline | Country | Client | | Invoice | Sale Date | Collect Date |

Previous 1 Next

Delete Set

CONFIDENTIAL PER STIPULATED PROTECTIVE ORDER

BACKGRID001541

Case 2:25-cv-02757-FLA-MBK    Document 132-3    Filed 07/31/26    Page 27 of 29    Page ID #:4152

my.backgrid

## Set # 838717 - *PREMIUM-EXCLUSIVE* Kourtney Kardashian has secret "Rendez-Vous" with Younes Bendjima ***NO USE W/O PRIOR AGREEMENT - CALL FOR PRICING***

2016-12-18 - Los Angeles, CA    (52260992)    (FFN_ONHOLD_kardashian_121716_bacff_52261017.jpg)

*PREMIUM-EXCLUSIVE* ** RIGHTS: ONLY UNITED STATES, CANADA ** Los Angeles, CA - Kourtney Kardashian discreetly leaves SLS Hotel with boxer-turned-male model Younes Bendjima, 23, who removed from a high-profile relationship with Victoria's Secret model Jourdan Dunn. While rumors swirled that Kourtney Kardashian and Scott Disick are in a happy place romantically, the new photos tell a different story, Kourtney Kardashian has apparently moved on to Younes Bendjima and has reportedly spending time with him having secrets "rendezvous" at luxury hotels during nighttime far away from cameras. ***NO USE W/O PRIOR AGREEMENT - CALL FOR PRICING*** Pictured: Kourtney Kardashian, Younes Bendjima Backgrid USA 18 DECEMBER 2016 BYLINE MUST READ: FameFlynet / BACKGRID USA: +1 310 798 9111 usasales@backgrid.com . UK: +44 208 344 2007 uksales@backgrid.com . AUSTRALIA: +61 2 9212 2622 australiasales@backgrid.com . GERMANY: +49 4541 8565014 germanysales@backgrid.com . *UK Clients - Pictures Containing Children Please Pixelate Face Prior To Publication*

**Contributors**

FAFL - FameFlynet Pictures Inc. ✕

**Teams**

Add...

**Pool**

Add...

**Sub Agency**

Add...

| Example Breakdown of a 1,000.00 Sale | |
|---|---|
| FAFL - FameFlynet Pictures Inc. | 700.00 |
| **Total** | 700.00 |

FAFL - FameFlynet Pictures Inc.

| Type | Photographer |
|---|---|
| Commission % | 70 |
| Gross before cost | |
| Gross after cost | |
| Cost deduction | ● |
| Tipster | |
| Name/Commission hidden | |
| Fully hidden | |

## Sales

Register / Collect

Show 10 entries

Search:

Copy  CSV  Excel  PDF  Print

Showing 1 to 1 of 1 entries

| Sale ID | Set # | Headline | Country | Client | Sale Amount | Invoice | Sale Date | Collect Date |
|---|---|---|---|---|---|---|---|---|
| 94929 | 838717 | *PREMIUM-EXCLUSIVE* Kourtney Kardashian has secret "Rendez-Vous" with Younes Bendjima ***NO USE W/O PRIOR AGREEMENT - CALL FOR PRICING*** | USA 🇺🇸 | E! Entertainment News | ▮ | BGI10093 | 2017-05-15 | 2017-06-15 |
| Sale ID | Set # | Headline | Country | Client | | Invoice | Sale Date | Collect Date |

Previous 1 Next

✕ Delete Set

CONFIDENTIAL PER STIPULATED PROTECTIVE ORDER

BACKGRID001542

my.backgrid

# Set # 2106201 - *EXCLUSIVE* Helen Mirren On The Beach In Hawaii

2008-12-07 - Hawaii, HI   (JD/Flynetonline.com)   (FFN_Flynet_HMirren_120608_JD_EXC_50249889.jpg)

*EXCLUSIVE* Hawaii, HI - Actress Helen Mirren resting on the beach in Hawaii after a long week of work on set of 'Tempest'... Pictured: Helen Mirren BACKGRID USA 7 DECEMBER 2008 BYLINE MUST READ: FameFlynet / BACKGRID USA: +1 310 798 9111 / usasales@backgrid.com UK: +44 208 344 2007 / uksales@backgrid.com *UK Clients - Pictures Containing Children Please Pixelate Face Prior To Publication*

**Contributors**

FAFL - FameFlynet Pictures Inc. ✕

**Teams**

Add...

**Pool**

Add...

**Sub Agency**

Add...

**Example Breakdown of a 1,000.00 Sale**

FAFL - FameFlynet Pictures Inc.   700.00

Total   700.00

FAFL - FameFlynet Pictures Inc.

| Type | Photographer |
|---|---|
| Commission % | 70 |
| Gross before cost | |
| Gross after cost | |
| Cost deduction | |
| Tipster | |
| Name/Commission hidden | |
| Fully hidden | |

## Sales

Register / Collect

Show 10 entries

Search:   Copy  CSV  Excel  PDF  Print

Showing 1 to 2 of 2 entries

| Sale ID | Set # | Headline | Country | Client | Sale Amount | Invoice | Sale Date | Collect Date |
|---|---|---|---|---|---|---|---|---|
| 734672 | 2106201 | *EXCLUSIVE* Helen Mirren On The Beach In Hawaii | USA 🇺🇸 | TMZ | ███ | BGI30180 | 2022-11-08 | 2022-12-16 |
| 409055 | 2106201 | *EXCLUSIVE* Helen Mirren On The Beach In Hawaii | USA 🇺🇸 | The Real | ███ | BGI24465 | 2021-04-15 | 2021-04-27 |
| Sale ID | Set # | Headline | Country | Client | | Invoice | Sale Date | Collect Date |

Previous 1 Next

✂ Delete Set

CONFIDENTIAL PER STIPULATED PROTECTIVE ORDER

BACKGRID0015/63

my.backgrid

# Set # 979019 - Exclusive... First Pictures Of Patrick Schwarzenegger After Cheating On Miley Cyrus

2015-03-21 - Malibu,    (FAFL)    (FFN_BAC_Schwarzenegger_Patrick_EXC_031915_51685414_0.jpg)

EXCLUSIVE* ** RIGHTS: ONLY UNITED STATES, CANADA ** Malibu, - Exclusive... 51685414 First pictures of Patrick Schwarzenegger after he was caught cheating on girlfriend Miley Cyrus in Cabo, Mexico. Patrick was staring at a plastic fork and contemplating life while standing in a parking lot in Malibu, California on March 19, 2015. Patrick had his hoodie pulled up and as soon as he sees the camera he heads inside a store and waits for a friend to pick him up so he can hide his face. FameFlynet, Inc - Beverly Hills, CA, USA - +1 (818) 307-4813 Pictured: Patrick Schwarzenegger BACKGRID USA 21 MARCH 2015 BYLINE MUST READ: FameFlynet / BACKGRID USA: +1 310 798 9111 / usasales@backgrid.com UK: +44 208 344 2007 / sales@backgrid.com *UK Clients - Pictures Containing Children Please Pixelate Face Prior To Publication*

| | | |
|---|---|---|
| **Contributors** | **Example Breakdown of a 1,000.00 Sale** | FAFL - FameFlynet Pictures Inc. |
| FAFL - FameFlynet Pictures Inc. ✕ | FAFL - FameFlynet Pictures Inc.   700.00 | |
| **Teams** | Total   700.00 | Type        Photographer |
| Add... | | Commission %   70 |
| **Pool** | | Gross before cost |
| Add... | | Gross after cost |
| **Sub Agency** | | Cost deduction (on) |
| Add... | | Tipster |
| | | Name/Commission hidden |
| | | Fully hidden |

## All Sales

Register / Collect

Show  10  entries                                                                                          Search:          Copy  CSV  Excel  PDF  Print

Showing 1 to 2 of 2 entries

| Sale ID | Set # | Headline | Country | Client | Sale Amount | Invoice | Sale Date | Collect Date |
|---|---|---|---|---|---|---|---|---|
| 49381 | 979019 | Exclusive... First Pictures Of Patrick Schwarzenegger After Cheating On Miley Cyrus | USA 🇺🇸 | E! Snapchat | ■■■■ | BGI38036 | 2025-02-26 | 2025-04-04 |
| 49379 | 979019 | Exclusive... First Pictures Of Patrick Schwarzenegger After Cheating On Miley Cyrus | USA 🇺🇸 | E! Snapchat | ■■■■ | BGI38036 | 2025-02-26 | 2025-04-04 |
| Sale ID | Set # | Headline | Country | Client | | Invoice | Sale Date | Collect Date |

Previous  1  Next

✂ Delete Set

CONFIDENTIAL PER STIPULATED PROTECTIVE ORDER

BACKGRID001544