# Exhibit 12

REDACTED VERSION OF DOCUMENT PROPOSED TO
BE FILED UNDER SEAL

 Outlook

---

## RE: Mauvilian v. Flynet Pictures, LLC -

---

**From** Jo Ardalan <jardalan@onellp.com>

**Date** Thu 1/29/2026 4:10 PM

**To**   Shengmao Mu <smu@whitewoodlaw.com>

**Cc**   Ryan Carreon <rcarreon@whitewoodlaw.com>; Sheila Mojtehedi <sheila@mojtehedi.com>; David Sergenian <david@sergenianlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Evan Littman <elittman@onellp.com>; David Quinto <dquinto@onellp.com>; Elizabeth Guzman <egcrimparalegal@gmail.com>; Abby Neu <aneu@whitewoodlaw.com>; Michael Mitchell <mmitchell@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Lauren Thomas <lthomas@onellp.com>

---

📎 6 attachments (2 MB)

BACKGRID001651.pdf; BACKGRID001652.pdf; BACKGRID001653.pdf; BACKGRID001654.pdf; BACKGRID001655.pdf; BACKGRID001650.pdf;

--

**Jo Ardalan**
**Partner**



Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice:  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

CONFIDENTIAL

# All Sales

**Register / Collect**

Show 100 ⌄ entries

Search: [　　　　　] Copy CSV Excel PDF Print

Showing 1 to 8 of 8 entries

| Sale ID | Set # | Headline | Country | Client | Sale Amount | Invoice | Sale Date | Collect Date |
|---------|-------|----------|---------|--------|-------------|---------|-----------|--------------|
| 663821 | 040745 | *EXCLUSIVE* Megan Fox Topless & Semi-Nude | USA 🇺🇸 | Last Man LLC | | BGI10880 | 2017-10-03 | 2017-11-27 |
| 663820 | 040745 | *EXCLUSIVE* Megan Fox Topless & Semi-Nude | USA 🇺🇸 | Last Man LLC | | BGI10880 | 2017-10-03 | 2017-11-27 |
| 663819 | 040745 | *EXCLUSIVE* Megan Fox Topless & Semi-Nude | USA 🇺🇸 | Last Man LLC | | BGI10880 | 2017-10-03 | 2017-11-27 |
| 663818 | 040745 | *EXCLUSIVE* Megan Fox Topless & Semi-Nude | USA 🇺🇸 | Last Man LLC | | BGI10880 | 2017-10-03 | 2017-11-27 |
| 663817 | 040745 | *EXCLUSIVE* Megan Fox Topless & Semi-Nude | USA 🇺🇸 | Last Man LLC | | BGI10880 | 2017-10-03 | 2017-11-27 |
| 663816 | 040745 | *EXCLUSIVE* Megan Fox Topless & Semi-Nude | USA 🇺🇸 | Last Man LLC | | BGI10880 | 2017-10-03 | 2017-11-27 |
| 663815 | 040745 | *EXCLUSIVE* Megan Fox Topless & Semi-Nude | USA 🇺🇸 | Last Man LLC | | BGI10880 | 2017-10-03 | 2017-11-27 |
| 663814 | 040745 | *EXCLUSIVE* Megan Fox Topless & Semi-Nude | USA 🇺🇸 | Last Man LLC | | BGI10880 | 2017-10-03 | 2017-11-27 |
| Sale ID | Set # | Headline | Country | Client | | Invoice | Sale Date | Collect Date |

Previous 1 Next

BACKGRID001651

CONFIDENTIAL

## All Sales

**Register / Collect**

Show 10 entries

Search: 

Copy CSV Excel PDF Print

Showing 1 to 2 of 2 entries

| Sale ID | Set # | Headline | Country | Client | Sale Amount | Invoice | Sale Date | Collect Date |
|---|---|---|---|---|---|---|---|---|
| 657752 | 999656 | *EXCLUSIVE* Teri Hatcher and Ryan Seacrest Hot Romance | USA | Star Magazine | | BGI10308 | 2017-09-22 | 2017-10-26 |
| 657751 | 999656 | *EXCLUSIVE* Teri Hatcher and Ryan Seacrest Hot Romance | USA | Star Magazine | | BGI10308 | 2017-09-22 | 2017-10-26 |
| Sale ID | Set # | Headline | Country | Client | | Invoice | Sale Date | Collect Date |

Previous 1 Next

BACKGRID001652

CONFIDENTIAL

## All Sales

Register / Collect

Show 10 ∨ entries

Search:

Copy | CSV | Excel | PDF | Print

Showing 1 to 3 of 3 entries



| Sale ID | Set # | Headline | Country | Client | Sale Amount | Invoice | Sale Date | Collect Date |
|---------|-------|----------|---------|--------|-------------|---------|-----------|--------------|
| 2134737 | 2060237 | *EXCLUSIVE* Spencer and Heidi Hit The Beach | USA 🇺🇸 | Bustle Digital Group | ███ | BGI37773 | 2025-01-15 | 2025-02-04 |
| 2134736 | 2060237 | *EXCLUSIVE* Spencer and Heidi Hit The Beach | USA 🇺🇸 | Bustle Digital Group | ███ | BGI37773 | 2025-01-15 | 2025-02-04 |
| 1665463 | 2060237 | *EXCLUSIVE* Spencer and Heidi Hit The Beach | USA 🇺🇸 | FOXNEWS.COM | ███ | BGI28938 | 2022-07-07 | 2022-08-25 |
| Sale ID | Set # | Headline | Country | Client | | Invoice | Sale Date | Collect Date |

Previous | 1 | Next

BACKGRID001653

CONFIDENTIAL

## All Sales

**Register / Collect**

Show 10 ⌄ entries

Search: [            ]   Copy  CSV  Excel  PDF  Print

Showing 1 to 3 of 3 entries

| Sale ID | Set # | Headline | Country | Client | Sale Amount | Invoice | Sale Date | Collect Date |
|---|---|---|---|---|---|---|---|---|
| 1925590 | 2507879 | Jen Garner Splashes Around With Violet | USA 🇺🇸 | Growing Your Baby | | BGI33470 | 2023-11-18 | 2024-04-21 |
| 1925589 | 2507879 | Jen Garner Splashes Around With Violet | USA 🇺🇸 | Growing Your Baby | | BGI33470 | 2023-11-18 | 2024-04-21 |
| 1925588 | 2507879 | Jen Garner Splashes Around With Violet | USA 🇺🇸 | Growing Your Baby | | BGI33470 | 2023-11-18 | 2024-04-21 |
| Sale ID | Set # | Headline | Country | Client | | Invoice | Sale Date | Collect Date |

Previous  1  Next

BACKGRID001654

CONFIDENTIAL

## All Sales

Register / Collect

Show 10 entries     Search: [　　　　　] Copy CSV Excel PDF Print

Showing 1 to 4 of 4 entries

| Sale ID | Set # | Headline | Country | Client | Sale Amount | Invoice | Sale Date | Collect Date |
|---|---|---|---|---|---|---|---|---|
| 1190846 | 1417723 | *EXCLUSIVE* Jen Aniston Takes Dogs On Beachwalk | United Kingdom 🇬🇧 | Daily Express | ███ | BGI20164 | 2020-01-17 | 2020-01-17 |
| 1129075 | 1417723 | *EXCLUSIVE* Jen Aniston Takes Dogs On Beachwalk | United Kingdom 🇬🇧 | Daily Express | ███ | BGI18856 | 2019-09-09 | 2019-09-09 |
| 1036519 | 1417723 | *EXCLUSIVE* Jen Aniston Takes Dogs On Beachwalk | United Kingdom 🇬🇧 | Daily Mirror | ███ | BGI16685 | 2019-03-15 | 2019-03-15 |
| 1036518 | 1417723 | *EXCLUSIVE* Jen Aniston Takes Dogs On Beachwalk | United Kingdom 🇬🇧 | Hello Ltd | ███ | BGI16685 | 2019-03-15 | 2019-03-15 |
| Sale ID | Set # | Headline | Country | Client | | Invoice | Sale Date | Collect Date |

Previous 1 Next

BACKGRID001655

CONFIDENTIAL

# Set # 040745 - *EXCLUSIVE* Megan Fox Topless & Semi-Nude

2008-05-02 - Pt. Mooody    (ZORO)    (no original filename)

*EXCLUSIVE* Megan Fox gets naked/topless to do a skinny dipping scene for movie Jennifer's Body where she plays a demon cheerleader in the film shooting in Vancouver, BC Canada. The film is being made by the same creative team behind the smash hit Juno....Exclusive05-02-08 Pt Moody, BC 2008 PUNKD Images.

Contributors

Add...

Teams

ZORO - Fedyck ✕

Pool

Add...

Sub Agency

Add...

| Example Breakdown of a 1,000.00 Sale | |
|---|---|
| CYVR - Rik Fedyck | 700.00 |
| Total | 700.00 |

### ZORO
CYVR - Rik Fedyck

| Type | Photographer Team |
|---|---|
| Commission % | 70 (Average) |
| Gross before cost | |
| Gross after cost | |
| Cost deduction | ● |
| Tipster | |
| Name/Commission hidden | |
| Fully hidden | |

## All Sales

Register / Collect

Show 100 entries

Search:    Copy  CSV  Excel  PDF  Print

Showing 1 to 8 of 8 entries

| Sale ID | Set # | Headline | Country | Client | Sale Amount | Invoice | Sale Date | Collect Date |
|---|---|---|---|---|---|---|---|---|
| 663821 | 040745 | *EXCLUSIVE* Megan Fox Topless & Semi-Nude | USA 🇺🇸 | Last Man LLC | ███ | BGI10880 | 2017-10-03 | 2017-11-27 |
| 663820 | 040745 | *EXCLUSIVE* Megan Fox | USA 🇺🇸 | Last Man LLC | ███ | BGI10880 | 2017-10-03 | 2017-11-27 |

BACKGRID001650