# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual,

Plaintiffs,

v.

FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation and DOES 1–10, inclusive,

Defendants.

Case No.: 2:25-cv-2757-FLA-MAA
Hon. Fernando L. Aenlle-Rocha

**[PROPOSED] ORDER GRANTING LEAVE TO FILE EXHIBITS TO THE DECLARATION OF JOANNA ARDALAN UNDER SEAL**

**[PROPOSED] ORDER**

Based on Defendants Backgrid, Inc., Backgrid USA, Inc., and Shutterstock, Inc.'s ("Defendants") Application to File Under Seal, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Defendants are granted leave to file Exhibits 2, 10-2, 11 and 12 to the Declaration of Joanna Ardalan in Support of Defendants' Defendants' Motion for Sanctions Against Plaintiffs and Their Counsel under seal and Exhibits A and B to the Declaration of Alex Kantif in support of Defendants' Motion for Sanctions Against Plaintiffs and Their Counsel under seal.

**IT IS SO ORDERED.**

Dated: _____          _____
                                Hon. Fernando L. Aenlle-Rocha
                                United States District Judge

[PROPOSED] ORDER