Joanna Ardalan (SBN 285384)
Email: jardalan@onellp.com
ONE LLP
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIBAULT MAUVILAIN, et al., | CASE NUMBER: |
| PLAINTIFF(S) | 2:25-cv-2757-FLA-MAA |
| v. | |
| FLYNET PICTURES, LLC, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Exhibit 10-3 A to the Declaration of Joanna Ardalan in Support of Defendant Backgrid Inc., Backgrid USA, Inc.,and Shutterstock, Inc. - Native Excel Spreadsheet

Exhibit 10-3 B to the Declaration of Joanna Ardalan in Support of Defendant Backgrid Inc., Backgrid USA, Inc.,and Shutterstock, Inc. - Native Excel Spreadsheet

Exhibit 33 to the Declaration of Joanna Ardalan in Support of Defendant Backgrid Inc., Backgrid USA, Inc., and Shutterstock, Inc. - Native image file with metadata

**Reason:**

☐ Under Seal

☐ In Camera

☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

July 31, 2026
Date

Joanna Ardalan
Attorney Name

Defendants
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING