Joanna Ardalan (SBN 285384)
Email: jardalan@onellp.com
Peter R. Afrasiabi (SBN 193336)
Email: pafrasiabi@onellp.com
David W. Quinto (SBN 106232)
Email: dquinto@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Defendants,
BACKGRID INC., BACKGRID USA, INC., and
SHUTTERSTOCK, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual, | Case No.: 2:25-cv-2757-FLA-MAA<br>Hon. Fernando L. Aenlle-Rocha<br><br>**PROOF OF SERVICE** |
| Plaintiffs, | |
| v. | |
| FLYNET PICTURES. LLC, a California limited liability company; FAMEFLYNET INC.. a California corporation: BACKGRID INC.. a California corporation: BACKGRID USA. INC.. a California corporation: SHUTTERSTOCK. INC.. a Delaware corporation and DOES 1–10, inclusive, | |
| Defendants. | |

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 23 Corporate Plaza, Suite 150-105, Newport Beach, CA 92660.

On July 31, 2026, I caused the document(s) listed below to be served to the address(es) and by the method of service described as follows:

- **DEFENDANTS BACKGRID USA, INC. BACKGRID INC., AND SHUTTERSTOCK INC.'S NOTICE OF MOTION FOR SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL**
- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS BACKGRID USA, INC. BACKGRID INC., AND SHUTTERSTOCK INC.'S MOTION FOR SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL**
- **DECLARATION OF JOANNA ARDALAN IN SUPPORT OF DEFENDANTS BACKGRID USA, INC. BACKGRID INC., AND SHUTTERSTOCK INC.'S MOTION FOR SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL**
- **DECLARATION OF ALEX KANTIF IN SUPPORT OF DEFENDANTS BACKGRID USA, INC. BACKGRID INC., AND SHUTTERSTOCK INC.'S MOTION FOR SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL**
- **[PROPOSED] ORDER GRANTING DEFENDANTS BACKGRID USA, INC. BACKGRID INC., AND SHUTTERSTOCK INC.'S MOTION FOR SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL**
- **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS BACKGRID USA, INC. BACKGRID INC., AND SHUTTERSTOCK INC.'S NOTICE OF MOTION FOR SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL**
- **APPLICATION FOR LEAVE TO FILE EXHIBITS TO DECLARATION OF JOANNA ARDALAN AND DECLARATION OF ALEX KANTIF IN SUPPORT OF DEFENDANTS BACKGRID USA, INC. BACKGRID INC., AND SHUTTERSTOCK INC.'S MOTION FOR SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL**

1

- **DECLARATION OF JOANNA ARDALAN IN SUPPORT OF APPLICATION FOR LEAVE TO FILE EXHIBITS TO DECLARATION OF JOANNA ARDALAN AND DECLARATION OF ALEX KANTIF IN SUPPORT OF DEFENDANTS BACKGRID USA, INC. BACKGRID INC., AND SHUTTERSTOCK INC.'S MOTION FOR SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL**
- **[PROPOSED] ORDER GRANTING LEAVE TO FILE EXHIBITS TO THE DECLARATION OF JOANNA ARDALAN UNDER SEAL**
- **REDACTIONS VERSIONS OF EXHIBITS RE APPLICATION TO FILE UNDER SEAL**
- **NON-REDACTED VERSIONS OF EXHIBITS RE APPLICATION TO FILE UNDER SEAL**
- **NOTICE OF LODGING RE EXHIBITS 10-3 A, 10-3 B and 33**
- **EXHIBITS RE NOTICE OF LODGING 10-3 A, 10-3 B and 33**
- **NOTICE OF LODGING RE EXHIBIT 2 PHYSICALLY AND UNDER SEAL**
- **EXHIBIT RE NOTICE OF LODGING 2**

Henri Mazari
carboninla@yahoo.com

Thibault Mauvilain
tm@forceinaction.com

Abby M Neu
aneu@whitewoodlaw.com

Ryan E Carreon
rcarreon@whitewoodlaw.com

David A. Sergenian
david@sergenianlaw.com
sergenianlaw@recap.email

Keaton D Smith
ksmith@whitewoodlaw.com

2
**PROOF OF SERVICE**

Shengmao Mu
smu@whitewoodlaw.com
2710866420@filings.docketbird.com
ecf-cacd-6373071269036032@inbound.docketalarm.com

Kenneth S Korea
ken@colev.law

Sheila Mojtehedi
smojtehedi@bicklawllp.com
sheila@mojtehedi.com

[**X**]    (BY EMAIL)

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 31, 2026 at Los Angeles, California.

*/s/ Megan Dell*

Megan Dell

3

**PROOF OF SERVICE**