SHEILA MOJTEHEDI (313002)
sheila@mojtehedi.com
806 E. Avenida Pico, Ste. I-291
San Clemente, California 92673
Telephone (323) 412-0472
Facsimile  (323) 403-4170

Attorney for Defendants
FLYNET PICTURES, LLC and FAMEFLYNET INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHAEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-2757-FLA-MAA<br>Hon. Fernando L. Aenlle-Rocha<br><br>**DEFENDANTS FLYNET PICTURES, LLC AND FAMEFLYNET INC.'S NOTICE OF JOINDER AND JOINDER WITH DEFENDANTS BACKGRID INC., AND BACKGRID USA, INC., SHUTTERSTOCK, INC.'S NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL**<br><br>[JOINDER WITH ECF NOS. 128 TO 135]<br><br>**Date**: August 28, 2026<br>**Time**: 1:30 p.m.<br>**Courtroom**: 6B |

1

**Notice of Joinder and Joinder**

Defendants Flynet Pictures, LLC and Fameflynet Inc. hereby move to join in the notice of motion and motion for sanctions against Plaintiffs and their counsel filed by defendants Backgrid, Inc., Backgrid USA, Inc., and Shutterstock, Inc. (collectively, "Backgrid and Shutterstock," and the "Motion for Sanctions"). ECF Nos. 128 to 135. *See Austin v. Tesla, Inc.*, No. 20-cv-00800-EMC, 2021 U.S. Dist. LEXIS 244414, *11 (N.D. Cal. Jan. 25, 2021); *Moser v. Encore Capital Grp. Inc.*, No. 04CV2085-LAB (WMc), 2007 U.S. Dist. LEXIS 63810, at *3-4 (S.D. Cal. Aug. 24, 2007).

The Motion for Sanctions is noticed for August 28, 2026, at 1:30 P.M., or as soon thereafter as the matter may be heard before the Honorable Fernando L. Aenlle-Rocha in Courtroom 6B of the above-captioned court located at 350 W. First Street, Los Angeles, CA 90012. Defendants join in all of the bases identified in Backgrid and Shutterstock's notice of motion and motion and incorporate them as though fully set forth herein.

Defendants' joinder is based on this Notice of Joinder and Joinder, the Memorandum of Points and Authorities, additional filings by the parties, and upon such further materials and argument as may be presented at the hearing of this matter.

Respectfully submitted,

Dated:  July 31, 2026

     /s/
SHEILA MOJTEHEDI
*Attorney for Defendants*
*Flynet Pictures, LLC and Fameflynet Inc.*

2

**Memorandum of Points and Authorities**

Defendants Flynet Pictures, LLC and Fameflynet Inc. ("Defendants") join in the arguments raised by defendants Backgrid, Inc., Backgrid USA, Inc., and Shutterstock, Inc. in their notice of motion and motion for sanctions authorities (ECF Nos. 128 to 135, collectively the "Motion for Sanctions") and incorporate them by reference as though fully stated herein. Such joinder in the motion is appropriate here. The arguments raised in the motion are not unique to defendants Backgrid, Inc., Backgrid USA, Inc., and Shutterstock, Inc. and are equally applicable to Defendants. Thus, Defendants respectfully submit joining in the Motion for Sanctions is appropriate and in furtherance of judicial economy, and the Court should also apply its ruling on the Motion for Sanctions as to Defendants.

Respectfully submitted,

Dated:  July 31, 2026

_____/s/_____

SHEILA MOJTEHEDI
*Attorney for Defendants*
*Flynet Pictures, LLC and Fameflynet Inc.*

3