SHEILA MOJTEHEDI (313002)
sheila@mojtehedi.com
806 E. Avenida Pico, Ste. I-291
San Clemente, California 92673
Telephone (323) 412-0472
Facsimile  (323) 403-4170

Attorney for Defendants
FLYNET PICTURES, LLC and FAMEFLYNET INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHAEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-2757-FLA-MAA<br>Hon. Fernando L. Aenlle-Rocha<br><br>**DECLARATION OF SHEILA MOJTEHEDI** |

1

**Declaration of Sheila Mojtehedi**

I, Sheila Mojtehedi, declare:

1.     I am counsel of record for defendants Flynet Pictures, LLC and Fameflynet Inc. The facts below are of my own personal knowledge unless otherwise stated. If called as a witness, I could competently testify to them.

2.     Attached as **Exhibit 33** is a true and accurate copy of my billing records in this matter, with descriptions of time entries redacted.

3.     I received my undergraduate degree from the University of California, Irvine and Juris Doctorate from the University of California, Irvine School of Law in 2016. From 2016 to 2020, I was an associate at Stradling, Yocca, Carlson & Rauth P.C. in Newport Beach, California, where I practiced in the areas of commercial litigation and federal criminal defense. In 2020, I opened my own law office and continue to practice in the areas of commercial litigation and federal criminal defense. I have been a member of the Criminal Justice Act Trial Attorney Panel for the United States District Court for the Central District of California since January 2023, through which I am appointed by the court to represent individuals who are financially unable to retain counsel in federal criminal proceedings.

4.     My current hourly rate is $450. I understand and believe that this is commensurate (if not less expensive) than reasonable hourly rates of other practitioners with similar credentials and experience.

I declare under penalty of perjury under the laws of the United States of America that the contents of this declaration are true and correct.

Date: July 31, 2026                        _/s/Sheila Mojtehedi_____

                                            Sheila Mojtehedi

2

# EXHIBIT 33

EXHIBIT 33

| Date | Description | Qty |
|---|---|---|
| 5/14/25 | | 0.4 |
| 5/27/25 | | 1 |
| 5/30/25 | | 1.5 |
| 6/4/25 | | 1.1 |
| 6/8/25 | | 1.4 |
| 6/11/25 | | 2 |
| 6/11/25 | | 2.3 |
| 6/12/25 | | 0.5 |
| 7/2/25 | | 0.8 |
| 7/3/25 | | 0.4 |
| 7/11/25 | | 1.5 |
| 7/14/25 | | 0.8 |
| 7/14/25 | | 1.7 |
| 7/14/25 | | 0.5 |
| 8/16/26 | | 6.7 |
| 8/18/25 | | 2.8 |
| 11/18/25 | | 0.8 |
| 12/3/25 | | 1.5 |
| 12/8/25 | | 3.1 |
| 12/10/25 | | 6 |
| 12/11/25 | | 7.5 |
| 12/16/25 | | 4.7 |
| 1/13/26 | | 4.1 |
| 3/3/26 | | 4.6 |
| 3/24/26 | | 4.2 |



EXHIBIT 33



| Date | Description | Qty |
|---|---|---|
| 3/25/26 | | 2.3 |
| 4/15/26 | | 1 |
| 5/18/26 | | 8.1 |
| 5/20/26 | | 7.2 |
| 5/24/26 | | 4.8 |
| 7/24/26 | | 3.9 |
| | | **82.9** |

2