David A. Sergenian, SBN 230174
david@sergenianlaw.com
**SERGENIAN LAW, P.C.**
808 Wilshire Blvd., Suite 800
Santa Monica, CA 90401
Telephone: (213) 435-2035

Shengmao Mu, SBN 327076
smu@whitewoodlaw.com
**WHITEWOOD LAW, P.C.**
99 S. Alameda Blvd., Suite 600
San Jose, CA 95113
Tel.: (917) 858-8018

## UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHAN KYNDT, an individual; and JOSEPH MEHDI, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation and DOES 1–10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-2757-FLA-MBKx<br><br>*Hon. Fernando L. Aenlle-Rocha*<br><br>**DECLARATION OF RYAN E. CARREON IN OPPOSITION TO MOTION FOR SANCTIONS**<br><br>**Hearing Information**<br>Date:　　August 28, 2026<br>Time:　　1:30 p.m.<br>Crtrm:　　6B |

## DECLARATION OF RYAN E. CARREON

I, Ryan Carreon, declare as follows:

1.      I am over the age of 18 years old. I am an attorney at law admitted to practice in the Central District of California. I have personal knowledge of all matters stated herein, and if called as a witness, I could and would competently testify thereto.

2.      On April 22, 2025, I joined Whitewood Law PLLC as an associate attorney.

3.      On April 23, 2025, I entered my appearance in this case.

4.      Prior to that date, I had never performed any work in connection with this case or any of the named Plaintiffs in any capacity.

5.      In preparation for the in-person deposition of Plaintiff Stephane Kyndt in Los Angeles, I was informed that Kyndt, who resides in France, needed to obtain a visa in order to be permitted to enter the United States due to a previous trip he had taken to Cuba.

6.      Shortly after he attended his visa interview, Kyndt emailed me and my co-counsel to inform us that his visa had been approved. In the email, Kyndt provided a screenshot of the correspondence with the United States embassy stating that his "visa has been approved and will be printed as soon as possible."

7.      Attached hereto as **Exhibit A** is a true and correct copy of the email from Kyndt.

8.      Based on that information, I emailed Defendants' counsel and indicated that Kyndt's visa had been approved.

9.      Shortly before his flight, my co-counsel and I received another email from Kyndt stating that he "hadn't heard anything" from the United States embassy concerning his visa so he visited the link provided to him to "track my visa status." After doing so, Kyndt was taken to a screen showing that his visa application had been rejected. Kyndt stated in his email he "hadn't received anything official."

10.      Attached hereto as **Exhibit B** is a true and correct copy of the email from Kyndt.

- 1 -

CARREON DECLARATION IN OPPOSITION TO MOTION FOR SANCTIONS

11.    After taking steps to officially confirm that Kyndt's visa application had been denied and that the denial could not be rectified in time for Kyndt to travel to Los Angeles for the deposition, my co-counsel David Sergenian email Defendants' counsel to inform her that the visa had been denied and that an in person deposition could not proceed.

I certify under penalty of perjury under the laws of the United States that the fore-going is true and correct.

Executed on August 7, 2026, at Wilmington, Delaware.

Ryan E. Carreon

CARREON DECLARATION IN OPPOSITION TO MOTION FOR SANCTIONS