# Exhibit "A"

 Gmail

Ryan Carreon <rcarreon@whitewoodlaw.com>

**Deposition Preparation - Written Discovery Responses**

Stéphane Kyndt <stephankyndt@gmail.com>
To: Ryan Carreon <rcarreon@whitewoodlaw.com>
Cc: David Sergenian <david@sergenianlaw.com>, Shengmao Mu <smu@whitewoodlaw.com>

Dear Counsel,

I am pleased to inform you that my visa has been approved. I should receive my passport within the next week.

I would also like to check with you to make sure everything is in order and confirm that I am now able to book my flights for June 10th.

I would like to sincerely thank you for your work, support, and availability throughout this process. I truly appreciate your help.

Best regards,

Stéphane Kyndt
Photographer
https://www.street-macadam.com/

**EMBASSY OF THE UNITED STATES OF AMERICA**

**PARIS FRANCE**

Dear Applicant,

Your visa has been approved and will be printed as soon as possible. You can check the status of your visa application at https://ceac.state.gov/CEACStatTracker/Status.aspx?App=NIV to see when the visa is issued.

Please go to suxessvisa.com/fr/, select "get my passport back", complete your passport return registration to choose your preferred document return method (pick-up or home delivery). EACH applicant must be registered individually.

Once the passport is available, you will receive an email with further instructions. Check your spam and junk folder.

DO NOT purchase any non-refundable travel until you receive your visa.