# Exhibit "B"



**M** Gmail

Ryan Carreon <rcarreon@whitewoodlaw.com>

---

**Update Regarding My B1/B2 Visa Application**

**Stéphane Kyndt** <stephankyndt@gmail.com>
To: David Sergenian <david@sergenianlaw.com>
Cc: Ryan Carreon <rcarreon@whitewoodlaw.com>, Shengmao Mu <smu@whitewoodlaw.com>

No, I haven't received anything official.

I had a link to track my visa status. And since I hadn't heard anything and my flight date was approaching, I tried checking it using that link.



That's how I saw this.



Application ID or Case Number

AA00FHGWQR

(e.g., AA0020AKAX or 2012118.345.0001)

NOTE: For applicants who completed their forms prior to January 1, 2022, please put NA into the Passport and Surname fields.

Passport Number

18CH19605

First 5 Letters of Surname

NODIN

Enter the code as shown

V3WXN5

[image of captcha: 6V66]

...one varies and that you will be contacted if additional information is required. For more information, please visit TRAVEL.STATE.GOV or the website for the Embassy or Consulate at which you made your visa application.

For more information, please visit U.S. Embassy Paris.

Close

Perhaps I should wait to receive an official letter; I'll forward it to you as soon as I get it (I imagine it will be with my passport). My application process is taking a very long time.

Stéphane Kyndt
Photographer
https://www.street-macadam.com/