# Exhibit B

 **Gmail**                                        **David Sergenian <david.sergenian@sergenianlaw.com>**

## Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2:25-cv-02757-FLA-MAA

**David Sergenian** <david@sergenianlaw.com>                                Thu, May 14, 2026 at 5:58 PM
To: Jo Ardalan <jardalan@onellp.com>
Cc: Ryan Carreon <rcarreon@whitewoodlaw.com>, Abby Neu <aneu@whitewoodlaw.com>, David Quinto <dquinto@onellp.com>, Peter Afrasiabi <pafrasiabi@onellp.com>, Shengmao Mu <smu@whitewoodlaw.com>, Sheila Mojtehedi <sheila@mojtehedi.com>, Ryan Baker <rbaker@whitewoodlaw.com>, Keaton Smith <ksmith@whitewoodlaw.com>

Jo:

Attached is a revised Rule 37 Joint Stipulation, along with the accompanying declaration and exhibits (Ex. 13 will be this email).

The revised Joint Stipulation includes the disputes that were the subject of oral representations by your firm at the May 13 IDC. We have included them because we do not have a transcript of the May IDC, Magistrate Judge Audero informed us that the minute order will not address each issue, and, as of today, none of those representations has been memorialized in a compliant Rule 34 response or followed by production, and the June 19, 2026 fact-discovery cutoff is now five weeks away. If the BackGrid Defendants honor each of the following commitments by close of business on Tuesday, May 19, 2026, Plaintiffs will remove the corresponding item from the version of the Joint Stipulation filed with the Court. Specifically:

1. **RFP 14 (Server, Access, and Analytics Logs):** Compliant supplemental Rule 34 responses from BackGrid Inc., BackGrid USA, Inc., and Shutterstock, Inc. confirming production of per-photograph access logs, together with production of the logs.
2. **RFPs 17 and 18 (Licensing and Revenue Records):** Production of the underlying sales records in native Excel format, together with the royalty calculations, payment records, and reconciliations responsive to RFPs 17 and 18 that are not included in the sales summaries.
3. **RFP 27 (Shutterstock–BackGrid Acquisition):** Production of the Shutterstock–BackGrid acquisition agreement together with all schedules, exhibits, and closing documents.
4. **RFP 49 (Bulk Sales):** Production of the contracts, communications, and asset lists associated with bulk-sale and asset-transfer transactions.
5. **Boris Nizon Documents:** A written representation, after confirmation with your clients, that none of the BackGrid Defendants, including Mr. Nizon personally, has Mr. Nizon's BackGrid emails or documents in its possession, custody, or control.
6. **BackGrid, Inc.'s Amended Rule 34 responses:** Service of BackGrid, Inc.'s amended Rule 34 responses covering all 68 Requests for Production in Plaintiffs' First Set.
7. **Search Term Typographical and Syntax Defects:** A corrected search-term spreadsheet curing the typographical and syntax defects identified in Category VI of the Joint Stipulation and in paragraphs 41 through 51 and 55 through 58 of my declaration, together with a written representation that the corrected searches have been run and any newly responsive documents will be produced.

Items not addressed above are not subject to withdrawal on confirmation and remain in the Joint Stipulation.

Thank you,

David A. Sergenian
**Sergenian Law, a Professional Corporation**
808 Wilshire Blvd., Suite 200
Santa Monica, CA 90401
Los Angeles, CA 90064
david@sergenianlaw.com
(213) 435-2035
Website
LinkedIn

**15 attachments**

**Ex 4  to Sergenian Decl. (March 17, 2026 Email to Joanna Ardalan).pdf**
159K

**Ex 3 to Sergenian Decl. (March 27, 2026 Email to Joanna Ardalan).pdf**
89K

**Ex 1 to Sergenian Decl (Setpember 23, 2025 Letter to Joanna Ardalan).pdf**
480K

**Ex 14 to Sergenian Decl. (BACKGRID001327, 1338).pdf**
670K

**Ex 5 to Sergenian Decl. (April 13, 2026 email from Joanna Ardalan).pdf**
591K

**Ex 2 to Sergenian Decl. (October 15, 2025 Email to Joanna Ardalan).pdf**
1429K

**Ex 6 to Sergenian Decl. (April 14, 2026 email to Joanna Ardalan).pdf**
509K

**Ex 8 to Sergenian Decl. (April 27, 2026 email to Joanna Ardalan).pdf**
403K

**Ex 9 to Sergenian Decl (Boris Nlzon LinkedIn page).pdf**
448K

**Ex 11 to Sergenian Decl (May 11, 2026 email to Magistrate Judge Audero's Chambers).pdf**
178K

**Ex 10 to Sergenian Decl (May 9, 2026 meet and confer memorialization).pdf**
361K

**Ex 12 to Sergenian Decl. (Boris Nizon Declaration).pdf**
260K

**Ex 7 to Sergenian Decl. (Logikcull instructions).pdf**
3379K

**MTC - Backgrid Defendants - Sergenian Declaration v4.pdf**
257K

**MTC - Backgrid Defendants - Rule 37 Stipulation v3.docx**
121K