# Exhibit C

 **Gmail**

David Sergenian <david.sergenian@sergenianlaw.com>

## Re: Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2:25-cv-02757-FLA-MAA

1 message

**David Sergenian** <david@sergenianlaw.com>                                  Thu, May 21, 2026 at 6:07 PM
To: Jo Ardalan <jardalan@onellp.com>
Cc: Ryan Carreon <rcarreon@whitewoodlaw.com>, Abby Neu <aneu@whitewoodlaw.com>, David Quinto <dquinto@onellp.com>, Peter Afrasiabi <pafrasiabi@onellp.com>, Shengmao Mu <smu@whitewoodlaw.com>, Sheila Mojtehedi <sheila@mojtehedi.com>, Ryan Baker <rbaker@whitewoodlaw.com>, Keaton Smith <ksmith@whitewoodlaw.com>

"Within seven days[.]" L.R. 37-2.2. Midnight tonight will be seven days and six hours. Again, I will wait a reasonable amount of time, but if you are going to take the position that you will not provide the BackGrid Defendants' portion of the joint stipulation based on a misreading of this rule, then I will file the motion tonight before we've received your portion of the joint stipulation and you can argue to the new magistrate judge that within seven days means midnight. Can you at least commit to a time when you will provide your portion?

On Thu, May 21, 2026 at 6:02 PM Jo Ardalan <jardalan@onellp.com> wrote:

> David:
>
> It expires at midnight tonight.  Point to me where in the rules it says the deadline has passed.
>
> Jo
>
> --
> **Jo Ardalan**
>
> **Partner**
>
> # one llp
>
> Intellectual Property & Entertainment Law
>
> 310-437-8665 (Direct)
>
> 323-309-9215 (Cell)
>
> jardalan@onellp.com
>
> _Notice_:  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.
>
> ---
>
> **From:** David Sergenian <david@sergenianlaw.com>
> **Sent:** Thursday, May 21, 2026 6:00 PM
> **To:** Jo Ardalan <jardalan@onellp.com>

**Cc:** Ryan Carreon <rcarreon@whitewoodlaw.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Sheila Mojtehedi <sheila@mojtehedi.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2:25-cv-02757-FLA-MAA

Jo,

The deadline for the BackGrid Defendants to provide their portion of the joint stipulation has expired. Please let me know when I can expect it. Unless I hear back from you and receive the BackGrid Defendants' portion of the joint stipulation by 8 p.m. tonight, I will unilaterally file the motion and include a statement that we did not receive the BackGrid's portion of the joint stipulation.

Thank you,

David

David A. Sergenian

**Sergenian Law, a Professional Corporation**

808 Wilshire Blvd., Suite 200

Santa Monica, CA 90401

Los Angeles, CA 90064

david@sergenianlaw.com

(213) 435-2035

Website

LinkedIn

 **Gmail**                                    **David Sergenian <david.sergenian@sergenianlaw.com>**

## RE: Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2:25-cv-02757-FLA-MAA

1 message

**Jo Ardalan** <jardalan@onellp.com>                                    Thu, May 21, 2026 at 7:21 PM
To: David Sergenian <david@sergenianlaw.com>
Cc: Ryan Carreon <rcarreon@whitewoodlaw.com>, Abby Neu <aneu@whitewoodlaw.com>, David Quinto <dquinto@onellp.com>, Peter Afrasiabi <pafrasiabi@onellp.com>, Shengmao Mu <smu@whitewoodlaw.com>, Sheila Mojtehedi <sheila@mojtehedi.com>, Ryan Baker <rbaker@whitewoodlaw.com>, Keaton Smith <ksmith@whitewoodlaw.com>

David:

If by "last step" you are referring to the LR that gives me to opportunity to review the joint stip before you file, Judge Audero did not give you relief from that.  If she had changed the Local Rules, she would have addressed it in her order.  And, I insist on reviewing the joint stip before it gets filed with my signature.

And, of course the deadline is at midnight. When you serve discovery requests at 5 pm, you do not expect the responses to be returned at 5 pm 30 days later.  The other side has until midnight.

I have to go to the airport to pick up my husband from the graduation trip I could not attend because of this case so I am out of pocket anyway.

I will send our portion to you when I return before our midnight deadline.

Regards,

Jo

--

**Jo Ardalan**

**Partner**

# one llp

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice*: *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** David Sergenian <david@sergenianlaw.com>
**Sent:** Thursday, May 21, 2026 7:01 PM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Ryan Carreon <rcarreon@whitewoodlaw.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Sheila Mojtehedi <sheila@mojtehedi.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** Re: Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2:25-cv-02757-FLA-MAA

Judge Audero said we do not need to go through that last step. And FRCP 6 doesn't change things. A day is 24 hours, not 30 hours.

David A. Sergenian

**Sergenian Law, a Professional Corporation**

808 Wilshire Blvd., Suite 200

Santa Monica, CA 90401

Los Angeles, CA 90064

david@sergenianlaw.com

(213) 435-2035

Website

LinkedIn

On Thu, May 21, 2026, 6:11 PM Jo Ardalan <jardalan@onellp.com> wrote:

> David:
>
> You should look at FRCP 6. By the way, you cannot file anything today anyway. Per the local rules you have to send this back to us and give us a business day to review. I'll send it to you before our deadline.
>
> (1) *Period Stated in Days or a Longer Unit.* When the period is stated in days or a longer unit of time:
>
> (A) exclude the day of the event that triggers the period;

(B) count every day, including intermediate Saturdays, Sundays, and legal holidays; and

(C) include the last day of the period, but if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.

--

**Jo Ardalan**

**Partner**

# one llp

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice*:  *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** David Sergenian <david@sergenianlaw.com>
**Sent:** Thursday, May 21, 2026 6:00 PM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Ryan Carreon <rcarreon@whitewoodlaw.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Sheila Mojtehedi <sheila@mojtehedi.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2:25-cv-02757-FLA-MAA

Jo,

The deadline for the BackGrid Defendants to provide their portion of the joint stipulation has expired. Please let me know when I can expect it. Unless I hear back from you and receive the BackGrid Defendants' portion of the joint stipulation by 8 p.m. tonight, I will unilaterally file the motion and include a statement that we did not receive the BackGrid's portion of the joint stipulation.

Thank you,

David

David A. Sergenian

**Sergenian Law, a Professional Corporation**

808 Wilshire Blvd., Suite 200

Santa Monica, CA 90401

Los Angeles, CA 90064

david@sergenianlaw.com

(213) 435-2035

Website

LinkedIn

Case 2:25-cv-02757-FLA-MBK     Document 138-7     Filed 08/07/26     Page 7 of 9   Page
ID #:4488



**David Sergenian <david.sergenian@sergenianlaw.com>**

## Defendants Portion of Joint Stip

1 message

**Jo Ardalan** <jardalan@onellp.com>                                   Thu, May 21, 2026 at 11:47 PM
To: David Sergenian <david@sergenianlaw.com>
Cc: Ryan Carreon <rcarreon@whitewoodlaw.com>, Abby Neu <aneu@whitewoodlaw.com>, David Quinto <dquinto@onellp.com>, Peter Afrasiabi <pafrasiabi@onellp.com>, Shengmao Mu <smu@whitewoodlaw.com>, Sheila Mojtehedi <sheila@mojtehedi.com>, Ryan Baker <rbaker@whitewoodlaw.com>, Keaton Smith <ksmith@whitewoodlaw.com>, Megan Dell <mdell@onellp.com>

David:


See our portion of the Joint Stip.


You have extended your introduction beyond what is permissible by putting in a "DISCOVERY IN DISPUTE" section and did not include a place for us to respond. For that reason, I added a heading to plaintiff's position and made our own section.


You may not file and may not add my signature per the Local Rules, until I have a business day to review the joint stipulation.


The exhibits (A-G) are here: https://we.tl/t-sHbwmNh179GmomxS


Regards,
Jo


--

**Jo Ardalan**

**Partner**

# one llp

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com


*Notice*:  *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally*

*privileged, which prohibits any unauthorized review or use.*

**2 attachments**

**Thibault v. Backgrid - JA Dec in Oppo to MTC Disc and Sanctions (002) 5-21-26.pdf**
163K

**MTC - Backgrid Defendants - Rule 37 Stipulation v3 (004) JA 5-21- JA (No Signature) v2.docx**
154K