# Exhibit D

 **Gmail**

David Sergenian <david.sergenian@sergenianlaw.com>

## Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2:25-cv-02757-FLA-MAA: Joint Stipulation ISO Motion to Compel

1 message

---

**David Sergenian** <david@sergenianlaw.com>                                    Mon, Jun 1, 2026 at 2:55 PM
To: Jo Ardalan <jardalan@onellp.com>
Cc: Ryan Carreon <rcarreon@whitewoodlaw.com>, Jo Ardalan <jardalan@onellp.com>, Abby Neu
<aneu@whitewoodlaw.com>, David Quinto <dquinto@onellp.com>, Peter Afrasiabi <pafrasiabi@onellp.com>, Shengmao Mu
<smu@whitewoodlaw.com>, Sheila Mojtehedi <sheila@mojtehedi.com>, Ryan Baker <rbaker@whitewoodlaw.com>, Keaton
Smith <ksmith@whitewoodlaw.com>

Counsel:

Attached is Plaintiffs' portion of the joint stipulation, my declaration, and exhibits. The BackGrid Defendants' portion of the
joint stipulation is due within seven days pursuant to the local rules.

Thank you,

David A. Sergenian
**Sergenian Law, a Professional Corporation**
808 Wilshire Blvd., Suite 200
Santa Monica, CA 90401
Los Angeles, CA 90064
david@sergenianlaw.com
(213) 435-2035
Website
LinkedIn

---

**13 attachments**

**2026-06-01 - MTC - Backgrid Defendants - Sergenian Declaration.pdf**
422K

**Ex 3 to Sergenian Decl. (March 27, 2026 Email to Joanna Ardalan).pdf**
88K

**Ex 4  to Sergenian Decl. (March 17, 2026 Email to Joanna Ardalan).pdf**
162K

**Ex 1 to Sergenian Decl (Setpember 23, 2025 Letter to Joanna Ardalan).pdf**
507K

**Ex 2 to Sergenian Decl. (October 15, 2025 Email to Joanna Ardalan).pdf**
1495K

**Ex 5 to Sergenian Decl. (April 13, 2026 email from Joanna Ardalan).pdf**
616K

**Ex 6 to Sergenian Decl. (April 14, 2026 email to Joanna Ardalan).pdf**
534K

**Ex 8 to Sergenian Decl (May 9, 2026 meet and confer memorialization).pdf**
374K

**Ex 7 to Sergenian Decl. (April 27, 2026 email to Joanna Ardalan).pdf**
403K

**Ex 9 to Sergenian Decl (May 11, 2026 email to Magistrate Judge Audero's Chambers).pdf**
178K

**Ex 11 to Sergenian Decl. (May 15, 2026 email to Joanna Ardalan).pdf**
300K

**Ex 10 to Sergenian Decl (Boris Nlzon LinkedIn page).pdf**
448K

**MTC - Backgrid Defendants - Rule 37 Stipulation v6.docx**
97K