# Exhibit G

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THIBAULT MAUVILAIN, an individual; )
HENRI MAZARI, an individual; )
JEREMY DUPLAQUET, an individual; ) Case No.:
ROBERT CHRISTIAN WOLF, an ) 2:25–cv–2757–FLA–MAA
individual; MICHEL BOUTEFEU, an )
individual; STEPHAN KYNDT, an )
individual; and JOSEPH MEHDI, an )
individual, )
)
          Plaintiffs, )
)
          vs. )
)
FLYNET PICTURES, LLC, a California )
limited liability company; )
FAMEFLYNET INC., a California )
corporation; BACKGRID INC., a )
California corporation; BACKGRID )
USA, INC., a California )
corporation; )
SHUTTERSTOCK, INC., a Delaware )
corporation; and DOES 1–10, )
inclusive, )
)
          Defendants. )     **ORIGINAL**
_____)

VIDEO-RECORDED REMOTE DEPOSITION OF JOANNA ARDALAN

Via Zoom Videoconferencing

Monday, May 25, 2026

REPORTED BY:
IREENE GODOY
CSR No.: 14817

JOB NO.: 218979

APPEARANCES:   (All parties appearing remotely)


For PLAINTIFFS:

             Sergenian Law, P.C.
             BY: David A. Sergenian, ESQ.
             800 Wilshire Boulevard, Suite 200
             Santa Monica, CA 90401
             Tel: (213) 435-2035


For DEFENDANTS:

             One LLP
             BY: David W. Quinto, ESQ.
             3007 Franklin Canyon Drive
             Beverly Hills, CA 90210
             Tel:  (213 604-1777



Also Present:

             Kim Benedict, Videographer

information that she could for us to investigate.

Q. During the call do you remember Ms. Parant telling you in sum or substance that the photographers were revoking any permission your two clients had to use, distribute, or license their works?

A. No.

Q. Is it your -- so the question I asked you is if you recall that. You said, "No." Is it possible that she stated that to you?

A. I highly doubt that that would be the case.

MR. QUINTO: Objection. Calls for speculation.

BY MR. SERGENIAN:

Q. Well, you say you "highly doubt." I don't want to put words in your mouth, but it sounds like you're not saying you're 100 percent sure she didn't state that? Is that fair?

A. She didn't state it.

Q. She did not state it?

A. She did not state it.

Q. Okay. And you're clear that I'm asking you if she said words to that effect, right, not just the exact words?

A. Correct.

Q. And on the call, did Ms. -- and let me just be clear for the record. I think I asked you if she stated that the photographers were revoking any permission your two

clients had.  Let me just be complete here. | 11:51:21

On the call did, Ms. Parant inform you in sum or | 11:51:24
substance that she was -- that the photographers were | 11:51:28
revoking any permission BackGrid had, Shutterstock had, or | 11:51:34
both of them had to use, distribute, or license their works? | 11:51:39

A.  There was no communications on that phone call | 11:51:45
about revocation of licenses one way or the other. | 11:51:49

Q.  Okay.  Did Ms. Parant tell you on the call that the | 11:51:53
photographers were no longer authorizing BackGrid or | 11:51:59
Shutterstock to license their works? | 11:52:04

A.  No. | 11:52:09

Q.  Did Ms. Parant tell you the photographers demanded | 11:52:11
that either BackGrid or Shutterstock stop offering their | 11:52:13
works for license? | 11:52:20

A.  No. | 11:52:22

Q.  Did Ms. Parant inform you that any of the | 11:52:23
photographers were terminating any license or permission | 11:52:29
that had been granted to either BackGrid or Shutterstock? | 11:52:31

A.  No. | 11:52:37

Q.  Did she inform you that any continued use of works | 11:52:38
by BackGrid or Shutterstock was unauthorized? | 11:52:42

A.  No. | 11:52:47

Q.  And if Ms. Parant testifies that she did give you | 11:52:47
this notice, is it your testimony that she is giving false | 11:52:52
testimony? | 11:52:57

REPORTER'S CERTIFICATE

I, Ireene Godoy, Certified Shorthand Reporter, in and for the State of California, Certificate No. 14817, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was by me first duly sworn to testify to the truth, the whole truth, and nothing but the truth;

That said deposition was taken before me at the time and place therein set forth and were taken down by me in oral stenography and thereafter transcribed into typewriting under my direction; said transcript being a true and correct transcription of testimony given.

I further certify that I am neither counsel for, nor related to, any party to said action, nor in any way interested in the outcome thereof.

In witness whereof, I have hereunto subscribed my name.

Dated: JUNE 08, 2026

_____
IREENE GODOY
CSR No. 14817