# Exhibit H

 **Gmail**

David Sergenian <david.sergenian@sergenianlaw.com>

## Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2:25-cv-02757: Motion to Compel

1 message

**David Sergenian** <david@sergenianlaw.com>                                     Wed, May 27, 2026 at 12:25 PM
To: Jo Ardalan <jardalan@onellp.com>
Cc: Ryan Carreon <rcarreon@whitewoodlaw.com>, Abby Neu <aneu@whitewoodlaw.com>, David Quinto <dquinto@onellp.com>, Peter Afrasiabi <pafrasiabi@onellp.com>, Shengmao Mu <smu@whitewoodlaw.com>, Sheila Mojtehedi <sheila@mojtehedi.com>, Ryan Baker <rbaker@whitewoodlaw.com>, Keaton Smith <ksmith@whitewoodlaw.com>

Jo:

In light of the Court's order continuing the discovery cutoff and Magistrate Judge Audero's authorization to brief the Nizon email issue, Plaintiffs intend on withdrawing their Rule 37 motion to compel filed on May 22, 2026. We will serve the BackGrid Defendants with a revised joint stipulation shortly. The withdrawal should moot the BackGrid Defendants' pending motion to strike.

Thanks,

David A. Sergenian
**Sergenian Law, a Professional Corporation**
808 Wilshire Blvd., Suite 200
Santa Monica, CA 90401
Los Angeles, CA 90064
david@sergenianlaw.com
(213) 435-2035
Website
LinkedIn