David A. Sergenian, SBN 230174
david@sergenianlaw.com
**SERGENIAN LAW, P.C.**
808 Wilshire Blvd., Suite 200
Santa Monica, CA 90401
Tel.: (213) 435-2035

Shengmao Mu, SBN 327076
smu@whitewoodlaw.com
**WHITEWOOD LAW, P.C.**
99 S. Alameda Blvd., Suite 600
San Jose, CA  95113
Tel.: (917) 858-8018

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHAN KYNDT, an individual; and JOSEPH MEHDI, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation and DOES 1–10, inclusive, <br><br> Defendants. | Case No. 2:25-cv-02757-FLA-MBKx <br><br> *Hon. Fernando L. Aenlle-Rocha* <br><br> **PROOF OF SERVICE** <br><br> **Hearing Information** <br> Date:       August 28, 2026 <br> Time:       1:30 p.m. <br> Crtrm:      6B |

**PROOF OF SERVICE**

I, David A. Sergenian, declare as follows:

I am over the age of 18 years and am not a party to this action. My business address is 808 Wilshire Blvd., Suite 200, California 90401.

On August 7, 2026, I served true and correct copies of the following documents:

OPPOSITION TO MOTION FOR SANCTIONS;

DECLARATION OF DAVID A. SERGENIAN IN OPPOSITION TO MOTION FOR SANCTIONS, with Exhibits A–H;

DECLARATION OF RYAN E. CARREON IN OPPOSITION TO MOTION FOR SANCTIONS, with Exhibits A and B; and

this PROOF OF SERVICE

on the following parties, who are not registered CM/ECF users, by electronic mail, by transmitting the documents from david@sergenianlaw.com to the electronic-service addresses listed below, which are the addresses each recipient has designated and used for service in this action, including in their respective proofs of service filed in opposition to the Motion for Sanctions. The transmissions were reported as complete and without error.

Thibault Mauvilain, Plaintiff Pro Se (tm@forceinaction.com)

Henri Mazari, Plaintiff Pro Se (carboninla@yahoo.com)

All other parties are represented by counsel who are registered CM/ECF users and are served by operation of the Court's CM/ECF system upon filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 7, 2026

*/s/ David A. Sergenian*
David A. Sergenian

- 1 -
PROOF OF SERVICE