**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Thibault Mauvilain et al., | | CASE NUMBER: |
| | Plaintiff(s) | 2:25-cv-02757-FLA-MBK |
| v. | | |
| Flynet Pictures, LLC et al., | | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |
| | Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge Michael B. Kaufman .
Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required     ☒ Hearing Required
                          ☐ In-Person Court Hearing
                          ☒ Video Conference
                          ☐ Telephonic

Magistrate Judge  Michael B. Kaufman

Date/Time        08/12/2026 at 11:00 a.m.

Courtroom:       Video/Zoom-Link at Judge Kaufman's Procedures and Schedules page

Dated:        08/11/2026                    By:            J. Muñoz
                                                        Deputy Clerk