**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FILED

CLERK, U.S. DISTRICT COURT

08/06/2026

CENTRAL DISTRICT OF CALIFORNIA

BY ____GSA____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

| | |
|---|---|
| THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; et al., <br><br> Plaintiffs, <br><br> v. <br><br> FLYNET PICTURES, LLC; FAMEFLYNET INC.; BACKGRID INC.; BACKGRID USA, INC.; SHUTTERSTOCK, INC.; and DOES 1-10, inclusive, <br><br> Defendants. | **Case No. 2:25-cv-02757-FLA-MBK** <br><br> Hon. Fernando L. Aenlle-Rocha <br><br> **PROOF OF SERVICE** |

I, Henri Mazari, declare that I am over the age of eighteen and am a Plaintiff appearing pro se in this action.

On August 6, 2026, I served the following documents:

• PLAINTIFF HENRI MAZARI'S OPPOSITION TO DEFENDANTS BACKGRID USA, INC., BACKGRID INC., AND SHUTTERSTOCK INC.'S MOTION FOR SANCTIONS

• DECLARATION OF HENRI MAZARI IN SUPPORT OF HIS OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS

I served the documents by electronic mail upon the following counsel and party at the email addresses used for service in this litigation:

| Recipient | Email address |
|---|---|
| Joanna Ardalan | jardalan@onellp.com |

PLAINTIFF HENRI MAZARI'S OPPOSITION TO MOTION FOR SANCTIONS | 26

| | |
|---|---|
| Peter R. Afrasiabi | pafrasiabi@onellp.com |
| David W. Quinto | dquinto@onellp.com |
| Sheila Mojtehedi | smojtehedi@bicklawllp.com; sheila@mojtehedi.com |
| Thibault Mauvilain | tm@forceinaction.com |
| Abby M. Neu | aneu@whitewoodlaw.com |
| Ryan E. Carreon | rcarreon@whitewoodlaw.com |
| David A. Sergenian | david@sergenianlaw.com |
| Keaton D. Smith | ksmith@whitewoodlaw.com |
| Shengmao Mu | smu@whitewoodlaw.com |
| Kenneth S. Korea | ken@colev.law |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 6, 2026, at Redondo Beach, California.

*/s/ Henri Mazari*

**HENRI MAZARI**

Plaintiff, Pro Se