FILED

CLERK, U.S. DISTRICT COURT

08/07/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____GSA_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**THIBAULT MAUVILAIN**
4605 Sylmar Avenue, Apt. 312
Sherman Oaks, California 91423
Email: tm@forceinaction.com
Telephone: 310.770.3612
Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FLYNET PICTURES, LLC; FAMEFLYNET INC.; BACKGRID INC.; BACKGRID USA, INC.; SHUTTERSTOCK, INC.; and DOES 1–10, inclusive,<br><br>Defendants. | **Case No. 2:25-cv-02757-FLA-MBK**<br>Hon. Fernando L. Aenlle-Rocha<br><br>**PROOF OF SERVICE OF PLAINTIFF THIBAULT MAUVILAIN'S OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS AND SUPPORTING PAPERS** |

## PROOF OF SERVICE

I, Thibault Mauvilain, declare as follows:

**1.** I am over the age of eighteen and am a Plaintiff appearing pro se in this action. My address is 4605 Sylmar Avenue, Apt. 312, Sherman Oaks, California 91423. My electronic-service address is tm@forceinaction.com.

**2.** On August 7, 2026, I served true and correct PDF copies of the following documents:

• PLAINTIFF THIBAULT MAUVILAIN'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS;

• DECLARATION OF THIBAULT MAUVILAIN IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS;

• EXHIBIT A TO DECLARATION OF THIBAULT MAUVILAIN (DEPOSITION ERRATA);

• EXHIBIT B TO DECLARATION OF THIBAULT MAUVILAIN (SUPPLEMENTAL FAFL/ACH EVIDENCE);

• EXHIBIT C TO DECLARATION OF THIBAULT MAUVILAIN (KAT TORRES SUPPLEMENTAL DISCOVERY); and

• [PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR SANCTIONS AS TO PLAINTIFF THIBAULT MAUVILAIN.

**3.** I served the documents by electronic mail by transmitting them from tm@forceinaction.com to the following persons at the electronic-service addresses listed below, which have been used for service in this action:

| Recipient / Capacity | Electronic-Service Address(es) |
|---|---|
| Joanna Ardalan<br>Peter R. Afrasiabi<br>David W. Quinto<br>ONE LLP - Counsel for BackGrid Inc., BackGrid USA, Inc., and Shutterstock Inc. | jardalan@onellp.com<br>pafrasiabi@onellp.com<br>dquinto@onellp.com |
| Sheila Mojtehedi<br>Counsel for Flynet Pictures, LLC and FameFlynet Inc. | sheila@mojtehedi.com<br>smojtehedi@bicklawllp.com |
| David A. Sergenian<br>Former Counsel / Sanctions Respondent | david@sergenianlaw.com<br>sergenianlaw@recap.email |
| Shengmao Mu<br>Ryan E. Carreon<br>Abby M. Neu<br>Keaton D. Smith<br>Whitewood Law - Former Counsel / Sanctions Respondents | smu@whitewoodlaw.com<br>rcarreon@whitewoodlaw.com<br>aneu@whitewoodlaw.com<br>ksmith@whitewoodlaw.com |
| Kenneth S. Korea | ken@colev.law |
| Henri Mazari<br>Plaintiff, Pro Se | carboninla@yahoo.com |

**4.** I did not receive any notice that the electronic transmission to any of the foregoing addresses was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2026, at Sherman Oaks, California.

/s/ Thibault Mauvilain

**THIBAULT MAUVILAIN**

Plaintiff, Pro Se