## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | 2:25-cv-02757-FLA-MBK | August 12, 2026 |
| Title | Thibault Mauvilain et al v. Flynet Pictures, LLC et al | |

Present: The Honorable   Michael B. Kaufman, United States Magistrate Judge

| James Muñoz | CS 08/12/26 |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorney Present for Plaintiff: | Attorney Present for Defendants: |
|---|---|
| Thibault Mauvilain | Joanna Ardalan |
| Henri Mazari | Sheila Mojtehedi |

**Proceedings:**   **INFORMAL DISCOVERY CONFERENCE (Video)**

An informal discovery conference was held on August 12, 2026.

As discussed at the conference, the parties intend to file a stipulation with Judge Aenlle-Rocha to modify the case scheduling order to afford sufficient time to reschedule depositions and resolve the parties' pending dispute regarding the deposition transcripts. Upon approval of the modified case schedule, the parties are authorized to file a joint stipulation for a briefing schedule on their discovery disputes.

: 31

**Initials of Deputy Clerk**   JM