# EXHIBIT 1

# One LLP

TIME AND EXPENSES

**FILTERS USED :**

**Matter In :** Thibault Mauvilain

*Sort By Date: Ascending*

** A=Approved , B= Billable , S= Submit , Bd= Billed*

| DATE | ITEM | DESCRIPTION | ACTUAL HOURS | Typical Hourly | Task | Lawyer | Title |
|---|---|---|---|---|---|---|---|
| **Dave Quinto** | | | | | | | |
| **SERVICES** | | | | | | | |
| **Thibault Mauvilain** | | | | | | | |
| 6/9/2025 | Billable:B | Billable | 1.70 | 900 | Motion to Dismiss | Quinto | Counsel |
| | *Review and revise motion to dismiss.* | | | | | | |
| 7/3/2025 | Billable:B | Billable | 0.50 | 900 | Motion to Dismiss | Quinto | Counsel |
| | *Participate in early meeting of counsel* | | | | | | |
| 10/8/2025 | Billable:B | Billable | 1.00 | 900 | Discovery | Quinto | Counsel |
| | *Participate in meet-and-confer call with plaintiffs' counsel.* | | | | | | |
| 10/9/2025 | Billable:B | Billable | 1.50 | 900 | Discovery | Quinto | Counsel |
| | *Participate in meet-and-confer call with plaintiffs' counsel.* | | | | | | |
| 12/11/2025 | Billable:B | Billable | 5.00 | 900 | Discovery | Quinto | Counsel |
| | *Participate in IDC.* | | | | | | |
| 5/25/2026 | Billable:B | Billable | 2.00 | 900 | Discovery | Quinto | Counsel |
| | *Defend deposition of Jo Ardalan.* | | | | | | |
| | | TOTAL SERVICES FOR **Thibault Mauvilain:** | **11.70** | 10530 | | | |
| | | Total **Services:** | **11.70** | | | | |
| | | Total Services For **Dave Quinto:** | **11.70** | | | | |
| **Evan Littman** | | | | | | | |
| **SERVICES** | | | | | | | |
| **Thibault Mauvilain** | | | | | | | |
| 6/24/2025 | Billable:B | Billable | 4.00 | 350 | Motion to dismiss | Littman | Associate |
| | *Researching and drafting [OMITTED- Priv./Work Product]* | | | | | | |
| 6/25/2025 | Billable:B | Billable | 5.50 | 350 | Motion to dismiss | Littman | Associate |
| | *Researching and drafting [OMITTED- Priv./Work Product]* | | | | | | |
| 6/26/2025 | Billable:B | Billable | 2.20 | 350 | Motion to dismiss | Littman | Associate |
| | *Revising Reply brief and proofing* | | | | | | |
| 7/3/2025 | Billable:B | Billable | 0.50 | 350 | Discovery | Littman | Associate |
| | *26f Joint Report conference* | | | | | | |
| 7/9/2025 | Billable:B | Billable | 1.90 | 350 | Discovery | Littman | Associate |
| | *Reviewing and redlining 26f draft from OC* | | | | | | |
| 7/11/2025 | Billable:B | Billable | 4.00 | 350 | Discovery | Littman | Associate |

**GROUPED BY**
Timekeeper

# One LLP

TIME AND EXPENSES

| | | | | | | |
|---|---|---|---|---|---|---|
| | *Reviewing [OMITTED- Priv./Work Product]* | | | | | |
| 7/16/2025 | Billable:B | Billable | 3.50 | 350 Discovery | Littman | Associate |
| | *Reviewing [OMITTED- Priv./Work Product]* | | | | | |
| 7/17/2025 | Billable:B | Billable | 0.40 | 350 Discovery | Littman | Associate |
| | *Reviewing [OMITTED- Priv./Work Product]* | | | | | |
| 7/24/2025 | Billable:B | Billable | 4.20 | 350 Discovery | Littman | Associate |
| | *Reviewing [OMITTED- Priv./Work Product]; drafting discovery plan* | | | | | |
| 7/25/2025 | Billable:B | Billable | 0.20 | 350 Discovery | Littman | Associate |
| | *Finalizing draft of discovery plan* | | | | | |
| 7/28/2025 | Billable:B | Billable | 2.50 | 350 Discovery | Littman | Associate |
| | *Revising discovery plan and adding specific items and third parties* | | | | | |
| 8/1/2025 | Billable:B | Billable | 3.10 | 350 Discovery | Littman | Associate |
| | *Revising discovery plan and adding specific items and third parties* | | | | | |
| 8/26/2025 | Billable:B | Billable | 6.20 | 350 Discovery | Littman | Associate |
| | *Reviewing discovery objections and drafting Meet and Confer letter re discovery response deficiencies* | | | | | |
| 8/27/2025 | Billable:B | Billable | 5.10 | 350 Discovery | Littman | Associate |
| | *Continue reviewing discovery objections and drafting Meet and Confer letter re discovery response deficiencies* | | | | | |
| 8/28/2025 | Non-Billable:NB | Non-Billable Time | 7.00 | 350 Discovery | Littman | Associate |
| | *Reviewing discovery objections and drafting Meet and Confer letter re discovery response deficiencies* | | | | | |
| 8/29/2025 | Non-Billable:NB | Non-Billable Time | 6.50 | 350 Discovery | Littman | Associate |
| | *Reviewing discovery objections and drafting Meet and Confer letter re discovery response deficiencies* | | | | | |
| 9/23/2025 | Billable:B | Billable | 1.90 | 350 Evaluation | Littman | Associate |
| | *Researching [OMITTED- Priv./Work Product]* | | | | | |
| 9/23/2025 | Billable:B | Billable | 2.40 | 350 Evaluation | Littman | Associate |
| | *Researching [OMITTED- Priv./Work Product]* | | | | | |
| 9/23/2025 | Billable:B | Billable | 3.20 | 350 Evaluation | Littman | Associate |
| | *Researching [OMITTED- Priv./Work Product]* | | | | | |

**GROUPED BY**
Timekeeper

# One LLP

TIME AND EXPENSES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/24/2025 | Billable:B | Billable | 3.00 | | 350 Evaluation | Littman | Associate |
| | *Compiling research findings for [OMITTED- Priv./Work Product]* | | | | | | |
| 10/3/2025 | Billable:B | Billable | 0.10 | | 350 Discovery | Littman | Associate |
| | *Correspondence re scheduling follow up meet and confer call* | | | | | | |
| 10/3/2025 | Billable:B | Billable | 0.20 | | 350 Evaluation | Littman | Associate |
| | *Reviewing [OMITTED- Priv./Work Product] and sending to Jo* | | | | | | |
| 10/3/2025 | Billable:B | Billable | 2.30 | | 350 Discovery | Littman | Associate |
| | *Meet & Confer with OC re discovery responses* | | | | | | |
| | | TOTAL SERVICES FOR **Thibault Mauvilain:** | **69.90** | 24465 | | | |
| | | Total **Services:** | **69.90** | | | | |
| | | Total Services For **Evan Littman:** | **69.90** | | | | |
| **Jennifer Mauri** | | | | | | | |
| **SERVICES** | | | | | | | |
| **Thibault Mauvilain** | | | | | | | |
| 5/26/2026 | Billable:B | Billable | 1.20 | | | | |
| | *Review pleadings and motion to dismiss [OMITTED- Priv./Work* | | | | | | |
| | | TOTAL SERVICES FOR **Thibault Mauvilain:** | **1.20** | | | | |
| | | Total **Services:** | **1.20** | | | | |
| | | Total Services For **Jennifer Mauri:** | **1.20** | | | | |
| **Jo Ardalan** | | | | | | | |
| **SERVICES** | | | | | | | |
| **Thibault Mauvilain** | | | | | | | |
| 4/2/2025 | Billable:B | Billable | 0.80 | | 800 Evaluation | Ardalan | Partner |
| | *Review [OMITTED- Priv./Work Product] and draft email regarding the history of the dispute* | | | | | | |
| 4/21/2025 | Billable:B | Billable | 1.50 | | 800 Evaluation | Ardalan | Partner |
| | *Review service of FAC in the Thibault Mauvilain matter; email Raff re [OMITTED- Priv./Work Product]; review complaint* | | | | | | |
| 5/1/2025 | Billable:B | Billable | 0.20 | | 800 Motion to dismiss | Ardalan | Partner |
| | *Email correspondence re extension* | | | | | | |
| 5/6/2025 | Billable:B | Billable | 1.50 | | 800 Evaluation | Ardalan | Partner |
| | *Review and analyze complaint* | | | | | | |

**GROUPED BY**
Timekeeper

# One LLP

TIME AND EXPENSES

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/6/2025 | Billable:B | Billable | 4.20 | 800 Motion to dismiss | Ardalan | Partner |
| | *Draft meet and confer correspondence regarding motion to dismiss, [OMITTED- Priv./Work Product]* | | | | | |
| 5/6/2025 | Billable:B | Billable | 0.20 | 800 Motion to dismiss | Ardalan | Partner |
| | *Review stipulation for extention of time to respond; draft edits to the same* | | | | | |
| 5/7/2025 | Billable:B | Billable | 0.20 | 800 Motion to dismiss | Ardalan | Partner |
| | *Confer with OC re stipulation and review for filing* | | | | | |
| 5/7/2025 | Billable:B | Billable | 3.30 | 800 Evaluation | Ardalan | Partner |
| | *Continue to draft litigation plan* | | | | | |
| 5/9/2025 | Billable:B | Billable | 2.30 | 800 Evaluation | Ardalan | Partner |
| | *Finalize litigation plan and meet and confer conrrespondene; confer with Peter Afrasiabi/David Quinto [OMITTED- Priv./Work Product]* | | | | | |
| 5/13/2025 | Billable:B | Billable | 0.50 | 800 Evaluation | Ardalan | Partner |
| | *Confer with Alex Kantif re [OMITTED- Priv./Work Product]* | | | | | |
| 5/16/2025 | Billable:B | Billable | 0.30 | 800 Motion to dismiss | Ardalan | Partner |
| | *Final review of meet and confer correspondence re motion to dismiss* | | | | | |
| 5/19/2025 | Billable:B | Billable | 0.50 | 800 Evaluation | Ardalan | Partner |
| | *Conference with Flynet's counsel re [OMITTED- Priv./Work Product]* | | | | | |
| 5/20/2025 | Billable:B | Billable | 0.40 | 800 Motion to dismiss | Ardalan | Partner |
| | *Prepare for meet and confer re motion to dismiss and review [OMITTED- Priv./Work Product]* | | | | | |
| 5/21/2025 | Billable:B | Billable | 0.90 | 800 Motion to dismiss | Ardalan | Partner |
| | *Prepare for and attend meet and confer* | | | | | |
| 6/3/2025 | Billable:B | Billable | 5.90 | 800 Motion to dismiss | Ardalan | Partner |
| | *Review FAC and begin drafting motion to dismiss; outline legal arguments* | | | | | |
| 6/4/2025 | Billable:B | Billable | 0.30 | 800 Motion to dismiss | Ardalan | Partner |
| | *Call with Fly Net's counsel re [OMITTED- Priv./Work Product]* | | | | | |
| 6/4/2025 | Billable:B | Billable | 4.80 | 800 Motion to dismiss | Ardalan | Partner |
| | *Continue to draft motion to dismiss [OMITTED- Priv./Work Product]* | | | | | |
| 6/6/2025 | Billable:B | Billable | 4.30 | 800 Motion to dismiss | Ardalan | Partner |
| | *Continue drafting motion to dismiss [OMITTED- Priv./Work Product]* | | | | | |
| 6/8/2025 | Billable:B | Billable | 4.20 | 800 Motion to dismiss | Ardalan | Partner |
| | *Continue to draft motion to dismiss [OMITTED- Priv./Work Product]* | | | | | |

**GROUPED BY**
Timekeeper

Core Standard Report Copyright © 2026 BQE Software

# One LLP

TIME AND EXPENSES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/9/2025 | Billable:B | Billable | 7.20 | 800 | Motion to dismiss | Ardalan | Partner |
| | *Revise and draft edits to memo ISO motion to dismiss; draft [OMITTED- Priv./Work Product]n; draft [OMITTED- Priv./Work Product] revise proposed order; draft [OMITTED- Priv./Work Product]; oversee filing of motion to dismiss* | | | | | | |
| 6/11/2025 | Billable:B | Billable | 0.20 | 800 | Opening Documents | Ardalan | Partner |
| | *Draft certification of interested parties and oversee filing* | | | | | | |
| 6/20/2025 | Billable:B | Billable | 1.20 | 800 | Motion to dismiss | Ardalan | Partner |
| | *Review opposition filed by Plaintiffs to motiont to dismiss* | | | | | | |
| 6/23/2025 | Billable:B | Billable | 4.60 | 800 | Motion to dismiss | Ardalan | Partner |
| | *Review opposition brief; begin drafting reply brief brief [OMITTED- Priv./Work Product]* | | | | | | |
| 6/25/2025 | Billable:B | Billable | 3.70 | 800 | Motion to dismiss | Ardalan | Partner |
| | *Draft reply brief [OMITTED- Priv./Work Product] review [OMITTED- Priv./Work Product]* | | | | | | |
| 6/26/2025 | Billable:B | Billable | 4.20 | 800 | Motion to dismiss | Ardalan | Partner |
| | *Contiue drafting reply [OMITTED- Priv./Work Product]* | | | | | | |
| 6/27/2025 | Billable:B | Billable | 5.60 | 800 | Motion to dismiss | Ardalan | Partner |
| | *Continue drafting and finalize reply brief* | | | | | | |
| 7/2/2025 | Billable:B | Billable | 1.90 | 800 | Discovery | Ardalan | Partner |
| | *Begin drafting Rogs and review pleadings re the same* | | | | | | |
| 7/3/2025 | Billable:B | Billable | 1.70 | 800 | Discovery | Ardalan | Partner |
| | *Prepare for and attend r 26 conference; continue drafting rogs* | | | | | | |
| 7/4/2025 | Billable:B | Billable | 2.50 | 800 | Discovery | Ardalan | Partner |
| | *Begin drafting requests for admission and requests for production* | | | | | | |
| 7/7/2025 | Billable:B | Billable | 1.90 | 800 | Discovery | Ardalan | Partner |
| | *Continue drafting discovery requests* | | | | | | |
| 7/8/2025 | Billable:B | Billable | 0.20 | 800 | Discovery | Ardalan | Partner |
| | *F/u re joint report to opposing counsel* | | | | | | |
| 7/9/2025 | Billable:B | Billable | 4.20 | 800 | Discovery | Ardalan | Partner |
| | *Draft Rog requests and add additional RFAs and RFPs* | | | | | | |
| 7/10/2025 | Billable:B | Billable | 4.80 | 800 | Discovery | Ardalan | Partner |
| | *Continue to draft discovery requests for each plaintiff (RFAs, RFPs, Rogs); review photo disclosure from plaintiffs and confer with Alex [OMITTED- Priv./Work Product]* | | | | | | |
| 7/11/2025 | Billable:B | Billable | 0.70 | 800 | Discovery | Ardalan | Partner |

**GROUPED BY**
Timekeeper

# One LLP

## TIME AND EXPENSES

| | | | | | | |
|---|---|---|---|---|---|---|
| | *Review joint report and propose file edits; confer with co-counsel re [OMITTED- Priv./Work Product]* | | | | | |
| 7/14/2025 | Billable:B | Billable | 1.10 | 800 Evaluation | Ardalan | Partner |
| | *Call with co-counsel regarding [OMITTED- Priv./Work Product] ; call with Alex re the same* | | | | | |
| 7/17/2025 | Billable:B | Billable | 1.20 | 800 Discovery | Ardalan | Partner |
| | *Draft initial disclosures* | | | | | |
| 7/17/2025 | Billable:B | Billable | 1.50 | 800 Discovery | Ardalan | Partner |
| | *Email BG custodians re [OMITTED- Priv./Work Product]; review [OMITTED- Priv./Work Product]; confer with co-counsel re [OMITTED-* | | | | | |
| 7/18/2025 | Billable:B | Billable | 1.20 | 800 Discovery | Ardalan | Partner |
| | *Email [OMITTED- Priv./Work Product]s; confer with Alex re [OMITTED- Priv./Work Product]; being reviewing document requests [OMITTED- Priv./Work Product]* | | | | | |
| 7/28/2025 | Billable:B | Billable | 0.50 | 800 Discovery | Ardalan | Partner |
| | *Review discovery plan and confer with Evan [OMITTED- Priv./Work Product]; email OC re court ordered mediation and review scheduling* | | | | | |
| 7/30/2025 | Billable:B | Billable | 3.00 | 800 Discovery | Ardalan | Partner |
| | *Draft Shutterstock's responses to Plaintiffs rogs* | | | | | |
| 7/31/2025 | Billable:B | Billable | 4.80 | 800 Discovery | Ardalan | Partner |
| | *Draft memo to Andrew and Alex re [OMITTED- Priv./Work Product] continue drafting rog responses* | | | | | |
| 8/1/2025 | Billable:B | Billable | 2.50 | 800 Discovery | Ardalan | Partner |
| | *Multiple emails to Backgrid custodians re [OMITTED- Priv./Work Product]; draft memo to alex and steve re [OMITTED- Priv./Work Product]; continue drafting responses* | | | | | |
| 8/4/2025 | Billable:B | Billable | 4.60 | 800 Discovery | Ardalan | Partner |
| | *Confer with Alex re [OMITTED- Priv./Work Product]; confer with Louis re [OMITTED- Priv./Work Product]s; confer [OMITTED- Priv./Work Product]; draft RFA responses for Backgrid USA; confer with OC re* | | | | | |
| 8/5/2025 | Billable:B | Billable | 0.80 | 800 Rule 11 Meet and confer | Ardalan | Partner |
| | *Email correspondence re dismissal of Backgrid Inc., confer with Alex and Andrew Raff about [OMITTED- Priv./Work Product]* | | | | | |
| 8/5/2025 | Billable:B | Billable | 4.20 | 800 Discovery | Ardalan | Partner |

**GROUPED BY**
Timekeeper

# One LLP

## TIME AND EXPENSES

| | | | | | | |
|---|---|---|---|---|---|---|
| | *Continue to draft RFAs; confer with co-counsel for Fame re [OMITTED- Priv./Work Product]; confer with Alex re [OMITTED- Priv./Work Product]; review [OMITTED- Priv./Work Product] from Alex; confer with OC re mediation; confer with Louis re [OMITTED- Priv./Work Product]* | | | | | |
| 8/6/2025 | Billable:B | Billable | 4.60 | 800 Discovery | Ardalan | Partner |
| | *Finalize SSTK and BG Rogs and RFAs and send message to Alex and Andrew re [OMITTED- Priv./Work Product]; continue working on RFP responses* | | | | | |
| 8/7/2025 | Billable:B | Billable | 0.30 | 800 Discovery | Ardalan | Partner |
| | *Multiple emails with Louis re [OMITTED- Priv./Work Product]* | | | | | |
| 8/7/2025 | Billable:B | Billable | 3.50 | 800 Discovery | Ardalan | Partner |
| | *Continue drafting discovery responses for Shutterstock* | | | | | |
| 8/7/2025 | Billable:B | Billable | 0.70 | 800 Rule 11 Meet and confer | Ardalan | Partner |
| | *Draft email to OC re Backgrid Inc, and R 11 fatual basis for being in suit* | | | | | |
| 8/11/2025 | Billable:B | Billable | 0.20 | 800 Rule 11 Meet and confer | Ardalan | Partner |
| | *Call with Sheila re [OMITTED- Priv./Work Product]* | | | | | |
| 8/11/2025 | Billable:B | Billable | 0.40 | 800 Rule 11 Meet and confer | Ardalan | Partner |
| | *Draft email message to OC [OMITTED- Priv./Work Product] of BackGrid* | | | | | |
| 8/11/2025 | Billable:B | Billable | 0.20 | 800 Discovery | Ardalan | Partner |
| | *Review documents from Louis for production* | | | | | |
| 8/12/2025 | Billable:B | Billable | 0.20 | 800 Discovery | Ardalan | Partner |
| | *Review documents [OMITTED- Priv./Work Product] and confer* | | | | | |
| 8/12/2025 | Billable:B | Billable | 0.30 | 800 Discovery | Ardalan | Partner |
| | *Review new documents and draft email to Louis [OMITTED- Priv./Work* | | | | | |
| 8/13/2025 | Billable:B | Billable | 0.20 | 800 Discovery | Ardalan | Partner |
| | *Email to Louis [OMITTED- Priv./Work Product]* | | | | | |
| 8/14/2025 | Billable:B | Billable | 2.20 | 800 Rule 11 Meet and confer | Ardalan | Partner |
| | *Prepare for and attend call with OC re Rule 11 motion meet and confer; draft confirming email re the same; confer with Alex an co-counsel re [OMITTED- Priv./Work Product]* | | | | | |
| 8/21/2025 | Billable:B | Billable | 0.30 | 800 Case Management | Ardalan | Partner |
| | *Draft email to OC re amendment to complaint* | | | | | |
| 8/22/2025 | Billable:B | Billable | 0.40 | 800 Case Management | Ardalan | Partner |
| | *Email OC re discovery deadline and his request for an early meet and confer call; email team re [OMITTED- Priv./Work Product]* | | | | | |
| 8/24/2025 | Billable:B | Billable | 4.00 | 800 Discovery | Ardalan | Partner |
| | *Continue drafting discovery resposnes and review [OMITTED- Priv./Work Product] from Andrew* | | | | | |

**GROUPED BY**
Timekeeper

# One LLP

TIME AND EXPENSES

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/25/2025 | Billable:B | Billable | 0.40 | 800 Discovery | Ardalan | Partner |
| | *Confer with Alex re [OMITTED- Priv./Work Product]* | | | | | |
| 8/25/2025 | Billable:B | Billable | 3.80 | 800 Discovery | Ardalan | Partner |
| | *Prepare BackGrid Inc responses; review Shutterstock and BackGrid USA responses; confer with Alex re [OMITTED- Priv./Work Product]* | | | | | |
| 8/26/2025 | Billable:B | Billable | 0.50 | 800 Discovery | Ardalan | Partner |
| | *Confer with Evan re [OMITTED- Priv./Work Product] and review responses* | | | | | |
| 9/3/2025 | Billable:B | Billable | 3.00 | 800 Discovery | Ardalan | Partner |
| | *Draft changes to meet and confer letter re discovery; review plaintiffs' discovery response and draft [OMITTED- Priv./Work Product]* | | | | | |
| 9/5/2025 | Billable:B | Billable | 2.50 | 800 Case management | Ardalan | Partner |
| | *Cofner with OC re mediation; draft further changes to meet and confer letter; email Louis re [OMITTED- Priv./Work Product]s; review new documents [OMITTED- Priv./Work Product]* | | | | | |
| 9/10/2025 | Billable:B | Billable | 0.30 | 800 Discovery | Ardalan | Partner |
| | *Email correspondence re meet and confer for discovery dispute* | | | | | |
| 9/16/2025 | Billable:B | Billable | 1.80 | 800 Evaluation | Ardalan | Partner |
| | *Draft memo [OMITTED- Priv./Work Product]; call with Alex re [OMITTED- Priv./Work Product]; confer with Evan re [OMITTED- Priv./Work Product]* | | | | | |
| 9/16/2025 | Billable:B | Billable | 2.60 | 800 Discovery | Ardalan | Partner |
| | *Prepare for and attend meet and confer call regarding plaintiffs' discovery responses; draft confirming email message re the same* | | | | | |
| 9/26/2025 | Billable:B | Billable | 0.20 | 800 Case Management | Ardalan | Partner |
| | *Calculate deadline to file submission to court to notifiy them deadline* | | | | | |
| 10/1/2025 | Billable:B | Billable | 0.30 | 800 Discovery | Ardalan | Partner |
| | *F/u re amended discovery responses with OC; [OMITTED- Priv./Work Product]* | | | | | |
| 10/3/2025 | Billable:B | Billable | 1.80 | 800 Discovery | Ardalan | Partner |
| | *Meet and confer call re discovery with OC; draft notes re [OMITTED- Priv./Work Product]* | | | | | |
| 10/6/2025 | Billable:B | Billable | 0.80 | 800 Discovery | Ardalan | Partner |
| | *Multiple emails with OC re copyright registrations and bate ranges; review [OMITTED- Priv./Work Product]* | | | | | |
| 10/7/2025 | Billable:B | Billable | 2.00 | 800 Discovery | Ardalan | Partner |

**GROUPED BY**
Timekeeper

# One LLP

## TIME AND EXPENSES

| | | | | | | |
|---|---|---|---|---|---|---|
| | *Continue meet and confer re BackGrid/Shutterstock's resposnes and prepare for the same* | | | | | |
| 10/8/2025 | Billable:B | Billable | 2.80 | 800 Discovery | Ardalan | Partner |
| | *Prepare for and attend meet and confer call re BackGrid/Shutterstocks discovery responses (call is continued from yesterday); draft [OMITTED- Priv./Work Product] and confer with Alex [OMITTED- Priv./Work Product]* | | | | | |
| 10/9/2025 | Billable:B | Billable | 4.70 | 800 Discovery | Ardalan | Partner |
| | *Followup emails re [OMITTED- Priv./Work Product]; attend followup meet and confer call re discovery; prepare copyright deposit request; email to Alex re [OMITTED- Priv./Work Product]; draft email re [OMITTED- Priv./Work Product]* | | | | | |
| 10/10/2025 | Billable:B | Billable | 0.90 | 800 Discovery | Ardalan | Partner |
| | *Confer with Scott re [OMITTED- Priv./Work Product]; confer with Vanessa and Alex re [OMITTED- Priv./Work Product]* | | | | | |
| 10/10/2025 | Billable:B | Billable | 0.70 | 800 Discovery | Ardalan | Partner |
| | *Confer with expert witness for [OMITTED- Priv./Work Product]* | | | | | |
| 10/14/2025 | Billable:B | Billable | 0.50 | 800 Discovery | Ardalan | Partner |
| | *Draft request for informal discovery conference re infringement* | | | | | |
| 10/15/2025 | Billable:B | Billable | 3.00 | 800 Discovery | Ardalan | Partner |
| | *Multiple emails to plaintiffs re IDC; Draft declaration re plaintiff's non-compliance with IDC; review search terms proposed by plaintiffs; email to plaintiffs re search terms* | | | | | |
| 10/17/2025 | Billable:B | Billable | 0.80 | 800 Discovery | Ardalan | Partner |
| | *Confer with Peter [OMITTED- Priv./Work Product] and draft email to* | | | | | |
| 10/20/2025 | Billable:B | Billable | 2.00 | 800 Discovery | Ardalan | Partner |
| | *Confer with Alex re [OMITTED- Priv./Work Product] and review files* | | | | | |
| 10/21/2025 | Billable:B | Billable | 1.80 | 800 Discovery | Ardalan | Partner |
| | *Draft IDC response; confer with Alex re [OMITTED- Priv./Work Product]; [OMITTED- Priv./Work Product], confer with Alex re [OMITTED- Priv./Work Product]* | | | | | |
| 10/22/2025 | Billable:B | Billable | 1.20 | 800 Discovery | Ardalan | Partner |
| | *Draft additional edits to discovery IDC response; confer with Peter re the same; confer with Alex re the same and searches* | | | | | |
| 10/23/2025 | Billable:B | Billable | 0.30 | 800 Discovery | Ardalan | Partner |
| | *Multiple emails to OC re IDC* | | | | | |
| 10/24/2025 | Billable:B | Billable | 0.40 | 800 Discovery | Ardalan | Partner |
| | *Draft email to magistrate judge re IDC* | | | | | |
| 10/27/2025 | Billable:B | Billable | 3.60 | 800 Discovery | Ardalan | Partner |

**GROUPED BY**
Timekeeper

# One LLP

TIME AND EXPENSES

| Date | Type | Billable | Hours | Task | Timekeeper | Title |
|---|---|---|---|---|---|---|
| | *Draft [OMITTED- Priv./Work Product] email to Backgrid and confer with Louis re [OMITTED- Priv./Work Product]; confer with Alex re [OMITTED- Priv./Work Product]* | | | | | |
| 10/28/2025 | Billable:B | Billable | 1.70 | 800 Discovery | Ardalan | Partner |
| | *Continue to review deposit files for [OMITTED- Priv./Work Product]; draft email re [OMITTED- Priv./Work Product]; confer with Louis re [OMITTED- Priv./Work Product]* | | | | | |
| 10/29/2025 | Billable:B | Billable | 2.10 | 800 Discovery | Ardalan | Partner |
| | *Begin review of infringement documents; confer with Alex re [OMITTED- Priv./Work Product]; call with ediscovery contact re platform* | | | | | |
| 10/29/2025 | Billable:B | Billable | 0.20 | 800 Case Management | Ardalan | Partner |
| | *Review LR request for ruling on motion to dismiss and confer with OC re the same* | | | | | |
| 10/30/2025 | Billable:B | Billable | 4.80 | 800 Evaluation | Ardalan | Partner |
| | *Factual research on [OMITTED- Priv./Work Product]; review new discovery; confer with Alex re [OMITTED- Priv./Work Product]; confer with Andrew re insurance; research [OMITTED- Priv./Work Product]* | | | | | |
| 10/31/2025 | Billable:B | Billable | 5.10 | 800 Evaluation | Ardalan | Partner |
| | *Review alleged infringement [OMITTED- Priv./Work Product] continue to collect publiclly available impeachment evidence [OMITTED- Priv./Work Product] ; review [OMITTED- Priv./Work Product]; review [OMITTED- Priv./Work Product]* | | | | | |
| 11/3/2025 | Billable:B | Billable | 4.00 | 800 Discovery | Ardalan | Partner |
| | *Prepare for and attend IDC; Review [OMITTED- Priv./Work Product] and confer with Alex re [OMITTED- Priv./Work Product]* | | | | | |
| 11/4/2025 | Billable:B | Billable | 1.60 | 800 Discovery | Ardalan | Partner |
| | *Draft email to Roberto re [OMITTED- Priv./Work Product]; draft email to Sheila and Fame re [OMITTED- Priv./Work Product]; further review* | | | | | |
| 11/5/2025 | Billable:B | Billable | 0.20 | 800 Discovery | Ardalan | Partner |
| | *Confer with BG re [OMITTED- Priv./Work Product] draft email to court re the same* | | | | | |
| 11/12/2025 | Billable:B | Billable | 3.30 | 800 Discovery | Ardalan | Partner |
| | *Attend meeting with Alex and Roberto re [OMITTED- Priv./Work Product]* | | | | | |
| 11/13/2025 | Billable:B | Billable | 1.00 | 800 Discovery | Ardalan | Partner |

**GROUPED BY**
Timekeeper

# One LLP

## TIME AND EXPENSES

| | | | | | | |
|---|---|---|---|---|---|---|
| | *Confer with Alex and Peter [OMITTED- Priv./Work Product]; review [OMITTED- Priv./Work Product]; prepare for IDC* | | | | | |
| 11/14/2025 | Billable:B | Billable | 0.40 | 800 Discovery | Ardalan | Partner |
| | *Multipe emails re [OMITTED- Priv./Work Product]* | | | | | |
| 11/17/2025 | Billable:B | Billable | 0.30 | 800 Case Management | Ardalan | Partner |
| | *Draft email to Alex/Andrew re [OMITTED- Priv./Work Product]* | | | | | |
| 11/18/2025 | Billable:B | Billable | 1.00 | 800 Case Management | Ardalan | Partner |
| | *Call with Peter to discuss strategy [OMITTED- Priv./Work Product]; draft changes to email message re [OMITTED- Priv./Work Product]; confer with Alex and Keith re [OMITTED- Priv./Work Product]* | | | | | |
| 11/18/2025 | Billable:B | Billable | 0.50 | 800 Discovery | Ardalan | Partner |
| | *Call with Sheila re [OMITTED- Priv./Work Product]* | | | | | |
| 11/19/2025 | Billable:B | Billable | 1.10 | 800 Discovery | Ardalan | Partner |
| | *Attend discovery call with Sheila and plaintiffs counsel; conferwith Sheila re [OMITTED- Priv./Work Product]and confer with Peter re [OMITTED- Priv./Work Product]* | | | | | |
| 12/3/2025 | Billable:B | Billable | 2.50 | 800 Discovery | Ardalan | Partner |
| | *Call with Sheila re [OMITTED- Priv./Work Product]; followup call with Sheila re [OMITTED- Priv./Work Product]; send out IDC request to plaintiffs; send and edit email re [OMITTED- Priv./Work Product]* | | | | | |
| 12/4/2025 | Billable:B | Billable | 0.80 | 800 Discovery | Ardalan | Partner |
| | *Multiple emails to OC re IDC; emails re [OMITTED- Priv./Work Product]* | | | | | |
| 12/6/2025 | Billable:B | Billable | 2.30 | 800 Discovery | Ardalan | Partner |
| | *Review responses produced by plaintiffs and followup on meet and confer efforts with respect to missing documents; confer with Alex re [OMITTED- Priv./Work Product]* | | | | | |
| 12/8/2025 | Billable:B | Billable | 4.70 | 800 Discovery | Ardalan | Partner |
| | *Calls with Sheila re [OMITTED- Priv./Work Product]; amend RFPs and [OMITTED- Priv./Work Product]; call with Alex re [OMITTED- Priv./Work Product]* | | | | | |
| 12/9/2025 | Billable:B | Billable | 4.50 | 800 Discovery | Ardalan | Partner |
| | *Email Alex and Roberto re [OMITTED- Priv./Work Product];prepare for hearing, including prep powerpoint; prepare production* | | | | | |
| 12/10/2025 | Billable:B | Billable | 6.20 | 800 Discovery | Ardalan | Partner |
| | *continue drafting powerpoint, Prep for IDC with Alex, Sheila, and Scott; review and produce files to the other side* | | | | | |
| 12/11/2025 | Billable:B | Billable | 8.00 | 800 Discovery | Ardalan | Partner |
| | *Travel to and attend all day IDC* | | | | | |

**GROUPED BY**
Timekeeper

# One LLP

TIME AND EXPENSES

| Date | Billing | Status | Hours | Activity | Timekeeper | Title |
|---|---|---|---|---|---|---|
| 12/12/2025 | Billable:B | Billable | 0.70 | 800 Discovery | Ardalan | Partner |
| | *Confer with Alex re [OMITTED- Priv./Work Product]; follow up with additional production to plaintiffs* | | | | | |
| 12/16/2025 | Billable:B | Billable | 2.10 | 800 Discovery | Ardalan | Partner |
| | *Draft edits to proposed order; confer with Alex and Sheila re [OMITTED- Priv./Work Product]; confer with Sheila re [OMITTED- Priv./Work Product]; emails with Ryan re edits to proposed order; draft email message to the Court re the proposed order* | | | | | |
| 12/29/2025 | Billable:B | Billable | 0.30 | 800 Discovery | Ardalan | Partner |
| | *Confer with Alex re [OMITTED- Priv./Work Product] and response to opposing counsel re the same* | | | | | |
| 1/6/2026 | Billable:B | Billable | 0.30 | 800 Discovery | Ardalan | Partner |
| | *Draft email to court re IDC* | | | | | |
| 1/12/2026 | Billable:B | Billable | 0.20 | 800 Discovery | Ardalan | Partner |
| | *Prepare for IDC* | | | | | |
| 1/13/2026 | Billable:B | Billable | 5.80 | 800 Discovery | Ardalan | Partner |
| | *Prepare for IDC; confer with Alex re [OMITTED- Priv./Work Product]; travel to and attend IDC; confer with Alex re [OMITTED- Priv./Work Product] confer with Peter and Dave re [OMITTED- Priv./Work Product];* | | | | | |
| 1/14/2026 | Billable:B | Billable | 1.00 | 800 Case Management | Ardalan | Partner |
| | *Draft settlement email and confer with BG re [OMITTED- Priv./Work* | | | | | |
| 1/15/2026 | Billable:B | Billable | 1.70 | 800 Case Management | Ardalan | Partner |
| | *Continue to edit settlement email to OC; review [OMITTED- Priv./Work Product] and confer with Alex re [OMITTED- Priv./Work Product]; review [OMITTED- Priv./Work Product] and compare with IDC info* | | | | | |
| 1/16/2026 | Billable:B | Billable | 0.50 | 800 Case Management | Ardalan | Partner |
| | *Review draft email message to OC and confer with BG and co counsel* | | | | | |
| 1/23/2026 | Billable:B | Billable | 1.00 | 800 Case Management | Ardalan | Partner |
| | *Draft edits to stip; Confer with co counsel re stip; draft email to OC re [OMITTED- Priv./Work Product]* | | | | | |
| 1/26/2026 | Billable:B | Billable | 0.90 | 800 Case Management | Ardalan | Partner |
| | *Multiple emails with opposing counsel re stipulation and proposed changes; discuss [OMITTED- Priv./Work Product] with co-counsel and Peter/Dave* | | | | | |
| 1/27/2026 | Billable:B | Billable | 2.20 | 800 Case Management | Ardalan | Partner |
| | *Draft ex parte; confer with Alex re [OMITTED- Priv./Work Product]; review license info* | | | | | |
| 1/28/2026 | Billable:B | Billable | 4.60 | 800 Case Management | Ardalan | Partner |

**GROUPED BY**
Timekeeper

# One LLP

TIME AND EXPENSES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | *Confer with keith re l [OMITTED- Priv./Work Product]; draft ex parte application; confer with Alex and Sheila re [OMITTED- Priv./Work Product]; review judge's standing order re the same; review discovery responses* | | | | | | |
| 1/29/2026 | Billable:B | Billable | 6.50 | 800 Case Management | Ardalan | Partner |
| | *Finalize ex parte application; draft [OMITTED- Priv./Work Product]; draft [OMITTED- Priv./Work Product] review [OMITTED- Priv./Work Product]; meet and confer with opposing counsel; confer with Sheila re [OMITTED- Priv./Work Product]* | | | | | | |
| 2/9/2026 | Billable:B | Billable | 0.50 | 800 case Management | Ardalan | Partner |
| | *Confer with Peter re [OMITTED- Priv./Work Product] ; confer with Alex re [OMITTED- Priv./Work Product]* | | | | | | |
| 2/17/2026 | Billable:B | Billable | 1.20 | 800 Case Management | Ardalan | Partner |
| | *Draft email to OC re credit update; draft memo to general counsel re [OMITTED- Priv./Work Product], confer with OC re IDC dates* | | | | | | |
| 2/25/2026 | Billable:B | Billable | 4.30 | 800 Discovery | Ardalan | Partner |
| | *Review document production; take notes for depo prep and document issues* | | | | | | |
| 2/26/2026 | Billable:B | Billable | 1.80 | 800 Discovery | Ardalan | Partner |
| | *Further review of production; Draft email message re [OMITTED- Priv./Work Product] and review Scott's email re [OMITTED- Priv./Work Product]* | | | | | | |
| 3/2/2026 | Billable:B | Billable | 3.30 | 800 Discovery | Ardalan | Partner |
| | *Review order on motion to dismiss; confer with Peter and Alex re [OMITTED- Priv./Work Product]; confer with Sheila re [OMITTED- Priv./Work Product]; prepare for IDC and inventory discovery* | | | | | | |
| 3/3/2026 | Billable:B | Billable | 5.80 | 800 Discovery | Ardalan | Partner |
| | *Prepare for and attend IDC* | | | | | | |
| 3/4/2026 | Billable:B | Billable | 0.70 | 800 Case Management | Ardalan | Partner |
| | *Call with Alex re [OMITTED- Priv./Work Product]; review draft of credit email and send to OC* | | | | | | |
| 3/17/2026 | Billable:B | Billable | 0.20 | 800 Case Management | Ardalan | Partner |
| | *Review email from Mediator and calendar; confer with Alex re [OMITTED- Priv./Work Product]* | | | | | | |
| 3/19/2026 | Billable:B | Billable | 1.50 | 800 Evaluation | Ardalan | Partner |
| | *Review amended complaint; legal research on [OMITTED- Priv./Work Product]; confer with Sheila and Alex re [OMITTED- Priv./Work Product]* | | | | | | |
| 3/24/2026 | Billable:B | Billable | 5.60 | 800 Discovery / Motion to Dismiss | Ardalan | Partner |

**GROUPED BY**
Timekeeper

# One LLP

TIME AND EXPENSES

| | | | | | | |
|---|---|---|---|---|---|---|
| | *Draft request for meet and confer re motion to dismiss; Prepare for IDC; travel to and attend IDC* | | | | | |
| 3/30/2026 | Billable:B | Billable | 5.20 | 800 Motion to Dismiss | Ardalan | Partner |
| | *Begin drafting motion to dismiss; [OMITTED- Priv./Work Product]; confer with Logickull re document searches and test the same* | | | | | |
| 3/31/2026 | Billable:B | Billable | 9.10 | 800 Motion to Dismiss | Ardalan | Partner |
| | *Draft motion to dismiss second amended complaint* | | | | | |
| 4/1/2026 | Billable:B | Billable | 2.40 | 800 Motion to Dismiss | Ardalan | Partner |
| | *Review draft and edit motion to dismiss* | | | | | |
| 4/2/2026 | Billable:B | Billable | 2.60 | 800 Motion to Dismiss | Ardalan | Partner |
| | *Draft PO, notice, and supporting declaration for motion to dismiss; final review and confer with Sheila re [OMITTED- Priv./Work Product]* | | | | | |
| 4/13/2026 | Billable:B | Billable | 7.50 | 800 Discovery | Ardalan | Partner |
| | *Review documents; review searches and reformat for Logikcull* | | | | | |
| 4/14/2026 | Billable:B | Billable | 7.80 | 800 Discovery | Ardalan | Partner |
| | *Draft depo notices for each plaintiff; review depo topics; review* | | | | | |
| 4/15/2026 | Billable:B | Billable | 4.80 | 800 Discovery | Ardalan | Partner |
| | *Review depo notices and confer with Alex re topics; review documents for production and determine [OMITTED- Priv./Work Product]; confer with Alex; review documents; confer with Keith re [OMITTED- Priv./Work Product]* | | | | | |
| 4/16/2026 | Billable:B | Billable | 6.70 | 800 Discovery | Ardalan | Partner |
| | *Call with [OMITTED- Priv./Work Product]; confer with Roberto re [OMITTED- Priv./Work Product]; create more searches in Logickull and review documents; attend and prepare for meet and confer call re depo topics; multiple emails [OMITTED- Priv./Work Product]* | | | | | |
| 4/20/2026 | Billable:B | Billable | 0.30 | 800 Discovery | Ardalan | Partner |
| | *Draft confirming email re call re depositions* | | | | | |
| 4/21/2026 | Billable:B | Billable | 0.60 | 800 Discovery | Ardalan | Partner |
| | *Review spreadsheets [OMITTED- Priv./Work Product]and files and confer with Roberto and Alex re [OMITTED- Priv./Work Product]* | | | | | |
| 4/21/2026 | Billable:B | Billable | 3.20 | 800 Motion to Dismiss | Ardalan | Partner |
| | *Review opposition and draft reply brief; compare FAC to SAC* | | | | | |
| 4/21/2026 | Billable:B | Billable | 0.20 | 800 Discovery | Ardalan | Partner |
| | *Email to OC re merging depositions* | | | | | |
| 4/22/2026 | Billable:B | Billable | 1.10 | 800 Discovery | Ardalan | Partner |
| | *review documents prepared by Roberto; confer with Alex and Roberto re [OMITTED- Priv./Work Product]; review documents and prepare searches;* | | | | | |

**GROUPED BY**
Timekeeper

# One LLP

TIME AND EXPENSES

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/22/2026 | Billable:B | Billable | 3.50 | 800 Motion to Dismiss | Ardalan | Partner |
| | *Continue to draft reply brief* | | | | | |
| 4/23/2026 | Billable:B | Billable | 0.80 | 800 Case Management | Ardalan | Partner |
| | *confer with David and sheila re [OMITTED- Priv./Work Product]; draft email re [OMITTED- Priv./Work Product]* | | | | | |
| 4/23/2026 | Billable:B | Billable | 4.70 | 800 Motion to Dismiss | Ardalan | Partner |
| | *Continue draft of reply brief* | | | | | |
| 4/24/2026 | Billable:B | Billable | 2.20 | 800 Evaluation | Ardalan | Partner |
| | *review [OMITTED- Priv./Work Product]s; draft memo to alex re [OMITTED- Priv./Work Product]; email with Roberto re [OMITTED- Priv./Work Product]* | | | | | |
| 4/24/2026 | Billable:B | Billable | 4.50 | 800 Motion to Dismiss | Ardalan | Partner |
| | *Finalize reply brief;* | | | | | |
| 4/26/2026 | Billable:B | Billable | 8.20 | 800 Discovery | Ardalan | Partner |
| | *Review documents and searches for producion; confer with Sheila and Alex re [OMITTED- Priv./Work Product]* | | | | | |
| 4/27/2026 | Billable:B | Billable | 6.50 | 800 Discovery | Ardalan | Partner |
| | *Prepare documents for service; review produced documents; continue searches; draft emails to OC re documents and depositions; confer with Peter re [OMITTED- Priv./Work Product]* | | | | | |
| 4/28/2026 | Billable:B | Billable | 1.30 | 800 Discovery | Ardalan | Partner |
| | *Multiple emails to Pl re depositions and scheduling; draft IDC* | | | | | |
| 4/29/2026 | Billable:B | Billable | 1.50 | 800 Discovery | Ardalan | Partner |
| | *Multiple emails regarding scheduling depositions and IDC statement; confer with megan re [OMITTED- Priv./Work Product]* | | | | | |
| 5/1/2026 | Billable:B | Billable | 0.40 | 800 Discovery | Ardalan | Partner |
| | *Confer with Alex and Steve re [OMITTED- Priv./Work Product]; review depo schedule* | | | | | |
| 5/4/2026 | Billable:B | Billable | 1.00 | 800 Case Management | Ardalan | Partner |
| | *Confer re [OMITTED- Priv./Work Product] with Sheila; review calendar and draft email to OC and internally re the same; confer with Steve and Roberto [OMITTED- Priv./Work Product]* | | | | | |
| 5/5/2026 | Billable:B | Billable | 4.70 | 800 Discovery | Ardalan | Partner |
| | *Confer with Sheila re joint stip; draft amended responses to RFPs;* | | | | | |
| 5/6/2026 | Billable:B | Billable | 2.20 | 800 Discovery | Ardalan | Partner |
| | *Attend IDC and confer with Sheila re [OMITTED- Priv./Work Product]; confer with Peter re [OMITTED- Priv./Work Product]* | | | | | |
| 5/6/2026 | Billable:B | Billable | 3.30 | 800 Discovery | Ardalan | Partner |
| | *Review discovery requests and send followup emails to BG re* | | | | | |

**GROUPED BY**
Timekeeper

# One LLP

TIME AND EXPENSES

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/7/2026 | Billable:B | Billable | 1.30 | 800 Discovery | Ardalan | Partner |
| | *M&C call re continuance FFN discovery and joint stip; confer with Sheila re [OMITTED- Priv./Work Product]* | | | | | |
| 5/8/2026 | Billable:B | Billable | 0.90 | 800 Discovery | Ardalan | Partner |
| | *Draft amended depo notices; review calendar; search for location in SD* | | | | | |
| 5/8/2026 | Billable:B | Billable | 2.00 | 800 Discovery | Ardalan | Partner |
| | *Compile documents for production and complete redactions* | | | | | |
| 5/8/2026 | Billable:B | Billable | 1.00 | 800 Discovery | Ardalan | Partner |
| | *Attend IDC [OMITTED- Priv./Work Product]; confer with Sheila* | | | | | |
| 5/9/2026 | Billable:B | Billable | 1.50 | 800 Discovery | Ardalan | Partner |
| | *Attend meet and confer call with OC re discovery; draft notes [OMITTED- Priv./Work Product]* | | | | | |
| 5/10/2026 | Billable:B | Billable | 4.50 | 800 Discovery | Ardalan | Partner |
| | *Prepare for depositions* | | | | | |
| 5/11/2026 | Billable:B | Billable | 0.40 | 800 Discovery | Ardalan | Partner |
| | *Draft email to Judge Audero re IDC* | | | | | |
| 5/11/2026 | Billable:B | Billable | 1.00 | 800 Discovery | Ardalan | Partner |
| | *Begin amend supplemental responses* | | | | | |
| 5/11/2026 | Billable:B | Billable | 0.50 | 800 Discovery | Ardalan | Partner |
| | *Draft multiple emails to BG re [OMITTED- Priv./Work Product]* | | | | | |
| 5/11/2026 | Billable:B | Billable | 0.80 | 800 Discovery | Ardalan | Partner |
| | *Draft response to M&C email from Sergenian; review notes* | | | | | |
| 5/12/2026 | Billable:B | Billable | 0.70 | 800 Discovery | Ardalan | Partner |
| | *Prepare for IDC and confer with Sheila re [OMITTED- Priv./Work* | | | | | |
| 5/12/2026 | Billable:B | Billable | 2.60 | 800 Discovery | Ardalan | Partner |
| | *Prepare shutterstock supplemental responses* | | | | | |
| 5/13/2026 | Billable:B | Billable | 0.30 | 800 Discovery | Ardalan | Partner |
| | *Multiple emails re [OMITTED- Priv./Work Product]* | | | | | |
| 5/13/2026 | Billable:B | Billable | 3.30 | 800 Discovery | Ardalan | Partner |
| | *Attend IDC; draft email the Alex re [OMITTED- Priv./Work Product];* | | | | | |
| 5/14/2026 | Billable:B | Billable | 3.70 | 800 Discovery | Ardalan | Partner |
| | *Draft email to followup on IDC and review [OMITTED- Priv./Work Product]; draft email re [OMITTED- Priv./Work Product]s. multiple calls with Alex; review joint statement and review deadlines; multiple emails re depo dates; call with Sheile re [OMITTED- Priv./Work Product]* | | | | | |
| 5/14/2026 | Billable:B | Billable | 0.50 | 800 Discovery | Ardalan | Partner |
| | *Review witness list and call Justin re [OMITTED- Priv./Work Product]* | | | | | |

**GROUPED BY**
Timekeeper

# One LLP

## TIME AND EXPENSES

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/15/2026 | Billable:B | Billable | 0.40 | 800 Discovery | Ardalan | Partner |
| | *Review email from David and draft response* | | | | | |
| 5/15/2026 | Billable:B | Billable | 8.00 | 800 Discovery | Ardalan | Partner |
| | *Meet with Alex to prepare for depositions* | | | | | |
| 5/16/2026 | Billable:B | Billable | 1.50 | 800 Discovery | Ardalan | Partner |
| | *Draft joint stip* | | | | | |
| 5/16/2026 | Billable:B | Billable | 6.80 | 800 Discovery | Ardalan | Partner |
| | *Prepare for deposititions* | | | | | |
| 5/16/2026 | Billable:B | Billable | 1.20 | 800 Discovery | Ardalan | Partner |
| | *Review joint stip re search terms and draft section re search terms* | | | | | |
| 5/17/2026 | Billable:B | Billable | 6.70 | 800 Discovery | Ardalan | Partner |
| | *Prepare for THibault depo* | | | | | |
| 5/18/2026 | Billable:B | Billable | 12.40 | 800 Discovery | Ardalan | Partner |
| | *Prepare for and attent Thibault depo; confer with Alex, Sheila, Steve and Peter re [OMITTED- Priv./Work Product]* | | | | | |
| 5/19/2026 | Billable:B | Billable | 4.70 | 800 Discovery | Ardalan | Partner |
| | *Draft opposition to ex parte request* | | | | | |
| 5/19/2026 | Billable:B | Billable | 0.30 | 800 Discovery | Ardalan | Partner |
| | *Draft email re depositions to David S* | | | | | |
| 5/19/2026 | Billable:B | Billable | 5.20 | 800 Discovery | Ardalan | Partner |
| | *Prepare for Mazari depo* | | | | | |
| 5/20/2026 | Billable:B | Billable | 11.20 | 800 Discovery | Ardalan | Partner |
| | *Prepare for and attend depo of Mazari; confer with Alex re [OMITTED- Priv./Work Product]* | | | | | |
| 5/21/2026 | Billable:B | Billable | 5.30 | 800 Discovery | Ardalan | Partner |
| | *Prepare for Wolf depo; confer with Alex re [OMITTED- Priv./Work Product]* | | | | | |
| 5/21/2026 | Billable:B | Billable | 6.40 | 800 Discovery | Ardalan | Partner |
| | *Draft joint stipulation; draft multiple emails re joint stipulation filing; draft request to strike joint stip* | | | | | |
| 5/22/2026 | Billable:B | Billable | 9.30 | 800 Discovery | Ardalan | Partner |
| | *Prepare for and take depo of Chris Wolf; confer with Peter re* | | | | | |
| 5/22/2026 | Billable:B | Billable | 0.40 | 800 Discovery | Ardalan | Partner |
| | *Draft changes to request to strike* | | | | | |
| 5/24/2026 | Billable:B | Billable | 0.50 | 800 Case Management | Ardalan | Partner |
| | *Review production re demand letter; draft email to GC and call Alex re [OMITTED- Priv./Work Product]; produce additional documents* | | | | | |
| 5/25/2026 | Billable:B | Billable | 6.70 | 800 Discovery | Ardalan | Partner |

**GROUPED BY**
Timekeeper

Core Standard Report Copyright © 2026 BQE Software

# One LLP

TIME AND EXPENSES

| | | | | | | |
|---|---|---|---|---|---|---|
| | *Prepare for Boutefeu depo; followup with court reporter re exhibits* | | | | | |
| 5/25/2026 | No Charge:N/C | No Charge | 3.00 | 800 Discovery | Ardalan | Partner |
| | *Attend and prepare for deposition* | | | | | |
| 5/26/2026 | Billable:B | Billable | 9.90 | 800 Discovery | Ardalan | Partner |
| | *Prepare for and attend deposition for Boutefeu* | | | | | |
| 5/27/2026 | Billable:B | Billable | 5.70 | 800 Discovery | Ardalan | Partner |
| | *Prepare for Medhi depo; confer with Alex, Roberto, Scott, and Sheile re [OMITTED- Priv./Work Product]* | | | | | |
| 5/28/2026 | Billable:B | Billable | 10.30 | 800 Discovery | Ardalan | Partner |
| | *Prepare for and attend depo of Mehdi* | | | | | |
| 6/1/2026 | Billable:B | Billable | 7.20 | 800 Discovery | Ardalan | Partner |
| | *Prepare for Jeremy Duplaquet depo, including review produced documents, and confer with Alex re [OMITTED- Priv./Work Product]* | | | | | |
| 6/2/2026 | Billable:B | Billable | 9.10 | 800 Discovery | Ardalan | Partner |
| | *Prepare for and take deposition of Jeremy Duplequet* | | | | | |
| 6/3/2026 | Billable:B | Billable | 1.80 | 800 Discovery | Ardalan | Partner |
| | *Draft email to OC re discovery/spoliation/ review reccord re requests; confer with Peter re [OMITTED- Priv./Work Product]* | | | | | |
| 6/3/2026 | Billable:B | Billable | 1.20 | 800 Discovery | Ardalan | Partner |
| | *Followup with court reporters re exhibits* | | | | | |
| 6/4/2026 | Billable:B | Billable | 0.80 | 800 Discovery | Ardalan | Partner |
| | *Review draft of email message to OC re native files and missing* | | | | | |
| 6/4/2026 | Billable:B | Billable | 0.40 | 800 Discovery | Ardalan | Partner |
| | *confer with [OMITTED- Priv./Work Product]* | | | | | |
| 6/4/2026 | Billable:B | Billable | 1.50 | 800 Discovery | Ardalan | Partner |
| | *Review joint stip and begin prepare response* | | | | | |
| 6/5/2026 | Billable:B | Billable | 0.40 | 800 Discovery | Ardalan | Partner |
| | *Additional emails with court reporters re exhibits and transcript* | | | | | |
| 6/8/2026 | Billable:B | Billable | 6.30 | 800 Discovery | Ardalan | Partner |
| | *Continue drafting joint stipulation, supporting declaration, and compile exhibits* | | | | | |
| 6/8/2026 | Billable:B | Billable | 0.70 | 800 Motion for sanctions | Ardalan | Partner |
| | *Draft email to Ryan re [OMITTED- Priv./Work Product]; confer to team re the same and update joint stip with the same* | | | | | |
| 6/10/2026 | Billable:B | Billable | 4.50 | 800 Discovery | Ardalan | Partner |

**GROUPED BY**
Timekeeper

# One LLP

## TIME AND EXPENSES

| | | | | | | |
|---|---|---|---|---|---|---|
| | *Draft email to OC re [OMITTED- Priv./Work Product]; research newly assigned magistrate judge and discovery rules in preperation for motion to compel; review new draft of joint stip and confer with OC re the same; prepare for Kyndt depo* | | | | | |
| 6/11/2026 | Billable:B | Billable | 0.30 | 800 Discovery | Ardalan | |
| | | | | | | Partner |
| | *Draft multiple emails re [OMITTED- Priv./Work Product] and re Kyndt deposition and review past email messages re the same* | | | | | |
| 6/12/2026 | Billable:B | Billable | 3.50 | 800 Case Management | Ardalan | Partner |
| | *Draft status email to BG; draft IDC request to OC; review stipulations and request to sub out; confer with Alex, Peter, and Flynet counsel re [OMITTED- Priv./Work Product]* | | | | | |
| 6/15/2026 | Billable:B | Billable | 8.80 | 800 Motion for sanctions | Ardalan | Partner |
| | *Legal research on sanctions strategy and confer with Alex and Peter re* | | | | | |
| 6/17/2026 | Billable:B | Billable | 2.90 | 800 Motion for sanctions | Ardalan | Partner |
| | *Continue to draft sanctions motion and pull depo transcripts* | | | | | |
| 6/17/2026 | Billable:B | Billable | 0.20 | 800 Motion for sanctions | Ardalan | Partner |
| | *F/u email re meet and confer and confer with client re [OMITTED-* | | | | | |
| 6/18/2026 | Billable:B | Billable | 1.50 | 800 Motion for sanctions | Ardalan | Partner |
| | *Continue to pull depo transcripts for motion* | | | | | |
| 6/18/2026 | Billable:B | Billable | 0.20 | 800 Motion for sanctions | Ardalan | Partner |
| | *F/u email re meet and confer and confer with client re [OMITTED- Priv./Work Product]* | | | | | |
| 6/19/2026 | Billable:B | Billable | 4.20 | 800 Motion for sanctions | Ardalan | Partner |
| | *Continue to draft sanctions motion* | | | | | |
| 6/22/2026 | Billable:B | Billable | 0.60 | 800 Motion for sanctions | Ardalan | Partner |
| | *Meet and confer with Ryan re sanctions motion and draft confirming* | | | | | |
| 6/26/2026 | Billable:B | Billable | 3.70 | 800 Motion for sanctions | Ardalan | Partner |
| | *Continue to draft sanctions motion* | | | | | |
| 7/10/2026 | Billable:B | Billable | 0.80 | 800 Discovery | Ardalan | Partner |
| | *Prepare response to Thibault re joint stipulation/motion to compel* | | | | | |
| 7/10/2026 | Billable:B | Billable | 5.60 | 800 Motion for sanctions | Ardalan | Partner |
| | *Continue drafting sanctions motion; draft decl and compile exhibits* | | | | | |
| 7/13/2026 | Billable:B | Billable | 3.70 | 800 Motion for sanctions | Ardalan | Partner |
| | *continue drafting sanctions motion* | | | | | |
| 7/14/2026 | Billable:B | Billable | 6.80 | 800 Motion for sanctions | Ardalan | Partner |

**GROUPED BY**
Timekeeper

# One LLP

TIME AND EXPENSES

| Date | Type | Billable | Hours | Rate | Task | Lawyer | Title |
|---|---|---|---|---|---|---|---|
| | *Finalize first draft of brief; begin prep of exhibits; confer with Alex and Andrew re [OMITTED- Priv./Work Product]* | | | | | | |
| 7/16/2026 | Billable:B | Billable | 0.40 | | 800 Motion for sanctions | Ardalan | Partner |
| | *Prepare for and attend call with Thibault and Henri re sanctions* | | | | | | |
| 7/17/2026 | Billable:B | Billable | 3.80 | | 800 Motion for sanctions | Ardalan | Partner |
| | *review and revise Ardalan decl, request for judicial notice, review and compile exhibits, confer with lauren re [OMITTED- Priv./Work Product]* | | | | | | |
| 7/23/2026 | Billable:B | Billable | 4.70 | | 800 Motion for sanctions | Ardalan | Partner |
| | *Finalize motion and exhibits* | | | | | | |
| | | **TOTAL SERVICES FOR Thibault Mauvilain:** | **598.30** | 478640 | | | |
| | | **Total Services:** | **598.30** | | | | |
| | | **Total Services For Jo Ardalan:** | **598.30** | | | | |

**Peter R. Afrasiabi**

**SERVICES**

**Thibault Mauvilain**

| Date | Type | Billable | Hours | Rate | Task | Lawyer | Title |
|---|---|---|---|---|---|---|---|
| 6/9/2025 | Billable:B | Billable | 1.00 | | 950 Motion to Dismiss | Afrasiabi | Partner |
| | *Review and edits to MTD* | | | | | | |
| 6/24/2025 | Billable:B | Billable | 0.50 | | 950 Motion to Dismiss | Afrasiabi | Partner |
| | *review and analyze opp brief* | | | | | | |
| 6/27/2025 | Billable:B | Billable | 1.00 | | 950 Motion to Dismiss | Afrasiabi | Partner |
| | *edit and revise opposition to motion* | | | | | | |
| 10/17/2025 | Billable:B | Billable | 0.30 | | 950 Evaluation | Afrasiabi | Partner |
| | *Conf call w JA re [OMITTED- Priv./Work Product]* | | | | | | |
| 10/21/2025 | Billable:B | Billable | 0.40 | | 950 Discovery | Afrasiabi | Partner |
| | *Review disco docs and corr on [OMITTED- Priv./Work Product], review* | | | | | | |
| 10/27/2025 | Billable:B | Billable | 0.30 | | 950 Discovery | Afrasiabi | Partner |
| | *Confer JA re [OMITTED- Priv./Work Product]* | | | | | | |
| 10/30/2025 | Billable:B | Billable | 0.80 | | 950 Case Management | Afrasiabi | Partner |
| | *Confer JA re [OMITTED- Priv./Work Product]* | | | | | | |
| 11/4/2025 | Billable:B | Billable | 0.30 | | 950 Case Management | Afrasiabi | Partner |
| | *conf w JA re [OMITTED- Priv./Work Product]* | | | | | | |
| 11/17/2025 | Billable:B | Billable | 0.50 | | 950 Evaluation | Afrasiabi | Partner |
| | *review and analyze conference management information, issue and conference with JA regarding [OMITTED- Priv./Work Product]* | | | | | | |
| 12/16/2025 | Billable:B | Billable | 0.50 | | 950 Discovery | Afrasiabi | Partner |

**GROUPED BY**
Timekeeper

Core Standard Report Copyright © 2026 BQE Software

# One LLP

TIME AND EXPENSES

| Date | Billing | Status | Hours | Amount | Rate / Task | Timekeeper | Title |
|---|---|---|---|---|---|---|---|
| | *review hearing Ppt and cons w JA re [OMITTED- Priv./Work Product]* | | | | | | |
| 1/12/2026 | Billable:B | Billable | 0.30 | | 950 Evaluation | Afrasiabi | Partner |
| | *Review corr from JA on [OMITTED- Priv./Work Product]* | | | | | | |
| 1/13/2026 | Billable:B | Billable | 0.50 | | 950 Case Management | Afrasiabi | Partner |
| | *Conf w JA on [OMITTED- Priv./Work Product]* | | | | | | |
| 1/23/2026 | Billable:B | Billable | 0.20 | | 950 Case Management | Afrasiabi | Partner |
| | *review and edits to report* | | | | | | |
| 1/29/2026 | Billable:B | Billable | 0.50 | | 950 Case Management | Afrasiabi | Partner |
| | *Review ex parte and conference with JA regarding [OMITTED-* | | | | | | |
| 2/28/2026 | Billable:B | Billable | 1.00 | | 950 Evalution | Afrasiabi | Partner |
| | *Review MTD briefing and IDC docs, calls with JA regarding [OMITTED- Priv./Work Product]* | | | | | | |
| 3/11/2026 | Billable:B | Billable | 1.00 | | 950 Case Management | Afrasiabi | Partner |
| | *preview complaint and order and discovery IDC emails on case issues, cons w JA [OMITTED- Priv./Work Product]* | | | | | | |
| 3/31/2026 | Billable:B | Billable | 1.00 | | 950 Motion to Dismiss | Afrasiabi | Partner |
| | *review and edit motion to dismiss* | | | | | | |
| 4/22/2026 | Billable:B | Billable | 0.50 | | 950 Discovery | Afrasiabi | Partner |
| | *review corr on discovery issues and conf w JA (4-14) [OMITTED- Priv./Work Product]* | | | | | | |
| 4/28/2026 | Billable:B | Billable | 1.00 | | 950 Discovery | Afrasiabi | Partner |
| | *confs w JA re case discovery issues and review meet and confer corr on* | | | | | | |
| 5/6/2026 | Billable:B | Billable | 0.50 | | 950 Discovery | Afrasiabi | Partner |
| | *conf w JA re [OMITTED- Priv./Work Product]* | | | | | | |
| 5/11/2026 | Billable:B | Billable | 0.20 | | 950 Discovery | Afrasiabi | Partner |
| | *corr analysis on discovery and IDC issues* | | | | | | |
| 5/19/2026 | Billable:B | Billable | 1.60 | | 950 Case Management | Afrasiabi | Partner |
| | *conf w JA re [OMITTED- Priv./Work Product]* | | | | | | |
| 5/21/2026 | Billable:B | Billable | 0.80 | | 950 Discovery | Afrasiabi | Partner |
| | *conf w JA re [OMITTED- Priv./Work Product]* | | | | | | |
| 5/26/2026 | Billable:B | Billable | 0.50 | | 950 Discovery | Afrasiabi | Partner |
| | *conf w JA re [OMITTED- Priv./Work Product]* | | | | | | |
| 6/12/2026 | Billable:B | Billable | 0.40 | | 950 Motion for sanctions | Afrasiabi | Partner |
| | *conf w JA re [OMITTED- Priv./Work Product] review dismissal issues* | | | | | | |
| | | TOTAL SERVICES FOR **Thibault Mauvilain:** | **15.60** | 14820 | | | |
| | | Total **Services:** | **15.60** | | | | |
| | | Total Services For **Peter R. Afrasiabi:** | **15.60** | | | | |

**GROUPED BY**
Timekeeper

# One LLP

TIME AND EXPENSES

| | |
|---|---|
| Grand Total **Billable Services:** | **696.70** |

**GROUPED BY**
Timekeeper