# EXHIBIT 2

| Thibaul Mavilain | Robert Christian Wolf | Henri Mazari | Jeremy Duplaquet | Joseph Mehdi | Michel Boutefeu | Stephane Kyndt |
|---|---|---|---|---|---|---|
| BGUS_ 1069066 | BGUS_2001259 | AG_040745 | BGUS_2184089 | BGUS_1417723 | BGUS_2825212 | BGUS_983219 |
| BGUS_1001293 | BGUS_2204052 | BGUS_954624 | BGUS_2184029 | BGUS_2137652 | BGUS_2801719 | BGUS_2583955 |
| BGUS_1001317 | BGUS_2582906 | BGUS_999656 | BGUS_2582199 | BGUS_2588223 | BGUS_2798147 | BGUS_2595715 |
| BGUS_1002083 | BGUS_2587290 | BGUS_1462936 | BGUS_2001602 | BGUS_2594118 | BGUS_2798145 | |
| BGUS_1007957 | BGUS_2595765 | BGUS_2060237 | BGUS_2582682 | BGUS_2786918 | BGUS_2189407 | |
| BGUS_1007964 | BGUS_1268687 | BGUS_2127825 | BGUS_2582152 | BGUS_2791901 | BGUS_838717 | |
| BGUS_1020748 | BGUS_2135060 | BGUS_2133300 | BGUS_2582167 | BGUS_2793669 | BGUS_2826184 | |
| BGUS_1020932 | BGUS_1679478 | BGUS_2133305 | BGUS_2184045 | BGUS_2797978 | | |
| BGUS_1020933 | BGUS_2205458 | BGUS_2133325 | BGUS_2507480 | BGUS_2797981 | | |
| BGUS_1020934 | | BGUS_2133466 | BGUS_2204043 | BGUS_2507826 | | |
| BGUS_1024803 | | BGUS_2134161 | BGUS_2204052 | BGUS_2782926 | | |
| BGUS_1024808 | | BGUS_2135060 | BGUS_2504731 | BGUS_2792834 | | |
| BGUS_1024810 | | BGUS_2136448 | BGUS_2504763 | BGUS_2792858 | | |
| BGUS_1027466 | | BGUS_2136492 | BGUS_2785799 | BGUS_2792902 | | |
| BGUS_1028337 | | BGUS_2137637 | BGUS_1679936 | BGUS_2792907 | | |
| BGUS_1029258 | | BGUS_2143485 | BGUS_1679467 | BGUS_2792916 | | |
| BGUS_1030627 | | BGUS_2144463 | BGUS_2823940 | BGUS_2792929 | | |
| BGUS_1031536 | | BGUS_2182098 | BGUS_2823843 | BGUS_2793416 | | |
| BGUS_1032658 | | BGUS_2184029 | BGUS_2823817 | BGUS_2793508 | | |
| BGUS_1033916 | | BGUS_2184045 | BGUS_2205467 | BGUS_2793568 | | |
| BGUS_1034297 | | BGUS_2185390 | BGUS_2205437 | BGUS_2793582 | | |
| BGUS_1034298 | | BGUS_2185471 | BGUS_2204015 | BGUS_2785743 | | |
| BGUS_1067936 | | BGUS_2200287 | BGUS_2133312 | BGUS_2785840 | | |
| BGUS_1067937 | | BGUS_2204043 | BGUS_2133300 | BGUS_2785848 | | |
| BGUS_1067938 | | BGUS_2204150 | BGUS_2404834 | BGUS_2785856 | | |
| BGUS_1067939 | | BGUS_2204184 | BGUS_1663154 | BGUS_2786948 | | |
| BGUS_1067940 | | BGUS_2205410 | BGUS_2594914 | BGUS_2786952 | | |
| BGUS_1067945 | | BGUS_2205413 | BGUS_2594929 | BGUS_2786966 | | |
| BGUS_1068243 | | BGUS_2205440 | BGUS_2507901 | BGUS_2787078 | | |
| BGUS_1069070 | | BGUS_2206385 | BGUS_2508598 | BGUS_2787079 | | |
| BGUS_1069071 | | BGUS_2264473 | BGUS_2136359 | BGUS_2787086 | | |
| BGUS_1069078 | | BGUS_2390037 | BGUS_2137637 | BGUS_2787928 | | |
| BGUS_1069205 | | BGUS_2390045 | BGUS_2507879 | BGUS_2787942 | | |
| BGUS_1069206 | | BGUS_2390113 | BGUS_2507872 | BGUS_2788101 | | |
| BGUS_1069342 | | BGUS_2392997 | BGUS_2507886 | BGUS_2788117 | | |
| BGUS_1069435 | | BGUS_2393063 | BGUS_2404838 | | | |
| BGUS_1069435 | | BGUS_2393082 | BGUS_2507875 | | | |

| | | |
|---|---|---|
| BGUS_1069465 | BGUS_2393348 | BGUS_2785919 |
| BGUS_1141840 | BGUS_2393370 | BGUS_2825263 |
| BGUS_1157419 | BGUS_2393373 | BGUS_2825896 |
| BGUS_1385682 | BGUS_2406000 | BGUS_2825877 |
| BGUS_2135144 | BGUS_2406017 | BGUS_2825288 |
| BGUS_2137666 | BGUS_2503660 | BGUS_9144488 |
| BGUS_2185297 | BGUS_2504643 | BGUS_2710133 |
| BGUS_2206392 | BGUS_2504725 | BGUS_2702735 |
| BGUS_2206395 | BGUS_2507502 | BGUS_2106201 |
| BGUS_2225313 | BGUS_2517916 | BGUS_2518220 |
| BGUS_2393400 | BGUS_2518220 | BGUS_2518020 |
| BGUS_2584231 | BGUS_2518231 | BGUS_2792664 |
| BGUS_2587350 | BGUS_2578440 | BGUS_2826184 |
| BGUS_2588184 | BGUS_2578442 | BGUS_2826100 |
| BGUS_2594264 | BGUS_2579231 | BGUS_1462936 |
| BGUS_2594903 | BGUS_2579269 | BGUS_954624 |
| BGUS_2594904 | BGUS_2579297 | BGUS_2151137 |
| BGUS_2595712 | BGUS_2582060 | BGUS_2151292 |
| BGUS_2599545 | BGUS_2582144 | BGUS_2151059 |
| BGUS_2599583 | BGUS_2582707 | BGUS_2151096 |
| BGUS_2698044 | BGUS_2582770 | BGUS_2184954 |
| BGUS_2703445 | BGUS_2588206 | BGUS_2582224 |
| BGUS_2703731 | BGUS_2594914 | |
| BGUS_2710195 | BGUS_2594915 | |
| BGUS_2710196 | BGUS_2598696 | |
| BGUS_2710326 | BGUS_2599589 | |
| BGUS_2710339 | BGUS_2697082 | |
| BGUS_838717 | BGUS_2702282 | |
| BGUS_921697 | BGUS_2702735 | |
| BGUS_964666 | BGUS_2710358 | |
| BGUS_964866 | BGUS_2734811 | |
| BGUS_965154 | BGUS_2786699 | |
| BGUS_965200 | BGUS_2786782 | |
| BGUS_965229 | BGUS_2786968 | |
| BGUS_965750 | BGUS_2793487 | |
| BGUS_965796 | BGUS_2818890 | |
| BGUS_965797 | BGUS_2819017 | |
| BGUS_965798 | BGUS_2819105 | |

| | |
|---|---|
| BGUS_965803 | BGUS_2819135 |
| BGUS_965804 | BGUS_2819164 |
| BGUS_965807 | BGUS_2823729 |
| BGUS_965808 | BGUS_2823843 |
| BGUS_965811 | BGUS_2825089 |
| BGUS_965877 | BGUS_2825095 |
| BGUS_965899 | BGUS_2825233 |
| BGUS_965907 | BGUS_2825882 |
| BGUS_965908 | BGUS_2829813 |
| BGUS_965943 | BGUS_2133303 |
| BGUS_966004 | |
| BGUS_966033 | |
| BGUS_966104 | |
| BGUS_966195 | |
| BGUS_966217 | |
| BGUS_966219 | |
| BGUS_966377 | |
| BGUS_966378 | |
| BGUS_966383 | |
| BGUS_966643 | |
| BGUS_966705 | |
| BGUS_966835 | |
| BGUS_966836 | |
| BGUS_966837 | |
| BGUS_966838 | |
| BGUS_967425 | |
| BGUS_967426 | |
| BGUS_967427 | |
| BGUS_967428 | |
| BGUS_967430 | |
| BGUS_967431 | |
| BGUS_967432 | |
| BGUS_967434 | |
| BGUS_967435 | |
| BGUS_967436 | |
| BGUS_967437 | |
| BGUS_967439 | |
| BGUS_967439 | |

BGUS_967460
BGUS_967525
BGUS_967569
BGUS_967872
BGUS_967885
BGUS_967952
BGUS_968385
BGUS_968448
BGUS_968491
BGUS_970692
BGUS_970701
BGUS_971033
BGUS_973686
BGUS_973687
BGUS_973689
BGUS_973692
BGUS_973694
BGUS_973695
BGUS_973696
BGUS_973737
BGUS_973975
BGUS_973991
BGUS_974739
BGUS_975141
BGUS_975294
BGUS_975295
BGUS_975355
BGUS_975637
BGUS_975656
BGUS_975657
BGUS_978994
BGUS_978997
BGUS_978998
BGUS_978999
BGUS_979000
BGUS_979001
BGUS_979002
BGUS_979004

BGUS_979006
BGUS_979007
BGUS_979008
BGUS_979010
BGUS_979011
BGUS_979013
BGUS_979017
BGUS_979018
BGUS_979019
BGUS_979020
BGUS_979103
BGUS_979393
BGUS_988321
BGUS_988322
BGUS_988358
BGUS_988401
BGUS_988438
BGUS_988673