SHEILA MOJTEHEDI (313002)
sheila@mojtehedi.com
806 E. Avenida Pico, Ste. I-291
San Clemente, California 92673
Telephone (323) 412-0472
Facsimile (323) 403-4170

Attorney for Defendants
FLYNET PICTURES, LLC and FAMEFLYNET INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHAEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual,

Plaintiffs,

v.

FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation and DOES 1-10, inclusive,

Defendants.

Case No. 2:25-cv-2757-FLA-MAA
Hon. Fernando L. Aenlle-Rocha

**DEFENDANTS FLYNET PICTURES, LLC AND FAMEFLYNET INC.'S NOTICE OF JOINDER AND JOINDER WITH DEFENDANTS BACKGRID INC., AND BACKGRID USA, INC., SHUTTERSTOCK, INC.'S REPLY IN SUPPORT OF THEIR MOTION FOR SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL**

[JOINDER WITH ECF 148]

**Date**: August 28, 2026
**Time**: 1:30 p.m.
**Courtroom**: 6B

**Notice of Joinder and Joinder**

Defendants Flynet Pictures, LLC and Fameflynet Inc. hereby move to join in the reply in support of the motion for sanctions against Plaintiffs and their counsel filed by defendants Backgrid, Inc., Backgrid USA, Inc., and Shutterstock, Inc. (collectively, "Backgrid and Shutterstock," and the "Motion for Sanctions"). ECF No. 148. *See Austin v. Tesla, Inc.*, No. 20-cv-00800-EMC, 2021 U.S. Dist. LEXIS 244414, *11 (N.D. Cal. Jan. 25, 2021); *Moser v. Encore Capital Grp. Inc.*, No. 04CV2085-LAB (WMc), 2007 U.S. Dist. LEXIS 63810, at *3-4 (S.D. Cal. Aug. 24, 2007). Defendants join in all of the bases identified in Backgrid and Shutterstock's reply and motion and incorporate them as though fully set forth herein.

Defendants' joinder is based on this Notice of Joinder and Joinder, the Memorandum of Points and Authorities, additional filings by the parties, and upon such further materials and argument as may be presented at the hearing of this matter.

Respectfully submitted,

Dated: August 14, 2026

/s/

SHEILA MOJTEHEDI
*Attorney for Defendants*
*Flynet Pictures, LLC and Fameflynet Inc.*

**Memorandum of Points and Authorities**

Defendants Flynet Pictures, LLC and Fameflynet Inc. ("Defendants") join in the arguments raised by defendants Backgrid, Inc., Backgrid USA, Inc., and Shutterstock, Inc. in their reply in support of the motion for sanctions (ECF No. 148) and incorporate them by reference as though fully stated herein. Such joinder in the motion is appropriate here. The arguments raised in the motion are not unique to defendants Backgrid, Inc., Backgrid USA, Inc., and Shutterstock, Inc. and are equally applicable to Defendants. Thus, Defendants respectfully submit joining in the Reply is appropriate and in furtherance of judicial economy, and the Court should also apply its ruling on as to the Motion for Sanctions to Defendants.

Respectfully submitted,

Dated: August 14, 2026

/s/

SHEILA MOJTEHEDI
*Attorney for Defendants*
*Flynet Pictures, LLC and Fameflynet Inc.*