SHEILA MOJTEHEDI (313002)
sheila@mojtehedi.com
806 E. Avenida Pico, Ste. I-291
San Clemente, California 92673
Telephone (323) 412-0472
Facsimile (323) 403-4170

Attorney for Defendants
FLYNET PICTURES, LLC and FAMEFLYNET INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHAEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual,

Plaintiffs,

v.

FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation and DOES 1-10, inclusive,

Defendants.

Case No. 2:25-cv-2757-FLA-MAA
Hon. Fernando L. Aenlle-Rocha

**SUPPLEMENTAL DECLARATION OF SHEILA MOJTEHEDI**

**Declaration of Sheila Mojtehedi**

I, Sheila Mojtehedi, declare:

1. I am counsel of record for defendants Flynet Pictures, LLC and Fameflynet Inc. The facts below are of my own personal knowledge unless otherwise stated. If called as a witness, I could competently testify to them.

2. On July 31, 2026, I filed with my prior declaration as Exhibit 33 a true and accurate copy of my billing records in this matter, with descriptions of time entries redacted.

3. Attached as **Exhibit 33.1** and **33.2** are true and correct copies of tables that I created based on Exhibit 33.

4. Before filing the joinder to the Motion for Sanctions, I reviewed the Court's Civil Standing Order on the Court's website and did not see any rules I believed were specific to sanctions motions. In preparing the joinder to the reply brief, I became aware of the Court's requirements for "Motions for Attorney's Fees" under the heading IV(D) Summary Judgment Motions. Given that attorney's fees are requested, and in an abundance of caution, I created Exhibits 33.1 and 33.2, which I believe conform to the Court's requirements under "Motions for Attorney's Fees."

5. **Exhibits 33.1** and **33.2** are created directly from Exhibit 33 and do not include added time for the reply briefing or other tasks completed since the filing of the motion.

6. In addition to the time contained in Exhibit 33, I have spent an additional 1.8 hours reviewing and strategizing for the reply briefing that was filed.

I declare under penalty of perjury under the laws of the United States of America that the contents of this declaration are true and correct. Executed in San Clemente, CA.

Date: August 14, 2026

_/s/Sheila Mojtehedi_________

Sheila Mojtehedi

# EXHIBIT 33.1

# EXHIBIT 33.1

## TABLE 1 — SUMMARY OF HOURS WORKED BY EACH ATTORNEY, ORGANIZED BY TASK

*Civil Standing Order § IV(E) — Hon. Fernando L. Aenlle-Rocha*

| Task | Attorney | Title | Hourly Rate | Hours |
|---|---|---|---|---|
| Written Discovery (responses, amended responses, meet and confer) | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 23.4 |
| Informal Discovery Conferences (incl. travel) | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 20.4 |
| Depositions (preparation and attendance) | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 21.1 |
| Motion for Sanctions | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 3.9 |
| Case Management and Client Communications | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 20.4 |
| | | **TOTAL** | | **89.2** |

*Sole timekeeper. Hourly rate of $450.00 was constant throughout the action, so no separate per-rate calculations are provided. Hours are stated to the tenth of an hour.*

# EXHIBIT 33.2

# EXHIBIT 33.2

## DETAILED TIME ENTRIES

*Sheila Mojtehedi, Shareholder and Attorney — sole timekeeper — hourly rate $450.00 (unchanged throughout the action)*

| Date | Description of Services | Task Category | Timekeeper | Title | Hourly Rate | Hours |
|---|---|---|---|---|---|---|
| 5/14/25 | Draft stipulation to continue | Case Management and Client Communications | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 0.4 |
| 5/27/25 | Draft [WORK PRODUCT]; research [WORK PRODUCT] | Case Management and Client Communications | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 1.0 |
| 5/30/25 | Zoom with Scott and Boris [PRIVILEGED] | Case Management and Client Communications | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 1.5 |
| 6/4/25 | Draft email to client [PRIVILEGED] | Case Management and Client Communications | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 1.1 |
| 6/8/25 | Draft stipulation, proposed order, and declaration re Flynet Pictures to continue deadline to respond | Case Management and Client Communications | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 1.4 |
| 6/11/25 | Draft follow-up meet and confer correspondence re joinder, participate in Zoom meet and confer re same, update client by email re same; file stipulation and proposed order; email same to client | Case Management and Client Communications | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 2.0 |
| 6/11/25 | Draft disclosure statement; draft joinder to motion to dismiss as to Fameflynet; research requirements re same | Case Management and Client Communications | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 2.3 |
| 6/12/25 | Draft declaration; file certificate of interested parties, joinder, and declaration, email client re same | Case Management and Client Communications | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 0.5 |
| 7/2/25 | Draft update to clients re [PRIVILEGED]; draft initial disclosures | Case Management and Client Communications | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 0.8 |
| 7/3/25 | 26(f) conference with all counsel | Case Management and Client Communications | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 0.4 |
| 7/11/25 | Zoom with E. Guzman re discovery requests; email client re discovery; review and edit Rule 26(f) report and scheduling worksheet | Written Discovery (responses, amended responses, meet and confer) | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 1.5 |
| 7/14/25 | Edit initial disclosures for Fameflynet and email client re [PRIVILEGED] | Case Management and Client Communications | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 0.8 |
| 7/14/25 | Zoom call with B. Nizon and S. Cosman | Case Management and Client Communications | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 1.7 |
| 7/14/25 | Joint defense call with J. Ardalan | Case Management and Client Communications | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 0.5 |
| 8/16/25 | Draft discovery responses | Written Discovery (responses, amended responses, meet and confer) | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 6.7 |
| 8/18/25 | Finalize and send discovery responses | Written Discovery (responses, amended responses, meet and confer) | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 2.8 |
| 11/18/25 | Review meet and confer letter re discovery | Written Discovery (responses, amended responses, meet and confer) | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 0.8 |

| Date | Description of Services | Task Category | Timekeeper | Title | Hourly Rate | Hours |
|---|---|---|---|---|---|---|
| 12/3/25 | Call with J. Ardalan; Zoom call with Boris and Scott re discovery | Written Discovery (responses, amended responses, meet and confer) | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 1.5 |
| 12/8/25 | Meet and confer with Plaintiffs re IDC; call with S. Cosman re discovery; email Plaintiffs re discovery; draft amended discovery responses | Written Discovery (responses, amended responses, meet and confer) | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 3.1 |
| 12/10/25 | Prep Zoom with clients | Case Management and Client Communications | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 6.0 |
| 12/11/25 | Drive to informal discovery conference; attend same; drive from same | Informal Discovery Conferences (incl. travel) | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 7.5 |
| 12/16/25 | Draft amended responses to document requests and email clients re same; review proposed order re informal discovery conference | Written Discovery (responses, amended responses, meet and confer) | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 4.7 |
| 1/13/26 | Drive to IDC, attend IDC, drive back from IDC | Informal Discovery Conferences (incl. travel) | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 4.1 |
| 3/3/26 | Drive to court for IDC, attend IDC, drive from IDC | Informal Discovery Conferences (incl. travel) | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 4.6 |
| 3/24/26 | Drive to court for IDC; attend IDC; drive from IDC | Informal Discovery Conferences (incl. travel) | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 4.2 |
| 3/25/26 | Edit discovery responses | Written Discovery (responses, amended responses, meet and confer) | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 2.3 |
| 4/15/26 | Call with Boris and Scott to discuss discovery | Depositions (preparation and attendance) | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 1.0 |
| 5/18/26 | Attend deposition | Depositions (preparation and attendance) | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 8.1 |
| 5/20/26 | Attend deposition | Depositions (preparation and attendance) | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 7.2 |
| 5/24/26 | Zoom with Boris and Scott | Depositions (preparation and attendance) | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 4.8 |
| 7/24/26 | Attention to and review motion for sanctions | Motion for Sanctions | Sheila Mojtehedi | Shareholder and Attorney | $450.00 | 3.9 |
| | | | | **TOTAL** | | **89.2** |