Joanna Ardalan (SBN 285384)
Email: jardalan@onellp.com
Peter R. Afrasiabi (SBN 193336)
Email: pafrasiabi@onellp.com
David W. Quinto (SBN 106232)
Email: dquinto@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Defendants,
BACKGRID INC., BACKGRID USA, INC., and
SHUTTERSTOCK, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual,

Plaintiffs,

v.

FLYNET PICTURES. LLC, a California limited liability company: FAMEFLYNET INC.. a California corporation: BACKGRID INC.. a California corporation: BACKGRID USA. INC.. a California corporation: SHUTTERSTOCK. INC.. a Delaware corporation and DOES 1–10, inclusive,

Defendants.

Case No.: 2:25-cv-2757-FLA-MAA
Hon. Fernando L. Aenlle-Rocha

**PROOF OF SERVICE**

Date: August 28, 2026
Time: 1:30 p.m.
Crtrm: 6B

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 23 Corporate Plaza, Suite 150-105, Newport Beach, California 92660.

On August 14, 2026, I caused the document(s) listed below to be served to the address(es) and by the method of service described as follows:

- **DEFENDANTS BACKGRID USA, INC. BACKGRID INC., AND SHUTTERSTOCK INC.'S REPLY IN SUPPORT OF THEIR MOTION FOR SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL**
- **DECLARATION OF JOANNA ARDALAN IN SUPPORT OF DEFENDANTS BACKGRID USA, INC. BACKGRID INC., AND SHUTTERSTOCK INC.'S REPLY IN SUPPORT OF THEIR MOTION FOR SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL**

Henri Mazari
carboninla@yahoo.com

Thibault Mauvilain
tm@forceinaction.com

Abby M Neu
aneu@whitewoodlaw.com

Ryan E Carreon
rcarreon@whitewoodlaw.com

David A. Sergenian
david@sergenianlaw.com
sergenianlaw@recap.email

Keaton D Smith
ksmith@whitewoodlaw.com

Shengmao Mu
smu@whitewoodlaw.com
2710866420@filings.docketbird.com
ecf-cacd-637307126903603 2@inbound.docketalarm.com

Kenneth S Korea
ken@colev.law

Sheila Mojtehedi
smojtehedi@bicklawllp.com
sheila@mojtehedi.com

[X] (BY EMAIL)

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 14, 2026 at Newport Beach, California.

Lauren R. Thomas