Joanna Ardalan (SBN 285384)
Email: jardalan@onellp.com
Peter R. Afrasiabi (SBN 193336)
Email: pafrasiabi@onellp.com
David W. Quinto (SBN 106232)
Email: dquinto@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Defendants,
BACKGRID INC., BACKGRID USA, INC., and
SHUTTERSTOCK, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual,

Plaintiffs,

v.

FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation and DOES 1–10, inclusive,

Defendants.

Case No.: 2:25-cv-2757-FLA-MAA
Hon. Fernando L. Aenlle-Rocha

**NOTICE OF ERRATA CORRECTING EXHIBIT 1 TO SUPPLEMENTAL DECLARATION OF JOANNA ARDALAN IN SUPPORT OF REPLY RE: MOTION FOR SANCTIONS AGAINST PLAINTIFFS AND THEIR COUNSEL**

Date: August 28, 2026
Time: 1:30 p.m.
Crtrm: 6B

**TO THE COURT AND ALL PARTIES:**

On August 14, 2026, Defendants Backgrid, Inc., Backgrid USA, Inc., and Shutterstock, Inc. ("Defendants") filed the Reply in Support of their Motion for Sanctions against Defendants and their Counsel, including the Supplemental Declaration of Joanna Ardalan ("Supplemental Ardalan Decl.") and its Exhibits 1 and 2 (Dkt. Nos. 148, 148-1, 148-2, and 148-3, respectively). Exhibit 1 was a Microsoft Excel spreadsheet containing specific information on Defense Counsel's time records, and it was both filed in PDF form and was also submitted in native form by email to Chambers and the Responding Parties. However, it has come to Defense Counsel's attention that when Exhibit 1 to the Supplemental Ardalan Decl. was printed to PDF format, the second tab in the spreadsheet, titled "Time by Task," was inadvertently excluded. Thus, the filed PDF did not contain the second tab. Accordingly, a corrected PDF version of Exhibit 1 is filed concurrently herewith to include the second tab in the spreadsheet.

Dated: August 17, 2026

**ONE LLP**

By: <u>/s/ Joanna Ardalan</u>
Joanna Ardalan
Peter R. Afrasiabi
David W. Quinto
Attorneys for Defendants BackGrid Inc., BackGrid USA, Inc., & Shutterstock, Inc.