UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Thibault Mauvilain, *et al.*,

Plaintiffs,

v.

Flynet Pictures, LLC, *et al.*,

Defendants.

Case No. 2:25-cv-2757-FLA (MAAx)

**ORDER GRANTING LEAVE TO FILE EXHIBITS TO THE DECLARATION OF JOANNA ARDALAN UNDER SEAL [DKT. 132]**

On July 31, 2026, Defendants Backgrid, Inc., Backgrid USA, Inc., and Shutterstock, Inc. (collectively, "Defendants") filed an Application for Leave to File Under Seal ("Application"). Dkt. 132. Defendants request the court allow them to file under seal Exhibits 2, 10-2, 11, and 12 to the Declaration of Joanna Ardalan in support of Defendants' Motion for Sanctions Against Plaintiffs and Their Counsel and Exhibits A and B to the Declaration of Alex Kantif in support of Defendants' Motion for Sanctions Against Plaintiffs and Their Counsel. *See id.* at 2. Defendants filed the Declaration of Joanna Ardalan in support of the Application ("Ardalan Declaration"). Dkt. 133.

Having considered the Application and supporting Ardalan Declaration and finding good cause therefor, the court hereby GRANTS the Application and ORDERS as follows:

1. The court SEALS the unredacted versions of Exhibits 2, 10-2, 11, and 12 to the Declaration of Joanna Ardalan in support of Defendants' Motion for Sanctions Against Plaintiffs and Their Counsel and Exhibits A and B to the Declaration of Alex Kantif in support of Defendants' Motion for Sanctions Against Plaintiffs and Their Counsel.
2. The court EXCUSES Defendants from refiling the unredacted versions of those documents, as is ordinarily required by Local Rule 79-5.2.2(c), and ACCEPTS the versions of the documents attached to the Ardalan Declaration, Dkt. 133, as filed.

IT IS SO ORDERED.

Dated: August 21, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge