Joanna Ardalan (SBN 285384)
Email: jardalan@onellp.com
Peter R. Afrasiabi (SBN 193336)
Email: pafrasiabi@onellp.com
David W. Quinto (SBN 106232)
Email: dquinto@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Defendants,
BACKGRID INC., BACKGRID USA, INC., and
SHUTTERSTOCK, INC.

Sheila Mojtehedi (SBN 313002)
Email: sheila@mojtehedi.com
Sheila Mojtehedi PC
Mailing: 806 E. Avenida Pico, Ste I-291, San Clemente, CA 92673
Telephone: (323) 412-0472
Facsimile: (323) 403-4170

Attorneys for Defendants,
FLYNET PICTURES, LLC AND FAMEFLYNET INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual,

Plaintiffs,

v.

FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation and DOES 1–10, inclusive,

Defendants.

Case No.: 2:25-cv-2757-FLA-MBK
Hon. Fernando L. Aenlle-Rocha

**DECLARATION OF SHEILA MOJTEHEDI IN SUPPORT OF DEFENDANTS FLYNET PICTURES, LLC, FAMEFLYNET INC., BACKGRID INC., BACKGRID USA, INC. AND SHUTTERSTOCK, INC.'S PARTIAL OPPOSITION TO PLAINTIFFS THIBAULT MAUVILAIN AND HENRI MAZARI'S *EX PARTE* APPLICATION**

## DECLARATION OF SHEILA MOJTEHEDI

I, Sheila Mojtehedi, declare:

1. I am counsel of record for Defendants Flynet Pictures, LLC and FameFlynet Inc. The facts below are of my own personal knowledge unless otherwise stated. If called as a witness, I could competently testify to them.

2. On April 6, 2026, Plaintiffs notified Defendants that they sought to take 30(b)(6) depositions of each of the five Defendants. Attached as **Exhibit 1** is a true and correct copy of an email chain that includes Plaintiffs' counsel's April 6, 2026, email serving the Rule 30(b)(6) deposition notices on all five Defendant entities.

3. Defendants provided dates for those depositions. Attached as **Exhibit 2** is a true and correct copy of an April 17, 2026 email that I sent providing deposition dates. Attached as **Exhibit 3** is a true and correct copy of an email chain that includes the April 23, 2026 emails from Joanna Ardalan and me regarding deposition scheduling and counsel's availability.

4. Plaintiffs stalled and eventually refused to schedule those depositions or to provide dates for their own depositions, prompting Defendants to initiate an informal discovery conference ("IDC"). Defendants circulated their request for an IDC on April 28, 2026, and submitted it to the Court on April 29, 2026. **Exhibit 3** includes that correspondence.

5. Plaintiffs also notified Defendants that they sought to take additional depositions of Defendant-related individuals, which increased the number of depositions that needed to be scheduled. Attached as **Exhibit 4** is a true and correct copy of an email chain that includes Plaintiffs' counsel's May 1, 2026 email serving notices of deposition for Alex Kantif, Steve Ginsburg, Scott Cosman, Roberto Gasperis, and Boris Nizon.

6. The parties eventually settled on a schedule for the depositions, which were scheduled to occur from May 18, 2026, through June 2026. Attached as

**Exhibit 5** is a true and correct copy of Plaintiffs' counsel's May 21, 2026, email proposing a schedule for the remaining depositions. Attached as **Exhibit 6** is a true and correct copy of my May 26, 2026 email confirming the deposition schedule as to Defendants and related witnesses.

7. Over approximately two and a half weeks, Defendants took the depositions of six of the Plaintiffs, essentially every other day.

8. Defendants could not complete the deposition of Plaintiff Stephane Kyndt because of his unresolved visa issue. On May 1, 2026, Plaintiffs' counsel disclosed that Mr. Kyndt required a visa to enter the United States because of prior travel to Cuba. On May 14, 2026, Plaintiffs' counsel advised that Mr. Kyndt had a visa appointment the following day and that, if he received his visa, he would be available for deposition on June 12, 2026. On May 15, 2026, Plaintiffs' counsel confirmed that Mr. Kyndt's visa had been approved and that he would be available for deposition on Friday, June 12, and asked Defendants to confirm so that Mr. Kyndt could make travel arrangements. The deposition was scheduled for June 12, 2026, subject to issuance of the visa. On June 11, 2026, Plaintiffs represented that the visa issue had not been resolved, and the deposition did not proceed. Mr. Kyndt voluntarily dismissed his claims on June 12, 2026. Attached as **Exhibit 8** is a true and correct copy of an email chain that includes Plaintiffs' counsel's May 13 and 14, 2026 emails regarding Mr. Kyndt's visa status, and attached as Exhibit 9 is a true and correct copy of an email chain that includes Plaintiffs' counsel's May 15, 2026 email confirming that Mr. Kyndt's visa had been approved. **Exhibit 4** includes Plaintiffs' counsel's May 1 and May 5, 2026 emails regarding the visa issue, and the schedule in Exhibit 5 set his deposition for June 12, 2026, subject to issuance of a visa.

9. During this period, I was in the midst of preparing for an out-of-state jury trial in the United States District Court for the District of Oregon. I started trial

on June 1, 2026. The trial was a week long. I traveled to Portland from May 13 to May 15 for witness prep and the pretrial conference, and before then, I was busy preparing trial documents.

10. Nonetheless, I set aside my trial preparation and carved out time over a weekend to prepare my client representatives for their depositions, which Plaintiffs had scheduled on dates that directly butted against my trial.

11. Plaintiffs took only one deposition—the deposition of Joanna Ardalan, lead counsel of record for the BackGrid and Shutterstock Defendants. That deposition is one of the subjects of Defendants' pending motion for sanctions.

12. After those efforts, Plaintiffs unilaterally withdrew and decided not to proceed with the scheduled depositions of Defendants and Defendant-related witnesses. Attached as **Exhibit 7** is a true and correct copy of Plaintiffs' counsel's May 27, 2026 email stating that Plaintiffs "will not be proceeding on the previously agreed dates for Defendants and Defendants' witnesses."

13. When the *pro se* Plaintiffs later reached out to restart deposition scheduling, Defendants proposed dates to Plaintiffs as soon as they were able, and provided dates that were, for the most part, available to all parties in August 2026.

14. Plaintiffs demanded that they take the nine depositions in a particular order, with the Flynet-related deponents proceeding first, even though the BackGrid and Shutterstock Defendants' 30(b)(6) witness, Alex Kantif, was unavailable on the dates unilaterally noticed by Plaintiffs. In response to Mr. Kantif's unavailability, Plaintiffs demanded that the BackGrid and Shutterstock Defendants pick another person to serve as the 30(b)(6) witness.

15. This scheduling issue was raised at the IDC with Magistrate Judge Kaufman on August 12, 2026. The Court made clear that Plaintiffs needed to reasonably cooperate with Defendants in scheduling depositions, and that Plaintiffs'

desire to take depositions in a particular order when a deponent was unavailable was not a good reason to refuse to schedule them.

I declare under penalty of perjury under the laws of the United States of America that the contents of this declaration are true and correct. Executed in San Clemente, CA.

Date: August 21, 2026 /s/ Sheila Mojtehedi

Sheila Mojtehedi

# Exhibit 1

Gmail **Sheila Mojtehedi <sheila@mojtehedi.com>**

## Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2:25-cv-02757-FLA-MAA

**Sheila Mojtehedi** <sheila@mojtehedi.com> Mon, Apr 13, 2026 at 7:54 AM
To: Jo Ardalan <jardalan@onellp.com>
Cc: David Sergenian <david@sergenianlaw.com>, Ryan Carreon <rcarreon@whitewoodlaw.com>, Evan Littman <elittman@onellp.com>, Abby Neu <aneu@whitewoodlaw.com>, David Quinto <dquinto@onellp.com>, Peter Afrasiabi <pafrasiabi@onellp.com>, Shengmao Mu <smu@whitewoodlaw.com>, Ryan Baker <rbaker@whitewoodlaw.com>, Keaton Smith <ksmith@whitewoodlaw.com>

I will need to reschedule. The 20th and 21st don't work on my end.

On Sun, Apr 12, 2026 at 8:56 PM Jo Ardalan <jardalan@onellp.com> wrote:

Following up on this.

--

**Jo Ardalan**

**Partner**

**one llp**

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** Jo Ardalan
**Sent:** Monday, April 6, 2026 4:52 PM
**To:** 'David Sergenian' <david@sergenianlaw.com>; Sheila Mojtehedi <sheila@mojtehedi.com>
**Cc:** Ryan Carreon <rcarreon@whitewoodlaw.com>; Evan Littman <elittman@onellp.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** RE: Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2:25-cv-02757-FLA-MAA

David:

We asked you for dates for deposition months ago. Please give us dates that work for each of your clients, in person.

I will check to see if these dates are available on our side.

Jo

--

**Jo Ardalan**

**Partner**

**one llp**

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** David Sergenian <david@sergenianlaw.com>
**Sent:** Monday, April 6, 2026 10:55 AM
**To:** Jo Ardalan <jardalan@onellp.com>; Sheila Mojtehedi <sheila@mojtehedi.com>
**Cc:** Ryan Carreon <rcarreon@whitewoodlaw.com>; Evan Littman <elittman@onellp.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2:25-cv-02757-FLA-MAA

Jo and Sheila,

Attached are Rule 30(b)(6) deposition notices directed to each of the five defendant entities: Flynet Pictures, LLC; FameFlynet Inc.; BackGrid Inc.; BackGrid USA, Inc.; and Shutterstock, Inc.

The deposition dates were set unilaterally. If those dates do not work, we are happy to work with you to schedule mutually agreeable dates and times.

We would also like to meet and confer on the noticed topics at your earliest convenience, as required under the 2020 amendments to Rule 30(b)(6). Please let us know your earliest availability.

Thank you,
David

David A. Sergenian

**Sergenian Law, a Professional Corporation**

808 Wilshire Blvd., Suite 200

Santa Monica, CA 90401

Los Angeles, CA 90064

david@sergenianlaw.com

(213) 435-2035

Website

LinkedIn

Best regards,

**Sheila Mojtehedi**
Sheila Mojtehedi PC
www.mojtehedi.com
T: 323.412.0472

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

# Exhibit 2

Gmail

**Sheila Mojtehedi <sheila@mojtehedi.com>**

---

## Flynet and Fameflynet 30(b)(6) depo dates

1 message

---

**Sheila Mojtehedi** <sheila@mojtehedi.com> Fri, Apr 17, 2026 at 7:19 PM
To: Shengmao Mu <smu@whitewoodlaw.com>, David Sergenian <david@sergenianlaw.com>, Ryan Carreon <rcarreon@whitewoodlaw.com>
Cc: Jo Ardalan <jardalan@onellp.com>

Hi all,

Please let me know if May 11, 12, or 13 will work for us to block out for the Flynet and Fameflynet 30(b)(6) depositions. On the 12th we will have to start a little later because I have Zoom court at 8:30 a.m. As discussed, Scott Cosman will be the 30(b)(6) for both companies, but we will reserve two days just in case you need the time. Thanks.

Best regards,

**Sheila Mojtehedi**
Sheila Mojtehedi PC
www.mojtehedi.com
T: 323.412.0472

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

# Exhibit 3

Gmail

**Sheila Mojtehedi <sheila@mojtehedi.com>**

## Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2-25-cv-02757-FLA-MAA

**Jo Ardalan** <jardalan@onellp.com> Wed, Apr 29, 2026 at 2:34 PM
To: David Sergenian <david@sergenianlaw.com>
Cc: Sheila Mojtehedi <sheila@mojtehedi.com>, Ryan Carreon <rcarreon@whitewoodlaw.com>, Evan Littman <elittman@onellp.com>, Abby Neu <aneu@whitewoodlaw.com>, David Quinto <dquinto@onellp.com>, Peter Afrasiabi <pafrasiabi@onellp.com>, Shengmao Mu <smu@whitewoodlaw.com>, Ryan Baker <rbaker@whitewoodlaw.com>, Keaton Smith <ksmith@whitewoodlaw.com>, Megan Dell <mdell@onellp.com>

Your proposed language is not neutral.

How about this:

Defendants want to schedule depositions as expediously as possible. Plaintiffs want to wait on scheduling depositions until they can review documents.

For the three dates, I propose 5/1, 5/4, 5/5

--

**Jo Ardalan**

**Partner**

**one llp**

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** David Sergenian <david@sergenianlaw.com>
**Sent:** Wednesday, April 29, 2026 2:28 PM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Sheila Mojtehedi <sheila@mojtehedi.com>; Ryan Carreon <rcarreon@whitewoodlaw.com>; Evan Littman <elittman@onellp.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith

<ksmith@whitewoodlaw.com>; Megan Dell <mdell@onellp.com>
**Subject:** Re: Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2-25-cv-02757-FLA-MAA

Jo -

Here is our portion of the IDC statement. This version took a stab at a revised neutral statement. Your proposed neutral statement was one-sided advocacy and we will not agree to it. If you have edits to that portion of the IDC statement, please let us know. What dates do you propose for the IDC? We are required to list three stipulated dates.

Thanks,

On Tue, Apr 28, 2026 at 8:29 PM Jo Ardalan <jardalan@onellp.com> wrote:

> See attached. Please respond within 24 hours.
>
> --
>
> **Jo Ardalan**
>
> **Partner**
>
> **one llp**
>
> Intellectual Property & Entertainment Law
>
> 310-437-8665 (Direct)
>
> 323-309-9215 (Cell)
>
> jardalan@onellp.com
>
> *Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*
>
> ---
>
> **From:** David Sergenian <david@sergenianlaw.com>
> **Sent:** Tuesday, April 28, 2026 4:17 PM
> **To:** Jo Ardalan <jardalan@onellp.com>
> **Cc:** Sheila Mojtehedi <sheila@mojtehedi.com>; Ryan Carreon <rcarreon@whitewoodlaw.com>; Evan Littman <elittman@onellp.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Megan Dell <mdell@onellp.com>
> **Subject:** Re: Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2-25-cv-02757-FLA-MAA
>
> Jo,
>
> I am not avoiding the issue. Yesterday evening's production does not change Plaintiffs' position that depositions cannot reasonably proceed until we have had a meaningful opportunity to review Defendants' document production. The

amended responses, the search-terms spreadsheet, and the answers to my April 14 questions remain outstanding.

We are coordinating with seven clients across multiple time zones and will provide dates as we confirm availability. Your 5 p.m. deadline does not change that timing, and any application to the Court will be opposed.

I will revert on the status of Plaintiffs' production after conferring with co-counsel.

David

On Tue, Apr 28, 2026 at 2:44 PM Jo Ardalan <jardalan@onellp.com> wrote:

David:

You are avoiding the issue. We need to make a schedule on depositions—we asked you for dates on October 3, 2025 and not once have you offered any dates. You keep delaying it by attempting to blame our side for not disclosing travel dates or search terms or whatever else. None of that matters for setting a schedule and none of this addresses the issue: we need actual dates from you.

You clearly have had time to review our production as you have already made characterizations about it here. So, let's proceed with dates. While we are on this topic, you never responded to me about whether your production was complete, although your side represented to our judge that it was during the IDC. Can you please confirm it in writing?

Your clients brought this case and they need to appear for deposition.

We expect progress on dates by 5 pm today.

By the way, I did not need to disclose to you the 30b6 witness, but did so anyway to assist with scheduling. I did not "condition" the 4/29 date on his return—he was going to be back and prepared by then. I also offered you "later in the week," but you refused because you needed more time. You made the call and decided not to take it or later this week. You never asked for additional dates either.

Regards,

Jo

--

**Jo Ardalan**

**Partner**

**one llp**

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** David Sergenian <david@sergenianlaw.com>
**Sent:** Tuesday, April 28, 2026 2:21 PM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Sheila Mojtehedi <sheila@mojtehedi.com>; Ryan Carreon <rcarreon@whitewoodlaw.com>; Evan Littman <elittman@onellp.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>; Megan Dell <mdell@onellp.com>
**Subject:** Re: Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2-25-cv-02757-FLA-MAA

Jo,

A few responses to your email:

1. Your clients' production is deficient and very recent. Yesterday evening's production (BACKGRID001656–2142) was small and well short of substantial compliance for a five-defendant case in which document discovery has been outstanding for many months and we requested responsive documents more than nine months ago. The questions in my April 14 email (total universe loaded into Logikcull, custodian count, sampling methodology and results, and hit counts on your proposed modified terms) remain unanswered. The amended responses and the search-terms spreadsheet you committed to provide have not arrived.

2. As we have discussed, depositions cannot be expected to proceed until we have had a reasonable time to review Defendants' document production. We discussed that on our Thursday call. You did not disagree. That position is unchanged.

3. On that same call, you told me for the first time that you were unwilling to have depositions go forward during two of the four weeks of May because you will be in New York for your stepdaughter's graduation and do not want your vacation disrupted. Setting aside the lateness of that disclosure and your unwillingness to disturb a two-week vacation that you planned for the tail-end of discovery, even excluding those two weeks, May and June still leave five weeks during which depositions can be taken.

4. We have been discussing a deposition schedule cooperatively, with the earliest start being May 4, and we continue to wait on your clients' deposition availability. On April 20, you identified Mr. Kantif as the 30(b)(6) for BackGrid USA, BackGrid Inc., and Shutterstock, but advised that he was out of the country on a family emergency. The only date you offered was April 29, conditioned on his return; no further dates for Mr. Kantif have been proposed. As to Plaintiffs' dates, we are coordinating with seven clients and will revert. As you are aware, several of our clients reside outside of the United States and coordination of deposition dates is therefore more complicated for them. Please send Mr. Kantif's dates and provide the amended responses, the search-terms spreadsheet, and the answers to the April 14 questions without further delay.

David

On Tue, Apr 28, 2026 at 9:11 AM Jo Ardalan <jardalan@onellp.com> wrote:

> David:
>
> I have asked you repeatedly for deposition dates. They are noticed to start for tomorrow. We offered you depositions for our clients this week, even giving you a chance to depose defendants on dates we noticed for your clients, but would move to accommodate schedules. You said you were not prepared for either side to go forward and you were going to get me new dates, but you have not.

As you know, Sheila has a trial starting soon. It is unfair to Defendants, especially Sheila's clients, as her out-of-state trial is going to create some scheduling difficulties. I also explained to you that I have family obligations (a college graduation and surrounding festivities) that are going to interfere with my availability. You disclosed that you intend to take 10 depositions, although only 5 have been noticed. You know we have 7—one for each plaintiff. How do you intend to move forward with 17 depositions between now and the cutoff if you don't give us dates given the scheduling conflicts coming up?

Unfortunately, because of urgency due to the cutoff, **I will be getting the Court involved if I do not receive from you 2-3 dates for each plaintiff by 5 pm today.**

Regards,

Jo

--

**Jo Ardalan**

**Partner**

**one llp**

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

Notice: *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** Jo Ardalan
**Sent:** Monday, April 27, 2026 6:04 PM
**To:** 'Sheila Mojtehedi' <sheila@mojtehedi.com>
**Cc:** David Sergenian <david@sergenianlaw.com>; Ryan Carreon <rcarreon@whitewoodlaw.com>; Evan Littman <elittman@onellp.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** RE: Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2-25-cv-02757-FLA-MAA
**Importance:** High

David,

We moved the depositions for you per your request, but we don't have dates from you. Can you please let us know when your clients will be available for deposition in person, in Los Angeles?

Regards,

Jo

--


**Jo Ardalan**

**Partner**

**one llp**

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com


_Notice_: *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** Sheila Mojtehedi <sheila@mojtehedi.com>
**Sent:** Thursday, April 23, 2026 12:55 PM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** David Sergenian <david@sergenianlaw.com>; Ryan Carreon <rcarreon@whitewoodlaw.com>; Evan Littman <elittman@onellp.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** Re: Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2-25-cv-02757-FLA-MAA

Conflicts below for me:

- April 30 - in person meeting
- May 4 - I currently have an in person settlement conference, but it may get rescheduled
- May 7 - 10 - out of town on preplanned trip.
- May 15 - I may have to be up in Portland for final trial conference (my cocounsel may be in trial)
- May 16 - mandatory training I have to attend as part of the CJA panel
- May 19 - in person IDC that may or may not go away
- May 21 - in-person hearing that 100% cannot be be moved (judge said at the last hearing no more continuances)
- May 29 - June 8, 2026 - trial in Portland;

- June 22 - I have blocked off through the 3rd trial in OCSC that may get moved, waiting on order from court

I am fine attending a weekend depo, but I would have to check with Scott if he could appear for a weekend depo. Otherwise, I am told he is generally flexible.

I will repeat that I think the Flynet/Fameflynet depo can be done in one day, though I understand plaintiffs' desire to schedule two days just in case.

Best regards,

**Sheila Mojtehedi**

Sheila Mojtehedi PC

www.mojtehedi.com

T: 323.412.0472

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

On Thu, Apr 23, 2026 at 12:10 PM Jo Ardalan <jardalan@onellp.com> wrote:

Sheila:

I called David re deposition dates. He can't go forward next week because he wants time to review documents.

A few questions:

1. When is your trial/ when are you unavailable?
2. Can you find out if your clients have scheduling issues for the month?
3. Are you available to do depos on the weekends generally?

I have graduation/family events I need to go to that will take me out much of the second and third week of May.

It sounds like we are going to have 10 depos on the plaintiff's side and 7 depos on defendant's side.

Thanks,

Jo

--

**Jo Ardalan**

**Partner**

**one llp**

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** Jo Ardalan
**Sent:** Tuesday, April 21, 2026 11:25 AM
**To:** 'David Sergenian' <david@sergenianlaw.com>
**Cc:** Sheila Mojtehedi <sheila@mojtehedi.com>; Ryan Carreon <rcarreon@whitewoodlaw.com>; Evan Littman <elittman@onellp.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** RE: Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2-25-cv-02757-FLA-MAA

We need to agree to the merger of the corporate depositions ahead of time. If not, we won't agree to it because it makes for a messy record. If you are unwilling to do that, we will proceed with three depositions.

We are going to produce documents on or before April 27.

I need confirmation from you on your clients' in-person deposition dates by end of day tomorrow.

--

**Jo Ardalan**

**Partner**

**one llp**

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** David Sergenian <david@sergenianlaw.com>
**Sent:** Tuesday, April 21, 2026 11:17 AM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Sheila Mojtehedi <sheila@mojtehedi.com>; Ryan Carreon <rcarreon@whitewoodlaw.com>; Evan Littman <elittman@onellp.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** Re: Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2-25-cv-02757-FLA-MAA

Jo:

Before addressing your specific points, our overarching concern is that Defendants have not substantially complied with their document production obligations, and that failure bears directly on each of the issues raised in your email. Plaintiffs served their First Set of Requests for Production on July 10, 2025. Defendants' production to date has been limited to documents apparently created during the litigation itself, such as spreadsheets compiled in connection with this case and license responses to specific set codes identified by Plaintiffs. Defendants have not produced primary documents responsive to our document demands, including, solely by way of example, emails, license agreements, contributor correspondence, and similar documents.

Over the past nine months, the parties have engaged in extensive meet-and-confer correspondence and attended five informal discovery conferences before Magistrate Judge Audero addressing Defendants' production obligations. In my March 26, 2026 email, I set a deadline of April 10, 2026 for Defendants to substantially complete production. That deadline has passed, and no documents have been produced since the IDCs. As we have stated, Plaintiffs need to receive Defendants' document production and need a reasonable time to review those documents before depositions take place.

With respect to Plaintiffs' deposition dates, we are working with our clients and will provide you with dates. We are also working through certain logistical issues and will revert back to you as soon as we can.

With respect to the proposed merger of the BackGrid Inc., BackGrid USA, and Shutterstock 30(b)(6) depositions, as I told you on our last call, we have no interest in unnecessarily maximizing the time spent on these depositions and are fine with the concept of merging them into a single sitting with Mr. Kantif. We are not, however, willing to commit to a merger in advance. We need to see how the deposition proceeds before agreeing to collapse the three entities into a single examination. As noted above, the outstanding document production also bears on this issue, as we cannot meaningfully evaluate a merger proposal until we have received and reviewed Defendants' production.

With respect to 30(b)(6) preparation, Plaintiffs expect the witnesses to be reasonably prepared for their depositions consistent with Rule 30(b)(6).

With respect to Topic 3(a) and (b), Plaintiffs do not agree to limit the topic to the FameFlynet archive. This case spans the full corporate succession chain, including Flynet-era photographs migrated into the FameFlynet and BackGrid systems, post-2017 contributions to BackGrid, and Shutterstock's post-acquisition conduct. A FameFlynet-only limitation would exclude conduct central to multiple claims.

With respect to Topic 17 and Defendants' affirmative defenses, we acknowledge Defendants' disclosure regarding the statute of limitations defense and will examine the witness or witnesses on that defense at the deposition. Because Defendants have not yet filed an answer and have not disclosed or committed to which affirmative defenses they intend to assert beyond the statute of limitations defense identified in your April 20 email, Plaintiffs may need to seek additional deposition time and a limited extension of the discovery cutoff to address the affirmative defenses once they are disclosed. In other words, we appreciate the disclosure of one of Defendants' affirmative defenses, but will not waive our right to discovery on the other affirmative defenses or any other affirmative relief or claims Defendants may make after the Court rules on the pending motion to dismiss the SAC.

Thank you,

David A. Sergenian

**Sergenian Law, a Professional Corporation**

808 Wilshire Blvd., Suite 200

Santa Monica, CA 90401

Los Angeles, CA 90064

david@sergenianlaw.com

(213) 435-2035

Website

LinkedIn

On Mon, Apr 20, 2026 at 10:26 AM Jo Ardalan <jardalan@onellp.com> wrote:

David,

To follow up on our call last week:

1. To save on costs/fees, we proposed that Backgrid USA, BackGrid and Shutterstock's deposition be merged into one. Mr. Kantif will testify on behalf of each entity. The merging is not meant to limit you on time. If you need additional time, we can accommodate that. However, if you want to merge, we will need to have an agreement ahead of time. I mentioned that Mr. Kantif is out of the country on a family emergency and offered you 4/29. If you want that date, I will move Thibault (assuming you give me a mutually agreeable date), who is also noticed for that date.
2. We need to solidify the dates of plaintiffs' depositions. If there is an issue with the dates noticed, let me know ASAP and propose the soonest available date (or a date before it is noticed). Note that we will be **in person** for each deposition.
3. We talked about our concerns that some of these topics can turn into a memorization contest, and we aren't going to prepare a witness on testifying as to specific terms for each license issued, for example. You have those documents showing the same and we

can testify as to those and if there are any licenses that exist outside of those documents, we can do that too.

4. We were concerned that Topic 3a and b is overly broad. We proposed that we limit these topics to the information requested with respect to the Fame Fly Net archive.
5. We also discussed topic 17 with respect to affirmative defenses. While we haven't pleaded our affirmative defenses yet, you are on notice that we intend to pursue a statute of limitations defense. And, if there are questions you want to ask about that, you should do so.

Regards,

Jo

--

**Jo Ardalan**

**Partner**

**one llp**

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** David Sergenian <david@sergenianlaw.com>
**Sent:** Tuesday, April 14, 2026 12:12 PM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Sheila Mojtehedi <sheila@mojtehedi.com>; Ryan Carreon <rcarreon@whitewoodlaw.com>; Evan Littman <elittman@onellp.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** Re: Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2-25-cv-02757-FLA-MAA

Thanks. We can speak on Thursday morning. Please let us know what time on Thursday morning works for you, or you can just send us a Zoom/Google Meet/etc. invite.

On Tue, Apr 14, 2026 at 11:42 AM Jo Ardalan <jardalan@onellp.com> wrote:

> I should be getting more info on our position tomorrow. When are you available for a call on Thursday?

--

**Jo Ardalan**

**Partner**

**one llp**

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** David Sergenian <david@sergenianlaw.com>
**Sent:** Monday, April 13, 2026 4:20 PM
**To:** Jo Ardalan <jardalan@onellp.com>; Sheila Mojtehedi <sheila@mojtehedi.com>
**Cc:** Ryan Carreon <rcarreon@whitewoodlaw.com>; Evan Littman <elittman@onellp.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2-25-cv-02757-FLA-MAA

Jo and Sheila.

On April 6, we served Rule 30(b)(6) deposition notices on each of the five Defendant entities and requested a meet and confer on the noticed topics at your earliest convenience. It has been one week, and neither defense group has responded regarding the topics.

Jo, your April 6 and April 12 replies addressed only Plaintiffs' deposition dates and did not respond to our request to meet and confer on the 30(b)(6) topics. Sheila, your email today addressed rescheduling the April 20 and 21 dates but likewise did not address the topics. We are happy to discuss alternative dates, but that is a separate issue from the substance of the noticed topics.

If either defense group has objections to any noticed topic and wishes to meet and confer, please let us know by Wednesday, April 15, 2026, and we will schedule a call. Absent a response by that date, we will proceed on the assumption that there are no objections to the topics as noticed.

Thank you,

David A. Sergenian

**Sergenian Law, a Professional Corporation**

808 Wilshire Blvd., Suite 200

Santa Monica, CA 90401

Los Angeles, CA 90064

david@sergenianlaw.com

(213) 435-2035

Website

LinkedIn

# Exhibit 4

Gmail

Sheila Mojtehedi <sheila@mojtehedi.com>

# Mauvilain, et al. v. Flynet Pictures, LLC, et al.: Depositions

**David Sergenian** <david@sergenianlaw.com> Tue, May 5, 2026 at 5:01 PM
To: Sheila Mojtehedi <sheila@mojtehedi.com>
Cc: Jo Ardalan <jardalan@onellp.com>, David Quinto <dquinto@onellp.com>, Peter Afrasiabi <pafrasiabi@onellp.com>, Evan Littman <elittman@onellp.com>, Shengmao Mu <smu@whitewoodlaw.com>, Ryan Carreon <rcarreon@whitewoodlaw.com>, Abby Neu <aneu@whitewoodlaw.com>, Ryan Baker <rbaker@whitewoodlaw.com>, Keaton Smith <ksmith@whitewoodlaw.com>

Jo and Sheila,

Thanks for the responses.

On the 30(b)(6) depositions, we are open in principle to merging the BackGrid Inc., BackGrid USA, and Shutterstock 30(b)(6) depositions, and the Flynet Pictures, LLC and FameFlynet, Inc. 30(b)(6) depositions, but given the lack of cooperation we have encountered in discovery, we would like to see how the first 30(b)(6) deposition proceeds before committing to merger. Please send proposed dates for all five 30(b)(6) depositions. While we do not anticipate using the full 35 hours on the record across the 30(b)(6) depositions, we are not in a position to waive that allocation in advance.

We are not prepared to merge Mr. Kantif's individual deposition with the 30(b)(6) deposition. The two cover overlapping but distinct subject matter and require separate time. Again, depending on how the first depositions go, this is a possibility, but we cannot agree to it in advance. One of the issues we have discussed is that taking a deposition of a single deponent deposed in his representative capacity for three entities and individually makes it tricky to keep track of whether the testimony is binding on an organization. The same applies to Mr. Cosman's and Mr. Nizon's individual depositions. We are open to discussing scheduling efficiencies as we move forward with the process, but we will need to see how things go.

The first week of June works in principle for Mr. Ginsburg and Mr. Gasperis. Please send available dates.

As to your deposition, Jo, understood that you are not waiving privilege. Can you please: (a) provide available dates for your deposition, and (b) confirm you will accept service of a subpoena by email. We anticipate your deposition will be brief.

As to Plaintiffs' depositions, subject to client confirmation, the dates you have proposed for Mauvilain, Wolf, Mazari, Mehdi, Duplaquet, and Boutefeu appear workable in concept. We will revert with confirmations or proposed adjustments shortly.

Attached is documentation of Mr. Kyndt's visa appointment. He would prefer to be deposed during the last two weeks of May, assuming his visa issues sufficiently in advance. We will let you know once he receives his visa. We reiterate our offer to take his deposition remotely.

Once you provide dates for the five 30(b)(6) depositions and the individual deponents, we can work out a complete schedule.

Thanks,

David

On Mon, May 4, 2026 at 8:37 PM Sheila Mojtehedi <sheila@mojtehedi.com> wrote:

> Scott Cosman and/or Boris Nizon's individual depositions should also be merged with 30(b)(6). I will get back to you on who will be what. I need to also double check these dates with them.
>
> Best regards,
>
> **Sheila Mojtehedi**
> Sheila Mojtehedi PC
> www.mojtehedi.com
> T: 323.412.0472

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

On Mon, May 4, 2026 at 8:31 PM Jo Ardalan <jardalan@onellp.com> wrote:

David,

I am disappointed that you gave us dates that you knew would not work for me because I planned on being out of town for my family member's college graduation and related festivities.

Because you have left this so long and because of the number of depositions we apparently now need to schedule at this late hour, it looks like I will, regrettably, have to put at least one of the graduation events to the side to accommodate all of the depositions.

Here are the dates that I propose. Please let me know ASAP if this works for you. I believe this works for my clients but I need to confirm. I will do so once you tell me it works for you.

May 18: Thibault Mauvilain

May 19: Flynet/Fame

May 20: Mehdi

May 21: BackGrid USA/ Shutterstock/ Backgrid [These should be merged, but if you don't agree, then you may take them in any order you wish, obviously we will need notice of same.]

May 22: Duplaquet

May 23: BackGrid USA/ Shutterstock/ Backgrid [Saturday]

May 25: Wolf

May 26: Boutefeu

May 27: Flynet/Fame

May 28: Mazari

June 2: Kyndt- Blocking this off for him, but I need to understand the visa issue from you in more detail.

Mr. Kantif's personal depo should be merged with BackGrid USA/ Shutterstock/ Backgrid. Please confirm that you are willing to do that. We are also still open to merging the 30b6 depos, but it needs to be agreed upon ahead of time, as we have discussed.

I'm waiting to get dates for Mr. Ginsburg and Mr. Gasperis, but I understand they are generally flexible so I don't expect a problem. We should look into scheduling them the first week of June. If you need another date for BackGrid USA/ Shutterstock/Backgrid then, we can schedule it the first week of June.

Please send us documentation showing that Kyndt is attempting to expediate the visa process. You knew that depositions were going to take place this month, so there really is no excuse why he didn't plan on securing a visa sooner.

As for my deposition, you are free to take it. We won't waive privilege and your questions will be limited to my discussions with opposing counsel.

Regards,

Jo

--

**Jo Ardalan**

**Partner**

**one llp**

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** David Sergenian <david@sergenianlaw.com>
**Sent:** Friday, May 1, 2026 2:33 PM
**To:** Jo Ardalan <jardalan@onellp.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi

<pafrasiabi@onellp.com>; Evan Littman <elittman@onellp.com>; Sheila Mojtehedi <sheila@mojtehedi.com>
**Cc:** Shengmao Mu <smu@whitewoodlaw.com>; Ryan Carreon <rcarreon@whitewoodlaw.com>; Abby Neu <aneu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** Mauvilain, et al. v. Flynet Pictures, LLC, et al.: Depositions

Counsel:

Attached are notices of depositions for Alex Kantif, Steve Ginsburg, Scott Cosman, Roberto Gasperis, and Boris Nizon. We have unilaterally noticed dates for these depositions, but we need you to inform us of your availability so we can schedule all depositions.

I suggest we convene a call on Monday or Tuesday to nail down a deposition schedule. In the meantime, we can propose the following dates for our clients to be deposed:

May 11: Thibault Mauvilain

May 14: Robert Wolf

May 18: Henri Mazari

May 20: Joseph Mehdi

May 22: Jeremy Duplaquet

May 26: Michel Boutefeu

Please confirm these dates work for your side and we will confirm with the clients to lock them in. We ask that you cooperate with us on scheduling given that some of our clients will be required to make travel plans in advance.

Please note that Stéphane Kyndt has a visa issue he is working to resolve. Because he previously traveled to Cuba, he needs a visa to enter the United States. He secured an appointment in June (the earliest available date) with the U.S. Embassy in France to obtain a visa, and is working to expedite the process so he can secure a visa with sufficient time to travel to Los Angeles for his deposition before the close of fact discovery. We reiterate our invitation to take his deposition remotely. Please let us know if you are amenable to taking his deposition remotely. In the meantime, we will keep you updated on his efforts to expedite the visa process.

Please let us know your clients' availability for depositions.

In addition, Jo, you are a percipient witness to communications with Virginie Parant. We intend to subpoena you as a witness to obtain your testimony on this subject. We would be willing to forego your deposition if you will stipulate that you will not offer testimony in this action. If you are amenable to such as stipulation, please let us know prior to the next IDC and we can work out language for a written stipulation. Otherwise, please let us know by that time whether you will accept email service of a subpoena, and your availability to be deposed.

Thank you,

David A. Sergenian

**Sergenian Law, a Professional Corporation**

808 Wilshire Blvd., Suite 200

Santa Monica, CA 90401

Los Angeles, CA 90064

david@sergenianlaw.com

(213) 435-2035

Website

LinkedIn

---

**4 attachments**

**Kyndt Confirmation of Visa Application.pdf**
143K

**Kyndt Screenhot of Appointment Availabilty for Visa Application Appointment.pdf**
698K

**Kyndt Online Confirmation of Expedited Appointment.pdf**
446K

**Kyndt Expedited Visa Application Appointment.pdf**
188K

# Exhibit 5

Gmail

Sheila Mojtehedi <sheila@mojtehedi.com>

## Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2:25-cv-02757-FLA-MAA

**David Sergenian** <david@sergenianlaw.com> Thu, May 21, 2026 at 12:56 PM
To: Jo Ardalan <jardalan@onellp.com>, Sheila Mojtehedi <sheila@mojtehedi.com>
Cc: Ryan Carreon <rcarreon@whitewoodlaw.com>, Abby Neu <aneu@whitewoodlaw.com>, David Quinto <dquinto@onellp.com>, Peter Afrasiabi <pafrasiabi@onellp.com>, Shengmao Mu <smu@whitewoodlaw.com>, Ryan Baker <rbaker@whitewoodlaw.com>, Keaton Smith <ksmith@whitewoodlaw.com>

Jo and Sheila:

Based on your recent emails, here is a proposed schedule for the remainder of the depositions. Please confirm today that your witnesses will be available on the dates below so we can make logistical arrangements for depositions. In addition, Jo has confirmed that it is not necessary to serve her with a subpoena for her deposition and on our side, we have waived the necessity of revised deposition notices. Please let us know today if we can waive the formality of deposition notices for the witnesses below or if you require revised notices.

We need these dates confirmed immediately. We note that the parties' agreement was that Plaintiffs would make their witnesses available each even weekday and Defendants would make their witnesses available each odd weekday. Although we proposed Jo's deposition take place today, May 21, on Monday, May 18, we were told that would not work and were not offered any Defendant-side witness for May 21. In addition, Defendants are offering two weekend days for the depositions of two of their witnesses. Defendants likewise have not offered any witnesses for May 27, June 1, or June 3, days on which Defendants were obligated under our agreement to produce witnesses. Although we do not believe this is within the letter or spirit of our agreement, we are willing to proceed with the schedule below, and not raise the issue with Magistrate Judge Audero, provided we can lock down a deposition schedule today.

Monday, May 18: Plaintiff Thibault Mauvilain (concluded)

Wednesday, May 20: Plaintiff Henri Mazari (concluded)

Friday, May 22: Plaintiff Chris Wolf

Monday, May 25: Defendants' witness Joanna Ardalan

Tuesday, May 26: Plaintiff Michel Boutefeu

Thursday, May 28: Plaintiff Joseph Mehdi

Friday, May 29: Defendants' witness Boris Nizon

Monday, June 2: Plaintiff Jeremy Duplaquet

Friday, June 5: Defendant BackGrid Inc. 30(b)(6)

Sunday, June 7: Defendants' witness Alex Kantif

Monday, June 8: Defendants' witness Justin Conway

Tuesday, June 9: Defendant Shutterstock Inc. 30(b)(6)

Thursday, June 11: Defendant Flynet Pictures, LLC 30(b)(6)

Friday, June 12: Plaintiff Stéphane Kyndt (subject to issuance of visa)

Saturday, June 13: Defendants' witness Scott Cosman

Monday, June 15: Defendant FameFlynet Inc.

Wednesday, June 17: Defendant BackGrid USA, Inc. 30(b)(6)

Please confirm this schedule.

Thank you,

David A. Sergenian
**Sergenian Law, a Professional Corporation**
808 Wilshire Blvd., Suite 200
Santa Monica, CA 90401
Los Angeles, CA 90064
david@sergenianlaw.com
(213) 435-2035
Website
LinkedIn

# Exhibit 6

Gmail

**Sheila Mojtehedi <sheila@mojtehedi.com>**

---

## Mauvilain et al. v. Flynet Pictures et al.- deposition schedule as to Defendants and related witnesses

1 message

---

**Sheila Mojtehedi** <sheila@mojtehedi.com> Tue, May 26, 2026 at 6:01 PM
To: David Sergenian <david@sergenianlaw.com>, Ryan Carreon <rcarreon@whitewoodlaw.com>, Shengmao Mu <smu@whitewoodlaw.com>
Cc: Jo Ardalan <jardalan@onellp.com>, David Quinto <dquinto@onellp.com>, Peter Afrasiabi <pafrasiabi@onellp.com>

David and Ryan,

I am writing about the deposition schedule for Defendants and related witnesses.

Jo previously confirmed with you last Friday the deposition schedule as it relates to her clients and related witnesses, and I have done the same for mine. Please send over deposition notices for any party or witness for whom you have not yet issued a deposition notice. As explained previously, we don't need any amended deposition notices.

Thank you.

Best regards,

**Sheila Mojtehedi**
Sheila Mojtehedi PC
www.mojtehedi.com
T: 323.412.0472

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

# Exhibit 7

Gmail **Sheila Mojtehedi <sheila@mojtehedi.com>**

## Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2:25-cv-02757: Depositions of Defendants and Their Witnesses

1 message

**David Sergenian** <david@sergenianlaw.com> Wed, May 27, 2026 at 12:42 PM
To: Jo Ardalan <jardalan@onellp.com>, Sheila Mojtehedi <sheila@mojtehedi.com>
Cc: Ryan Carreon <rcarreon@whitewoodlaw.com>, Abby Neu <aneu@whitewoodlaw.com>, David Quinto <dquinto@onellp.com>, Peter Afrasiabi <pafrasiabi@onellp.com>, Shengmao Mu <smu@whitewoodlaw.com>, Ryan Baker <rbaker@whitewoodlaw.com>, Keaton Smith <ksmith@whitewoodlaw.com>

Jo and Sheila:

Plaintiffs are prepared to proceed with the depositions of the Plaintiffs on the previously agreed dates.

In light of the Court's order modifying the scheduling order, the BackGrid Defendants' outstanding production obligations, and Defendants' designation of weekend or holiday dates for their own witnesses contrary to the parties' agreement, Plaintiffs will not be proceeding on the previously agreed dates for Defendants and Defendants' witnesses.

Please provide proposed weekday and non-holiday dates in June through August for the depositions of Defendants and their witnesses. If we do not receive dates by the end of this week, Plaintiffs will unilaterally notice dates. If a noticed date does not work, we will of course consider a request to reschedule on a case-by-case basis, provided Defendants provide a firm alternative date.

Thanks,

David A. Sergenian
**Sergenian Law, a Professional Corporation**
808 Wilshire Blvd., Suite 200
Santa Monica, CA 90401
Los Angeles, CA 90064
david@sergenianlaw.com
(213) 435-2035
Website
LinkedIn

# Exhibit 8

Gmail

**Sheila Mojtehedi <sheila@mojtehedi.com>**

## Thibault v. Backgrid et al - Amended Deposition Notices

**Sheila Mojtehedi** <sheila@mojtehedi.com> Tue, May 19, 2026 at 11:16 AM
To: Ryan Carreon <rcarreon@whitewoodlaw.com>
Cc: Jo Ardalan <jardalan@onellp.com>, David Sergenian <david@sergenianlaw.com>, Megan Dell <mdell@onellp.com>, Abby Neu <aneu@whitewoodlaw.com>, David Quinto <dquinto@onellp.com>, Peter Afrasiabi <pafrasiabi@onellp.com>, Shengmao Mu <smu@whitewoodlaw.com>, Ryan Baker <rbaker@whitewoodlaw.com>, Keaton Smith <ksmith@whitewoodlaw.com>

Hi Ryan,

Zoom is fine.

I have a conflict on the 27th for Mr. Cosman's deposition. At the pretrial conference, the Court ordered a deposition of a third-party witness before trial, and the only feasible date for the witness is on the 27th. My co-counsel on the case are engaged in another trial right now, so I need to be present for the deposition. I am coordinating with Mr. Cosman a new proposed date and will get back to you.

Also, please get back to me regarding June 9.

Best regards,

**Sheila Mojtehedi**
Sheila Mojtehedi PC
www.mojtehedi.com
T: 323.412.0472

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

On Mon, May 18, 2026 at 1:10 PM Ryan Carreon <rcarreon@whitewoodlaw.com> wrote:

> Hi Sheila,
>
> Following up here. Can you please let me know your clients' deposition availability and whether they consent to deposition via Zoom?
>
> On Thu, May 14, 2026 at 6:14 PM Sheila Mojtehedi <sheila@mojtehedi.com> wrote:
>
>> June 9 may be cutting it close for me. I have my pretrial conference tomorrow. My colleagues are taking a break from a bench trial, and I found out yesterday that I may be on my own to take the verdict if it continues to the week of the 8th. Please switch me with the Shutterstock 30b6 to be safe if that is okay with Jo.
>>
>> Best regards,
>>
>> **Sheila Mojtehedi**
>> Sheila Mojtehedi PC
>> www.mojtehedi.com
>> T: 323.412.0472
>>
>> CONFIDENTIALITY NOTICE
>> This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

On Thu, May 14, 2026 at 11:29 AM Jo Ardalan <jardalan@onellp.com> wrote:

I will check and circle back.

--

**Jo Ardalan**

**Partner**

**one llp**

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** David Sergenian <david@sergenianlaw.com>
**Sent:** Thursday, May 14, 2026 10:42 AM
**To:** Ryan Carreon <rcarreon@whitewoodlaw.com>
**Cc:** Jo Ardalan <jardalan@onellp.com>; Megan Dell <mdell@onellp.com>; sheila_mojtehedi.com <sheila@mojtehedi.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** Re: Thibault v. Backgrid et al - Amended Deposition Notices

Here are the dates for the depositions we have noticed or will notice. Please confirm witness availability.

Thu, May 21: Joanna Ardalan
Wed, May 27: Scott Cosman
Fri, May 29: Boris Nizon
Mon, Jun 1: Alex Kantif
Wed, Jun 3: Justin Conway
Fri, Jun 5: BackGrid, Inc. 30b6
Tue, Jun 9: Flynet 30b6
Thu, Jun 11: Shutterstock, Inc. 30b6
Mon, Jun 15: FameFlynet 30b6
Wed, Jun 17: BackGrid USA, Inc. 30b6

On Thu, May 14, 2026 at 10:09 AM Ryan Carreon <rcarreon@whitewoodlaw.com> wrote:

David will follow up shortly with dates for your clients. Can you please confirm that we will move forward with the Plaintiffs' depositions in the order I previously proposed? I have included it below for your reference:

May 18: Thibault Mauvilain

May 20: Henri Mazari

May 22: Chris Wolf

May 26: Michel Boutefeu

May 28: Joseph Medhi

June 2: Jeremy Duplaquet

On Thu, May 14, 2026 at 1:06 PM Jo Ardalan <jardalan@onellp.com> wrote:

Hi Ryan,

Please let us know about the Visa situation tomorrow.

We will be securing a translator for Mehdi.

I haven't heard from you regarding dates for my clients' depositions. Can you tell us dates so that we can coordinate our preparation, especially with respect to the 30b6 topics.

Regards,

Jo

--

**Jo Ardalan**

**Partner**

**one llp**

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information*

*that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** Ryan Carreon <rcarreon@whitewoodlaw.com>
**Sent:** Thursday, May 14, 2026 7:55 AM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Megan Dell <mdell@onellp.com>; David Sergenian <david@sergenianlaw.com>; sheila_mojtehedi.com <sheila@mojtehedi.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** Re: Thibault v. Backgrid et al - Amended Deposition Notices

Jo,

Following up here. Stephane has his visa appointment tomorrow. If he gets his visa, he is available on Friday, June 12, for his deposition. Can you also please confirm whether you will provide a translator for Joseph Mehdi or whether we should be responsible for hiring one? Thank you.

On Wed, May 13, 2026 at 6:49 PM Ryan Carreon <rcarreon@whitewoodlaw.com> wrote:

> These are confirmed dates minus Stephane.
>
> On Wed, May 13, 2026 at 6:48 PM Jo Ardalan <jardalan@onellp.com> wrote:
>
>> Hi Ryan,
>>
>> No problem regarding the translator.
>>
>> I do have an issue with you swamping dates of the deponents as I need to prepare for that particular deponent, especially considering one plaintiff needs a translator. When can you confirm the dates?
>>
>> Jo
>>
>> --
>>
>> **Jo Ardalan**
>>
>> **Partner**

**one llp**

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

_Notice_: *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** Ryan Carreon <rcarreon@whitewoodlaw.com>
**Sent:** Wednesday, May 13, 2026 3:33 PM
**To:** Megan Dell <mdell@onellp.com>
**Cc:** David Sergenian <david@sergenianlaw.com>; Jo Ardalan <jardalan@onellp.com>; sheila_mojtehedi.com <sheila@mojtehedi.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** Re: Thibault v. Backgrid et al - Amended Deposition Notices

All,

I wanted to follow up here. We have been coordinating with our clients, particularly those located in France. The dates you have noticed are generally agreeable, we just may need to swap out what witnesses will be deposed on those dates. Here is our clients' confirmed availability:

May 18: Thibault Mauvilain

May 20: Henri Mazari

May 22: Chris Wolf

May 26: Michel Boutefeu

May 28: Joseph Medhi

June 2: Jeremy Duplaquet

The only one we cannot yet confirm is Stephane Kyndt given that his visa issue has yet to be resolved. Should his visa be approved, he is available the week of June 8. Finally, Joseph Mehdi has requested a French-to-English translator. Please let us know whether you will arrange one or when you would like us to arrange one.

On Fri, May 8, 2026 at 5:09 PM Megan Dell <mdell@onellp.com> wrote:

> Good Afternoon -

Attached here please find Amended Deposition Notices.

"one vision. one focus.
one law firm."
www.onellp.com

Megan Dell
Litigation Paralegal
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
T: (949) 549-1940 (Direct)
T: (949) 502-2870 (Main Office Line)
F (949) 258-5081
mdell@onellp.com

*This message and any attached documents contain information from the law firm of One LLP that may be confidential or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify me immediately by reply e-mail and then delete this message.*

# Exhibit 9

Gmail

Sheila Mojtehedi <sheila@mojtehedi.com>

# Thibault v. Backgrid et al - Amended Deposition Notices

**Ryan Carreon** <rcarreon@whitewoodlaw.com> Fri, May 15, 2026 at 6:23 AM
To: Sheila Mojtehedi <sheila@mojtehedi.com>
Cc: Jo Ardalan <jardalan@onellp.com>, David Sergenian <david@sergenianlaw.com>, Megan Dell <mdell@onellp.com>, Abby Neu <aneu@whitewoodlaw.com>, David Quinto <dquinto@onellp.com>, Peter Afrasiabi <pafrasiabi@onellp.com>, Shengmao Mu <smu@whitewoodlaw.com>, Ryan Baker <rbaker@whitewoodlaw.com>, Keaton Smith <ksmith@whitewoodlaw.com>

All,

I am following up to let you know that Stephane Kyndt was able to get his visa approved. He will be available for deposition Friday, June 12. Please confirm that this is acceptable so he can make travel arrangements. Thank you.

On Thu, May 14, 2026 at 6:14 PM Sheila Mojtehedi <sheila@mojtehedi.com> wrote:

> June 9 may be cutting it close for me. I have my pretrial conference tomorrow. My colleagues are taking a break from a bench trial, and I found out yesterday that I may be on my own to take the verdict if it continues to the week of the 8th. Please switch me with the Shutterstock 30b6 to be safe if that is okay with Jo.
>
> Best regards,
>
> **Sheila Mojtehedi**
> Sheila Mojtehedi PC
> www.mojtehedi.com
> T: 323.412.0472
>
> CONFIDENTIALITY NOTICE
> This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.
>
> On Thu, May 14, 2026 at 11:29AM Jo Ardalan <jardalan@onellp.com> wrote:
>
> > I will check and circle back.
> >
> > --
> >
> > **Jo Ardalan**
> >
> > **Partner**
> >
> > **one llp**
> >
> > Intellectual Property & Entertainment Law
> >
> > 310-437-8665 (Direct)
> >
> > 323-309-9215 (Cell)
> >
> > jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** David Sergenian <david@sergenianlaw.com>
**Sent:** Thursday, May 14, 2026 10:42 AM
**To:** Ryan Carreon <rcarreon@whitewoodlaw.com>
**Cc:** Jo Ardalan <jardalan@onellp.com>; Megan Dell <mdell@onellp.com>; sheila_mojtehedi.com <sheila@mojtehedi.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** Re: Thibault v. Backgrid et al - Amended Deposition Notices

Here are the dates for the depositions we have noticed or will notice. Please confirm witness availability.

Thu, May 21: Joanna Ardalan
Wed, May 27: Scott Cosman
Fri, May 29: Boris Nizon
Mon, Jun 1: Alex Kantif
Wed, Jun 3: Justin Conway
Fri, Jun 5: BackGrid, Inc. 30b6
Tue, Jun 9: Flynet 30b6
Thu, Jun 11: Shutterstock, Inc. 30b6
Mon, Jun 15: FameFlynet 30b6
Wed, Jun 17: BackGrid USA, Inc. 30b6

On Thu, May 14, 2026 at 10:09 AM Ryan Carreon <rcarreon@whitewoodlaw.com> wrote:

> David will follow up shortly with dates for your clients. Can you please confirm that we will move forward with the Plaintiffs' depositions in the order I previously proposed? I have included it below for your reference:
>
> May 18: Thibault Mauvilain
>
> May 20: Henri Mazari
>
> May 22: Chris Wolf
>
> May 26: Michel Boutefeu
>
> May 28: Joseph Medhi
>
> June 2: Jeremy Duplaquet
>
> On Thu, May 14, 2026 at 1:06 PM Jo Ardalan <jardalan@onellp.com> wrote:
>
>> Hi Ryan,
>>
>> Please let us know about the Visa situation tomorrow.

We will be securing a translator for Mehdi.

I haven't heard from you regarding dates for my clients' depositions. Can you tell us dates so that we can coordinate our preparation, especially with respect to the 30b6 topics.

Regards,

Jo

--

**Jo Ardalan**

**Partner**

**one llp**

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** Ryan Carreon <rcarreon@whitewoodlaw.com>
**Sent:** Thursday, May 14, 2026 7:55 AM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Megan Dell <mdell@onellp.com>; David Sergenian <david@sergenianlaw.com>; sheila_mojtehedi.com <sheila@mojtehedi.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** Re: Thibault v. Backgrid et al - Amended Deposition Notices

Jo,

Following up here. Stephane has his visa appointment tomorrow. If he gets his visa, he is available on Friday, June 12, for his deposition. Can you also please confirm whether you will provide a translator for Joseph Mehdi or whether we should be responsible for hiring one? Thank you.

On Wed, May 13, 2026 at 6:49 PM Ryan Carreon <rcarreon@whitewoodlaw.com> wrote:

These are confirmed dates minus Stephane.

On Wed, May 13, 2026 at 6:48 PM Jo Ardalan <jardalan@onellp.com> wrote:

Hi Ryan,

No problem regarding the translator.

I do have an issue with you swamping dates of the deponents as I need to prepare for that particular deponent, especially considering one plaintiff needs a translator. When can you confirm the dates?

Jo

--

**Jo Ardalan**

**Partner**

**one llp**

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** Ryan Carreon <rcarreon@whitewoodlaw.com>
**Sent:** Wednesday, May 13, 2026 3:33 PM
**To:** Megan Dell <mdell@onellp.com>
**Cc:** David Sergenian <david@sergenianlaw.com>; Jo Ardalan <jardalan@onellp.com>; sheila_mojtehedi.com <sheila@mojtehedi.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao

Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** Re: Thibault v. Backgrid et al - Amended Deposition Notices

All,

I wanted to follow up here. We have been coordinating with our clients, particularly those located in France. The dates you have noticed are generally agreeable, we just may need to swap out what witnesses will be deposed on those dates. Here is our clients' confirmed availability:

May 18: Thibault Mauvilain

May 20: Henri Mazari

May 22: Chris Wolf

May 26: Michel Boutefeu

May 28: Joseph Medhi

June 2: Jeremy Duplaquet

The only one we cannot yet confirm is Stephane Kyndt given that his visa issue has yet to be resolved. Should his visa be approved, he is available the week of June 8. Finally, Joseph Mehdi has requested a French-to-English translator. Please let us know whether you will arrange one or when you would like us to arrange one.

On Fri, May 8, 2026 at 5:09 PM Megan Dell <mdell@onellp.com> wrote:

> Good Afternoon -
>
> Attached here please find Amended Deposition Notices.
>
> "one vision. one focus. one law firm."
> www.onellp.com
>
> Megan Dell
> Litigation Paralegal
> 23 Corporate Plaza, Suite 150-105
> Newport Beach, CA 92660
> T: (949) 549-1940 (Direct)
> T: (949) 502-2870 (Main Office Line)
> F (949) 258-5081
> mdell@onellp.com
>
> *This message and any attached documents contain information from the law firm of One LLP that may be confidential or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify me immediately by reply e-mail and then delete this message.*