Joanna Ardalan (SBN 285384)
Email: jardalan@onellp.com
Peter R. Afrasiabi (SBN 193336)
Email: pafrasiabi@onellp.com
David W. Quinto (SBN 106232)
Email: dquinto@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Defendants,
BACKGRID INC., BACKGRID USA, INC., and
SHUTTERSTOCK, INC.

Sheila Mojtehedi (SBN 313002)
Email: sheila@mojtehedi.com
Sheila Mojtehedi PC
Mailing: 806 E. Avenida Pico,
Ste I-291, San Clemente,
CA 92673
Telephone: (323) 412-0472
Facsimile: (323) 403-4170

Attorneys for Defendants,
FLYNET PICTURES, LLC AND
FAMEFLYNET INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual,

Plaintiffs,

v.

FLYNET PICTURES. LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation and DOES 1–10, inclusive,

Defendants.

Case No.: 2:25-cv-2757-FLA-MBK
Hon. Fernando L. Aenlle-Rocha

**DECLARATION OF JOANNA ARDALAN IN SUPPORT OF DEFENDANTS FLYNET PICTURES, LLC, FAMEFLYNET INC., BACKGRID INC., BACKGRID USA, INC. AND SHUTTERSTOCK, INC.'S PARTIAL OPPOSITION TO PLAINTIFFS THIBAULT MAUVILAIN AND HENRI MAZARI'S *EX PARTE* APPLICATION**

# DECLARATION OF JOANNA ARDALAN

I, Joanna Ardalan, am counsel of record for Defendants BackGrid Inc., BackGrid USA, Inc., and Shutterstock, Inc. I have personal knowledge of the facts stated herein and if called to testify could and would testify as follows:

1. In advance of the depositions scheduled for May 2026, I spent substantial time preparing the witness designated to testify pursuant to Rule 30(b)(6) on behalf of all three of my clients, Alex Kantif, across several preparation sessions. Mr. Kantif is the Head of Editorial at Shutterstock, a publicly traded company, and has material knowledge regarding the allegations and facts of this case.

2. When the *pro se* Plaintiffs later reached out to restart the scheduling of the nine Defendant-related depositions, I was engaged in a two-week jury trial. I proposed dates to Plaintiffs on behalf of my clients as soon as I was able.

I declare under penalty of perjury under the laws of the United States that the facts stated herein are true and correct.

Date: August 21, 2026 /s/ Joanna Ardalan

Joanna Ardalan