LODGED
CLERK, U.S. DISTRICT COURT
08/20/2026
CENTRAL DISTRICT OF CALIFORNIA
BY DVE DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual,

Plaintiffs,

v.

FLYNET PICTURES, LLC; FAMEFLYNET INC.; BACKGRID INC.; BACKGRID USA, INC.; SHUTTERSTOCK, INC.; and DOES 1-10, inclusive,

Defendants.

Case No. 2:25-cv-02757-FLA-MBK

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO MODIFY SCHEDULING AND TRIAL ORDER (ECF 109) BY TWENTY-EIGHT DAYS**

Before the Court is Plaintiffs' Ex Parte Application to Modify Scheduling and Trial Order (ECF 109) by Twenty-Eight Days. The Court has considered the Application, the supporting declarations, and the record. Good cause appearing, the Application is GRANTED.

The deadlines established in the Court's May 26, 2026 Scheduling and Trial Order, ECF 109, are modified by twenty-eight (28) days as follows:

| Event | Current Date | Modified Date |
|---|---|---|
| Fact Discovery Cut-off | September 18, 2026 | October 16, 2026 |
| Expert Disclosure - Initial | September 25, 2026 | October 23, 2026 |
| Expert Disclosure - Rebuttal | October 9, 2026 | November 6, 2026 |
| Expert Discovery Cut-off | October 23, 2026 | November 20, 2026 |
| Last Day to Hear Motions | November 20, 2026 | December 18, 2026 |
| Settlement Conference Deadline | January 8, 2027 | February 5, 2027 |
| Trial Filings - First Round | January 15, 2027 | February 12, 2027 |
| Trial Filings - Second Round | January 29, 2027 | February 26, 2027 |
| Final Pretrial Conference / Motions in Limine | February 12, 2027, 1:30 p.m. | March 12, 2027, 1:30 p.m. |
| Jury Trial | March 2, 2027, 8:15 a.m. | March 30, 2027, 8:15 a.m. |

IT IS SO ORDERED.

Dated:

______________________________

**FERNANDO L. AENLLE-ROCHA**

United States District Judge