**THIBAULT MAUVILAIN**
Email: tm@forceinaction.com
Sherman Oaks, California
Telephone: 310.770.3612
Plaintiff, Pro Se

FILED
CLERK, U.S. DISTRICT COURT
08/20/2026
CENTRAL DISTRICT OF CALIFORNIA
BY DVE DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THIBAULT MAUVILAIN, an individual;<br>HENRI MAZARI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FLYNET PICTURES, LLC; FAMEFLYNET INC.; BACKGRID INC.; BACKGRID USA, INC.; SHUTTERSTOCK, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. 2:25-cv-02757-FLA-MBK**<br>Hon. Fernando L. Aenlle-Rocha<br><br>**DECLARATION OF THIBAULT MAUVILAIN REGARDING EX PARTE NOTICE** |

I, Thibault Mauvilain, declare as follows:

1. I am a Plaintiff proceeding pro se. I submit this declaration to describe the notice provided to Defendants concerning Plaintiffs' intended ex parte application for a twenty-eight-day modification of ECF 109.

2. I have personal knowledge of the facts stated below and could testify competently to them.

3. On August 20, 2026, at approximately 10:48 a.m. Pacific Time, before filing the application, I emailed counsel Joanna Ardalan and Sheila Mojtehedi, copying Henri Mazari and the other defense counsel in the parties' email chain. The subject was "Notice of Intended Ex Parte Application to Modify Scheduling Order by 28 Days."

4. The email stated that Plaintiffs intended to file that day for the same limited twenty-eight-day modification previously discussed by the parties; identified the proposed fact-discovery cutoff of October 16, 2026 and corresponding adjustments; described the application, supporting declaration, and proposed order; and requested prompt notice of any changed position or intended opposition.

5. At approximately 11:30 a.m. Pacific Time, I called Ms. Ardalan at the direct number in her email signature, 310-437-8665. She did not answer, and I left a voicemail providing oral notice of the intended application.

6. At approximately 11:32 a.m. Pacific Time, I called Ms. Mojtehedi at the number in her email signature, 323-412-0472. She did not answer, and I left the same oral notice by voicemail.

7. In substance, each voicemail identified me and this action; stated that Plaintiffs intended to file that day for the same twenty-eight-day modification described in the written notice; identified the proposed change from September 18 to October 16, 2026 and corresponding adjustments; and asked whether Defendants' position had changed and whether they intended to oppose.

8. On August 14, 2026, counsel for the Flynet and FameFlynet Defendants stated in writing that there were no issues with Plaintiffs' request for twenty-eight days instead of ninety days. On August 19, Ms. Ardalan stated that Defendants would file a response if Plaintiffs filed their supporting declaration and would contend that Plaintiffs had not been diligent.

9. I therefore understood that Defendants previously did not oppose the duration of the requested modification but might oppose the application or Plaintiffs' factual diligence showing. The notices sought clarification so Plaintiffs could accurately report Defendants' present position.

10. I made these written and oral notice efforts in good faith before filing so that Defendants would have notice of the date and substance of the application and an opportunity to state whether they intended to oppose.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 20, 2026, at Sherman Oaks, California.

/s/ Thibault Mauvilain
**THIBAULT MAUVILAIN**
Plaintiff, Pro Se