**THIBAULT MAUVILAIN**
Email: tm@forceinaction.com
Sherman Oaks, California
Telephone: 310.770.3612
Plaintiff, Pro Se

FILED
CLERK, U.S. DISTRICT COURT
08/20/2026
CENTRAL DISTRICT OF CALIFORNIA
BY DVE DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIBAULT MAUVILAIN, an individual;<br>HENRI MAZARI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FLYNET PICTURES, LLC; FAMEFLYNET INC.; BACKGRID INC.; BACKGRID USA, INC.; SHUTTERSTOCK, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02757-FLA-MBK<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**PROOF OF SERVICE** |

I, Thibault Mauvilain, declare as follows:

1. I am over the age of eighteen and am a Plaintiff appearing pro se in this action. I have personal knowledge of the facts stated in this Proof of Service.

2. On August 20, 2026, I served true and correct copies of the following documents by electronic mail upon counsel of record at the email addresses listed below:

- PLAINTIFFS' EX PARTE APPLICATION TO MODIFY SCHEDULING AND TRIAL ORDER (ECF 109) BY TWENTY-EIGHT DAYS; MEMORANDUM OF POINTS AND AUTHORITIES;
- DECLARATION OF THIBAULT MAUVILAIN IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION TO MODIFY SCHEDULING AND TRIAL ORDER (ECF 109) BY TWENTY-EIGHT DAYS;
- DECLARATION OF HENRI MAZARI IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION TO MODIFY SCHEDULING AND TRIAL ORDER (ECF 109) BY TWENTY-EIGHT DAYS;
- DECLARATION OF THIBAULT MAUVILAIN REGARDING EX PARTE NOTICE; and

- [PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO MODIFY SCHEDULING AND TRIAL ORDER (ECF 109) BY TWENTY-EIGHT DAYS.

**Counsel served by email:**

| | |
|---|---|
| Joanna Ardalan<br>jardalan@onellp.com<br>Peter R. Afrasiabi<br>pafrasiabi@onellp.com<br>David W. Quinto<br>dquinto@onellp.com<br>ONE LLP | Counsel for Defendants BackGrid Inc., BackGrid USA, Inc., and Shutterstock, Inc. |
| Sheila Mojtehedi<br>sheila@mojtehedi.com<br>Sheila Mojtehedi PC | Counsel for Defendants Flynet Pictures, LLC and FameFlynet Inc. |

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 20, 2026, at Sherman Oaks, California.

/s/ Thibault Mauvilain

**THIBAULT MAUVILAIN**

Plaintiff, Pro Se