UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

THIBAULT MAUVILAIN, *et al.*,
Plaintiffs,
v.
FLYNET PICTURES, LLC, *et al.*,
Defendants.

Case No. 2:25-cv-2757-FLA (MBKx)

**ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO MODIFY SCHEDULING ORDER [DKT. 156]**

On August 20, 2026, *pro se* Plaintiffs Thibault Mauvilain and Henri Mazari (together, "Plaintiffs") filed an *Ex Parte* Application to Modify Scheduling Order ("Application"), requesting the court continue the current case deadlines (Dkt. 109) by 28 days. Dkt. 156. Plaintiffs contend a brief continuance is necessary to complete depositions and resolve pending disputes before the Magistrate Judge. *Id.* at 4. Defendants Backgrid USA, Inc., BackGrid, Inc., Shutterstock, Inc., Flynet Pictures, LLC, and Fameflynet Inc. do not oppose the 28-day continuance request. Dkt. 154.

To show good cause for a continuance, a party must provide specific, detailed, and non-conclusory reasons for granting the extension, including a showing of diligence in pursuing the litigation. *See* Fed. R. Civ. P. 16(b)(4) (requiring good cause showing); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (noting that the standard focuses on a party's diligence and that "the inquiry should end" when diligence is not shown).

Having considered the Application and the parties' other papers and finding good cause therefor, the court hereby GRANTS the Application and CONTINUES pretrial and trial dates and deadlines by 28 days to the following dates:

| **Event** | **New Date** |
|---|---|
| Fact Discovery Cut-off | 10/16/26 |
| Expert Disclosure (Initial) | 10/23/26 |
| Expert Disclosure (Rebuttal) | 11/6/26 |
| Expert Discovery Cut-off | 11/20/26 |
| Last Day to Hear Motions | 12/18/26 |
| Deadline to Complete Settlement Conference | 2/5/27 |
| Trial Filings (First Round) | 2/12/27 |
| Trial Filings (Second Round) | 2/26/27 |
| Final Pretrial Conference;<br>Hearing on Motions in Limine | 3/12/27 at 1:30 p.m. |
| Jury Trial | 3/30/27 at 8:15 a.m. |

/ / /

/ / /

/ / /

The parties should not expect a further continuance absent a specific showing, dating back to the filing of the Complaint, of all their efforts to timely complete discovery and other litigation activity. This detailed showing must demonstrate the work still to be performed reasonably could not have been accomplished within the applicable deadline(s). General statements are insufficient to establish good cause.

IT IS SO ORDERED.

Dated: August 26, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge