Thibault Mauvilain
4605 Sylmar Ave. No. 312
Sherman Oak, CA 91423
tm@forceinaction.com

Henri Mazari
2100 Marsalfield Lane
Redondo Beach, CA 90278
carboninla@yahoo.com

Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
David W. Quinto (Bar No. 106232)
dquinto@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

*Attorneys for Defendants, BackGrid Inc., BackGrid USA, Inc., Shutterstock, Inc.*

(Additional counsel on signature page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THIBAULT MAUVILAIN, et al.,

Plaintiffs,

v.

FLYNET PICTURES, LLC, et al.,

Defendants.

Case No. 2:25–cv–02757–FLA–MBK

Hon. Fernando L. Aenlle-Rocha

**REQUEST FOR RULING PURSUANT TO L.R. 83-9**

Defendants Backgrid Inc., Backgrid USA, Inc., Shutterstock, Inc.'s Motion to Dismiss Plaintiffs' Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) & (f) ("Motion") was filed on April 2, 2026. Dkt. 84. Pursuant to L.R. 83-9.1.1, the Motion was submitted on April 24, 2026. *See* Dkt. 88 (Reply). Accordingly, the parties hereby comply with L.R. 83-9.2 by requesting a ruling on the Motion.

Dated: September 2, 2026

By: ____________________
Thibault Mauvilain

Dated: September 2, 2026

By: ____________________
Henri Mazari

Dated: September 2, 2026

ONE LLP

By: */s/ Joanna Ardalan*
JOANNA ARDALAN

*Counsel for Defendants BackGrid Inc., BackGrid USA, Inc., and Shutterstock, Inc.*

Dated: September 2, 2026

By: */s/ Sheila Mojtehedi*
SHEILA MOJTEHEDI

*Counsel for Defendants Flynet Pictures, LLC and Fameflynet Inc.*

**ATTESTATION OF COUNSEL**

Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), the undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: September 2, 2026

ONE LLP

By: _/s/ Joanna Ardalan_
JOANNA ARDALAN

*Counsel for Defendants BackGrid Inc., BackGrid USA, Inc., and Shutterstock, Inc.*