SHEILA MOJTEHEDI (313002)
sheila@mojtehedi.com
806 E. Avenida Pico, Ste. I-291
San Clemente, California 92673
Telephone (323) 412-0472
Facsimile (323) 403-4170

Attorney for Defendants
FLYNET PICTURES, LLC and FAMEFLYNET INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual,

Plaintiffs,

v.

FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation and DOES 1–10, inclusive,

Defendants.

Case No.: 2:25-cv-2757-FLA-MBK
Hon. Fernando L. Aenlle-Rocha
Hon. Michael B. Kaufman, Magistrate Judge

**DISCOVERY MATTER**

**JOINT STIPULATION REGARDING BRIEFING SCHEDULE PURSUANT TO ECF 147**

Plaintiffs Thibault Mauvilain and Henri Mazari ("Plaintiffs"), appearing pro se, and Defendants FlyNet Pictures, LLC, FameFlynet Inc., BackGrid Inc., BackGrid USA, Inc., and Shutterstock, Inc., by and through their respective counsel ("Defendants" and, collectively with Plaintiffs, the "parties"), jointly stipulate as follows:

1. On August 12, 2026, Plaintiffs and counsel for Defendants attended an informal discovery conference before the Honorable Michael B. Kaufman regarding unresolved issues affecting the remaining depositions. ECF 147.

2. ECF 147 reflects that the parties intended to seek modification of the case schedule from District Judge Fernando L. Aenlle-Rocha.

3. ECF 147 further provides that, upon approval of a modified case schedule, the parties are authorized to file a joint stipulation proposing a briefing schedule concerning one of the pending discovery disputes.

4. On August 26, 2026, Judge Aenlle-Rocha entered ECF 161, granting Plaintiffs' ex parte application and modifying the case schedule.

5. The parties have met and conferred and propose the following briefing schedule contemplated by ECF 147:

   a. Plaintiffs shall jointly file one opening brief, and Defendants shall jointly file one opening brief, within two court days after entry of the Court's order approving this stipulation. Each opening brief shall not exceed ten pages. Plaintiffs may jointly file one response brief, and Defendants may jointly file one response brief, within three court days after the deadline for the opening briefs. Each response brief shall not exceed five pages and shall be limited to matters raised in the opposing side's opening brief. Court days exclude weekends and federal holidays. See Fed. R. Civ. P. 6(a).

b. No further briefing shall be filed unless requested or permitted by the Court.

6. The Court may determine, after reviewing the written submissions, whether a Zoom hearing, further briefing, or any additional proceeding is necessary.

7. This stipulation concerns only the proposed briefing schedule. It does not resolve the underlying discovery dispute, waive any deposition notice or objection, determine any deposition date or witness designation, constitute an admission by any party, or waive or resolve any other discovery dispute. The parties reserve all positions concerning the deposition record, recording methods, the creation or certification of any transcript, review under Rule 30(e), preservation, cost allocation, admissibility, and later use of deposition testimony.

8. The parties therefore respectfully request that the Court approve the foregoing briefing schedule or establish such other expedited schedule as the Court deems appropriate.

Dated: September 3, 2026

**ONE LLP**

By: /s/ Joanna Ardalan
Joanna Ardalan
Peter R. Afrasiabi
David W. Quinto
Attorneys for Defendants BackGrid Inc., BackGrid USA, Inc., & Shutterstock, Inc.

Dated: September 3, 2026

**Sheila Mojtehedi PC**

By: /s/ Sheila Mojtehedi
Sheila Mojtehedi
Attorney for Defendants FlyNet Pictures, LLC and FameFlynet Inc.

Dated: September 3, 2026

By:______________________________
Thibault Mauvilain
*Pro Se* Plaintiff

Dated: September 3, 2026

By:______________________________
Henri Mazari
*Pro Se* Plaintiff

**ATTESTATION REGARDING SIGNATURES (L.R. 5-4.3.4(a)(2)(i))**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned, counsel of record for Defendants FlyNet Pictures, LLC and FameFlynet Inc., attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Sheila Mojtehedi
Sheila Mojtehedi