# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual,

Plaintiffs,

v.

FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation and DOES 1–10, inclusive,

Defendants.

Case No. 2:25-cv-2757-FLA-MBK
Hon. Fernando L. Aenlle-Rocha
Hon. Michael B. Kaufman, Magistrate Judge

**DISCOVERY MATTER**

**[PROPOSED] ORDER APPROVING JOINT STIPULATION REGARDING BRIEFING SCHEDULE PURSUANT TO ECF 147**

The Court has reviewed the parties' Joint Stipulation Regarding Briefing Schedule Pursuant to ECF 147.

For good cause shown, the Court ORDERS as follows:

1. Within two (2) court days after entry of this Order, Plaintiffs shall jointly file one opening brief, and Defendants shall jointly file one opening brief. Each opening brief shall not exceed ten pages.
2. Within three (3) court days after the deadline for filing opening briefs, Plaintiffs may jointly file one response brief, and Defendants may jointly file one response brief. Each response brief shall not exceed five pages and shall be limited to matters raised in the opposing side's opening brief. Court days exclude weekends and federal holidays. See Fed. R. Civ. P. 6(a).
3. No further briefing shall be filed absent leave or further order of the Court.

IT IS SO ORDERED.

Dated:

______________________________

MICHAEL B. KAUFMAN

United States Magistrate Judge