UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-02757-FLA (MBKx) | Date | September 9, 2026 |
| Title | Thibault Mauvilain, et al. v. Flynet Pictures, LLC, et al. | | |

| | |
|---|---|
| Present: The Honorable | FERNANDO L. AENLLE-ROCHA<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| T. Freeman | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding: ORDER REGARDING JOINT REQUEST FOR DECISION [DKT. 162]**

Courts in this district are exceedingly busy, with 857 weighted filings (and 773 civil filings) per Judgeship as of June 30, 2026, which is the sixth highest in the nation. *United States District Court – Judicial Caseload Profile*, https://www.uscourts.gov/sites/default/files/document/fcms_na_distprofile0630.2026.pdf. Further, the Judicial Conference has recommended Congress authorize twelve additional district court judgeships for the Central District of California in light of the number of weighted case filings, the complexity of matters filed in this court, and the population of this district. *Judiciary Seeks 71 Judgeships to Meet Growing Caseloads*, United States Courts (Mar. 11, 2025), https://www.uscourts.gov/data-news/judiciary-news/2025/03/11/judiciary-seeks-71-judgeships-meet-growing-caseloads. This is the highest number of recommended additional judgeships of any district in the country. *See id.*

This court has a significant number of parties in criminal and civil cases awaiting trial, some of whom are in custody, as well as an increasing number of immigration-related matters in which petitioners seek relief on an expedited basis. In issuing its rulings on motions, the court considers factors including whether the action is criminal or civil, the custody status of the defendant or petitioner, the age of the action and any pending motion(s), the specific needs of each case, and the urgency of the requested relief.

/ / /

/ / /

/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-02757-FLA (MBKx) | Date | September 9, 2026 |
| Title | Thibault Mauvilain, et al. v. Flynet Pictures, LLC, et al. | | |

Pursuant to Local Rule 83-9.3, the court informs the parties that it will render a ruling on Defendants Backgrid Inc., Backgrid USA, Inc., and Shutterstock, Inc.'s Motion to Dismiss Plaintiffs' Second Amended Complaint (Dkt. 84) by May 7, 2027.

IT IS SO ORDERED.

___ : ___

Initials of Preparer tf