SHEILA MOJTEHEDI (313002)
sheila@mojtehedi.com
806 E. Avenida Pico, Ste. I-291
San Clemente, California 92673
Telephone (323) 412-0472
Facsimile (323) 403-4170

Attorney for Defendants
FLYNET PICTURES, LLC and FAMEFLYNET INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FLYNET PICTURES. LLC, a California limited liability company: FAMEFLYNET INC.. a California corporation: BACKGRID INC.. a California corporation: BACKGRID USA. INC.. a California corporation: SHUTTERSTOCK. INC.. a Delaware corporation and DOES 1–10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-2757-FLA-MBK<br>Hon. Fernando L. Aenlle-Rocha<br>Hon. Michael B. Kaufman, Magistrate Judge<br><br>**DISCOVERY MATTER**<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, Sheila Mojtehedi, declare as follows:

I am over the age of eighteen years and am not a party to this action. I am an attorney admitted to practice before this Court and am counsel of record for Defendants FlyNet Pictures, LLC and FameFlynet Inc. My business address is 806 E. Avenida Pico, Ste. I-291, San Clemente, California 92673, and my electronic mail address is sheila@mojtehedi.com.

On September 15, 2026, I served true and correct copies of the following documents, each in PDF format, on the persons listed below: DEFENDANTS FLYNET PICTURES, LLC, FAMEFLYNET INC., BACKGRID INC., BACKGRID USA, INC. AND SHUTTERSTOCK, INC.'S JOINT REPLY REGARDING DISCOVERY DISPUTE (ECF 147 & 165)

The documents were served on the following persons:

| | |
|---|---|
| Thibault Mauvilain | Henri Mazari |
| Plaintiff, Pro Se | Plaintiff, Pro Se |
| tm@forceinaction.com | carboninla@yahoo.com |

The documents were served by the following method:

BY ELECTRONIC MAIL (Fed. R. Civ. P. 5(b)(2)(E)): Plaintiffs Thibault Mauvilain and Henri Mazari are not registered users of the Court's CM/ECF System and, pursuant to L.R. 5-3.2.1, were therefore served in accordance with Federal Rule of Civil Procedure 5. Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) and the written consent of Plaintiffs Mauvilain and Mazari to accept service by electronic mail, I caused the above-listed documents to be transmitted by electronic mail from sheila@mojtehedi.com to each of the electronic mail addresses listed above. The transmission was reported as complete and without error, and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2026, at San Clemente, California.

By: /s/ Sheila Mojtehedi
Sheila Mojtehedi
Attorney for Defendants FlyNet Pictures, LLC and FameFlynet Inc.