FILED
CLERK, U.S. DISTRICT COURT
9/15/26
CENTRAL DISTRICT OF CALIFORNIA
BY CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

THIBAULT MAUVILAIN
tm@forceinaction.com
Plaintiff, Pro Se
4605 Sylmar Avenue, Apt. 312
Sherman Oaks, California 91423
Telephone: 310.770.3612

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THIBAULT MAUVILAIN, et al.,<br>Plaintiffs,<br>v.<br>FLYNET PICTURES, LLC, et al.,<br>Defendants. | Case No. 2:25-cv-02757-FLA-MBK<br>PROOF OF SERVICE OF PLAINTIFFS' RESPONSE TO DEFENDANTS' JOINT BRIEF REGARDING DISCOVERY DISPUTE (ECF 167) |

I, Thibault Mauvilain, declare as follows:

1. I am over the age of eighteen and am a Plaintiff appearing pro se in this action. My electronic-mail address is tm@forceinaction.com.

2. On September 15, 2026, I served a true and correct PDF copy of the following document, dated September 15, 2026:

**PLAINTIFFS' RESPONSE TO DEFENDANTS' JOINT BRIEF REGARDING DISCOVERY DISPUTE (ECF 167) (5 pages).**

3. I transmitted the document as an email attachment from tm@forceinaction.com to the following counsel of record:

**ONE LLP**

Counsel for Defendants BackGrid Inc., BackGrid USA, Inc., and Shutterstock, Inc.

Joanna Ardalan: jardalan@onellp.com

Peter R. Afrasiabi: pafrasiabi@onellp.com

David W. Quinto: dquinto@onellp.com

**Sheila Mojtehedi PC**

Counsel for Defendants Flynet Pictures, LLC and FameFlynet Inc.

Sheila Mojtehedi: sheila@mojtehedi.com

I also sent a copy to co-Plaintiff Henri Mazari at carboninla@yahoo.com.

4. I did not receive any notice that the electronic transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2026.

Signature:

Thibault Mauvilain, Plaintiff Pro Se