Joanna Ardalan (SBN 285384)
Email: jardalan@onellp.com
Peter R. Afrasiabi (SBN 193336)
Email: pafrasiabi@onellp.com
David W. Quinto (SBN 106232)
Email: dquinto@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Defendants, BACKGRID INC., BACKGRID USA, INC., and SHUTTERSTOCK, INC.

Sheila Mojtehedi (SBN 313002)
Email: sheila@mojtehedi.com
**Sheila Mojtehedi PC**
Mailing: 806 E. Avenida Pico, Ste I-291, San Clemente, CA 92673
Telephone: (323) 412-0472
Facsimile: (323) 403-4170

Attorneys for Defendants, FLYNET PICTURES, LLC AND FAMEFLYNET INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual,

Plaintiffs,

v.

FLYNET PICTURES, LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation and DOES 1–10, inclusive,

Defendants.

Case No.: 2:25-cv-2757-FLA-MAA
Hon. Fernando L. Aenlle-Rocha

**DECLARATION OF JOANNA ARDALAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION**

1. I, Joanna Ardalan, am counsel of record for BackGrid USA, Inc. Backgrid, Inc., and Shutterstock, Inc., in the above-captioned action. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify as follows:

2. Attached as **Exhibit A** is a true and correct copy of an email chain from May 19, 2026.

3. Attached as **Exhibit B** is a true and correct copy of an email chain ending on August 27, 2026.

4. Attached as **Exhibit C** is a true and correct copy of an email chain ending on July 29, 2026.

I declare under penalty of perjury that the facts stated herein are true and correct. Executed this 8th day of October 2026 at New York, New York.

/s/ Joanna Ardalan