# Exhibit A

Outlook

**RE: Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2:25-cv-02757-FLA-MAA**

**From** Jo Ardalan <jardalan@onellp.com>

**Date** Tue 5/19/2026 2:47 PM

**To** David Sergenian <david@sergenianlaw.com>; sheila <sheila@mojtehedi.com>

**Cc** Ryan Carreon <rcarreon@whitewoodlaw.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>

David:
I told you yesterday morning that I could appear for my deposition on May 25. I have a hard time understanding why you complain that you were "informed [] for the first time that [I am] unavailable" on a Monday, when you proposed my deposition dates less than two business days before. I reiterated to you that the purpose of the deposition is to find out my testimony with respect to the phone conversation I had with Virginia Parant. I will not be answering questions about other topics.
And, I told you I would speak with you about deposition dates during a break, but you did not stay to discuss them. Regardless, here is a schedule that works for us:

- Monday, June 1: Alex Kantif – **Alex is not available. June 7 or 9 works**
- Wednesday, June 3: Justin Conway – **He is in the Bay area. You will have to travel to him. I note that the first time you raised taking his deposition is last Thursday**. **He is in the North Bay.** **We will make him available on June 8, even though it is an "even day."**
- Friday, June 5: BackGrid, Inc. 30(b)(6) – **OK**
- Thursday, June 11: Shutterstock, Inc. 30(b)(6) – **Alex is not available** – **June 7 or 9 works**
- Wednesday, June 17: BackGrid USA, Inc. 30(b)(6) - **OK**

--
**Jo Ardalan**
**Partner**
**one llp**
Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** David Sergenian <david@sergenianlaw.com>
**Sent:** Tuesday, May 19, 2026 1:00 PM
**To:** Sheila Mojtehedi <sheila@mojtehedi.com>
**Cc:** Ryan Carreon <rcarreon@whitewoodlaw.com>; Jo Ardalan <jardalan@onellp.com>; Abby Neu <aneu@whitewoodlaw.com>; David Quinto <dquinto@onellp.com>; Peter Afrasiabi <pafrasiabi@onellp.com>; Shengmao Mu <smu@whitewoodlaw.com>; Ryan Baker <rbaker@whitewoodlaw.com>; Keaton Smith <ksmith@whitewoodlaw.com>
**Subject:** Re: Mauvilain, et al. v. Flynet Pictures, LLC, et al.; C.D. Cal. Case No. 2:25-cv-02757-FLA-MAA

Thanks, Sheila. Our emails crossed paths. Please provide me with all available dates ASAP. We also need firm dates from the BackGrid Defendants today so we can firm up the Defendants' deposition schedule.
In addition, Jo, my prior email did not memorialize your agreement yesterday that it will not be necessary to serve you with a subpoena. Thank you. Although you indicated at the deposition that you would be available on Monday, we

need written confirmation of all Defendants' date so we can finalize the deposition schedule.
Thank you,
David
On Tue, May 19, 2026 at 12:08 PM Sheila Mojtehedi <sheila@mojtehedi.com> wrote:

> Hi David,
> I am reviewing the rest of your lengthy email, but wanted to follow up on deposition scheduling.
> In my email from this morning, I stated:
>
> > *Hi Ryan,*
> > *Zoom is fine.*
> > *I have a conflict on the 27th for Mr. Cosman's deposition. At the pretrial conference, the Court ordered a deposition of a third-party witness before trial, and the only feasible date for the witness is on the 27th. My co-counsel on the case are engaged in another trial right now, so I need to be present for the deposition. I am coordinating with Mr. Cosman a new proposed date and will get back to you.*
> > *Also, please get back to me regarding June 9.*
>
> For Mr. Cosman's deposition, the following dates are still workable:
>
> > June 7 (Sunday, Zoom, I probably won't be back from Portland yet)
> >
> > June 9 (currently scheduled Flynet 30b6, I have asked to trade this for the 11th)
> >
> > June 11 [currently Shutterstock 30b6]
> > June 13 (Saturday, Zoom)
> > June 15 [currently scheduled Fameflynet depo]
> > June 17 [currently scheduled Backgrid 30b6 depo]
> > June 19
>
> If you want to shuffle other dates or propose an even date that Defendants are not using, please let me know.
> Best regards,
> **Sheila Mojtehedi**
> Sheila Mojtehedi PC
> www.mojtehedi.com
> T: 323.412.0472
> CONFIDENTIALITY NOTICE
> This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.
> On Tue, May 19, 2026 at 11:22 AM David Sergenian <david@sergenianlaw.com> wrote:

Counsel:

This email memorializes where things stand on two matters and sets deadlines for your responses.

Plaintiffs are producing their witnesses as follows:

- May 18, 2026: Thibault Mauvilain, who appeared for deposition and testified for approximately 7 hours and 15 minutes on the record
- May 20, 2026: Henri Mazari
- May 22, 2026: Chris Wolf
- May 26, 2026: Michel Boutefeu
- May 28, 2026: Joseph Mehdi
- June 2, 2026: Jeremy Duplaquet
- June 12, 2026: Stéphane Kyndt, subject to final issuance of a visa

On May 14, 2026, I proposed the following dates for the depositions of Defendants' witnesses and Ms. Ardalan:

- Thursday, May 21: Joanna Ardalan
- Wednesday, May 27: Scott Cosman
- Friday, May 29: Boris Nizon
- Monday, June 1: Alex Kantif
- Wednesday, June 3: Justin Conway
- Friday, June 5: BackGrid, Inc. 30(b)(6)
- Tuesday, June 9: Flynet Pictures, LLC 30(b)(6)
- Thursday, June 11: Shutterstock, Inc. 30(b)(6)
- Monday, June 15: FameFlynet Inc. 30(b)(6)
- Wednesday, June 17: BackGrid USA, Inc. 30(b)(6)

These dates conform to the parties' May 7, 2026 agreement on the record that, beginning May 18, Defendants would take Plaintiffs' depositions on even-numbered dates and Plaintiffs would take Defendants' depositions on odd-numbered dates.

To date, the only written response received is Ms. Mojtehedi's May 14 email indicating that June 9 was difficult for her and proposing to swap the Flynet 30(b)(6) with the Shutterstock 30(b)(6). No other date has been confirmed.

As to Ms. Ardalan's deposition, on May 1, 2026, I asked her to confirm whether she would accept service of a subpoena by email. I renewed that request on May 6, 2026. Ms. Ardalan did not respond to either request. On May 14, 2026, I proposed May 21, 2026 as the deposition date. Ms. Ardalan responded that she would "check and circle back" but did not. Yesterday, after I personally served Ms. Ardalan with a subpoena for the May 21 deposition, Ms. Ardalan informed me for the first time that she is unavailable on May 21. Please confirm by close of business today, May 19, 2026, the date on which Ms. Ardalan will appear for deposition.

Ms. Ardalan also informed me yesterday that one or more of the proposed dates for the depositions of BackGrid, Inc. (30(b)(6)), BackGrid USA, Inc. (30(b)(6)), Shutterstock, Inc. (30(b)(6)), and Alex Kantif individually will not work, given that Mr. Kantif will appear as the deponent for each of those entities and in his individual capacity. Ms. Ardalan did not propose alternative dates. Please propose alternative dates by close of business today, May 19, 2026.

As to the remaining depositions, please confirm by close of business today, May 19, 2026, the dates listed above or propose alternatives. Different attorneys on Plaintiffs' side will be taking different depositions, and firm dates are required to coordinate staffing and travel.

The second matter is the Boris Nizon custodian representation. At the May 13, 2026 Informal Discovery Conference, Ms. Ardalan represented to Magistrate Judge Audero that none of the BackGrid Defendants—including BackGrid USA, Inc.—has possession, custody, or control of Mr. Nizon's BackGrid email account, emails, or documents. Mr. Nizon maintained a BackGrid email account from 2017 until at least 2024. In reliance on that representation, Plaintiffs withdrew the Nizon custodian issue from the Rule 37 Joint Stipulation.

The May 13 IDC began at 7:00 a.m. and was not recorded, and Magistrate Judge Audero's May 14, 2026 Minute Order (Dkt. 102) does not memorialize that representation. In my May 16, 2026 email, I asked Ms. Ardalan to confirm that representation in writing. Ms. Ardalan's May 15, 2026 email did not provide that confirmation.

Yesterday, during a break in Mr. Mauvilain's deposition, I advised Ms. Ardalan that absent the requested written confirmation, Plaintiffs will request an IDC to put the representation on the record. Ms. Ardalan initially declined to provide the confirmation but then agreed to do so. Please provide that written representation by close of business tomorrow, May 20, 2026. If it is not received by that time, Plaintiffs will request an IDC on the issue.

Thank you,

David A. Sergenian
**Sergenian Law, a Professional Corporation**
808 Wilshire Blvd., Suite 200
Santa Monica, CA 90401
Los Angeles, CA 90064
david@sergenianlaw.com
(213) 435-2035
Website
LinkedIn