LODGED
CLERK, U.S. DISTRICT COURT
10/7/26
CENTRAL DISTRICT OF CALIFORNIA
BY CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIBAULT MAUVILAIN, ET AL.,<br>PLAINTIFFS,<br>V.<br>FLYNET PICTURES, LLC, ET AL.,<br>DEFENDANTS. | Case No. 2:25-cv-02757-FLA-MBK<br>[PROPOSED] ALTERNATIVE INTERIM SCHEDULING ORDER |

The Court has considered the application for expedited consideration and determines that further briefing will assist disposition of the scheduling motion.

The Court ORDERS:

1. Pending further order, fact discovery is extended to October 30, 2026; initial expert disclosures to November 6; rebuttal disclosures to November 20; expert discovery to December 4; and the last day to hear motions to January 29, 2027. These dates protect the opportunity for orderly consideration. They do not grant the requested December 4 fact cutoff or February 26 hearing cutoff, establish that October 30 is sufficient for all remaining discovery, or prejudge the ultimate diligence showing.

2. Any supplemental opposition shall be filed within three business days after entry of this Order, but no earlier than the deadline applicable to opposition to the ex parte application. A reply limited to matters raised in the supplemental opposition may be filed within two business days after that supplemental-opposition deadline. Business days exclude Saturdays, Sundays, and federal legal holidays. These periods supplement and do not shorten the applicable ex parte opposition period. The motion will be considered on the papers unless the Court directs otherwise.

3. January 29 is a hearing cutoff, not a reservation. Applicable hearing-clearance requirements remain in force. For a January 29 summary-judgment hearing, the motion shall be filed by December 24, 2026, opposition by January 8, 2027, and reply by January 15, 2027. Earlier hearings require correspondingly earlier briefing. The Court approves the six-week interval between January 29 and the March 12 pretrial conference. A further scheduling order may replace these interim dates.

4. Discovery is not stayed. This Order does not withdraw or postpone any existing deposition notice, including the October 12 Nizon notice. Procedure and attendance remain governed by applicable rules, stipulations, and orders. The parties shall promptly confer concerning replacements for passed, uncompleted examinations and scheduling the previously noticed Gasperis examination. This Order neither authorizes an examination beyond an applicable limit or a repeat deposition requiring leave, nor restricts additional organizational designees otherwise permitted under the governing rules and orders.

5. The February 5, 2027 settlement deadline, February 12 and February 26 trial-filing deadlines, March 12 pretrial conference and hearing on motions in limine at 1:30 p.m., and March 30 jury trial at 8:15 a.m. remain unchanged. Except as expressly modified, existing orders remain in effect. Filing the scheduling motion does not itself extend these interim dates; any further adjustment requires an order.

IT IS SO ORDERED.

Dated: ____________________ ________________________________

FERNANDO L. AENLLE-ROCHA
United States District Judge