FILED
CLERK, U.S. DISTRICT COURT
10/7/26
CENTRAL DISTRICT OF CALIFORNIA
BY CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

HENRI MAZARI
carboninla@yahoo.com
Plaintiff, Pro Se
2100 Marshallfield Lane
Redondo Beach, California 90278
Telephone: (310) 947-7000

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIBAULT MAUVILAIN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FLYNET PICTURES, LLC, et al.,<br><br>Defendants. | Case No. 2:25-cv-02757-FLA-MBK<br><br>DECLARATION OF HENRI MAZARI REGARDING DILIGENCE<br><br>Hon. Fernando L. Aenlle-Rocha<br>Hearing: To be set, if any<br>Trial: March 30, 2027 |

I, Henri Mazari, declare as follows:

1. I am a Plaintiff and appear for myself. I submit this declaration in support of Plaintiffs' scheduling motion and application for expedited consideration. I state matters within my personal knowledge and identify records when they are the source of a statement.

2. Thibault and I work together on case documents. His declaration identifies communications he sent and calls he made; I do not claim to have personally performed those acts. My account below concerns my own participation.

3. I approved the October 6 decision to decline Ms. Ardalan's proposed discovery stay through May 7, 2027. Thibault communicated that decision in the email reproduced as Exhibit D, item D8.

4. My August 20 declaration supported the earlier 28-day request and described the nine depositions then contemplated, remaining preparation, unresolved recording dispute, and communicated availability restrictions. ECF 159 ¶¶ 12–14. The present request identifies the eight September 23 notices and Roberto Gasperis. On September 23 I circulated those eight notices and expressly asked counsel about Mr. Gasperis's deposition. The email is reproduced in Exhibit E to Thibault's declaration.

5. Between September 16 and October 1, Thibault and I continued reviewing case records, identifying additional evidence, and preparing deposition questions. We monitored the litigation calendar and continued preparing for the noticed examinations while the recording dispute remained unresolved. We coordinated

our preparation, provider communications, and expert work. These efforts included communications by telephone and text as well as email.

6. I seek testimony explaining the relevant entities' contributor arrangements, archive and metadata handling, transactions, licensing, and accounting records, as identified in the organizational notice topics. Existing documents do not themselves supply the requested sworn explanations. I support coordinating overlapping individual and organizational testimony, concentrating examinations in October and early November where possible, and using November 30 as an internal target before the requested December 4 cutoff. These are proposed working targets, not confirmed witness or provider commitments.

7. I understand that the requested schedule remains subject to Court approval and that existing notices and deadlines remain effective unless modified by the applicable rules, stipulations, or orders. I support completing necessary discovery under the procedures the Court permits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 7, 2026.

/s/ Henri Mazari

Henri Mazari, Plaintiff Pro Se