THIBAULT MAUVILAIN
tm@forceinaction.com
Plaintiff, Pro Se
4605 Sylmar Avenue, Apt. 312
Sherman Oaks, California 91423
Telephone: (310) 770-3612

FILED
CLERK, U.S. DISTRICT COURT
10/7/26
CENTRAL DISTRICT OF CALIFORNIA
BY CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIBAULT MAUVILAIN, et al., | Case No. 2:25-cv-02757-FLA-MBK |
| Plaintiffs, | DECLARATION REGARDING EMAIL TRANSMISSION |
| v. | |
| FLYNET PICTURES, LLC, et al., | Hon. Fernando L. Aenlle-Rocha<br>Hearing: To be set, if any<br>Trial: March 30, 2027 |
| Defendants. | |

I, Thibault Mauvilain, declare as follows:

1. I am a Plaintiff in this action. On October 7, 2026, I transmitted by email copies of the following documents to the attorneys identified below:

Ex Parte Application for Expedited Consideration and Alternative Interim Scheduling Relief; Proposed Motion to Modify Scheduling Order and Memorandum of Points and Authorities; Declaration of Thibault Mauvilain Regarding Diligence and Ex Parte Notice, with Exhibits A–E; Declaration of Henri Mazari Regarding Diligence; Proposed Order Granting Scheduling Modification; Alternative Proposed Order Limiting Extended Fact Discovery; Alternative Proposed Order Granting Discovery Relief and Resetting the Downstream Calendar; and Alternative Proposed Interim Scheduling Order.

2. I sent the email from tm@forceinaction.com to Joanna Ardalan at jardalan@onellp.com and Sheila Mojtehedi at sheila@mojtehedi.com, copying Peter R. Afrasiabi at pafrasiabi@onellp.com, David W. Quinto at dquinto@onellp.com, Megan Dell at mdell@onellp.com, Lauren Thomas at lthomas@onellp.com, and Henri Mazari at carboninla@yahoo.com.

3. The parties have exchanged litigation papers by email in this action. I transmitted these papers by that method and requested confirmation of receipt and acceptance of email service. This declaration describes the email transmission actually made.

4. This declaration relates to Plaintiffs' ex parte scheduling application and accompanying papers submitted through EDSS on October 7, 2026, under tracking number EDS-261007-003-8030.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 7, 2026.

/s/ Thibault Mauvilain

Thibault Mauvilain, Plaintiff Pro Se