UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-02757-FLA-MBK | | October 9, 2026 |
| Title | Thibault Mauvilain et al v. Flynet Pictures, LLC et al | | |

| | |
|---|---|
| Present: The Honorable | Michael B. Kaufman, United States Magistrate Judge |

| | |
|---|---|
| James Muñoz | |
| Deputy Clerk | Court Smart / Recorder |
| Attorney Present for Plaintiff: | Attorney Present for Defendants: |

**Proceedings:** **ORDER RE: DEPOSITION DISPUTE (DKT. 167, 170)**

The parties have filed briefing regarding their discovery disputes related to Plaintiffs' proposed depositions of Defendants and their employees. Dkt. 167, 168, 170, 171. As best the Court can discern, the parties have largely or entirely resolved the issues that were first raised at an informal discovery conference, (Dkt. 147), and are addressed in their briefing. Plaintiffs acknowledge that, as the Federal Rules require, they must obtain a certified transcript to utilize deposition testimony in any matters presented to the Court. Dkt. 170 at 7. Plaintiffs further state that any transcripts will be prepared and verified by a "qualified, independent court-reporting or transcription professional," (*id.*), rather than an AI platform as they had previously indicated. The parties appear to acknowledge that they have now agreed on the proper procedures for Plaintiffs' proposed depositions. Dkt. 168 at 2; Dkt. 171 at 1.

At Defendants' request, (Dkt. 168 at 2), the Court will clarify its understanding of the parties' agreements and the Federal Rules: (1) the officer conducting the deposition "must certify in writing that the witness was duly sworn and that the deposition accurately records the witness's testimony," Fed. R. Civ. P. 26(f)(1); and (2) transcripts must be prepared by a certified court reporter or transcriptionist who certifies the accuracy of the transcript.

Defendants also request that the Court order that Plaintiffs identify the court reporter or transcriptionist "in short order" and that the 30-day review period runs from

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-02757-FLA-MBK | | October 9, 2026 |
| Title | Thibault Mauvilain et al v. Flynet Pictures, LLC et al | | |

the delivery of the transcript, not from the availability of the recording. Dkt. 168 at 3. Plaintiffs do not expressly address these requests, which were raised for the first time in Defendants' reply. The Court also observes that the parties have sought modifications to the case schedule. Dkt. 173. Without the benefit of Plaintiffs' position, and given the uncertainty over the case schedule, the Court declines to address the timing issues at this time. However, the Court expects that Plaintiffs will notify Defendants of their proposed court reporter or transcriptionist as soon as possible and afford Defendants a reasonable opportunity to review, and correct, any deposition transcripts.

**IT IS SO ORDERED.**

**Initials of Deputy Clerk** JM