Joanna Ardalan (SBN 285384)
Email: jardalan@onellp.com
Peter R. Afrasiabi (SBN 193336)
Email: pafrasiabi@onellp.com
David W. Quinto (SBN 106232)
Email: dquinto@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Defendants, BACKGRID INC., BACKGRID USA, INC., and SHUTTERSTOCK, INC.

Sheila Mojtehedi (SBN 313002)
Email: sheila@mojtehedi.com
**Sheila Mojtehedi PC**
Mailing: 806 E. Avenida Pico, Ste I-291, San Clemente, CA 92673
Telephone: (323) 412-0472
Facsimile: (323) 403-4170

Attorneys for Defendants, FLYNET PICTURES, LLC AND FAMEFLYNET INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THIBAULT MAUVILAIN, an individual; HENRI MAZARI, an individual; JEREMY DUPLAQUET, an individual; ROBERT CHRISTIAN WOLF, an individual; MICHEL BOUTEFEU, an individual; STEPHANE KYNDT, an individual; and JOSEPH MEHDI, an individual,

Plaintiffs,

v.

FLYNET PICTURES. LLC, a California limited liability company; FAMEFLYNET INC., a California corporation; BACKGRID INC., a California corporation; BACKGRID USA, INC., a California corporation; SHUTTERSTOCK, INC., a Delaware corporation and DOES 1–10, inclusive,

Defendants.

Case No.: 2:25-cv-2757-FLA-MAA
Hon. Fernando L. Aenlle-Rocha

**DEFENDANTS BACKGRID INC., BACKGRID USA, INC., SHUTTERSTOCK, INC., FLYNET PICTURES, LLC AND FAMEFLYNET INC.'S OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION**

Defendants Shutterstock Inc., BackGrid USA, Inc., Backgrid Inc., Fameflynet Inc., and Flynet Pictures LLC, oppose-in-part Plaintiffs Thibault Mauvilain and Henri Mazari's ex parte request to modify the scheduling order, served on October 23, 2026. There is no docket number yet because *pro se* filings are put on the docket several days after filing.

Defendants oppose this ex parte application to the extent the *pro se* Defendants have already filed an ex parte request to continue the case schedule that is currently pending. It was filed on October 8, 2026. (Dkt. 173.) Defendants wish to abstain from participating in clogging up this Court's docket especially when it is inundated with hundreds of weighted filings, many of which affect people's liberties.

Defendants incorporate their position taken in their opposition to the ex parte application served on October 7, 2026, Docket 173. Defendants believe it is appropriate to move the case deadlines, and if the Court is inclined to move the discovery deadline, Defendants request to stay it until the Order on the Motion to Dismiss the Second Amended Complaint is entered, which is set to be decided by May 7, 2027. The only reason for the discovery deadline to be continued is for Plaintiffs to take depositions, however, Plaintiffs did not take Defendants' depositions when previously scheduled and offered, both to their then-lawyers and to them directly. (Dkt 173-2; 173-4 (Mojtehedi, 7-29-26 at 1:49 PM); 173-3.) Plaintiffs then wasted time taking unsupportable positions regarding the taking of the depositions that they later retreated from, causing further scheduling issues. *See* Dkt. 179. This is not a good basis to continue the discovery cutoff, but if it is moved, Defendants request a stay so that they would be taken after Court determines whether this case should move forward.

/ / /

/ / /

/ / /

Dated: October 26, 2026

**ONE LLP**

By: /s/ Joanna Ardalan
Joanna Ardalan
Peter R. Afrasiabi
David W. Quinto
Attorneys for Defendants BackGrid Inc., BackGrid USA, Inc., & Shutterstock, Inc.

Date: October 26, 2026

**Sheila Mojtehedi PC**

By: /s/ Sheila Mojtehedi
Sheila Mojtehedi
Attorney for Defendants FlyNet Pictures, LLC and FameFlynet, Inc.

## ATTESTATION REGARDING SIGNATURES (L.R. 5-4.3.4(a)(2)(i))

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned, counsel of record for Defendants BackGrid Inc., BackGrid USA, Inc., & Shutterstock, Inc., hereby attests that all other listed signatories concur in the content and authorize this filing.

Date: October 26, 2026

By: /s/ Joanna Ardalan
Joanna Ardalan