THIBAULT MAUVILAIN
tm@forceinaction.com
4605 Sylmar Avenue, Apt. 312
Sherman Oaks, California 91423
Telephone: (310) 770-3612
Plaintiff, Pro Se

HENRI MAZARI
carboninla@yahoo.com
2100 Marshallfield Lane
Redondo Beach, California 90278
Telephone: (310) 947-7000
Plaintiff, Pro Se

FILED
CLERK, U.S. DISTRICT COURT
10/23/2026
CENTRAL DISTRICT OF CALIFORNIA
BY ang DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

THIBAULT MAUVILAIN, et al., Plaintiffs,
v.
FLYNET PICTURES, LLC, et al., Defendants.

**Case No. 2:25-cv-02757-FLA-MBK**

**NOTICE OF FORMATTING CORRECTION TO PROPOSED SCHEDULING ORDER**

Hon. Fernando L. Aenlle-Rocha
Hearing: To be set, if any
Trial: March 30, 2027

Plaintiffs Thibault Mauvilain and Henri Mazari, each appearing for himself, give notice of a formatting correction to the proposed scheduling order submitted through EDSS on October 23, 2026, with the ex parte scheduling application and supplemental declaration. The EDSS tracking number for that submission is EDS-261023-003-8596.

The separately submitted corrected proposed order uses the Court's proposed-order template. Its operative text, including every requested deadline and all nine numbered provisions, is unchanged. The correction concerns presentation and formatting only.

Plaintiffs request that the corrected proposed order replace only the proposed-scheduling-order.pdf included in the identified EDSS submission. This notice does not withdraw, replace, or amend the application or supplemental declaration and Exhibits 1–5. The requested relief remains the same.

Dated: October 23, 2026

/s/ Thibault Mauvilain
Thibault Mauvilain, Plaintiff, Pro Se

/s/ Henri Mazari
Henri Mazari, Plaintiff, Pro Se