FILED
CLERK, U.S. DISTRICT COURT
10/23/2026
CENTRAL DISTRICT OF CALIFORNIA
BY ang DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

THIBAULT MAUVILAIN
tm@forceinaction.com
4605 Sylmar Avenue, Apt. 312
Sherman Oaks, California 91423
Telephone: (310) 770-3612
Plaintiff, Pro Se

HENRI MAZARI
carboninla@yahoo.com
2100 Marshallfield Lane
Redondo Beach, California 90278
Telephone: (310) 947-7000
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

THIBAULT MAUVILAIN, et al., Plaintiffs,
v.
FLYNET PICTURES, LLC, et al., Defendants.

**Case No. 2:25-cv-02757-FLA-MBK**

**NOTICE OF CORRECTION TO ADD WORD-COUNT CERTIFICATE TO SCHEDULING APPLICATION**

Hon. Fernando L. Aenlle-Rocha
Hearing: To be set, if any
Trial: March 30, 2027

Plaintiffs Thibault Mauvilain and Henri Mazari, each appearing for himself, give notice of a limited correction to their Ex Parte Application for Leave to Supplement the Record and for Expedited Consideration of Pending Scheduling Application, including Memorandum of Points and Authorities, submitted through EDSS on October 23, 2026 under tracking number EDS-261023-003-8596.

The corrected application adds on its last page the certificate of compliance required by Local Rule 11-6.2. The original application text, factual statements, arguments, requested dates, and signatures are unchanged. Plaintiffs respectfully request that the accompanying corrected application replace only scheduling-application.pdf from submission EDS-261023-003-8596.

This correction does not amend the supplemental declaration or exhibits, the proposed scheduling order as corrected in submission EDS-261023-003-8597, or the proof of service submitted under EDS-261023-003-8598. It adds no substantive argument or requested relief.

Dated: October 23, 2026

/s/ Thibault Mauvilain

Thibault Mauvilain, Plaintiff, Pro Se

/s/ Henri Mazari

Henri Mazari, Plaintiff, Pro Se