FILED
CLERK, U.S. DISTRICT COURT
10/23/2026
CENTRAL DISTRICT OF CALIFORNIA
BY ang DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

THIBAULT MAUVILAIN
tm@forceinaction.com
4605 Sylmar Avenue, Apt. 312
Sherman Oaks, California 91423
Telephone: (310) 770-3612
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

THIBAULT MAUVILAIN, et al., Plaintiffs,
v.
FLYNET PICTURES, LLC, et al., Defendants.

**Case No. 2:25-cv-02757-FLA-MBK**

**PROOF OF SERVICE BY EMAIL OF OCTOBER 23, 2026 SCHEDULING PAPERS**

Hon. Fernando L. Aenlle-Rocha

I, Thibault Mauvilain, declare:

1. I am a plaintiff in this action. On October 23, 2026, at approximately 6:39 p.m. Pacific Daylight Time, at my direction, true and correct PDF copies of the following documents were transmitted for service from my email account, tm@forceinaction.com, to the counsel listed on the following page:

(a) Ex Parte Application for Leave to Supplement the Record and for Expedited Consideration of Pending Scheduling Application, including Memorandum of Points and Authorities (scheduling-application.pdf);

(b) Supplemental Declaration of Thibault Mauvilain in Support of Scheduling Application, with Exhibits 1–5 (supplemental-declaration-and-exhibits.pdf);

(c) Proposed Order Accepting Supplemental Declaration and Modifying Schedule, original version (proposed-scheduling-order.pdf);

(d) Notice of Formatting Correction to Proposed Scheduling Order (notice-of-formatting-correction.pdf); and

(e) Proposed Order Accepting Supplemental Declaration and Modifying Schedule, corrected court-template version (proposed-scheduling-order-court-template.pdf).

2. The service email was addressed to:
Joanna (Jo) Ardalan — jardalan@onellp.com
Sheila Mojtehedi — sheila@mojtehedi.com

The following defense counsel and team members were copied:
Peter Afrasiabi — pafrasiabi@onellp.com
David Quinto — dquinto@onellp.com
Megan Dell — mdell@onellp.com
Lauren Thomas — lthomas@onellp.com

Co-plaintiff Henri Mazari was also copied at carboninla@yahoo.com.

3. The email identified EDSS tracking numbers EDS-261023-003-8596 and EDS-261023-003-8597 and explained that the corrected proposed order replaces only the original proposed order, with no substantive changes. It notified counsel of the twenty-four-hour opposition period under Standing Order § V.F, subject to applicable time-computation rules and any further Court order.

4. At approximately 6:39 p.m. Pacific Daylight Time that same day, the corrected proposed order in Microsoft Word format was separately transmitted at my direction from the same account to FLA_Chambers@cacd.uscourts.gov, with all seven persons listed above copied. That email transmitted the Word proposed order pursuant to Standing Order § V.A. Both transmissions are reflected in my account's Sent mailbox.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on October 23, 2026.

/s/ Thibault Mauvilain
Thibault Mauvilain