UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THIBAULT MAUVILAIN, et al.,

Plaintiffs,

v.

FLYNET PICTURES, LLC, et al.,

Defendants.

Case No. 2:25-cv-02757-FLA (MBKx)

**ORDER GRANTING AS MODIFIED EX PARTE APPLICATION TO CONTINUE PRETRIAL AND TRIAL DATES [DKT. 175] AND DENYING SECOND EX PARTE APPLICATION AS MOOT [DKT. 184]**

On October 7, 2026, Plaintiffs Thibault Mauvilain and Henri Mazari ("Plaintiffs") filed an Ex Parte Application and related Motion ("Application"), requesting the court modify the Scheduling Order and continue pretrial and trial dates and deadlines. Dkts. 175, 175-1. Defendants oppose the Application in part, and request the court stay discovery pending a ruling on Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint. Dkt. 173 at 4.[1]

To show good cause for a continuance, a party must provide specific, detailed, and non-conclusory reasons for granting the extension, including a showing of diligence in pursuing the litigation. *See* Fed. R. Civ. P. 16(b)(4) (requiring good cause showing); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (noting that the standard focuses on a party's diligence and that "the inquiry should end" when diligence is not shown).

Having considered the Application and finding good cause therefor, the court hereby GRANTS the Application as modified and CONTINUES pretrial dates and deadlines to the following dates:

| Event | New Date |
|---|---|
| Fact Discovery Cut-off | 12/18/26 |
| Expert Disclosure (Initial) | 1/8/26 |
| Expert Disclosure (Rebuttal) | 1/15/26 |
| Expert Discovery Cut-off | 1/29/26 |
| Last Day to Hear Motions | 2/5/27 |
| Deadline to Complete Settlement Conference | 2/12/27 |
| Trial Filings (First Round) | 2/12/27 |

[1] The court cites documents by the page numbers added by the CM/ECF system rather than any page numbers listed on the documents natively.

| | |
|---|---|
| Trial Filings (Second Round) | 2/26/27 |
| Final Pretrial Conference;<br>Hearing on Motions in Limine | 3/12/27 at 1:30 p.m. |
| Jury Trial | 3/30/27 at 8:15 a.m. |

The parties should not expect a further continuance absent a specific showing, dating back to the filing of the Complaint, of all their efforts to timely complete discovery and other litigation activity. This detailed showing must demonstrate the work still to be performed reasonably could not have been accomplished within the applicable deadline(s). General statements are insufficient to establish good cause.

On October 23, 2026, Plaintiff Mauvulain filed another Ex Parte Application for a continuance ("Second Application," Dkt. 181, 184), which Defendants opposed (Dkt. 180). The Second Application is DENIED as moot.

IT IS SO ORDERED.

Dated: November 9, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge